FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 0 1 2021

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAREL ADELSBERGER**  **PLAINTIFF**
**AND ANNETTE ADELSBERGER**

V.                                Case No. 4:21-cv-471-JM

**UNION PACIFIC RAILROAD COMPANY**  **DEFENDANT**

This case assigned to District Judge Moody
and to Magistrate Judge Ray

**NOTICE OF REMOVAL**

Defendant, Union Pacific Railroad Company ("**Defendant**"), by its attorneys, Friday, Eldredge & Clark, LLP, removes the above-captioned action from the Circuit Court of Pulaski County, Arkansas, to the United States District Court for the Eastern District of Arkansas, Central Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and states as follows:

1. On or about March 29, 2021, Plaintiff filed a Complaint against Defendant in the Circuit Court of Pulaski County, Arkansas, styled as *Darel Adelsberger and Annette Adelsberger v. Union Pacific Railroad Company*, Case Number 60CV21-2065 ("**State Court Action**" or "**Complaint**"). A true and correct copy of the Complaint, and all of the process, pleadings, orders, and documents from the State-Court Action, is attached hereto collectively as **Exhibit 1** to the original Notice of Removal.

2. Defendant was served with the Summons and Complaint on May 20, 2021. Thus, this Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b).

3. As more fully described below, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because it is a civil action in which the amount in controversy

exceeds the sum of $75,000.00, exclusive of costs and interest, and it is between citizens of different states.

4. First, it is apparent that the amount in controversy exceeds $75,000.00. In the Complaint, Plaintiff alleges that Defendant's track altered the natural flow of surface water so that drainage of Plaintiff's land (and their salvage business) was damaged. In Paragraph 14 of the Complaint, Plaintiff expressly alleges that it has suffered the full use of their real property, damage to real and personal property, business interruptions and decreased value of both real and personal property in an amount that is in "excess of the current minimum federal jurisdictional limits."

5. Second, there is complete diversity between Plaintiff and Defendant. Plaintiffs' Complaint alleges they own real property located in Pulaski County, Arkansas where they do business. Compl. ¶ 1. Upon information and belief, Plaintiffs are domiciled in the State of Arkansas and, for purposes of diversity jurisdiction, Plaintiffs are citizens of Arkansas.

6. Plaintiffs' Complaint alleges that Defendant is a foreign company. *Id.* ¶ 2. Defendant is a Delaware corporation with its principal place of business in the State of Nebraska.

7. Thus, at the time of the filing of the Complaint and at the present time, there is complete diversity between Plaintiff and Defendant.

8. Venue is proper in the Eastern District of Arkansas, Central Division, pursuant to 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place, Pulaski County, where the action is pending.

9. By virtue of this Notice of Removal, Defendant does not waive its right to respond to the Complaint and/or to assert any claims, defenses, or other motions.

10. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant in the State Court Action are attached to the Original Notice as **Exhibit 1**.

11. This Notice of Removal will be served on all adverse parties consistent with 28 U.S.C. § 1446.

12. A true and correct copy of this Notice of Removal was filed with the Clerk of the Circuit Court of Pulaski County, Arkansas, pursuant to 28 U.S.C. § 1446.

13. The allegations of this Notice of Removal are true and correct and this cause of action is within the jurisdiction of the United States District Court for the Eastern District of Arkansas, Central Division, and this cause of action is removable to the United States District Court for the Eastern District of Arkansas, Central Division.

WHEREFORE, Defendant, Union Pacific Railroad Company, respectfully prays that this Court will consider this Notice of Removal, that this Court will make the proper orders to achieve the removal of the State Court Action to this Court, and that this Court will make such other orders as may be appropriate to effect the preparation and filing of a true record in this cause of action of all proceedings that may have been had in the State Court Action.

