IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAREL ADELSBERGER and ANNETTE ADELSBERGER     PLAINTIFFS

v.     Case No. 4:21-cv-471

UNION PACIFIC RAILROAD COMPANY     DEFENDANT

## AGREED MOTION TO AMEND EXPERT DISCLOSURE DEADLINE.

COMES NOW, Union Pacific Railroad Company, and for their Agreed Motion to Amend Expert Disclosure Deadline and state:

1. The current discovery deadline in this case is June 13, 2022.

2. The current expert witness disclosure deadline in this case is 90 days before the trial date per FRCP 26(a)(2)(D), which places the deadline at June 21, 2022. Thus, the expert disclosure deadline is after the discovery cut-off.

3. Accordingly, the parties respectfully request that the expert disclosure deadline be moved to April 29, 2022, giving the parties 45 days to conduct expert discovery before the end of the cut-off.

4. Counsel for Union Pacific has discussed with counsel for Plaintiff and there is no objection.

Respectfully Submitted,

UNION PACIFIC RAILROAD COMPANY,
Defendant,

_____
Scott Tucker, #87176
Jamie Huffman Jones, #2003125
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201
Telephone: (501) 370-1430
Facsimile: (501) 244-5347
Email: jjones@fridayfirm.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, Jamie Huffman Jones, certify that a true and correct copy of this document has been served by electronic mail on this 28th day of February, 2022 upon:

Timothy Giattina, tim@hcglawoffice.com
Robert Edwin Hodge, rob@hcglawoffice.com

_____
Jamie Huffman Jones