**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DAREL ADELSBERGER, ET UX**                                              **PLAINTIFFS**

**V.**                              **CASE NO. 4:21-cv-00471-JM**

**UNION PACIFIC RAILROAD COMPANY**                          **DEFENDANT**

---

**ENTRY OF APPEARANCE**

---

Comes now Lee D. Curry, of the law firm of Lassiter & Cassinelli, and hereby enters his appearance herein as an attorney of record for the Plaintiffs, Darel Adelsberger and Annette Adelsberger, and respectfully requests that copies of all pleadings and correspondence regarding the above-referenced matter be served on him at the below-stated address.

RESPECTFULLY SUBMITTED,

LASSITER & CASSINELLI
Attorneys for Plaintiff
300 S. Spring St., Ste. 800
Little Rock, AR 72201
Phone: (501) 370-9300
Fax:    (501) 370-9306

By: _____
        Lee D. Curry        Ark. Bar No. 2014153
        Lee@LCArkLaw.com