IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAREL ADELSBERGER**                                           **PLAINTIFFS**
**AND ANNETTE ADELSBERGER**

**V.**                      **Case No. 4:21-cv-471**

**UNION PACIFIC RAILROAD COMPANY**               **DEFENDANT**

## UNION PACIFIC RAILROAD COMPANY'S MOTION FOR PARTIAL SUMMARY JUDMGENT

COMES NOW, Defendant, Union Pacific Railroad Company ("Union Pacific"), and for its Motion for Partial Summary Judgment, states:

1. Plaintiffs' negligence action against Union Pacific alleges that Union Pacific negligently failed to properly maintain a culvert that is adjacent to Plaintiffs' property and caused flooding to their property. At issue for this Motion is the time period alleged in the Complaint. Plaintiffs allege "[f]rom at least 2013 to the present, the defendant failed to properly maintain and clear the culvert and blocked the proper drainage of water." (Complaint, ¶8). It appears then that Plaintiffs intend to tell the jury about alleged flooding going back to 2013 and seek damages going back to 2013. The statute of limitations, however, is three years. Plaintiffs filed their Complaint on December 3, 2018.

2. Accordingly, as explained in the Memorandum of Law in Support, Union Pacific is entitled to summary judgment on any claims or damages alleged before December 3, 2015.

1

3. Union Pacific relies upon the following attached hereto:

   Exhibit 1          Report of Dr. Overton

   Exhibit 2          Original Complaint

   Memorandum of Law, contemporaneously filed herewith

   Statement of Undisputed Facts, contemporaneously filed herewith

   WHEREFORE, premises considered, Union Pacific Railroad Company respectfully requests that this Motion for Partial Summary Judgment be granted, and for all claims or damages alleged before December 3, 2015 be dismissed with prejudice, and for all other relief to which it is entitled.

Respectfully submitted,

Scott Tucker, #87176
Jamie Huffman Jones, #2003125
FRIDAY, ELDREDEGE & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201
501-370-1430 – phone
501-244-5347 – fax
jjones@fridayfirm.com

Attorneys for Union Pacific

By: _____
Jamie Huffman Jones

## CERTIFICATE OF SERVICE

I, Jamie Huffman Jones, hereby certify that a copy of the foregoing has been served upon the following counsel of through the Court's Electronic Notification and/or mailed by United States Postal Service to the following non-CM/ECF participant on this 5th day of July, 2022:

Timothy Giattina
tim@hcglawoffice.com

Robert Edwin Hodge
rob@lcarklaw.com

Lee Curry
lee@lcarklaw.com

_____
Jamie Huffman Jones