Dated: June 1, 2021

FRIDAY, ELDREDGE & CLARK LLP

By: *Jamie Huffman Jones*
Scott H. Tucker (AR Bar No. 87176)
Jamie Huffman Jones (AR Bar No. 2003125)
400 W. Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
tucker@fridayfirm.com
jjones@fridayfirm.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Jamie Huffman Jones, do hereby certify that the foregoing is being filed electronically with the Court and that the following individual(s) will receive a copy of same via the court's electronic filing notification system and via US Mail, postage prepaid, on or about this 1st day of June, 2021:

Robert Hodge III
Hodge, Calhoun, Giattina, PLLC
711 W. 3rd Street
Little Rock, Arkansas 72201

/s/ Jamie Huffman Jones
Jamie Huffman Jones

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2021-Mar-29 09:54:57
60CV-21-2065
C06D06 : 3 Pages

### IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
### CIVIL DIVISION

**DAREL ADELSBERGER and**
**ANNETTE ADELSBERGER**                                               **PLAINTIFFS**

**Vs.**                **CASE NO. _____**

**UNION PACIFIC RAILROAD COMPANY**                                     **DEFENDANT**

### COMPLAINT

COME NOW the Plaintiffs by their attorneys signing herein assert the following action against the Defendant:

1. The plaintiffs own real property located in Pulaski County, Arkansas, where they own and operate an automobile salvage and used parts business (AA Auto).

2. The defendant is a foreign corporation registered to do business in Arkansas.

3. All relevant actions and matters occurred in Pulaski County, and this Court has jurisdiction over the parties to and subject matter of this action.

4. At all times material to this action. the defendant used and was responsible for maintaining railroad tracks and facilities in this state.

5. One track passes through Section 2, Township 2 North, Range 11 West, Pulaski County where the plaintiffs' property is located at 8125 Highway 161, North Little Rock. When that track was built, the surrounding area was terraformed, and the track permanently altered the natural flow of surface water so that drainage of the adjacent land (including the plaintiffs') was dependent upon trestles, culverts and drainage facilities required to be maintained by the defendant.



EXHIBIT 1

6. The culvert crucial to proper drainage of the plaintiffs' property is a double culvert located at approximately the south corner of the Waste Management landfill at Interstate 440 near Highway 161 in Pulaski County. Attached as Exhibit 1 is a photograph reflecting the location of the culvert.

7. When that culvert is blocked, water cannot drain from the area, and it causes flooding of the surrounding area including the plaintiffs' property.

8. The defendant was required to maintain that culvert and keep it clear so that water would not accumulate and damage the surrounding area. From at least 2013 to the present, the defendant failed to properly maintain and clear the culvert and blocked the proper drainage of water.

9. During that time, the defendant's negligent maintenance of the culvert caused water to flood the plaintiffs' property thereby damaging both real and personal property and caused further loss through the interruption of the operation of their business.

10. The defendant owed a duty to the plaintiffs to properly maintain the culvert and drainage facilities, and the defendant's negligence in maintaining those facilities was the proximate cause of damage to the plaintiffs' property and their business losses. The accumulated water also created a nuisance by attracting snakes to the area.

11. The effect of the defendant's negligence is cumulative, and the plaintiffs' property continues to be in danger of flooding from accumulating rainfall.

12. Such negligence includes but is not limited to causing the natural flow of water to be blocked; failing to anticipate water accumulation and the damage caused therefrom; failing to take remedial action to reduce or eliminate blockage and flood water accumulation; failing to keep clean and open natural and man-made drainage paths for water that accumulates because of the defendant's tracks; and otherwise failing to exercise due care under the circumstances.

13. The plaintiffs repeatedly notified the defendant of the problem over the years, yet the defendant failed to properly maintain the culvert and drainage facilities.

14. As a direct and proximate result of the defendant's negligence the plaintiffs suffered and will suffer in the foreseeable future loss of the full use of their real property; damage to real and personal property; business interruption and losses; and decreased value of both real and personal property, all in excess of the current minimum federal jurisdictional limits.

**WHEREFORE**, the plaintiffs request entry of judgment against the defendant in such amount as may be ultimately determined by jury trial together with their costs and all further relief to which they may be entitled.

Respectfully Submitted,

**DAREL ADELSBERGER & ANNETTE ADELSBERGER**

By: */s/Robert E. Hodge III*
Robert E. Hodge III
AR Bar No. 2011097
Attorney for Plaintiffs
Hodge Calhoun Giattina, PLLC
711 W. 3rd St.
Little Rock, AR 72201
T: (501) 404-4874
F: (501) 404-4865
rob@hcglawoffice.com



FIGURE 1 - SITE MAP
AA AUTO STORM DRAINAGE CLAIM
STAN RAULS

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## HON. TIM FOX - 6TH DIVISION PULASKI CIRCUIT COURT

DAREL ADELSBERGER ET AL V UNION PACIFIC RR CO

60CV-21-2065

### SUMMONS

**THE STATE OF ARKANSAS TO DEFENDANT:**

UNION PACIFIC RAILROAD COMPANY
124 W. Capitol Ave.
Suite 1900
c/o C T Corporation System
Little Rock, AR  72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Edwin Hodge, III
711 W. 3rd St.
Little Rock, AR  72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:
•Notice of Right to Consent to Disposition of Case by a State District Court Judge

Address of Clerks Office

TERRI HOLLINGSWORTH, CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W. MARKHAM
LITTLE ROCK, AR  72201

CLERK OF COURT

Crystal Hill

Crystal Hill, DC

Date: 03/29/2021

## NOTICE OF RIGHT TO CONSENT
## TO DISPOSITION OF CASE BY A STATE DISTRICT COURT JUDGE

In accordance with Administrative Order Number 18, you are hereby notified that upon the consent of all the parties in a case, a State District Court Judge may be authorized to conduct all proceedings, including trial of the case and entry of a final judgment. Copies of appropriate consent forms are available from the Circuit Clerk.

You should be aware that your decision to consent or not to consent to the disposition of your case before a State District Court Judge is entirely voluntary, and by consenting to the reference of this matter to a State District Court Judge, the parties waive their right to a jury trial, and any appeal in the case shall be taken directly to the Arkansas Supreme Court or Court of Appeals as authorized by law.

You should communicate your consent by completing the Form -- CONSENT TO PROCEED BEFORE A STATE DISTRICT COURT JUDGE -- and return to the Circuit Clerk.

*Crystal Hill*

Circuit Clerk
Date: 03/29/2021

No. 60CV-21-2065 This summons is for UNION PACIFIC RAILROAD COMPANY (name of Defendant).

## PROOF OF SERVICE

❏ On _____ [date] I personally delivered the summons and complaint to the individual at _____ [place]; or

❏ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

❏ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

❏ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

❏ On _____ [date] at _____ [address], where the defendant maintains and office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with
_____
[name and job description]; or

❏ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❏ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❏ Other [specify]:
_____

❏ I was unable to execute service because:
_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____       SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____       By: _____
[Signature of server]

_____
[Printed name]

Address: _____
_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____
_____

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2021-May-19  16:23:11
60CV-21-2065
C06D06 : 2 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## CIVIL DIVISION

**DAREL ADELSBERGER and**                                          **PLAINTIFFS**
**ANNETTE ADELSBERGER**

**VS.**                      **CASE NO. 60CV-21-2065**

**UNION PACIFIC RAILROAD COMPANY**                          **DEFENDANT**

### ENTRY OF APPEARANCE

COMES NOW, Timothy J. Giattina, and for his Entry of Appearance states that has been retained by the Plaintiffs, Darel Adelsberger and Annette Adelsberger, in addition to Robert E. Hodge and respectfully requests he be entered as an attorney of record accordingly.

WHEREFORE, Timothy J. Giattina of Hodge Calhoun Giattina, PLLC, prays that he be entered as attorney of record for Darel Adelsberger and Annette Adelsberger in the above-captioned case.

Respectfully Submitted,

*/s/Timothy J. Giattina*
Timothy J. Giattina
AR Bar No. 2011271
Hodge Calhoun Giattina, PLLC
711 W. 3rd St
Little Rock, AR 72201
T: (501) 404-4874
F: (501) 404-4865
tim@hcglawoffice.com

## CERTIFICATE OF SERVICE

I, Timothy J. Giattina, do hereby certify that I served the foregoing document on this 18th day of May 2021 to via electronic filing to all counsel of record.

*/s/Timothy J. Giattina*
Timothy J. Giattina