## EXPERT REPORT
## JERRY OVERTON, Ph.D., P.G.

# DRAFT

## AA Auto, Inc.
### v.
## Union Pacific Railroad

**Prepared for:**

**Stanley D. Rauls Law Firm**
**10201 West Markham, St. #314**
**Little Rock, AR 72205**

**Expert Report Prepared by**
**Dr. Jerry Overton, Ph.D., P.G**

## ATOKA, Inc.

**2695 Airport Road, Hot Springs, AR 71913**
800-305-2392    501-623-1121    Fax 501-623-2769
joverton@atokainc.com

*Professional Engineering &*
*Environmental Consulting Services*

**Report Date:  January 5, 2016**
**ATOKA Project # 15-237**

EXHIBIT 1

**TABLE OF CONTENTS**

**1.0   INTRODUCTION AND REPORT OBJECTIVES** ................................................... **3**
  1.1   Introduction ................................................................................................ 3
  1.2   Report Objectives ...................................................................................... 4
**2.0   DOCUMENTS EVALUATION AND BACKGROUND** ......................................... **5**
  2.1   Document Evaluations ............................................................................... 5
  2.2   Documents Provided by Attorney .............................................................. 5
  2.3   Documents Generated by ATOKA ............................................................ 5
  2.4   Document Review ...................................................................................... 5
**3.0   SITE LOCATION, GEOLOGY, SOILS, AND HYDROLOGY** .......................... **6**
  3.1   Site Location .............................................................................................. 6
  3.2   Geology ...................................................................................................... 6
  3.3   Soils ........................................................................................................... 6
  3.4   Hydrology ................................................................................................... 8
**4.0   DISCUSSION OF DOCUMENTS REVIEWED** .................................................. **9**
**5.0   TOPOGRAPHIC SURVEY** ............................................................................... **11**
**6.0   SURFACE WATER FLOW AND RAILROAD MAINTENANCE** .................... **12**
  6.1   Historical Surface Water Flow ................................................................ 12
  6.2   Findings .................................................................................................... 13
  6.3   Required Reclamation Actions ................................................................. 14
**7.0   BEST MANAGEMENT PRACTICES** ............................................................... **15**
  7.1   Best Management Practices (BMPs) ......................................................... 15
  7.2   Control of Blockage of the Union Pacific Railroad Double Box Culvert .................... 15
  7.3   Railroad Maintenance and Best Management Practices ........................... 16
**8.0   CONCLUSIONS AND RECOMMENDATIONS OF DR. OVERTON** ................ **18**
  8.1   General Conclusions ................................................................................ 18
  8.2   Recommendations .................................................................................... 18
**9.0   PROFESSIONAL OPINIONS OF DR. OVERTON** .......................................... **20**
**CERTIFICATION AND DOCUMENTATION** ................................................... **21**

*Dr. Jerry Overton Expert Report*

**FIGURES**

**Figure 1**      Site Map
**Figure 2**      Topography and Soils
**Figure 3**      Site Hydrography
**Figure 3a**     Regional Hydrography
**Figure 4**      FEMA Flood Maps
**Figure 5**      Property Elevation
**Figure 6**      Station 21+00 to AA Auto Property
**Figure 7**      Station 8+00 to Station 22+00
**Figure 8**      Pipe Drain to Station 13+00
**Figure 9**      Union Pacific Railroad Box Culvert
**Figure 10**     Union Pacific Box Culvert Section View

**APPENDICES**

**Appendix A**   Expert Witness Case Disclosures
**Appendix B**   Resume
**Appendix C**   Standard Fee Schedule
**Appendix D**   Documents Reviewed
**Appendix E**   Soil Report
**Appendix F**   Site Visit Photographs

## 1.0   INTRODUCTION AND REPORT OBJECTIVES

### 1.1   Introduction

My name is Jerry Overton and I reside at 112 Waggoner, Hot Springs, Arkansas 71913.  I am the President, Senior Hydrogeologist, and Remediation Specialist employed by ATOKA, Inc. (ATOKA).  I have been with ATOKA in this position since its inception in January 1994. ATOKA is an engineering and environmental consulting firm with offices in Hot Springs (Corporate), Little Rock, and El Dorado, Arkansas. In preparing this report I relied on tasks completed by employees of ATOKA under my supervision.  Whenever I use the term ATOKA, I am including my work and that of employees directly under my supervision.

I received a Bachelor's of Science degree in Geography, with an emphasis in Physical Geography, from Oklahoma State University and a Master of Science degree in Geography, with an emphasis in hydrology and land use management, in 1970 and 1971, respectively, and a Ph.D. in Geography, with an emphasis in hydrology and land use management, from the University of Oklahoma in 1980.  I conducted Post-Doctoral Studies at Oklahoma State University in Hydrogeology in 1985-1986 and completed a second Master of Science degree in Geology at Oklahoma State University, with an emphasis in hydrogeology, in 1989.

As a consultant, I have been responsible for conducting numerous projects which were directly related to environmental evaluations and land use management.  I have taught many university level courses in hydrology, water resources management, land use management, geology, and hydrogeology; including graduate level courses.

I have been accepted as an expert in land use planning, hazardous waste management, hydrology, geology, and hydrogeology and have been admitted as an expert in both Circuit and Federal Court on numerous occasions.  I am a Registered Professional Geologist (Arkansas, Louisiana, Mississippi, Missouri, and Texas) and a Certified Professional Geologist by the American Institute of Professional Geologists, a nationwide certification.  I am also a Certified Hazardous Waste Manager.  My Expert Witness Case Disclosures (**Appendix A**), Resume (**Appendix B**), and the Standard Fee Schedule for ATOKA (**Appendix C**) are attached to this report. This report provides my analysis and review of documents and my conclusions derived thereof. In the report to follow, when the term ATOKA is used, it refers to my work and any discussions or other assistance I may have had with other employees of ATOKA, Inc. (ATOKA) or the Plaintiff's Attorneys during the evaluation of documents and the derivation of my opinions.

I was requested to review documents provided by the attorney and Plaintiff, and to gather and evaluate any additional information necessary to determine the source and extent of stormwater flooding on property owned by AA Auto, Inc. at 8125 Highway 161, North Little Rock, Arkansas 72117.

*Dr. Jerry Overton Expert Report*

## 1.2    Report Objectives

The primary objectives of this expert report are to determine:

1. The source of flooding to the property located at 8125 Highway 161, North Little Rock, Arkansas.

2. Reclamation actions necessary to alleviate flooding of this site.

This report may be further supplemented if additional information is received or developed by the Plaintiffs or from any other sources and made available to the Plaintiffs.  In the case of a supplement to this report the objectives, conclusions, and/or recommendations may also be modified accordingly.

*Dr. Jerry Overton Expert Report*

## 2.0    DOCUMENTS EVALUATION AND BACKGROUND

### 2.1    Document Evaluations

ATOKA was asked by the Attorney for the Plaintiff to review documents pertinent to this case, including current and historical aerial photographs, current and historical site specific topographic surveys, and any relevant documents that ATOKA could retrieve or prepare from these or other sources.  Additional revisions may be necessary if any additional documents are acquired and are reviewed by ATOKA following the completion and submission of this report.

### 2.2    Documents Provided by Attorney

The list of all of the documents which were provided by the Attorney and/or Plaintiff at the time of this report's original publication, and which were reviewed for this report, are provided in **Appendix D**.

### 2.3    Documents Generated by ATOKA

ATOKA has been able to identify and review documents readily available, including, but not limited to: current and historical aerial imagery through Google Earth and the United States Geological Survey (USGS) Earth Explorer, current and historical U.S. Geological Survey 1:24,000 topographic maps, and the U.S. Department of Agriculture, Soil Conservation Service, Soil Survey for Pulaski County, Arkansas (**Appendix E**).  ATOKA also utilized a site specific topographic survey generated by a licensed registered surveyor in the State of Arkansas.

A list of the documents identified and reviewed by ATOKA regarding the evaluation of stormwater flooding associated with railroads and roads, the area geology, soils, and hydrology is also provided in **Appendix D**, as a separate list.  Some of the documents in **Appendix D** have been cited in this report; others in the appendix were reviewed by ATOKA but not cited.

### 2.4    Document Review

A review of selected historical documents is included in Section 4.

Key documents provided the majority of the data concerning the degree and extent of erosion and sedimentation, including:

1. A site specific limited topographic survey of the Plaintiff's properties, the subject Union Pacific Railroad double box culvert, and the drainage ditch from the north side of the railroad tracks to its culvert at the Waste Management road.
2. Railroad and State of Arkansas regulations
3. Best Management Practices literature regarding maintenance of railroad facilities.

## 3.0    SITE LOCATION, GEOLOGY, SOILS, AND HYDROLOGY

### 3.1    Site Location

The geographic location of the Plaintiff property is provided in Figure 1. The AA Auto, Inc. property is located in the SW ¼ of the SE ¼ of the SW ¼ of Section 2, Township 2 North, Range 11 West.   The specific location of the AA Auto, Inc. property is latitude 34.825173, longitude - 92.155460.   The site dimensions are approximately 165 feet by 1,000 feet and constitute 6.6 acres.   A map showing the location of the subject property, and the Union Pacific Railroad double box culvert that drains the watershed within the property is provided as Figure 1.

### 3.2    Geology

The subject site is generally located in central Arkansas and is within the Bayou Meto watershed on the western edge of the Mississippi River Alluvial Plain.

The 1:24,000 Geologic Map of the McAlmont Quadrangle (Haley, B. R., and Stone, C. G., 1994) indicates that the surface geology of the site is Quaternary - Holocene age, meandering river channel and floodplain sediment deposits.   These are clay, silt, and sand deposits of variable thickness which rest unconformably on top of older alluvial deposits.

### 3.3    Soils

The U.S. Department of Agriculture, Natural Resources Conservation Service Custom Soil Resource Report for Pulaski County, Arkansas and the United States Department of Agriculture, Natural Resources Conservation Service (NRCS) on-line database (http://websoilsurvey.nrcs.usda.gov) were used to provide information on the soils at the AA Auto, Inc. site and the surrounding property.   The soils indicated to be present on or near the AA Auto, Inc. site are the:

- Moreland silty clay;

- Rilla silt loam, 0 to 1 percent slopes;

- Rilla-Urban land complex, 0 to 1 percent slopes.

See **Appendix E** for the detailed summary of the soils and the soil maps as a part of the full NRCS Soil Report.   Figure 2 also presents site topography and soils as depicted by the NRCS Soil Report.

The primary soils underlying the AA Auto, Inc. property and surrounding sites are the Rilla silt loam and the Rill-Urban land complex.   ATOKA was able to visibly identify and characterize the soils and the current state of erosion during a site visit on November 12, 2015.

Just beyond the northern property line is the approximate surficial contact between the Moreland silty clay and the Rilla silt loam.   Although the map indicates that the Moreland silty clay is not on the property, it is likely that the Moreland silty clay can be found to extend southward onto

6

the property throughout the subsurface. This is due to the cut-bank and point-bar depositional characteristic of the meandering river from which these sediments came.

The Moreland silty clay formation (Me on **Figure 2**) is most commonly associated with slackwater areas and has a concave downslope shape and convex across slope shape. The sediment originated from clayey alluvium (sediment deposited by a river system) and typically progresses from a silty clay near the surface, to a silty clay loam near 41 to 43 inches in depth, and then to a loamy sand between 58 and 72 inches in depth. This soil drains somewhat poorly, has a low runoff, and is classified as prime farmland by the NRCS. See the NRCS *Custom Soil Resource Report* in **Appendix E** for more details.

The most prominent soil at the surface of the AA Auto, Inc. property is the Rilla silt loam (RmA on **Figure 2**). This soil consists morphologically of 0 to 1 percent slopes with linear down-slope shape and concave across-slope shape, and is a natural levee former in the region. It is classified as well-drained with its most restricting layer having a moderately high hydraulic conductivity factor. The Rilla silt loam remains a silt loam throughout its profile and contains approximately five (5) percent Calcium Carbonate. Please refer to **Appendix E** for complete details regarding this soil as given by the NRCS' *Custom Soil Resource Report*.

The Rilla-Urban land complex (RuA on **Figure 2**) is the next most prominent soil at the surface of the AA Auto, Inc. property, extending from just south of Jacksonville Highway 161 northward where it contacts the Rilla silt loam just beyond the back of the AA Auto, Inc. building. The *complex,* in terms of the Rilla-Urban land complex, means that the unit "consists of two or more soils or miscellaneous areas in such an intricate pattern or in such small areas that they cannot be shown separately on maps" (Soil Survey Staff, 2015). This soil is a silt loam originating from loamy alluvium and is a natural levee former like the Rilla silt loam, but has a convex shape down-slope and across-slope. This soil is well drained and has a moderately high to high hydraulic conductivity factor in its most restrictive layer.

Please refer to **Appendix E** to verify this information and for more details on the soils surrounding the AA Auto, Inc. properties, including a soils map; **Figure 2** of this expert report also provides a map of the soils along with topographic contour lines.

All photos collected by ATOKA on November 12, 2015 and December 17, 2015 can be viewed in **Appendix F**. Also included in **Appendix F** are photographs provided to ATOKA by the Plaintiff; photos taken by ATOKA and photos provided by the Plaintiff will be labeled and discussed separately in the appendix.

*Dr. Jerry Overton Expert Report*

### 3.4    Hydrology

The AA Auto, Inc. property and surrounding sites are located within the Fivemile Creek-Bayou Meto watershed (HUC12 - 080204020104).  The Fivemile Creek-Bayou Meto watershed, which has an area of approximately 25,115 acres, is a sub-watershed of the larger Bayou Meto watershed (HUC8 – 08020402) that is displayed in Figure 3a, and is the most local watershed affected by the maintenance practices of the Union Pacific Railroad at this location (WBD, 2015).  The portion of the Fivemile Creek-Bayou Meto watershed which includes the AA Auto, Inc. and surrounding properties, the Union Pacific Railroad double box culvert, the Waste Management landfill, and the engineered drainage ditches, is displayed in Figure 3.  The Bayou Meto watershed converges with the Arkansas River near Gillett, Arkansas.

Rainfall on and within the immediate vicinity of the AA Auto, Inc. site will flow north and east to the Union Pacific Railroad double box culvert where it is directed to the northwest along the southwest side of the Waste Management Two-Pine landfill via drainage ditch and culvert.  The water then enters a larger drainage ditch along the northwest side of the landfill and is routed to the northeast until its confluence with the Bayou Meto; the journey from the Union Pacific double box culvert to the confluence with the Bayou Meto is approximately 10,307 linear feet. The terraforming of the area due to the landfill, the development of I-440 and Hwy 67/167, and the Union Pacific railroad track has altered the natural flow of surface water such that the drainage of the land is dependent on trestles, culverts, and manmade drainage ditches. Management and maintenance of these trestles, culverts, and drainage ditches is crucial to proper drainage of the area.

*Dr. Jerry Overton Expert Report*

## 4.0    DISCUSSION OF DOCUMENTS REVIEWED

ATOKA reviewed each of the documents listed in **Appendix D**.  The topographic maps and the aerial photographs were reviewed to determine the directions of surface water flow at the subject site and to understand the general setting of the site as well as the general gradients in the immediate area of the AA Auto, Inc. property and flow within the immediate watershed. The soil survey provided significant information regarding the types of soil present and their characteristics.  The site visit of November 12, 2015 confirmed the information derived from these sources.

A topographic survey was undertaken by an Arkansas Professional Surveyor on staff with Development Consultants, Inc.  This survey was used to determine the precise location and elevation of the Union Pacific Railroad double box culvert of concern and the AA Auto, Inc. property.  A preliminary reclamation plan has been developed to re-establish stormwater flow through the immediate watershed and to institute additional Best Management Practices (BMPs) for the Union Pacific Railroad to maintain stormwater flow through the box culvert draining the watershed.  The topographic survey information was used to determine the elevation of the concrete base of the Union Pacific Railroad concrete box culvert and the elevation of the AA Auto, Inc. property.  A surface elevation for the sediment buildup obstructing the double box culvert will be gathered for comparison with the original concrete double box culvert base and the elevation of the AA Auto, Inc. property.  When the double box culvert is properly maintained, the water level within the drainage basin, which includes the AA Auto, Inc. property, should be lower than the lowest elevation of the AA Auto, Inc. property for most of each year.

A review of available documents regarding blockage of bridges, culverts, and trestles was undertaken.  It was found that Diehl (1997) has already published the results of a full literature review dealing with drift (debris) accumulation at bridges.  This study was carried out through the USGS between 1992 and 1995.  This study was in cooperation with the Federal Highway Administration.

When building bridges, whether for highways or for railroads, potential debris field review is crucial. This includes consideration of the upstream watershed and structures (Defra, 2004).  The character of this watershed must be evaluated, not only at the time of construction, but periodically during the life of the bridge.  Likewise, the bridge must be inspected and the condition of the flow way portion of the bridge must be determined, including any blockage.  If blockage is determined to be present, it should be removed as quickly as possible.  This is discussed in detail in the Federal Railroad Administration *Track Safety Standards Compliance Manual* (2002).  In Chapter 5, Subpart B, Section 213.33 Drainage, this manual states "Each drainage or other water carrying facility under or immediately adjacent to the roadbed must be maintained and kept free of obstruction, to accommodate expected water flow for the area concerned."  This section goes on to itemize the application and states "Drainage openings must

also be inspected and notice given where debris has accumulated to such an extent that expected water flow cannot be accommodated."

This is also discussed in the BNSF Railway – Union Pacific Railroad *Guidelines for Railroad Grade Separation Projects* (2007). In Section 4.5 this guidance states that "Maintaining the integrity of the Railroad drainage system is extremely important. The proposed construction shall safely pass high flows and not inhibit low flows or alter the path of the existing drainage system."

The *Track Safety Standards Compliance Manual* (2002) also provides the inspectors items that they should take note of during inspections. These include:

- *Right-of-way ditches*
- *Culvert, trestles and bridge inlets*
- *Water carrying structures or passageways*
- *Outlets or tail ditches*
- *Berm ditches*
- *Scouring of embankments, pilling or piers in channels or at abutments*
- *Filling in of passageways from silting, sand wash, or debris.*

Railroads are required to inspect their bridges. The 49 CFR Chapter II (10-1-09 Edition) in Part 237.101 "Scheduling of Bridge Inspections" (2009), states that inspections of bridges should take place at least once every year. This same regulation in Paragraph (e) "…requires that the bridge inspection shall be placed in the location designated in the bridge management program within 120 days of the completion of the field portion of the inspection."

Individual states have weighed in on this concern. States have recognized that both highways and railroads can, and have, caused undue problems associated with surface water. Wisconsin (2010) in Chapter 88, *Drainage of Lands,* for example, states in Section 88.87 (1) that the "…legislature finds that it is necessary to control and regulate the construction and drainage of all highways and railroad grades so as to protect property owners from damage to lands caused by unreasonable diversion *or retention* of surface waters due to a highway or railroad grade construction…".

*Dr. Jerry Overton Expert Report*

## 5.0    TOPOGRAPHIC SURVEY

An Arkansas Registered Professional Land Surveyor with Development Consultants, Inc. was hired by the Defendants, per the recommendation of ATOKA, to conduct a topographic survey of portions of the subject properties.   An ATOKA Engineering Technician accompanied the surveying crew to the site on December 17, 2015 to show where topographic surveying should be undertaken, and to make sure that all points required were attained by the survey crew.   The survey was primarily performed to determine the exact elevation of the Union Pacific Railroad concrete double box culvert and the AA Auto, Inc. property.   The topographic survey and review of necessary railroad maintenance and potential BMPs allowed ATOKA to recommend necessary remedial actions.

The topographic survey information was imported to AutoCAD and analyzed by ATOKA's engineering and environmental staff.   The data provided by Development Consultants, Inc. allowed for calculations regarding the necessary reclamation needs for controlling stormwater flow through the Union Pacific Railroad double box culvert to allow for the proper drainage of the portion of the Fivemile Creek-Bayou Meto watershed affected by the culvert and subsequent drainage system.

The results of the topographic survey can be seen in Figures 5 through 10.

*Dr. Jerry Overton Expert Report*

## 6.0   SURFACE WATER FLOW AND RAILROAD MAINTENANCE

### 6.1   Historical Surface Water Flow

Historically, the AA Auto, Inc. property would drain to the north and east to a Union Pacific Railroad box culvert before traveling west into the wetlands on the east side of Brushy Island. From these wetlands the water would drain north into Kellogg Creek and then into the Bayou Meto (USGS, 1954). This historical drainage appears to have been dependent on the same Union Pacific railroad box culvert in 1954 as it is today. The drainage into Kellogg Creek was rerouted via channelization during or sometime soon after the construction of state highway 67/167. This is the channel drainage that is still used today between the Waste Management landfill and state highway 67/167 to transport water directly to Bayou Meto.

Historical aerial photographs were not useful in determining whether the water level within the watershed did reach the north end of the AA Auto, Inc. property due to the thickness of the woodland canopy which extends from the northern AA Auto, Inc. property line to the southern edge of the railroad. This is also true for more recent aerial photography of the area. The Plaintiff claimed that many of the hardwoods within the watershed are now dying due to the lack of dry conditions during the growing season. During the November 12, 2015 site visit many hardwoods were observed to be dead or dying (see photos in **Appendix F**). The limbs from dying hardwoods are further contributing to the clogging of the railroad box culvert.

Much of the overland flow within the watershed is currently trapped due to excessive sedimentation at the Union Pacific Railroad box culvert that drains this watershed. During the site visit on November 12, 2015 and subsequent topographic surveying of the site, it was found that the Union Pacific Railroad box culvert located immediately south of the southern corner of the Waste Management landfill was silted and clogged with sticks to approximately one and a half (1.5) feet from the top of the concrete box culvert (see Photo 17 in **Appendix F**). The silt accumulated in this box culvert and in front of the culvert should be removed back to the base of the concrete box culvert. The same box culvert on the west side had a clearance of approximately three (3) feet and should also be cleaned to the base of the concrete box culvert. All silt and clogging materials beneath the box culvert should be removed and disposed outside of the watershed. These height values were measured during the survey; the results can be seen on Figures 9 and 10.

The survey results for the Waste Management culvert and drainage ditch, the Union Pacific Railroad concrete box culvert, and the AA Auto, Inc. property are provided as Figures 5 through 10.

## 6.2    Findings

During the November 12, 2015 site visit ATOKA personnel observed a nearly fully silted-in Union Pacific Railroad concrete box culvert located near the south corner of the Waste Management landfill.  This observation is confirmed by the topographic survey conducted by Development Consultants, Inc on December 10, 2015.  This Union Pacific Railroad box culvert serves to drain the small watershed between the Union Pacific Railroad and Highway 161, and from the Waste Management crossing north of I-440, used by Waste Management to cross the railroad to gain access to their source of soils for use on the landfill, to a narrowing of the watershed behind the White Bag facility to the south.  This area is shown in Figures 1, 2, and 3.

Excessive sedimentation of the Union Pacific Railroad box culvert and the area immediately south of this box culvert, has resulted in inadequate drainage of the portion of the local watershed which surrounds AA Auto, Inc.  This blockage has resulted in an increase in the overall depth of water trapped within the watershed and the flooding of a significant portion of the AA Auto, Inc. facility which renders the affected portion unusable by AA Auto, Inc.  This blockage should be removed from within the box culvert and on either side in order for the watershed to drain normally, and to reduce the level of standing water on the AA Auto, Inc. property.

The topographic survey indicates that the bottom of the Union Pacific Railroad concrete box culvert opening is 239.34 feet above sea level at both the north and south openings (see Figures 9 and 10).  The lowest portion of the AA Auto, Inc. property on its north side has an elevation of 244.16 feet above sea level (see Figure 5).  Therefore, if the sediment accumulated within the railroad box culvert and in front of this box culvert (immediately up gradient) was removed and the box culvert fully maintained over time, the stormwater would no longer be impounded within this portion of the watershed and the AA Auto, Inc. property would not be flooded for extended periods each year.

Beavers are present within the greater area of the site, possibly within the flooded area between Highway 161 and the Union Pacific Railroad as well as north of the railroad and southwest of the landfill.  An attempt to identify beaver activity during the November 12, 2015 site visit resulted in only a single tree showing evidence of gnawing by what is assumed to be beaver.  In addition, several trees show evidence of past beaver activity, however, these were all very old based on the condition of the tree and the coloration of the activity.  There seems to be very little evidence of beaver activity in the watershed containing the AA Auto, Inc. facility, however, it is possible that the debris beneath the box culvert in question is partially the result of beaver activity.

Regardless of whether beaver activity contributed to the blockage of the box culvert, the Union Pacific Railroad has a responsibility to maintain its facilities in order to protect the land which depend on them.  The obstruction or failure of a facility is not only detrimental to its purpose but to personal property, the environment, and to health and safety.

### 6.3    Required Reclamation Actions

The portion of Fivemile Creek-Bayou Meto watershed in the vicinity of the AA Auto, Inc. property only drains through the Union Pacific Railroad box culvert located near the south corner of the Waste Management landfill. This railroad box culvert is responsible for draining water from the south side of the railroad into an engineered drainage ditch along the southwest side of the landfill. The water flows to the north through this drainage and enters another drainage ditch at the north side of the landfill which carries water northeast directly into the Bayou Meto. This box culvert consists of one double reinforced concrete box culvert with six (6) foot by six (6) foot openings. The south side of this box culvert has approximately one and a half (1.5) feet of clearance above the silt that has accumulated within the culverts. This same silt, due to the blockage, has built up in front of the concrete box culvert as well.

The blockage of the concrete box culvert must be opened in order for the watershed to drain properly. This will require a trackhoe to excavate the silt from the front of the box culvert on both side of the railroad. In addition, the trackhoe will have to be used to excavate the silt accumulation on the southeast side in front of the box culvert to approximately 30 feet beyond the box culvert. The area beneath the concrete box culvert must also be cleaned. The silt is up to approximately 3.6 feet deep on the south side and up to approximately two (2) feet deep on the north side as surveyed (see Figure 9). That means that two to four feet of silt should be removed throughout the length of the concrete box culvert beneath the railroad. This will likely require a bobcat type excavator to completely clean the concrete box culvert.

On the north side of the double box culvert, Waste Management has recently cleaned the drainage up to the landfill road. The flowline of the culvert at the landfill road was surveyed to be 240.21 feet amsl, making it 0.87 feet amsl higher in elevation than the flowline of the concrete railroad box culvert, which has an elevation of 239.34 feet amsl (see Figure 8). This drainage may have to be deepened to allow stormwater to flow beyond the cleaned out box culvert. If so, the Waste Management road culvert will have to be lowered to the base of this drainage to assure continuous flow of stormwater through the channel. Otherwise, the height of the culvert will result in the blockage of the drainage creating an impoundment within the drainage. This will then create a blockage of flow through the culvert and result in the back up of stormwater onto the south side of the railroad box culvert and maintain flooding of the watershed south of the Union Pacific Railroad.

All sediments excavated from within the box culvert and to the south of the box culvert will have to be loaded onto rail cars or onto trucks if they can be mobilized along the Union Pacific Railroad grade between the existing tracks. If the excavated sediments are stockpiled along the railroad grade adjacent to the railroad, they will simply be eroded back into the drainage and will again block the flow through the box culvert. In addition, the area south of the Union Pacific Railroad grade is a wetlands. Prior to beginning these operations, a responsible person should make contact with the U.S. Army Corps of Engineers (USACE) regarding the excavation and whether any additional permits must be acquired in association with the Clean Water Act.

*Dr. Jerry Overton Expert Report*

## 7.0   BEST MANAGEMENT PRACTICES

### 7.1   Best Management Practices (BMPs)

For the community, it is important for railroads to assure that all efforts are made to avoid problems that would affect neighbors of the railroad.  This would include actions or inactions on the part of the railroad.

For the railroad itself, it is important to not create situations that would result in the compromise of the railroad and its facilities or equipment.  Again, this would include both direct-actions or inactions on the part of the railroad.

The lack of maintenance for concrete box culverts that would result in the accumulation of debris and the long term sedimentation of the culvert would impact both the immediate community and could result in damage to the railroad's facilities.   The impact to the community is the impoundment of stormwater up-gradient of the concrete box culvert that would flood properties for long periods of time that would perhaps only experience flooding for a few days at a time.  This impoundment, if it paralleled the railroad grade could result in the saturation of the grade subsoils to the extent that the ballast of the railroad tracks are weakened and which might eventually fail.

BNSF Railway – Union Pacific Railroad *Guidelines for Railroad Grade Separation Projects* (2007) states, "Maintaining the integrity of the Railroad drainage system is extremely important".  Allowing a drainage to be blocked for long enough to almost fully silt in the box culvert creates an impoundment that not only inundates private property and opens the railroad to liability, but also floods an area longitudinal to the railroad tracks which can result in the long term detriment to the railroad grade.

### 7.2   Control of Blockage of the Union Pacific Railroad Double Box Culvert

It is essential to implement maintenance measures that assure the Union Pacific Railroad concrete double box culvert, which drains the watershed that includes the AA Auto, Inc. property, is open to stormwater flow at all times.  When this culvert is blocked, stormwater is not allowed to exit the watershed and floods properties within the watershed.  In the case of the Union Pacific Railroad box culvert located near the south corner of the Waste Management landfill, the blockage is currently to within approximately 1.5 feet amsl from the top of the culvert opening on the south side and 3 feet amsl on the north side.  Unable to flow sufficiently through the culvert, suspended sediment is deposited in, and near the mouth of, the culvert. ATOKA estimates the area affected by this deposition to extend about 30 feet from the southern mouth of the culvert.

Regardless of the cause of this blockage, it is the responsibility of the Union Pacific Railroad to maintain its culverts.  Maintenance of culverts is not only the physical maintenance of the structure, but also the assurance that flow through the culvert is maintained as originally

15

designed.  Maintenance of the culvert allows the ecosystem up-gradient of the culvert to remain as unaffected as possible.  By allowing the blockage of the culvert, not only is private property inundated for long periods of time each year, but the overall ecosystem of the watershed is impacted.  Wetland vegetation, including bottomland hardwoods, is damaged.  If this damage is continued for a long period of time, the bottomland hardwoods will be destroyed.  This destruction is proof of the ongoing impact the blockage of the culvert is having on the watershed.  Again, this impoundment is causing higher surface water levels that are inundating private property within the watershed.

### 7.3     Railroad Maintenance and Best Management Practices

Best Management Practices (BMPs) are those actions or activities that protect the facility and its environment.  For drainage ditches, bridges, culverts, and trestles it is very important to prevent transported debris from colliding with the structure and from clogging the structure.  Collisions with debris, especially during flooding events where debris velocity is increased, will damage the structure, both immediately and gradually, and reduce its effectiveness.  The clogging of a drainage structure results in the impounding of the water body which the structure is meant to drain, causing flooding upstream of the structure.  Clogging can occur in several ways; commonly, larger objects such as tree limbs, cobbles or boulders, and trash will amass in and around the structure.  The blockage of the structure with larger objects results in the accumulation of smaller objects such as sticks and leaves, smaller pieces of trash, and pebbles and gravels.  Once the structure is sufficiently clogged with larger objects, sedimentation will begin to occur at the water body's point of contact with the structure and upstream.  The reduction in flow velocity of the water causes suspended sediment to be deposited and eventually fills in the mouth of the structure with debris and sediment rendering it ineffective in draining the land upstream.

Two categories of debris countermeasures exist according to the U.S. Highway Department of Transportation: structural countermeasures and non-structural countermeasures (USDOT, 2005).  Structural countermeasures are engineered structures installed at culverts, trestles, and bridges to prevent or reduce debris from entering the culvert, trestle, or bridge.  Several designs exist for structural countermeasures, each one being ideal for different applications and environments (USDOT, 2005).

Non-structural countermeasures are quite basic; the U.S. Department of Transportation says, "The only type of non-structural measures available for culvert structures is to provide emergency and annual maintenance" (USDOT, 2005).  Because no structural debris countermeasure exists at the railroad box culvert questioned in this report, a non-structural countermeasure approach must be taken.  Union Pacific must conduct emergency maintenance on this box culvert to mitigate the debilitating effect such cloggage is having on the upstream catchment basin.  Such emergency maintenance involves the removal of debris from within, around and upstream of the box culvert, as well as any sediment which has amassed as a result of

*Dr. Jerry Overton Expert Report*

the clogged box culvert.  Once emergency maintenance has been completed Union-Pacific must adopt an annual maintenance plan for the cleaning of the box culvert.

Another reason for keeping railroad and highway drainage structures functioning as they were designed to, i.e. free of debris, is to prevent the elevation of the water immediately upgradient of the box culvert and the railroad grade from encroaching on the rail, or road, bed.  For the Union Pacific Railroad box culvert and railroad grade in this study, approximately one mile along the railroad grade abut to the subject flooded watershed, impounded water is likely saturating the railroad grade. This level of water against the railroad grade can result in a weakening of the railroad ballast and subsequent failure of the structure.  The BMP here is, again, the removal of the blockage of the box culvert causing the impoundment and raised level of the surface water adjacent to the railroad grade.

There are several items that should be included in any erosion control and sedimentation plan. These include:
- Housekeeping items
- Minimizing exposure
- An emergency action plan
- Preservation of topsoil for site reclamation
- Erosion Control Measures
- Sediment Control Measures
- Stabilization Practices
- Structural Practices
- Schedule of construction activities
- Schedule of BMP implementation

Each of these items can include numerous subcategories and specific BMPs that can be implemented for a specific site.  This is especially true for erosion and sediment control measures and stabilization and structural practices. A wide range of BMPs are available for inclusion based on specific site conditions and needs.

*Dr. Jerry Overton Expert Report*

## 8.0   CONCLUSIONS AND RECOMMENDATIONS OF DR. OVERTON

### 8.1   General Conclusions

The following conclusions are made from the reviews and evaluations undertaken for the AA Auto, Inc. site and the Union Pacific Railroad box culvert:

- The Union Pacific Railroad box culvert located at approximately the south corner of the Waste Management landfill is excessively clogged with debris and sediment.

- The sediment effect extends to the south for approximately 30 feet, perhaps more.

- The clogging and sedimentation of this box culvert blocks the flow of stormwater from the local watershed south of the box culvert, and increases the elevation of the impounded water onto properties within this watershed.

- The AA Auto, Inc. facility was surveyed to have elevations on its north side of 244.29, 244.39, 244.16 feet from west to east, respectively.  The base of the Union Pacific Railroad concrete box culvert has an elevation of 239.34 feet amsl.  If the box culvert were properly maintained, the elevation of stormwater would not encroach onto the AA Auto, Inc. facility except for short term flooding resulting from heavy precipitation events.

- The sedimentation of the Union Pacific Railroad box culvert effectively blocks the drainage of stormwater from the local watershed south of the box culvert, causing the impounding of water to unnatural levels for extended periods of time.

- The impounding of water by the blockage of the Union Pacific Railroad box culvert causes the level of water within the local watershed south of the box culvert to rise and remain at elevated levels flooding properties for extended periods of time and rendering some of these properties unusable.

- The AA Auto, Inc. property has been impacted by higher water levels for extended periods of time due to the blockage of the Union Pacific Railroad box culvert that represents the only drainage for the affected portion of the local watershed south of its location.

### 8.2   Recommendations

The photographs collected during the site visit on November 12, 2015 clearly show that the Union Pacific Railroad box culvert located near the south corner of the Waste Management landfill is blocked by sediment.  This blockage creates an impoundment of the south side of the railroad effectively increasing the elevation of water within the watershed.  This increase in water level causes some property to be flooded for extended periods of time; even after drainage, wet soil conditions render the property unusable for intended and historic purposes.

*Dr. Jerry Overton Expert Report*

In order to alleviate this problem, the following activities, at minimum, should be undertaken:

- The sediments and debris within the Union Pacific Railroad box culvert and sediment built up on the south side of the box culvert must be removed and the box culvert cleared so that normal stormwater flow is returned and then maintained.

- The sediment on the north side of the box culvert must be excavated and removed and the drainage ditch maintained by Waste Management must be deepened so that normal flow through the box culvert is maintained without ponding on the north side of the box culvert.

- All sediments excavated must be hauled from the site so that the erosion of stockpiled sediments does not result in the re-entering of those sediments to the watershed.

- Biannual inspection should be conducted to evaluate the state of the box culvert. Any debris and sediment within the culvert should be removed and hauled away.

*Dr. Jerry Overton Expert Report*

## 9.0    PROFESSIONAL OPINIONS OF DR. OVERTON

I have evaluated the site and ATOKA has prepared, under my direction, specific evaluations of the subject properties.  Specific opinions are provided below:

- It is my opinion, based on these evaluations, that excessive debris and sedimentation of the Union Pacific Railroad box culvert has taken place that effectively blocks the drainage of the portion of the watershed south of the railroad box culvert.

- The blockage of the Union Pacific Railroad box culvert results in the impoundment of stormwater within the affected watershed.

- Blockage of the drainage through the Union Pacific Railroad box culvert results in the increased elevation of stormwater within its affected watershed and the flooding of properties within that watershed.

- The Union Pacific Railroad box culvert, sediments deposited in front of this box culvert, and sediments deposited on the down gradient side of this box culvert must be excavated to return the drainage to its designed stormwater flow regime.

- It may also be necessary to further excavate the down gradient drainage on the Waste Management Landfill property to assure that additional impounding does not result from this drainage sedimentation.  A culvert within this drainage will likely have to be lowered to facilitate effective drainage.

- All sediments removed from the box culvert and to the south and east of the box culvert must be hauled from the area rather than being stockpiled at the excavation site.

- Biannual inspection should be conducted to evaluate the state of the box culvert.  Any debris and sediment within the culvert should be removed and hauled away.

*Dr. Jerry Overton Expert Report*

# Certification and Documentation

## CERTIFICATION

Dr. Overton's fee is $150 per hour plus expenses.

---

Jerry Overton, PhD

Prepared this <u>January 5, 2016</u>

*Dr. Jerry Overton Expert Report*

[This page left intentionally blank.]

*Dr. Jerry Overton Expert Report*

# Figures



POI:  Double 6' X 6' Box Culvert

PROPERTY

SITE LOCATION

VICINITY MAP

WASTE MANAGEMENT LANDFILL

**FIGURE 1 - SITE MAP**

**AA AUTO STORM DRAINAGE CLAIM**

STAN RAULS
8125 Highway 161
N. Little Rock, AR, 72117

**ATOKA, Inc.**
ENGINEERING & ENVIRONMENTAL CONSULTING

2695 AIRPORT ROAD
HOT SPRINGS, AR 71913-9272
501-623-1121

| Date: 06-26-2015 | SCALE: 1" = 800' | JOB NO.: 15-237 | SHEET: |



**FIGURE 2 - Topography & Soils**

AA Auto, Inc.
Sherwood, AR

**ATOKA, Inc.**
Engineering and Environmental Consulting
www.atokainc.com

2695 Airport Road
Hot Springs, AR 71913-9272
501-623-1121

Date: 1/5/2016          Job No.: 15-237

**Legend**

Soil Boundary
10ft Elevation Contours

Ko - Keo silt loam, 0 to 1 percent slopes, rarely flooded
LdB - Leadvale-Urban land complex, 1 to 3 percent slopes
Me - Moreland silty clay
Pe - Perry clay, 0 to 1 percent slopes, rarely flooded
RmA - Rilla silt loam, 0 to 1 percent slopes
RuA - Rilla-Urban land complex, 0 to 1 percent slopes
SuC - Smithdale-Urban land complex, 3 to 8 percent slopes
TaB - Tlat fine sandy loam, 1 to 3 percent slopes
Wt - Wrightsville silt loam

AA Auto, Inc.



PROPERTY

## LEGEND

| | |
|---|---|
| ✕✕ | Railroad |
| ━━ | Unnamed Tributaries |
| ■ | Water Bodies |
| □ | Fivemile Creek - Bayou Meto |

1800   900   0   1800

**FIGURE 3 - Site Hydrography**

**AA AUTO STORM DRAINAGE CLAIM**

STAN RAULS
8125 Highway 161
N. Little Rock, AR, 72117

**ATOKA, INC.**
ENGINEERING & ENVIRONMENTAL CONSULTING

2695 AIRPORT ROAD
HOT SPRINGS, AR  71913-9272
501-623-1121

| Date: 08-26-2015 | SCALE: 1" = 1800' | JOB NO.: 15-237 | SHEET: |



FIGURE 3a - Regional Hydrography
AA Auto, Inc.
Sherwood, AR

ATOKA, Inc.
Engineering and Environmental Consulting
www.atokainc.com

2695 Airport Road
Hot Springs, AR 71913-9272
501-623-1121

Date: 12/29/2015          Job No.: 15-237



SITE LOCATION

**FIGURE 4 - FEMA Flood Maps**

AA AUTO STORM DRAINAGE CLAIM

STAN RAULS

8125 HIGHWAY 161

N. LITTLE ROCK, AR, 72117

**ATOKA, Inc.**
ENGINEERING & ENVIRONMENTAL CONSULTING

2695 AIRPORT ROAD
HOT SPRINGS, AR 71913-9272
501-623-1121

| Date: 08-26-2015 | SCALE: | JOB NO.: 15-237 | SHEET: |



F.F ELEV. = 247.43

F.F ELEV. = 247.52

244.16 244.04 244.47 244.53 245.20 244.58 246.39 246.97 247.39

244.29

244.39 244.21 244.19 244.99 245.33 244.29

244.60 245.98 246.72 247.30

244.29 244.01 244.32 244.66 245.32 245.79 246.27

**FIGURE 5 - Property Elevation**

AA AUTO STORM DRAINAGE CLAIM

STAN RAULS
8125 Highway 161
N. Little Rock, AR, 72117

**ATOKA, Inc.**
ENGINEERING & ENVIRONMENTAL CONSULTING

2695 AIRPORT ROAD
HOT SPRINGS, AR 71913-9272
501-623-1121

| Date: 12/15/2015 | SCALE: 1" = 80' | JOB NO.: 15-237 | SHEET: |



**STA. 21+00 TO AA AUTO PROPERTY**

**FIGURE 6 - STA. 21+00 To AA Auto, Inc. Property**

**AA AUTO STORM DRAINAGE CLAIM**

**STAN RAULS**
8125 HIGHWAY 161
N. Little Rock, AR, 72117

**ATOKA, INC.**
ENGINEERING & ENVIRONMENTAL CONSULTING

2695 AIRPORT ROAD
HOT SPRINGS, AR  71913-9272
501-623-1121

| Date: 15-09-2015 | SCALE: 1:50 | JOB NO.: 15-237 | SHEET: |



STA. 8+00 TO STA. 22+00

FIGURE 7 - STA. 8+00 To STA. 22+00

AA AUTO STORM DRAINAGE CLAIM
STAN RAULS
8125 HIGHWAY 161
N. Little Rock, AR, 72117

ATOKA, INC.
ENGINEERING & ENVIRONMENTAL CONSULTING

2695 AIRPORT ROAD
HOT SPRINGS, AR 71913-9272
501-623-1121

| Date: 15-09-2015 | SCALE: 1: 50 | JOB NO: 15-237 | SHEET: |



# PIPE DRAIN TO STA. 13+00

**FIGURE 8 - Pipe Drain To STA. 13+00**

AA AUTO STORM DRAINAGE CLAIM

**STAN RAULS**
8125 HIGHWAY 161
N. Little Rock, AR, 72117

**ATOKA, Inc.**
ENGINEERING & ENVIRONMENTAL CONSULTING
2695 AIRPORT ROAD
HOT SPRINGS, AR  71913-9272
501-623-1121

| Date: 15-09-2015 | SCALE: 1:50 | JOB NO.: 15-237 | SHEET: |



**NORTH SIDE
ELEVATION VIEW**

**SOUTH SIDE
ELEVATION VIEW**

FIGURE 9 - Union Pacific Railroad Box Culvert

AA AUTO STORM DRAINAGE CLAIM

STAN RAULS
8125 HIGHWAY 161
N. Little Rock, AR, 72117

ATOKA, Inc.
ENGINEERING & ENVIRONMENTAL CONSULTING

2695 AIRPORT ROAD
HOT SPRINGS, AR  71913-9272
501-623-1121

| Date: 15-09-2015 | SCALE: NTS | JOB NO.: 15-237 | SHEET: |



TOP OF RAIL
ELEV. 248.84 ft

TOP OF RAIL
ELEV. 248.14 ft

EXISTING GROUND
ELEV. 247.47 ft

EXISTING GROUND
ELEV. 247.20 ft

TOP OF SILT
ELEV. 241.28 ft

TOP OF SILT
ELEV. 242.94 ft

TIMBER

TIMBER

5 ft

ELEV. 239.34 ft

SILT/DEBRIS BUILDUP

ELEV. 239.34 ft

46.3 ft

NORTH SIDE

SOUTH SIDE

**BOX CULVERT
SECTION VIEW**

**FIGURE 10 - Union Pacific Box Culvert Section View**

AA AUTO STORM DRAINAGE CLAIM
STAN RAULS
8125 HIGHWAY 161
N. Little Rock, AR, 72117

**ATOKA, INC.**
ENGINEERING & ENVIRONMENTAL CONSULTING

2695 AIRPORT ROAD
HOT SPRINGS, AR  71913-9272
501-623-1121

| Date: 15-09-2015 | SCALE: NTS | JOB NO.: 15-237 | SHEET: |

*Dr. Jerry Overton Expert Report*

# Appendix A

# Expert Witness Case Disclosures

# Cases in which Jerry Overton, Ph.D.
# Served as an Expert Witness
# Within the Past Five Years

**Valley View Rental, LLC vs. Colonial Pipeline Company**
Clinton, LA
Expert Report Prepared
Deposition Taken                                             Negotiated Settlement 2014

**Roger E. Price, et al vs. Roy O. Martin, L.P. et al**
Alexandria, LA
Expert Report Prepared

**Ronald Buck vs. United States of America, Federal Emergency Management Agency, City of Hope Arkansas, and Clearbrook, LLC**
Hope, Arkansas
Expert Report Prepared                                       Negotiated Settlement 2012

**Richard N. Hargraves III, As Administrator of the Estate of Richard N. Hargraves, Jr., Deceased vs. Concord Water and Public Facilities Board, Engineering Design Management Consultants, Inc. d/b/a/EDM Consultants, Inc., John Doe 1; John Doe 2; John Doe 3**
Report Prepared
Deposed 2012                                                 Negotiated Settlement 2012

**Rose Davis et. al. vs. Edward Levy Metals Incorporated**
U.S. Court of Federal Claims
New Orleans, Louisiana
Expert Report Prepared
Deposed:  2011 and 2012                                      Trial Pending

**Arkansas Oil and Gas Commission Hearings**
Peak Water Systems, Inc.
Provided Expert Testimony Geology and Hydrogeology 2012

**Arkansas Oil and Gas Commission Hearings**
Poseidon Energy Systems, Inc.
Provided Expert Testimony Geology and Hydrogeology 2011

**Oklahoma Foreign Auto Sales, et al v. T Bear 1-2, LLC et. al.**
Circuit Court
Moore, Oklahoma
Report Prepared                                              Negotiated Settlement 2011

**Big Oak Farm, Inc. vs. U. S. Government and the U. S. Corps of Engineers**
U. S. Court of Federal Claims
Cape Girardeau, Missouri
Expert Report being prepared
Depositions Pending                                          Trial Pending

**Massey et al vs. Winrock Development et al**
Sherwood, Arkansas
Circuit Court
Expert Report Submitted
Deposed: 2009                                    Negotiated Settlement 2010

**Ballard et al v. Eastern Tank Services et al**
Branch, Arkansas
Circuit Court
Expert Report Submitted
Deposition Completed                             Negotiated Settlement 2010

**Grover Smith et. Al. vs. Berg Laney & Brown et. Al.**
Circuit Court, El Dorado, Arkansas
Expert Report Submitted                          Negotiated Settlement 2012

**Estate of Self vs. NATIONAL Coal County, LLC**
Cheyenne, Oklahoma
Circuit Court                                    Negotiated Settlement

**Eden Isle, et al vs. U.S. and the U.S. Corps of Engineers**
Heber Springs, Arkansas
Federal Court
Expert Report Submitted
Deposition Pending
Testified in Federal Court                       Trial in Progress

**The George Family Trust vs. U.S.**
Federal Court
Clarendon, Arkansas
Expert Report Submitted
Deposition Pending                                     Trial Pending
                                                 Negotiated Settlement 2009

**Dale and Carol Oliger et al vs. Arkana et al**
Circuit Court
Clinton, Arkansas
Expert Report Submitted                          Negotiated Settlement 2010

**Rhonda Brasel, et al vs. Weyerhaeuser Company, et al**
District Court
Nashville, Arkansas
Expert Report Submitted
Deposed:  2010                                   Negotiated Settlement 2010

**Harry Stephens Farms, Inc. et al vs. Wormald American, Inc. et al**
Federal Court
West Helena, Arkansas
Deposition Completed                                   Trial Pending

**Stephens et al vs. Greg Williams, et al**
Circuit Court
Cushing, Oklahoma
Deposition Completed

**Barbara Fortney vs. Greg Williams, et al**
Circuit Court
Cushing, Oklahoma
Deposition Completed                                        Negotiated Settlement 2011

**SDI Hot Springs, LLC vs. B&F Engineering, Inc. and**
**The Garland County Fair & Livestock Show Association, Inc.**
US District Court
Western District of Arkansas, Hot Springs Division
Hot Springs, Arkansas
Expert Report Prepared                                      Negotiated Settlement 2012

# Appendix B

## Resume

### DR. JERRY OVERTON, CPG
### Geologist/Hydrogeologist

Dr. Overton has more than 30 years' experience as a professional Environmental Scientist / Hydrogeologist. His experience includes; environmental site characterizations for contaminated soils, surface water and groundwater; designing and installing groundwater monitoring well systems; evaluating facility hazardous/solid waste sites and permitting; conducting hazardous/solid waste site searches; and conducting oil field environmental site characterizations, reclamation design and providing site reclamation oversight. Dr. Overton also has extensive experience with aquifer characterization assessments, NORM surveying, surface and downhole geophysical studies, aquifer testing/evaluations, groundwater sampling QA/QC plans and implementation, solute transport and groundwater modeling. Dr. Overton taught for more than 13 years at the University/College level and currently teaches Senior and Graduate levels courses at the University of Arkansas at Little Rock on an interim basis. Dr. Overton provides litigation support and expert witness services and regulatory agency negotiations. His specific project experience includes the following:

## GROUNDWATER / SOIL / GEOLOGY INVESTIGATIONS

Evaluation of soil and groundwater contamination from an injection well storage area, near Bristow, Oklahoma (Project Management, Hydrogeology, Litigation Support)

Evaluation of soil and groundwater contamination from a drilling fluids land spreading operation and impact on two freshwater sources, Fort Smith, Arkansas (Project Management, Hydrogeology, Litigation Support)

Class II Salt Water Injection Well Permit, Poseidon #1, Poseidon Energy, Little Rock, Arkansas (Project Management)

Class II Salt Water Injection Well Permit, Poseidon #2, Poseidon Energy, Little Rock, Arkansas (Project Management)

Landfarm Permitting, Plummerville Landfarm, Inc., Plummerville, Arkansas (Project Management)

Landfarm Permitting, Arkansas Resources Management, Searcy, Arkansas (Project Management)

Landfarm Permitting, Fayetteville Shale Landfarm, LLC, Searcy, Arkansas (Project Management)

Landfarm Permitting, Fayetteville Shale Landfarm, LLC, Lonoke, Arkansas (Project Management)

Industrial Park Design and Permitting, El Dorado Industrial Board, El Dorado, Arkansas (Project Management)

Class IV Landfill, Union County, Arkansas, Union County Judge, El Dorado, Arkansas (Project Management)

Class IV Landfill, L & W Construction, LLC, Little Rock, Arkansas (Hydrogeology)

Sand and Gravel Mining Permit, Fouke Aggregate, Fouke, Arkansas (Project Management)

Soils/Groundwater/NORM Investigations, RCRA Site, AJ&K Production Company, Smackover, Arkansas (Project Management)

Groundwater/Geophysical Investigations for Class I Landfill, Allied Waste, Inc., Little Rock, Arkansas (Project Management)

Soils/Groundwater Investigations, Ligon Oil Company, Malvern, Arkansas (Project Management)

Highwall Evaluation/Remediation Following Major Highwall Slide, City of Hot Springs, (Project Management, Highwall Evaluation, Remediation/Reclamation, Funding Proposal for City Wide Highwall Evaluation)

Mining Geology, U. S. Vanadium (STRATCOR), Three Separate Mines, Hot Springs, Arkansas (Project Management)

Mining Geology/Mining Superintendent, Porocel Corporation/Englehard Corporation, Little Rock, Arkansas (Project Management)

Mining Geology, Geo-Specialties, Inc., Little Rock, Arkansas (Technical Assistance)

Soils/Groundwater Investigations, CERCLA Site, Hines Lumber Company / Mid-South Lumber Company, Mena, Arkansas (Technical Support)

Soils/Groundwater/NORM Investigations, RCRA Sites, (Four Projects) Bituminous Insurance Company, Smackover, Arkansas (Project Management)

Soils/Groundwater/NORM Investigations, RCRA Site, Beebe Oil Company, Norphlet, Arkansas (Project Management)

Soils Investigation, City of Little Rock (Broyles Park), Little Rock, Arkansas (Technical Support)

Soils/Surface Water/NORM Investigation, Clay Murphy, Smackover, Arkansas (Project Management)

Mine Reclamation, Englehard Corporation, Little Rock, Arkansas (Project Management)

Soils Investigation, Gee's Landing, Crossett, Arkansas (Project Manager)

Soils Investigation, Tomblinson Center, Little Rock, Arkansas (Technical Support)

Soils/Groundwater/NORM Investigation, RCRA Site, Phillips 66 Oil Company, Lewisville, Arkansas (Project Management)

Soils/Groundwater/NORM Investigation, RCRA Site, Phillips 66 Oil Company, Urbana, Arkansas (Project Management)

Groundwater Flow and Recharge Investigation/Groundwater Modeling Evaluation, JWL Water, Pocahontas, Arkansas (Project Manager)

Soils/Groundwater/Geophysical Investigations, RCRA Site,  Umetco Company, Hot Springs, Arkansas (Project Management)

Soils Investigation, Jacuzzi Company, Little Rock, Arkansas (Technical Support)

Hydrogeological Investigation, Jesse Fountain, Mt. Ida, Arkansas (Project Management)

Soils Investigation, Kirby Kwik Stop, Kirby, Arkansas (Project Management)

Soils/Groundwater Investigation, James Swindoll Law Firm, Royal, Arkansas (Project Management)

Soils/Groundwater/NORM Investigation, RCRA Site, Miller & Keffer, LLC, (Project Management)

Soils/Groundwater Investigation, PAK Realty, El Dorado, Arkansas (Project Management)

Soils/Groundwater Investigation, RCRA Site, Parker Solvents Company, Little Rock, Arkansas (Project Management)

Soils/Groundwater/Hazardous Materials Investigation, RCRA Site, Amity Lacquer, Paint and Chemical Company/U.S. Bankruptcy Court, Northern District of Texas, Amity, Arkansas (Project Management)

Soils/Groundwater Investigation, Smith Fiberglass, Inc., Little Rock, Arkansas, (Project Management)

Soils/Groundwater Investigation, RCRA Site, Spurlock Adhesives, Inc., Malvern, Arkansas (Project Management)

Groundwater Flow and Recharge Evaluation/Groundwater Modeling, Berry Law Firm, Dumas, Arkansas (Project Management)

Soils/Groundwater Investigation, Lonnie Treadway, Bismark, Arkansas (Project Management)

Soils Investigation, University of Arkansas at Pine Bluff, Pine Bluff, Arkansas (Project Management)

Soils Investigation, CERCLA Site, Mercury Marine Company, Criner, Oklahoma (Technical Support)

Groundwater Investigation, RCRA Site, Mercury Marine Company, Stillwater, Oklahoma (Technical Support)

Soils/Groundwater/Geophysical Investigation, RCRA Site, Tenneco Oil Company, Stillwater, Oklahoma (Technical Support)

Soils/NORM investigation, American Modern Insurance, Company, Emerson, Arkansas (Project Management)

Geophysical Investigation, Chambers Bank, Maumelle, Arkansas (Project Management)

Groundwater Investigation, Stauffer Chemical Company, Little Rock, Arkansas, (Project Management)

**ENVIRONMENTAL SITE ASSESSMENTS (PHASE I, II & III)**

Phase I and II, USA Truck, Inc, Van Buren, Arkansas

Phase I and II, Armstrong Tool Company, Illinois

Phase I, USA Truck, Inc, Dallas, Texas

Phase I, Chevrolet/Dodge Dealership, Searcy, Arkansas

Phase I, Armstrong Tool Company, McAlester, Oklahoma

Phase I, Armstrong Tool Company, Van Buren, Arkansas

Phase I, Affiliated Foods, Inc., Four Sites, South Central Mississippi.

Phase I, Hunter-Wasson, Inc., Arkadelphia, Arkansas

Phase I, Stan Sweeney Property, Jersey, Arkansas

Phase II, STRATCOR (U.S. Vanadium), Hot Springs, Arkansas

Phase I, Arkansas Game and Fish Commission, Fort Chaffee, Arkansas

Phase I, Beavers Realty Company, Hot Springs, Arkansas

Phase I, AJ&K Oil Company, Smackover, Arkansas

Phase I, Phillips 66 Oil Company, Smackover, Arkansas

Phase I, II, & III, City of Little Rock, Arkansas (Boyles Park)

Phase I, Bulk SAK, Malvern, Arkansas

Phase I, City of Barling, Barling, Arkansas

Phase I, City of Thornton, Thornton, Arkansas

Phase I, Clay Murphy, Smackover, Arkansas

Phase I, II, & III, Columbia County, Magnolia, Arkansas

Phase I, Lake Ouachita State Park, Mt. Ida, Arkansas

Phase I, Mtn. Harbor, Lake Ouachita, Mt. Ida, Arkansas

Phase I, Schering Plough, Memphis, Tennessee

Phase I, U.S.A. Truck, Inc, El Paso, Texas

Phase I, U.S.A. Truck, Inc., El Paso, Texas

Phase I, U.S.A. Truck, Inc., El Paso, Texas

Phase I & II, U.S.A. Truck, Inc., Dayton, Ohio

Phase I, U.S.A. Truck, Inc., Collinsville, Pennsylvania

Phase I, U.S.A. Truck, Inc., Charleston, South Carolina

Phase I, Vulcan Aggregate, Russellville, Arkansas

Phase I, Vulcan Aggregate, Imboden, Arkansas

Phase I & II, Cleburn County Bank, Heber Springs, Arkansas

Phase I, El Dorado Chamber of Commerce, El Dorado, Arkansas

Phase I, El Dorado Chamber of Commerce, El Dorado, Arkansas

Phase I, Hilco Appraisal Services, Little Rock, Arkansas

Phase I, ARKLATX Oil Company, El Dorado, Arkansas

Phase I, Three Sisters Oil Company, Smackover, Arkansas

Phase I, Corley Trust, Smackover, Arkansas

## UNDERGROUND STORAGE TANK (UST) MANAGEMENT/STUDIES

UST Investigation, Buck Hetzler Property, Royal, Arkansas (Project Management)

UST Investigation, Air National Guard, Hot Springs, Arkansas (Project Management)

UST Investigation, Ligon Oil Company (Diamond Lakes Oil Company), Malvern, Arkansas (Project Management)

UST Investigation/Remediation, T. E. Smith, Magnolia, Arkansas (Project Management)

UST Investigation/Remediation, Buddy Bean Lumber Company, Hot Springs, Arkansas (Project Management)

UST Investigation, Chisenhall, Nestrud, & Julian, LLC, West Memphis, Arkansas (Project Manager)

UST Investigation/Remediation, Southwestern Bell, Inc., Hot Springs, Arkansas (Project Management)

UST Investigation/Remediation, Columbia County, Arkansas, Magnolia, Arkansas (Project Manager)

UST Investigation, Austin Valuation Consultants, Hot Springs, Arkansas (Project Manager)

UST Investigation, First National Bank of Mena, Boardcamp, Arkansas (Project Management)

UST Investigation, First National Bank of Mena, Hatfield, Arkansas (Project Management)

UST Investigation/Remediation, Helen Conry, Hot Springs, Arkansas (Project Management)

AST Investigation/Remediation, Kirby Kwik Stop, Kirby, Arkansas (Project Management)

UST Investigation, Swindoll Law Firm, Royal, Arkansas (Project Management)

UST Investigation/Remediation, PAK Realty, El Dorado, Arkansas (Project Management)

UST Investigation, Bell Law Firm, Magnolia, Arkansas (Project Management)

UST Investigation, Schering Plough, Inc., Memphis, Tennessee (Project Management)

UST Investigation, Lonnie Treadway, Bismark, Arkansas (Project Management)

UST Investigation, Cleburn County Bank, Heber Springs, Arkansas (Project Management)

UST Investigation/Remediation, Hays Rental and Sales, El Dorado, Arkansas (Project Management)

UST Investigation/Remediation, Hays Rental and Sales, Camden, Arkansas (Project Management)

*Dr. Jerry Overton Expert Report*

## OIL FIELD INVESTIGATIONS

Evaluation of soil and groundwater contamination from an injection well storage area, near Bristow, Oklahoma (Project Management, Hydrogeology, Litigation Support)

Evaluation of soil and groundwater contamination from a drilling fluids land spreading operation and impact on two freshwater sources, Fort Smith, Arkansas (Project Management, Hydrogeology, Litigation Support)

Soil/NORM Investigation, Atlanta Exploration Company, Magnolia, Arkansas (Project Management)

Soil/Groundwater/NORM Investigation, AJ&K Operating Company, Smackover, Arkansas (Project Management)

NORM Investigation, American Modern Insurance Company, Emerson, Arkansas, (Project Management)

Soil/Groundwater/NORM Investigation, Langley Oil Company, Smackover, Arkansas (Project Manager)

Soil/Groundwater/NORM Investigation, Beebe Oil Company, Norphlet, Arkansas, (Project Management)

Soil/Groundwater/NORM Investigation, Berg, Laney & Brown Oil Company, Smackover, Arkansas (Project Management)

Soil/NORM Investigation, ARKLATX Oil Company, Smackover, Arkansas (Project Management)

Soil/NORM Investigation, Clay Murphy, Smackover, Arkansas

Soil/Groundwater/NORM Investigation, Corley Trust, Smackover, Arkansas

Soil/Groundwater/NORM Investigations, Phillips 66 Oil Company, Lewisville, Arkansas

Soil/Groundwater/NORM Investigations, Phillips 66 Oil Company, Urbana, Arkansas

NORM Investigation, Bituminous Insurance Company, El Dorado, Arkansas

NORM Investigation, Four K Operating Company, Smackover, Arkansas

Soil/Groundwater Investigation, Tenneco Oil Company, Stillwater, Oklahoma

## LITIGATION

Litigation Support, Drilling Fluids release from injection well storage area, Bristow, Oklahoma (The Goodwin Law Firm, Oklahoma City, Oklahoma)

Litigation Support, OSHA Wrongful Death Case near Cheyenne, Oklahoma, Circuit Court

Litigation Support, Drilling Fluids Impact on Freshwater Supply, Fort Smith, AR, Smith, Cohen and Maurs, P.A., Fort Smith, AR

Litigation Support, Wastewater Treatment Impact on Treatment Facility, Decatur, AL, Watson & Graffeo, P.C., Huntsville, AL.

Litigation Support, Gas Well Production, Center Ridge, AR, Morgan Law Firm, Clinton, Arkansas

Litigation Support, Resident Impacted by Groundwater Intrusion due to Utilities Work, Little Rock, AR  Rose Law Firm, Little Rock, AR

Litigation Support, Residential Impacts from Adjacent Wood Treatment Plant, Deirks, Arkansas, Patton, Tridwell & Shrader, Texarkana, TX

Litigation Support, Flooding of Hardwood Timber in the Dave Donaldson Black River Wildlife Refuge, Arkansas Game and Fish Commission, Little Rock, Arkansas

Litigation Support, Groundwater and Soils Contamination with Chlorides and Heavy Metals, Rose Law Firm, Little Rock, Arkansas

Litigation Support, Train Derailment and Spill of Benzene, Jarrett Crawford Law Firm, Mobile, Alabama

Litigation Support, Soil Salting of Ornamental Bamboo Screen, Huckabay, Munson, Rowlett & Moore, P.A., Little Rock, Arkansas

Litigation Support, Stormwater Runoff and Pond Sedimentation, Law Offices of James Swindoll, Sherwood, Arkansas

Litigation Support, Underground Storage Tank, Underground Storage Tank, Soils, Groundwater, Diamond Lakes Oil Company, Malvern, Arkansas.

Litigation Support, Underground Storage Tank,  Soils, Groundwater, Chisnehall, Nestrud, & Julian, LLC, Joplin, Arkansas

Litigation Support, Oil Fields, Soils/Groundwater/NORM Investigations, Bituminous Insurance Company, Smackover, Arkansas, Three Separate Suits Combined by Courts

Litigation Support, Hydrologic Investigation, Bituminous Insurance Company, Greenbrier, Arkansas

Litigation Support, Oil Fields, Soils/Groundwater/NORM Investigations, Bituminous Insurance Company, Smackover, Arkansas

Litigation Support, Underground Storage Tank, Soils, Groundwater, Law Offices of James Swindoll, Royal, Arkansas

Litigation Support, Oil Fields, Soils/Groundwater/NORM Investigations, Bituminous Insurance Company, Norphlet, Arkansas

Litigation Support, Soils Investigation, Bennett, Lotterhause, Sulser & Wilson, LLC, Hamilton, Mississippi

Litigation Support, Soils/Surface Water Investigations, Brady Lewis, Benton, Arkansas

Litigation Support, Underground Storage Tank, Soils/Groundwater, Chisnehall, Nestrud, & Julian, LLC, West Memphis, Arkansas

Litigation Support, Surface Water Investigation, Gables & Gottwalls, LLC, Wagoner, Oklahoma

Litigation Support, Soils Investigation, Gee's Landing, Crossett, Arkansas

Litigation Support, Oil Fields, Soils/Groundwater/NORM Investigations, Perkins & Trotter, LLC, Lewisville, Arkansas

Litigation Support, Oil Fields, Soils/Groundwater/NORM Investigations, Perkins & Trotter, LLC, Urbana, Arkansas

Litigation Support, Soils/Groundwater Investigations, Swindoll Law Firm, LLC, Royal, Arkansas

Litigation Support, Oil Fields, Soils/Groundwater/NORM Investigations, Miller & Keffer, LLC, Smackover, Arkansas

Litigation Support, Underground Storage Tank, Soils/Groundwater Investigations, Bell Law Firm, Magnolia, Arkansas

Litigation Support, Underground Storage Tank, Soils/Groundwater Investigations, Lonnie Treadway, Bismark, Arkansas

Litigation Support, Oil Fields, Soils/Groundwater Investigations, Tenneco Oil Company, Stillwater, Oklahoma

Litigation Support, Soils/Wetlands Investigations/Mining Permitting, Wright, Berry, Daniels, Hughes and Moore, LLC, Malvern, Arkansas

Litigation Support, Solute/Groundwater Transport Modeling, Fannie, Harper, and Martinson, LLC, Wichita, Kansas

Litigation Support, Surface Water/Soils, Law Offices of Howard Britain, Tyler, Texas


**REGULATORY COMPLIANCE**

Class IV Landfill, Union County, Arkansas, Union County Judge, El Dorado, Arkansas (Project Management)

Class IV Landfill, L & W Construction, LLC, Little Rock, Arkansas (Hydrogeology)

Sand and Gravel Mining Permit, Fouke Aggregate, Fouke, Arkansas (Project Management)

Class II Salt Water Injection Well Permit, Poseidon #1, Poseidon Energy, Little Rock, Arkansas (Project Management)

Class II Salt Water Injection Well Permit, Poseidon #2, Poseidon Energy, Little Rock, Arkansas (Project Management)

Landfarm Permitting, Plummerville Landfarm, Inc., Plummerville, Arkansas (Project Management)

Landfarm Permitting, Arkansas Resources Management, Searcy, Arkansas (Project Management)

Landfarm Permitting, Fayetteville Shale Landfarm, LLC, Searcy, Arkansas (Project Management)

Landfarm Permitting, Fayetteville Shale Landfarm, LLC, Lonoke, Arkansas (Project Management)

Industrial Park Design and Permitting, El Dorado Industrial Board, El Dorado, Arkansas (Project Management)

Stormwater Pollution Prevention Plan, Hunter-Wasson, Inc., Arkadelphia, Arkansas (Project Management)

Wetlands Delineation/Permitting, City of Maumelle / Pulaski County, Arkansas (Project Management)

Wetlands Delineation/Permitting, Hurricane Lake Subdivision, Bryant, Arkansas (Project Management)

Wetlands Delineation/Permitting, City of El Dorado Chamber of Commerce, El Dorado, Arkansas (Project Management)

Mining Permit, Porocel Corporation, Little Rock, Arkansas (Project Manager)

Stormwater Pollution Prevention Plan, Clark Machinery, Inc., Little Rock, Arkansas (Project Management)

Air Permitting, Buddy Bean Lumber Company, Hot Springs, Arkansas (Project Manager)

NPDES Permit, Stormwater Pollution Prevention Plan, Spill Prevention Control and Counter Measures Plan, Above Ground Storage Tank Permitting, Columbia County, Arkansas, Magnolia, Arkansas (Project Management)

Stormwater Pollution Prevention Plan, Smith Abrasives, Hot Springs, Arkansas (Project Management)

Stormwater Pollution Prevention Plan, C. J. Horner, Company, Hot Springs, Arkansas (Project Management)

Air Permit, Porocel Corporation, Little Rock, Arkansas (Project Management)

Stormwater Pollution Prevention Plan, International Paper Company, Pine Bluff, Arkansas (Technical Assistance)

Stormwater Pollution Prevention Plan, International Paper Company, Fort Worth, Texas (Project Management)

Spill Prevention, Control and Counter Measures Plan, Stormwater Pollution Prevention Plan, Englehard Corporation, Little Rock, Arkansas (Project Management)

Stormwater Pollution Prevention Plan, Keith Smith Farms, Hot Springs, Arkansas (Project Management)

NPDES Permit, Stormwater Pollution Prevention Plan, Malvern Minerals Company, Hot Springs, Arkansas (Project Management)

Above Ground Storage Tank Permits, Tier II, Spill Prevention Control and Counter Measures Plan, Stormwater Pollution Prevention Plan, Parker Solvents Company, Little Rock and Fort Smith, Arkansas (Project Management)

Above Ground Storage Tank Permits, Spill Prevention Control and Counter Measures Plan, Stormwater Pollution Prevention Plan, Amity Lacquer, Paint and Chemical Company, Amity, Arkansas (Project Management)

Stormwater Pollution Prevention Plan, NPDES Permit, R. D. Plant Company, Murfreesburo, Arkansas (Project Management)

NPDES Permit, Stormwater Pollution Prevention Plan, Spill Prevention Control and Counter Measures Plan, S. F. Services, Inc., Little Rock, Arkansas (Project Management)

NPDES Permit, Stormwater Pollution Prevention Plant, Spurlock Adhesives, Inc., Malvern, Arkansas (Project Management)

NPDES Permit, Stormwater Pollution Prevention Plan, H. G. Toler Company, Leola, Arkansas (Project Management)

Spill Prevention Control and Counter Measures Plan, Stormwater Pollution Prevention Plan, City of Hot Springs, Hot Springs, Arkansas (Project Management)

Mining Permit, Stormwater Pollution Prevention Plan, NPDES Permit, BB&B Construction Company, Hot Springs, Arkansas (Project Management)

NPDES Permit, Stormwater Pollution Prevention Plan, Spill Prevention Control and Counter Measures Plan, Mid-South Lumber Company, Mena, Arkansas (Technical Assistance)

NPDES Permit, Stormwater Pollution Prevention Plan, Spill Prevention Control and Counter Measures Plan, Thomason Lumber Company, Broken Bow, Oklahoma (Project Manager)

Stormwater Pollution Prevention Plan, Aermotor Pumps, Inc, Conway, Arkansas (Project Manager)

Stormwater Pollution Prevention Plan, Fiber Resources, Inc., Pine Bluff, Arkansas (Project Manager)

Stormwater Pollution Prevention Plan, Townsend of Arkansas, Batesville, Arkansas (Project Manager)

Stormwater Pollution Prevention Plan, Vivian Industries, Inc., Vivian, Louisiana (Project Manager)

Stormwater Pollution Prevention Plan, Alumacraft Boat Company, Arkadelphia, Arkansas (Project Manager)

Stormwater Pollution Prevention Plan, Aristech Chemical Corporation, Jacksonville, Arkansas (Project Manager)

Stormwater Pollution Prevention Plan, Consolidated Sawmill Machinery International, Inc., Hot Springs, Arkansas (Project Manager)

Stormwater Pollution Prevention Plan, Bean Lumber Company, Glenwood, Arkansas (Project Manager)

Stormwater Pollution Prevention Plan, Continental Systems Corporation, Jonesboro, Arkansas (Project Manager)

Stormwater Pollution Prevention Plan, Pine Bluff Crating and Pallet, Inc., Pine Bluff, Arkansas (Project Manager)

Stormwater Pollution Prevention Plan, R.J. Horner, Hot Springs, Arkansas (Project Manager)

Stormwater Pollution Prevention Plan, Searcy Crating and Pallet, Inc., Searcy, Arkansas (Project Manager)

Stormwater Pollution Prevention Plan, Simmons Lumber Company, Inc., Booneville, Arkansas (Project Manager)

Stormwater Pollution Prevention Plan, Curt Bean Lumber Company, Amity, Arkansas (Project Manager)

Stormwater Pollution Prevention Plan, Norandal USA, Inc., Newport, Arkansas (Project Manager)

Stormwater Pollution Prevention Plan, Virco Manufacturing Corporation, Hanes Facility, Conway, Arkansas (Project Manager)

Stormwater Pollution Prevention Plan, Southwest Arkansas Electric Cooperative Corporation, Tollette Substation Site, Texarkana, Arkansas (Project Manager)

Stormwater Pollution Prevention Plan, Aermotor Pumps, Inc, Conway, Arkansas (Project Manager)

**SOLID / HAZARDOUS WASTE**

Class IV Landfill, Union County, Arkansas, Union County Judge, El Dorado, Arkansas (Project Management)

Class IV Landfill, L & W Construction, LLC, Little Rock, Arkansas (Hydrogeology)

Sand and Gravel Mining Permit, Fouke Aggregate, Fouke, Arkansas (Project Management)

Soil/Groundwater/Geophysical Investigations/Facility Permitting, Class I Landfill, Allied Waste, Inc., Little Rock, Arkansas (Project Management)

Soil/Groundwater/Geophysical Investigations, Hazardous Waste Landfill Permitting, U.S.P.C.I Landfill, Watonga, Oklahoma (Technical Assistance)

Soil/Groundwater Investigations, Hazardous Waste Landfill Site Location Identification, Stauffer Chemical Company, Little Rock, Arkansas (Project Management)

Soil/Groundwater Investigations, Class I Landfill Site Location, Hot Spring County, Malvern, Arkansas (Project Management)

Soil/Groundwater/Geophysical Investigations/Facility Permitting, Class I Landfill, Browning-Ferris Industries, Inc., Little Rock, Arkansas (Project Management)

Soil/Groundwater Investigations, Class IV Landfill, Acme Brick, Inc., Malvern, Arkansas (Technical Assistance)

Soil/Groundwater/Geophysical Investigations/Facility Permitting, Class IV Landfill, Umetco Company, Hot Springs, Arkansas (Project Management)

Soil/Groundwater Evaluations, Class I Landfill, Clinton, Arkansas (Project Management)

Soil/Groundwater Evaluations, Class I Landfill, Durham, Arkansas (Project Management)

Soil/Groundwater Investigations, Class IV Landfill, Riceland Foods Company, Stuttgart, Arkansas (Project Management)

Soil/Groundwater/Geophysical Investigations, Class I Landfill Closure, Perkins, Oklahoma (Technical Assistance)

Soil/Groundwater/Geophysical Investigations, Class I Landfill Closure, Stillwater, Oklahoma (Technical Assistance)

Soil/Groundwater/Geophysical Investigations, Class I Landfill, Stillwater, Oklahoma (Technical Assistance)

Soil/Groundwater/Geophysical Investigations, Class I landfill, Tulsa, Oklahoma (Technical Assistance)

Soil/Groundwater/Geophysical Investigations, Southwest Oklahoma Landfill, Oklahoma City, Oklahoma (Technical Assistance)

Soil/Groundwater Evaluations, Class I Landfill, Wagoner, Oklahoma (Technical Assistance)

Soil/Groundwater Evaluations, Class I Landfill, Bartlesville, Oklahoma (Technical Assistance)

## HYDROLOGY INVESTIGATIONS

Surface Water/Soils Investigation, Bituminous Insurance Company, Inc., Greenbrier, Arkansas (Project Management)

Surface Water/Soils/Groundwater Investigation, Dave Donaldson Black River Wildlife Management Area, Arkansas Game and Fish Commission, Pocahontas, Arkansas (Project Management)

Surface Water Quality Investigation, Baldwin Lake, Little Rock, Arkansas (Project Management)

Surface Water Quality Investigation, Englehard Corporation, Little Rock, Arkansas (Project Management)

Surface Water Quality Investigation, Brady Lewis Property, Benton, Arkansas (Project Management)

Surface Water Investigation, Gable and Gottwalls, LLC, Wagoner, Oklahoma (Project Management)

Surface Water Investigation/Remediation, R. D. Plant Company, Murfreesboro, Arkansas (Project Manager)

Surface Water Resources Investigation, Timber Recovery Incorporated, Crossett, Arkansas (Project Management)

## TEACHING EXPERIENCE

Part Time (Adjunct), Department of Earth Science, University of Arkansas at Little Rock, 1991-Present (Senior / Graduate Level Courses in Hydrology and Hydrogeology)

Assistant Professor, Department of Geography, University of Central Arkansas, 1979-1984

Tenured Associate Professor, Department of Social Sciences, Cameron University, 1972 - 1979

Special Instructor, Department of Geography, University of Oklahoma (National Faculty Grant Recipient,1974), (Physical Geography and Honors Program Lecturer)

Instructor, Department of Geology, Ft. Hays Kansas State College, 1971 – 1972

**MISCELLANEOUS**

Attended "Bioremediation of Hydrocarbon Contaminated Soils" Short Course by Integrated Petroleum Environmental Consortium (IPEC) (2006)

OSHA Health and Safety Plan Preparation, Hunter-Wasson, Inc., Arkadelphia, Arkansas (Project Management)

OSHA Confined Space Entry Plan Preparation, City of Hot Springs Downtown Tunnel, Hot Springs, Arkansas (Technical Assistance)

OSHA Health and Safety Plan/8 Hour Health and Safety Course, Parker Solvents Company, Little Rock, Arkansas (Project Management/Instructor)

OSHA Health and Safety Plan, University of Arkansas at Pine Bluff, Physical Plant, Pine Bluff, Arkansas (Technical Assistance)

OSHA Health and Safety Plan, Amity Lacquer, Paint and Chemical Company, Amity, Arkansas (Project Management)

**EDUCATION**

M.S., Oklahoma State University, 1989 Geology, Area of Specialization: Hydrogeology

(Post Doctoral Study) Oklahoma State University, 1985-1986, Department of Geology, Area of Specialization: Hydrogeology

Ph.D., University of Oklahoma, 1980 Geography, Areas of Specialization: Hydrology, Water Resources Development, Rural Land Use Planning

M.S., Oklahoma State University, 1971 Geography, Areas of Specialization: Physical Geography, Hydrology, Remote Sensing, Statistics

B.S., Oklahoma State University, 1970 Geography, Area of Specialization: Physical Geography

**SOCIETIES / REGISTRATIONS / CERTIFICATIONS**

American Institute of Professional Geologist (AIPG), Certified #CPG-9543

Arkansas Professional Geologist, #1248

Texas Professional Geoscientist, #3727

Missouri Registered Geologist, #RG0801

Mississippi Registered Geologist, #0139

Certified NORM Surveyor, Arkansas Department of Health #1878093

Certified Radiation Safety Officer (2004)

Stormwater Site Inspector, City of Hot Springs (2009)

National Ground Water Association (Member)

Certified Hazard Waste Manager (1987)

Professional Safety Source, AWCC #0117

Environmental Site Assessment Certification (NWWA) (1988)

OSHA Certified (40 Hour Training) (1988)

OSHA Supervisors and Managers Certified (1990)

MSHA Certified (1990)

Confined Space Certified (1997)

# Appendix C

## Standard Fee Schedule

*Dr. Jerry Overton Expert Report*

# ATOKA, Inc.
## STANDARD FEE SCHEDULE  (EFFECTIVE January 1, 2013)

For Professional Engineering & Environmental Consulting Services, the compensation to ATOKA, Inc. will be the sum of all of the items utilized and at rates as set forth below:

**A.**   **PERSONNEL RATES**                                                                     **HOURLY RATE**

SENIOR PRINCIPAL ................................................................................................. $170.00
SENIOR PROJECT MANAGER ................................................................................ $155.00
SENIOR ENGINEER ................................................................................................. $155.00
PROJECT ENGINEER ............................................................................................... $120.00
STAFF ENGINEER .................................................................................................... $95.00
ENGINEERING INTERN  .......................................................................................... $85.00
ENGINEERING TECH 2 ............................................................................................ $80.00
ENGINEERING TECH 1 ............................................................................................ $70.00
CAD DRAFTER .......................................................................................................... $ 65.00
SENIOR GEOLOGIST/HYDROGEOLOGIST ......................................................... $135.00
PROJECT GEOLOGIST/HYDROGEOLOGIST ...................................................... $120.00
STAFF GEOLOGIST/HYDROGEOLOGIST ........................................................... $100.00
SENIOR MICROBIOLOGIST ................................................................................... $135.00
PROJECT MICROBIOLOGIST ................................................................................. $120.00
STAFF MICROBIOLOGIST ...................................................................................... $75.00
INDOOR AIR QUALITY CONSULTANT ................................................................ $135.00
WETLANDS SPECIALIST ........................................................................................ $135.00
CHEMIST .................................................................................................................... $100.00
ASBESTOS MANAGER/INSPECTOR ..................................................................... $100.00
ASBESTOS AIR MONITORING TECHNICIAN ...................................................... $90.00
ASBESTOS PLANNER .............................................................................................. $120.00
CERTIFIED INDUSTRIAL HYGIENIST ................................................................. $150.00
INDUSTRIAL HYGIENIST                                                                                    $135.00
LABORATORY TECHNICIAN .................................................................................. $ 75.00
FIELD TECHNICIAN ................................................................................................. $ 80.00
SURVEY CREW ......................................................................................................... $ 150.00

**NOTES:**
1.  Increase hourly rates by 1.5 for Saturday, Sunday and Holidays.
2.  Field Services provided after 6:00 p.m. and prior to 6:00 a.m. subject to surcharge rates.
3.  Deposition or Court Testimony at 1.5 times regular rate ( minimum of $ 150.00/hour)**.**

**B.**   **EXPENSES AND SUPPLIES:**

1. Vehicle charge (Local Area, within 25 miles of office) ........................................................ $75.00/day
2. Vehicle charge (Local Area, within 25 miles of office, less than 4 hours) ............................ $50.00/day
3. Vehicle charge (Outside Local Area) .................................................................................... $0.60/mile
4. Per Diem, Lodging and Meals ............................................................... Minimum of $150.00/day
Miscellaneous charges, including analytical laboratory tests, shipping charges, rental equipment, outside labor, public
transportation, materials or other contracted
services...………………………………………………………………………………………………
cost + 20%

Printing Costs (Page Size) $0.15/page

**C.**   **LABORATORY RATE SCHEDULE:**

ATOKA, Inc. Laboratory charges (Asbestos, Mold, Treatability, etc.) are published as separate fee schedules. These schedules will be provided upon request.

# Appendix D

## Documents Reviewed

## Works Cited in Expert Report

BNSF and U.P., 2007, *Guidelines for Railroad Grade Separation Projects,* BNSF Railway and Union Pacific Railroad, January 24, 2007.

DEFRA and Environment Agency, 2004., *Afflux at bridges and culverts – Review of current knowledge and practice. Annex 3: A Review of Current Practice in the USA.* Department of Environment Food and Rural Affairs (DEFRA) and Environment Agency, Flood and Coastal Defence R&D Programme, R&D Project Record W5A-061/PR3, June 2004.

Soil Survey Staff, Natural Resources Conservation Service, United States Department of Agriculture. Web Soil Survey. Available online at http://websoilsurvey.nrcs.usda.gov/. Accessed September 18, 2015.

USDOT, 2002., *Track Safety Standards Compliance Manual: Chapter 5 – Track Safety Standards Classes 1 Through 5and Chapter 7 – Railroad Bridge Safety Assurance,* United State Department of Transportation – Office of Safety Assurance and Compliance and R.H. Dunn & Associates, Inc., January 1, 2002.

USDOT, 2005., *Debris Control Structures Evaluation and Countermeasures: Third Edition – Section 5.2,* Hydraulic Engineering Circular No. 9, Pub No. FHWA-IF-04-016, U.S. Department of Transportation, Federal Highway Administration, October 2005.

USDOT, 2009., *49 CFR Part 213App C (10-1-09 Edition),* United States Department of Transportation, Federal Railroad Administration.

Wisconsin, 2010., *Wisconsin Code Chapter 88. Drainage of Lands. 88.87 Road Grades Not To Obstruct Highway Drainage; Remedies.*

## Documents Acquired by ATOKA

Barnitz, Richard F., undated., *Damage to Railroad Embankment by Seepage and Piping,* by Richard F. Barnitz, P.E., BNSF Railway.

Bechly, D S., 1976., *Impact of Flood Plain Regulation on Rail Transportation, Transportation Research Circular Issue No. 178,* Transportation Research Board, June 1976.

BLET, 2004., *BNSF Railway neighbors claim flood damage,* Brotherhood of Locomotive Engineers and Trainmen, March 17, 2004.

BLET, 2008., *BNSF wants flood lawsuit moved,* Brotherhood of Locomotive Engineers and Trainmen, August 18, 2008.

Breithaupt, 2008., *Political sparks fly over Novato trestle's role in flooding,* Brad Breithaupt, www.marinij.com, January 31, 2008.

*Dr. Jerry Overton Expert Report*

Doering, K., 2014., *Landowner says CN responsible for flooding near Saskatoon*, News Talk Radio, November 4, 2014.

Dryman, 2005., *Parish Lawsuit now planned over culverts*, Molly Dryman, www.lobservatuer.com, December 27, 2005.

Fair, 2013., *CSX Appeals FRSA Flooding Preemption Case to High Court*, Matt Fair, law360.com, October 4, 2013.

Fair, 2014., *Justices Nix Rail Co. CSX's Appeal in Flood Preemption Case,* Matt Fair, law360.com. January 13, 2014.

Friday and Cox, 2014., *Court to decide if flooding suits against RR will be permitted*, Friday & Cox, LLC, Premises Liability, March 30, 2014.

Hutcheson, J. Palmer, 2003., *Evolution of liability for flood damages: where are we now?,* Entreprenuer.com, 2003.

Graham, 1992., *Reasonable Use Rule in Surface Water Law, The,* Jennifer S. Graham, Missouri Law Review, Vol. 57 Issue 1 Winter 1992.

Griffin, 2011., *Suit alleges poor design, maintenance caused Dothan clinic to flood in 2009*, Lance Griffin, dothaneagle.com, October 10, 2011.

Kinyon and McClure, 1940., *Interferences with Surface Waters,* Stanley V. Kinyon and Robert C. McClure, 24 Minn. L. Rev. 891 (1940).

Koskovich, Erin., 2007, *UPDATE: Major Flooding in Bagley Leads to Lawsuit,* Erin Koskovich, nbc15.com, July 18, 2007.

Kusler, Jon A., *undated., A Comparative Look at Public Liability for Flood Hazard Mitigation,* Association of State Floodplain Managers Foundation.

Massey, 2011., *Union Pacific Sued Over Drainage Ditch Problems*, Michelle Massey, louisianarecord.com, January 25, 2011.

Murphy, 2011., *Bagley resident's lawsuit against railroad dismissed,* Kevin Murphy, www.thonline.com, January 12, 2011.

Nelson, Tara-Nicholle, 2010., *Time Runs Out on Flooding Lawsuit,* http://www.secondappellatecourt.com/uploads/Boston.com_Bookout_v._State_of_California.pdf, October 13, 2010.

Newkirk, M., Perry, J., and Vogell, H., 2010., *Austell Faces Rising Danger at Juncture of 5 Creeks,* The Atlanta Journal-Constitution, February 28, 2010.

Nova, 2013., *Owner, Prince William officials Holly Acres flooding lawsuit,* author unknown, insideNoVa.com, September 8, 2011.

Nugent, Karen, 2011.,  *A Year Ago, Floodwaters Filled Clinton,* telegram.com, March 15, 2011.

USDOT, undated., *49 CFR Parts 213 and 237*, United States Department of Transportation, Federal Railroad Administration.

Rogers, undated., *Flood Damage: Evolving laws and policies for an ever-present risk,* J. David Rogers, Department of Geological Sciences and Engineering, Missouri University of Science and Technology.

Rossetti, undated., *Analysis of Weather Events on U.S. Railroads,* Michael A. Rossetti, Volpe National Transportation Systems Center, Cambridge, MA, undated.

Rossi, Peter G., 2010., *Subrogation White Paper – Subrogation and Recovery Claims for Flood Losses,* Cozen O'Connor, 2010.

Ryan, 2004., *Wine Train faces another flood-related lawsuit,* David Ryan, www.napavalleyregister.com, December 18, 2004.

Sarfo, 2013., *FRSA Only Preempts State Law in Explicit Situations: 3rd Circ.,* Ama Sarfo, law360.com, May 1, 2013.

SCAWV, 2004.,  *In RE: Flood Litigation; Certified Questions Answered – Civil Action No. 02-C-797,* Supreme Court of Appeals of West Virginia, September 2004.

SCM, 1993., *Illinois Central Railroad Company v. Thomas W. Watkins, JR*., Supreme Court of Mississippi No. 93-CA-00342-SCT, February 22, 1993.

Suddeath, Daniel, 2010., *New Albany residents still concerned about railroad tracks, 15th Street flooding,* newsandtribune.com, July 21, 2010.

Terry, Juliet A., 2006., *Flood Cases Close to Litigation,* The State Journal, February 9, 2006.

Wildon, 2013., *What Are Culverts and What Happens When They Become Blocked?,* Wildon UK LTD, June 21, 2013.

USCATC, 1966., *James STAFOS, Appellant, V. Missouri Pacific Railroad Company, a corporation, Appellee. Missouri Pacific Railroad Company, a corporation, Appellant, V. John STAFOS, Appellee. Nos. 7818, 7829.*  United States Court of Appeals Tenth Circuit, October 17, 1966.

USDOT, 2001., *Highway Design Series Number 6:  River Engineering for Highway Enroachments, Highways in the River Environment, Publication No. FHWA-NHI-01-004,* U.S. Department of Transportation, Federal Highway Administration, December 2001.

USDOT, 2005., *Highway Design Series Number 5:  Hydraulic Design of Highway Culverts, Publication No. FHWA-NHI-01-020 (revised May 2005),* United States Department of Transportation, Federal Highway Administration, September 2001, (revised May 2005).


USDOT, 2005a., *Hydraulic Engineering Circular No.9, Debris Control Structures: Evaluation and Countermeasures – Third Edition, No. FHWA-IF-04-016.,* U.S. Department of Transportation, Federal Highway Administration, October 2005.


USDOT, 2008., *Highway Design Series Number 4:  Introduction to Highway Hydraulics, Publication No. FHWA-NHI-08-090,* U.S. Department of Transportation, Federal Highway Administration, June 2008.


USDOT, 2009., *Hydraulic Engineering Circular No. 22, Third Edition: Urban Drainage Design Manual, Publication No. FHWA-NHI-10-009.,* U.S. Department of Transportation, Federal Highway Administration, September 2009.


Westney, 2014., *Pa. High Court Gives Hotelier's SEPTA Damage Suit 2nd Life,* Andrew Westney, law360.com, October 31, 2014.

# Appendix E

## Soil Report



United States
Department of
Agriculture

NRCS

Natural
Resources
Conservation
Service

A product of the National
Cooperative Soil Survey,
a joint effort of the United
States Department of
Agriculture and other
Federal agencies, State
agencies including the
Agricultural Experiment
Stations, and local
participants

# Custom Soil Resource Report for
# Pulaski County, Arkansas



December 3, 2015

# Preface

Soil surveys contain information that affects land use planning in survey areas. They highlight soil limitations that affect various land uses and provide information about the properties of the soils in the survey areas. Soil surveys are designed for many different users, including farmers, ranchers, foresters, agronomists, urban planners, community officials, engineers, developers, builders, and home buyers. Also, conservationists, teachers, students, and specialists in recreation, waste disposal, and pollution control can use the surveys to help them understand, protect, or enhance the environment.

Various land use regulations of Federal, State, and local governments may impose special restrictions on land use or land treatment. Soil surveys identify soil properties that are used in making various land use or land treatment decisions. The information is intended to help the land users identify and reduce the effects of soil limitations on various land uses. The landowner or user is responsible for identifying and complying with existing laws and regulations.

Although soil survey information can be used for general farm, local, and wider area planning, onsite investigation is needed to supplement this information in some cases. Examples include soil quality assessments (http://www.nrcs.usda.gov/wps/portal/nrcs/main/soils/health/) and certain conservation and engineering applications. For more detailed information, contact your local USDA Service Center (http://offices.sc.egov.usda.gov/locator/app?agency=nrcs) or your NRCS State Soil Scientist (http://www.nrcs.usda.gov/wps/portal/nrcs/detail/soils/contactus/?cid=nrcs142p2_053951).

Great differences in soil properties can occur within short distances. Some soils are seasonally wet or subject to flooding. Some are too unstable to be used as a foundation for buildings or roads. Clayey or wet soils are poorly suited to use as septic tank absorption fields. A high water table makes a soil poorly suited to basements or underground installations.

The National Cooperative Soil Survey is a joint effort of the United States Department of Agriculture and other Federal agencies, State agencies including the Agricultural Experiment Stations, and local agencies. The Natural Resources Conservation Service (NRCS) has leadership for the Federal part of the National Cooperative Soil Survey.

Information about soils is updated periodically. Updated information is available through the NRCS Web Soil Survey, the site for official soil survey information.

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or a part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means

for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410 or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.

# Contents

**Preface**.................................................................................................................2

**How Soil Surveys Are Made**............................................................................5

**Soil Map**.............................................................................................................7

  Soil Map............................................................................................................8

  Legend..............................................................................................................9

  Map Unit Legend............................................................................................10

  Map Unit Descriptions....................................................................................10

    Pulaski County, Arkansas..........................................................................12

      Ko—Keo silt loam, 0 to 1 percent slopes, rarely flooded............................12

      Ku—Keo-Urban land complex.....................................................................13

      LdB—Leadvale-Urban land complex, 1 to 3 percent slopes.......................14

      LdC—Leadvale-Urban land complex, 3 to 8 percent slopes.......................15

      Me—Moreland silty clay..............................................................................16

      Pe—Perry clay, 0 to 1 percent slopes, rarely flooded................................17

      RmA—Rilla silt loam, 0 to 1 percent slopes...............................................18

      RuA—Rilla-Urban land complex, 0 to 1 percent slopes..............................20

      SuC—Smithdale-Urban land complex, 3 to 8 percent slopes.....................21

      TaB—Tiak fine sandy loam, 1 to 3 percent slopes.....................................22

      W—Water....................................................................................................23

      Wt—Wrightsville silt loam...........................................................................23

**References**.......................................................................................................25

# How Soil Surveys Are Made

Soil surveys are made to provide information about the soils and miscellaneous areas in a specific area. They include a description of the soils and miscellaneous areas and their location on the landscape and tables that show soil properties and limitations affecting various uses. Soil scientists observed the steepness, length, and shape of the slopes; the general pattern of drainage; the kinds of crops and native plants; and the kinds of bedrock. They observed and described many soil profiles. A soil profile is the sequence of natural layers, or horizons, in a soil. The profile extends from the surface down into the unconsolidated material in which the soil formed or from the surface down to bedrock. The unconsolidated material is devoid of roots and other living organisms and has not been changed by other biological activity.

Currently, soils are mapped according to the boundaries of major land resource areas (MLRAs). MLRAs are geographically associated land resource units that share common characteristics related to physiography, geology, climate, water resources, soils, biological resources, and land uses (USDA, 2006). Soil survey areas typically consist of parts of one or more MLRA.

The soils and miscellaneous areas in a survey area occur in an orderly pattern that is related to the geology, landforms, relief, climate, and natural vegetation of the area. Each kind of soil and miscellaneous area is associated with a particular kind of landform or with a segment of the landform. By observing the soils and miscellaneous areas in the survey area and relating their position to specific segments of the landform, a soil scientist develops a concept, or model, of how they were formed. Thus, during mapping, this model enables the soil scientist to predict with a considerable degree of accuracy the kind of soil or miscellaneous area at a specific location on the landscape.

Commonly, individual soils on the landscape merge into one another as their characteristics gradually change. To construct an accurate soil map, however, soil scientists must determine the boundaries between the soils. They can observe only a limited number of soil profiles. Nevertheless, these observations, supplemented by an understanding of the soil-vegetation-landscape relationship, are sufficient to verify predictions of the kinds of soil in an area and to determine the boundaries.

Soil scientists recorded the characteristics of the soil profiles that they studied. They noted soil color, texture, size and shape of soil aggregates, kind and amount of rock fragments, distribution of plant roots, reaction, and other features that enable them to identify soils. After describing the soils in the survey area and determining their properties, the soil scientists assigned the soils to taxonomic classes (units). Taxonomic classes are concepts. Each taxonomic class has a set of soil characteristics with precisely defined limits. The classes are used as a basis for comparison to classify soils systematically. Soil taxonomy, the system of taxonomic classification used in the United States, is based mainly on the kind and character of soil properties and the arrangement of horizons within the profile. After the soil scientists classified and named the soils in the survey area, they compared the

5

Custom Soil Resource Report

individual soils with similar soils in the same taxonomic class in other areas so that they could confirm data and assemble additional data based on experience and research.

The objective of soil mapping is not to delineate pure map unit components; the objective is to separate the landscape into landforms or landform segments that have similar use and management requirements. Each map unit is defined by a unique combination of soil components and/or miscellaneous areas in predictable proportions. Some components may be highly contrasting to the other components of the map unit. The presence of minor components in a map unit in no way diminishes the usefulness or accuracy of the data. The delineation of such landforms and landform segments on the map provides sufficient information for the development of resource plans. If intensive use of small areas is planned, onsite investigation is needed to define and locate the soils and miscellaneous areas.

Soil scientists make many field observations in the process of producing a soil map. The frequency of observation is dependent upon several factors, including scale of mapping, intensity of mapping, design of map units, complexity of the landscape, and experience of the soil scientist. Observations are made to test and refine the soil-landscape model and predictions and to verify the classification of the soils at specific locations. Once the soil-landscape model is refined, a significantly smaller number of measurements of individual soil properties are made and recorded. These measurements may include field measurements, such as those for color, depth to bedrock, and texture, and laboratory measurements, such as those for content of sand, silt, clay, salt, and other components. Properties of each soil typically vary from one point to another across the landscape.

Observations for map unit components are aggregated to develop ranges of characteristics for the components. The aggregated values are presented. Direct measurements do not exist for every property presented for every map unit component. Values for some properties are estimated from combinations of other properties.

While a soil survey is in progress, samples of some of the soils in the area generally are collected for laboratory analyses and for engineering tests. Soil scientists interpret the data from these analyses and tests as well as the field-observed characteristics and the soil properties to determine the expected behavior of the soils under different uses. Interpretations for all of the soils are field tested through observation of the soils in different uses and under different levels of management. Some interpretations are modified to fit local conditions, and some new interpretations are developed to meet local needs. Data are assembled from other sources, such as research information, production records, and field experience of specialists. For example, data on crop yields under defined levels of management are assembled from farm records and from field or plot experiments on the same kinds of soil.

Predictions about soil behavior are based not only on soil properties but also on such variables as climate and biological activity. Soil conditions are predictable over long periods of time, but they are not predictable from year to year. For example, soil scientists can predict with a fairly high degree of accuracy that a given soil will have a high water table within certain depths in most years, but they cannot predict that a high water table will always be at a specific level in the soil on a specific date.

After soil scientists located and identified the significant natural bodies of soil in the survey area, they drew the boundaries of these bodies on aerial photographs and identified each as a specific map unit. Aerial photographs show trees, buildings, fields, roads, and rivers, all of which help in locating boundaries accurately.

# Soil Map

The soil map section includes the soil map for the defined area of interest, a list of soil map units on the map and extent of each map unit, and cartographic symbols displayed on the map. Also presented are various metadata about data used to produce the map, and a description of each soil map unit.

Custom Soil Resource Report
Soil Map



Custom Soil Resource Report

## MAP LEGEND

**Area of Interest (AOI)**
- Area of Interest (AOI)

**Soils**
- Soil Map Unit Polygons
- Soil Map Unit Lines
- Soil Map Unit Points

**Special Point Features**
- Blowout
- Borrow Pit
- Clay Spot
- Closed Depression
- Gravel Pit
- Gravelly Spot
- Landfill
- Lava Flow
- Marsh or swamp
- Mine or Quarry
- Miscellaneous Water
- Perennial Water
- Rock Outcrop
- Saline Spot
- Sandy Spot
- Severely Eroded Spot
- Sinkhole
- Slide or Slip
- Sodic Spot

- Spoil Area
- Stony Spot
- Very Stony Spot
- Wet Spot
- Other
- Special Line Features

**Water Features**
- Streams and Canals

**Transportation**
- Rails
- Interstate Highways
- US Routes
- Major Roads
- Local Roads

**Background**
- Aerial Photography

## MAP INFORMATION

The soil surveys that comprise your AOI were mapped at 1:20,000.

Warning: Soil Map may not be valid at this scale.

Enlargement of maps beyond the scale of mapping can cause misunderstanding of the detail of mapping and accuracy of soil line placement. The maps do not show the small areas of contrasting soils that could have been shown at a more detailed scale.

Please rely on the bar scale on each map sheet for map measurements.

Source of Map:   Natural Resources Conservation Service
Web Soil Survey URL:   http://websoilsurvey.nrcs.usda.gov
Coordinate System:   Web Mercator (EPSG:3857)

Maps from the Web Soil Survey are based on the Web Mercator projection, which preserves direction and shape but distorts distance and area. A projection that preserves area, such as the Albers equal-area conic projection, should be used if more accurate calculations of distance or area are required.

This product is generated from the USDA-NRCS certified data as of the version date(s) listed below.

Soil Survey Area:   Pulaski County, Arkansas
Survey Area Data:   Version 12, Sep 28, 2015

Soil map units are labeled (as space allows) for map scales 1:50,000 or larger.

Date(s) aerial images were photographed:   Mar 5, 2010—Aug 3, 2010

The orthophoto or other base map on which the soil lines were compiled and digitized probably differs from the background imagery displayed on these maps. As a result, some minor shifting of map unit boundaries may be evident.

Custom Soil Resource Report

# Map Unit Legend

| Pulaski County, Arkansas (AR119) | | | |
|---|---|---|---|
| **Map Unit Symbol** | **Map Unit Name** | **Acres in AOI** | **Percent of AOI** |
| Ko | Keo silt loam, 0 to 1 percent slopes, rarely flooded | 59.5 | 9.6% |
| Ku | Keo-Urban land complex | 0.5 | 0.1% |
| LdB | Leadvale-Urban land complex, 1 to 3 percent slopes | 7.1 | 1.2% |
| LdC | Leadvale-Urban land complex, 3 to 8 percent slopes | 0.6 | 0.1% |
| Me | Moreland silty clay | 235.4 | 38.0% |
| Pe | Perry clay, 0 to 1 percent slopes, rarely flooded | 137.6 | 22.2% |
| RmA | Rilla silt loam, 0 to 1 percent slopes | 46.7 | 7.5% |
| RuA | Rilla-Urban land complex, 0 to 1 percent slopes | 91.0 | 14.7% |
| SuC | Smithdale-Urban land complex, 3 to 8 percent slopes | 14.7 | 2.4% |
| TaB | Tiak fine sandy loam, 1 to 3 percent slopes | 23.4 | 3.8% |
| W | Water | 1.1 | 0.2% |
| Wt | Wrightsville silt loam | 1.3 | 0.2% |
| **Totals for Area of Interest** | | **619.1** | **100.0%** |

# Map Unit Descriptions

The map units delineated on the detailed soil maps in a soil survey represent the soils or miscellaneous areas in the survey area. The map unit descriptions, along with the maps, can be used to determine the composition and properties of a unit.

A map unit delineation on a soil map represents an area dominated by one or more major kinds of soil or miscellaneous areas. A map unit is identified and named according to the taxonomic classification of the dominant soils. Within a taxonomic class there are precisely defined limits for the properties of the soils. On the landscape, however, the soils are natural phenomena, and they have the characteristic variability of all natural phenomena. Thus, the range of some observed properties may extend beyond the limits defined for a taxonomic class. Areas of soils of a single taxonomic class rarely, if ever, can be mapped without including areas of other taxonomic classes. Consequently, every map unit is made up of the soils or miscellaneous areas for which it is named and some minor components that belong to taxonomic classes other than those of the major soils.

Most minor soils have properties similar to those of the dominant soil or soils in the map unit, and thus they do not affect use and management. These are called noncontrasting, or similar, components. They may or may not be mentioned in a

Custom Soil Resource Report

particular map unit description. Other minor components, however, have properties and behavioral characteristics divergent enough to affect use or to require different management. These are called contrasting, or dissimilar, components. They generally are in small areas and could not be mapped separately because of the scale used. Some small areas of strongly contrasting soils or miscellaneous areas are identified by a special symbol on the maps. If included in the database for a given area, the contrasting minor components are identified in the map unit descriptions along with some characteristics of each. A few areas of minor components may not have been observed, and consequently they are not mentioned in the descriptions, especially where the pattern was so complex that it was impractical to make enough observations to identify all the soils and miscellaneous areas on the landscape.

The presence of minor components in a map unit in no way diminishes the usefulness or accuracy of the data. The objective of mapping is not to delineate pure taxonomic classes but rather to separate the landscape into landforms or landform segments that have similar use and management requirements. The delineation of such segments on the map provides sufficient information for the development of resource plans. If intensive use of small areas is planned, however, onsite investigation is needed to define and locate the soils and miscellaneous areas.

An identifying symbol precedes the map unit name in the map unit descriptions. Each description includes general facts about the unit and gives important soil properties and qualities.

Soils that have profiles that are almost alike make up a *soil series.* Except for differences in texture of the surface layer, all the soils of a series have major horizons that are similar in composition, thickness, and arrangement.

Soils of one series can differ in texture of the surface layer, slope, stoniness, salinity, degree of erosion, and other characteristics that affect their use. On the basis of such differences, a soil series is divided into *soil phases.* Most of the areas shown on the detailed soil maps are phases of soil series. The name of a soil phase commonly indicates a feature that affects use or management. For example, Alpha silt loam, 0 to 2 percent slopes, is a phase of the Alpha series.

Some map units are made up of two or more major soils or miscellaneous areas. These map units are complexes, associations, or undifferentiated groups.

A *complex* consists of two or more soils or miscellaneous areas in such an intricate pattern or in such small areas that they cannot be shown separately on the maps. The pattern and proportion of the soils or miscellaneous areas are somewhat similar in all areas. Alpha-Beta complex, 0 to 6 percent slopes, is an example.

An *association* is made up of two or more geographically associated soils or miscellaneous areas that are shown as one unit on the maps. Because of present or anticipated uses of the map units in the survey area, it was not considered practical or necessary to map the soils or miscellaneous areas separately. The pattern and relative proportion of the soils or miscellaneous areas are somewhat similar. Alpha-Beta association, 0 to 2 percent slopes, is an example.

An *undifferentiated group* is made up of two or more soils or miscellaneous areas that could be mapped individually but are mapped as one unit because similar interpretations can be made for use and management. The pattern and proportion of the soils or miscellaneous areas in a mapped area are not uniform. An area can be made up of only one of the major soils or miscellaneous areas, or it can be made up of all of them. Alpha and Beta soils, 0 to 2 percent slopes, is an example.

Some surveys include *miscellaneous areas.* Such areas have little or no soil material and support little or no vegetation. Rock outcrop is an example.

Custom Soil Resource Report

# Pulaski County, Arkansas

## Ko—Keo silt loam, 0 to 1 percent slopes, rarely flooded

### Map Unit Setting

*National map unit symbol:* 2tzrw
*Elevation:* 180 to 210 feet
*Mean annual precipitation:* 43 to 63 inches
*Mean annual air temperature:* 50 to 75 degrees F
*Frost-free period:* 200 to 260 days
*Farmland classification:* All areas are prime farmland

### Map Unit Composition

*Keo and similar soils:* 95 percent
*Minor components:* 5 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

### Description of Keo

#### Setting

*Landform:* Flood plains
*Landform position (three-dimensional):* Talf
*Down-slope shape:* Linear
*Across-slope shape:* Linear
*Parent material:* Loamy alluvium

#### Typical profile

*Ap - 0 to 10 inches:* silt loam
*Bw - 10 to 38 inches:* silt loam
*2Ab - 38 to 41 inches:* very fine sandy loam
*3C - 41 to 52 inches:* silt loam
*4Ab - 52 to 60 inches:* silt loam

#### Properties and qualities

*Slope:* 0 to 1 percent
*Depth to restrictive feature:* More than 80 inches
*Natural drainage class:* Well drained
*Runoff class:* Negligible
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately high to high
   (0.57 to 1.98 in/hr)
*Depth to water table:* More than 80 inches
*Frequency of flooding:* Rare
*Frequency of ponding:* None
*Salinity, maximum in profile:* Nonsaline (0.0 to 1.0 mmhos/cm)
*Available water storage in profile:* High (about 10.2 inches)

#### Interpretive groups

*Land capability classification (irrigated):* None specified
*Land capability classification (nonirrigated):* 1
*Hydrologic Soil Group:* B

### Minor Components

#### Unnamed, hydric

*Percent of map unit:* 5 percent
*Landform:* Flood plains, coastal plains

Custom Soil Resource Report

> *Landform position (three-dimensional):* Talf
> *Down-slope shape:* Linear
> *Across-slope shape:* Linear

## Ku—Keo-Urban land complex

### Map Unit Setting
> *National map unit symbol:* m04t
> *Elevation:* 180 to 210 feet
> *Mean annual precipitation:* 43 to 58 inches
> *Mean annual air temperature:* 50 to 72 degrees F
> *Frost-free period:* 200 to 260 days
> *Farmland classification:* Not prime farmland

### Map Unit Composition
> *Keo and similar soils:* 50 percent
> *Urban land:* 40 percent
> *Minor components:* 10 percent
> *Estimates are based on observations, descriptions, and transects of the mapunit.*

### Description of Keo

#### Setting
> *Landform:* Flood plains
> *Down-slope shape:* Linear
> *Across-slope shape:* Linear
> *Parent material:* Loamy alluvium

#### Typical profile
> *Ap - 0 to 10 inches:* silt loam
> *Bw - 10 to 38 inches:* silt loam
> *2Ab - 38 to 41 inches:* very fine sandy loam
> *3C - 41 to 52 inches:* silt loam
> *4Ab - 52 to 60 inches:* silt loam

#### Properties and qualities
> *Slope:* 0 to 1 percent
> *Depth to restrictive feature:* More than 80 inches
> *Natural drainage class:* Well drained
> *Runoff class:* Negligible
> *Capacity of the most limiting layer to transmit water (Ksat):* Moderately high to high (0.57 to 1.98 in/hr)
> *Depth to water table:* More than 80 inches
> *Frequency of flooding:* Rare
> *Frequency of ponding:* None
> *Available water storage in profile:* High (about 10.2 inches)

#### Interpretive groups
> *Land capability classification (irrigated):* None specified
> *Land capability classification (nonirrigated):* 1
> *Hydrologic Soil Group:* B

Custom Soil Resource Report

**Minor Components**

**Aquents**

*Percent of map unit:* 10 percent
*Landform:* Depressions
*Down-slope shape:* Concave
*Across-slope shape:* Convex

## LdB—Leadvale-Urban land complex, 1 to 3 percent slopes

**Map Unit Setting**

*National map unit symbol:* m04x
*Elevation:* 1,700 to 2,300 feet
*Mean annual precipitation:* 43 to 58 inches
*Mean annual air temperature:* 50 to 72 degrees F
*Frost-free period:* 200 to 260 days
*Farmland classification:* Not prime farmland

**Map Unit Composition**

*Leadvale and similar soils:* 50 percent
*Urban land:* 40 percent
*Minor components:* 10 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

**Description of Leadvale**

**Setting**

*Landform:* Valleys
*Landform position (two-dimensional):* Toeslope
*Down-slope shape:* Concave
*Across-slope shape:* Linear
*Parent material:* Loamy pedisediment

**Typical profile**

*Ap - 0 to 7 inches:* silt loam
*Bt - 7 to 16 inches:* silt loam
*Btx1 - 16 to 48 inches:* silt loam
*Btx2 - 48 to 72 inches:* silty clay loam

**Properties and qualities**

*Slope:* 1 to 3 percent
*Depth to restrictive feature:* 12 to 20 inches to fragipan; 48 to 60 inches to paralithic bedrock
*Natural drainage class:* Moderately well drained
*Runoff class:* Low
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately low to moderately high (0.06 to 0.57 in/hr)
*Depth to water table:* About 16 to 30 inches
*Frequency of flooding:* None
*Frequency of ponding:* None

Custom Soil Resource Report

*Available water storage in profile:* Low (about 3.1 inches)

**Interpretive groups**
*Land capability classification (irrigated):* None specified
*Land capability classification (nonirrigated):* 2e
*Hydrologic Soil Group:* D

**Minor Components**

**Guthrie**
*Percent of map unit:* 10 percent
*Landform:* Depressions
*Down-slope shape:* Concave
*Across-slope shape:* Convex

## LdC—Leadvale-Urban land complex, 3 to 8 percent slopes

**Map Unit Setting**
*National map unit symbol:* m04y
*Elevation:* 1,700 to 2,300 feet
*Mean annual precipitation:* 43 to 58 inches
*Mean annual air temperature:* 50 to 72 degrees F
*Frost-free period:* 200 to 260 days
*Farmland classification:* Not prime farmland

**Map Unit Composition**
*Leadvale and similar soils:* 50 percent
*Urban land:* 40 percent
*Minor components:* 10 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

**Description of Leadvale**

**Setting**
*Landform:* Valley sides
*Landform position (two-dimensional):* Footslope
*Landform position (three-dimensional):* Base slope
*Down-slope shape:* Concave
*Across-slope shape:* Linear
*Parent material:* Loamy pedisediment

**Typical profile**
*Ap - 0 to 7 inches:* silt loam
*Bt - 7 to 16 inches:* silt loam
*Btx1 - 16 to 48 inches:* silt loam
*Btx2 - 48 to 72 inches:* silty clay loam

**Properties and qualities**
*Slope:* 3 to 8 percent
*Depth to restrictive feature:* 12 to 20 inches to fragipan; 48 to 60 inches to paralithic bedrock

Custom Soil Resource Report

*Natural drainage class:*  Moderately well drained
*Runoff class:*  Medium
*Capacity of the most limiting layer to transmit water (Ksat):*  Moderately low to moderately high (0.06 to 0.57 in/hr)
*Depth to water table:*  About 16 to 30 inches
*Frequency of flooding:*  None
*Frequency of ponding:*  None
*Available water storage in profile:*  Low (about 3.1 inches)

**Interpretive groups**

*Land capability classification (irrigated):*  None specified
*Land capability classification (nonirrigated):*  3e
*Hydrologic Soil Group:*  D

**Minor Components**

**Guthrie**

*Percent of map unit:*  10 percent
*Landform:*  Depressions
*Down-slope shape:*  Concave
*Across-slope shape:*  Convex

## Me—Moreland silty clay

**Map Unit Setting**

*National map unit symbol:*  m054
*Elevation:*  10 to 100 feet
*Mean annual precipitation:*  43 to 58 inches
*Mean annual air temperature:*  50 to 72 degrees F
*Frost-free period:*  200 to 260 days
*Farmland classification:*  All areas are prime farmland

**Map Unit Composition**

*Moreland and similar soils:*  90 percent
*Minor components:*  10 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

**Description of Moreland**

**Setting**

*Landform:*  Slackwater areas
*Down-slope shape:*  Concave
*Across-slope shape:*  Linear
*Parent material:*  Clayey alluvium

**Typical profile**

*Ap - 0 to 8 inches:*  silty clay
*Bw1 - 8 to 32 inches:*  silty clay
*Bw2 - 32 to 41 inches:*  silty clay
*2C - 41 to 43 inches:*  silty clay loam
*3Ab - 43 to 58 inches:*  silty clay loam

*4C - 58 to 72 inches:* loamy sand

### Properties and qualities

*Slope:* 0 to 1 percent
*Depth to restrictive feature:* More than 80 inches
*Natural drainage class:* Somewhat poorly drained
*Runoff class:* Low
*Capacity of the most limiting layer to transmit water (Ksat):* Very low to moderately low (0.00 to 0.06 in/hr)
*Depth to water table:* About 0 to 18 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Available water storage in profile:* High (about 9.5 inches)

### Interpretive groups

*Land capability classification (irrigated):* None specified
*Land capability classification (nonirrigated):* 3w
*Hydrologic Soil Group:* D

## Minor Components

### Perry

*Percent of map unit:* 5 percent
*Landform:* Backswamps
*Down-slope shape:* Concave
*Across-slope shape:* Convex

### Aquents

*Percent of map unit:* 5 percent
*Landform:* Depressions
*Down-slope shape:* Concave
*Across-slope shape:* Convex

## Pe—Perry clay, 0 to 1 percent slopes, rarely flooded

### Map Unit Setting

*National map unit symbol:* 2rxgz
*Elevation:* 40 to 150 feet
*Mean annual precipitation:* 41 to 62 inches
*Mean annual air temperature:* 55 to 75 degrees F
*Frost-free period:* 230 to 283 days
*Farmland classification:* Prime farmland if drained and either protected from flooding or not frequently flooded during the growing season

### Map Unit Composition

*Perry and similar soils:* 90 percent
*Minor components:* 10 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

Custom Soil Resource Report

**Description of Perry**

**Setting**
*Landform:* Natural levees
*Down-slope shape:* Concave
*Across-slope shape:* Linear
*Parent material:* Clayey alluvium

**Typical profile**
*Ap - 0 to 6 inches:* clay
*Bssg - 6 to 31 inches:* clay
*2Bss - 31 to 60 inches:* clay

**Properties and qualities**
*Slope:* 0 to 1 percent
*Depth to restrictive feature:* More than 80 inches
*Natural drainage class:* Poorly drained
*Capacity of the most limiting layer to transmit water (Ksat):* Very low to moderately low (0.00 to 0.06 in/hr)
*Depth to water table:* About 0 to 24 inches
*Frequency of flooding:* Rare
*Frequency of ponding:* None
*Available water storage in profile:* Moderate (about 9.0 inches)

**Interpretive groups**
*Land capability classification (irrigated):* None specified
*Land capability classification (nonirrigated):* 3w
*Hydrologic Soil Group:* D

**Minor Components**

**Unnamed**
*Percent of map unit:* 10 percent

## RmA—Rilla silt loam, 0 to 1 percent slopes

**Map Unit Setting**
*National map unit symbol:* 2s1z3
*Elevation:* 50 to 100 feet
*Mean annual precipitation:* 41 to 62 inches
*Mean annual air temperature:* 55 to 75 degrees F
*Frost-free period:* 230 to 283 days
*Farmland classification:* All areas are prime farmland

**Map Unit Composition**
*Rilla and similar soils:* 90 percent
*Minor components:* 10 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

Custom Soil Resource Report

## Description of Rilla

### Setting
*Landform:* Natural levees
*Landform position (three-dimensional):* Rise
*Down-slope shape:* Linear
*Across-slope shape:* Concave
*Parent material:* Loamy alluvium

### Typical profile
*Ap - 0 to 7 inches:* silt loam
*Bt - 7 to 33 inches:* silt loam
*BC - 33 to 54 inches:* silt loam
*C - 54 to 80 inches:* silt loam

### Properties and qualities
*Slope:* 0 to 1 percent
*Depth to restrictive feature:* More than 80 inches
*Natural drainage class:* Well drained
*Runoff class:* Negligible
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately high to high (0.57 to 1.98 in/hr)
*Depth to water table:* About 48 to 72 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Calcium carbonate, maximum in profile:* 5 percent
*Salinity, maximum in profile:* Nonsaline (0.0 to 0.9 mmhos/cm)
*Available water storage in profile:* Very high (about 12.6 inches)

### Interpretive groups
*Land capability classification (irrigated):* None specified
*Land capability classification (nonirrigated):* 2e
*Hydrologic Soil Group:* B

## Minor Components

### Hebert, rarely flooded
*Percent of map unit:* 5 percent
*Landform:* Natural levees
*Landform position (three-dimensional):* Tread
*Down-slope shape:* Linear
*Across-slope shape:* Linear

### Unnamed, hydric
*Percent of map unit:* 5 percent
*Landform:* Levees
*Landform position (three-dimensional):* Tread, dip
*Down-slope shape:* Linear
*Across-slope shape:* Linear

Custom Soil Resource Report

### RuA—Rilla-Urban land complex, 0 to 1 percent slopes

**Map Unit Setting**
*National map unit symbol:* m05j
*Elevation:* 50 to 100 feet
*Mean annual precipitation:* 43 to 58 inches
*Mean annual air temperature:* 50 to 72 degrees F
*Frost-free period:* 200 to 260 days
*Farmland classification:* Not prime farmland

**Map Unit Composition**
*Rilla and similar soils:* 50 percent
*Urban land:* 40 percent
*Minor components:* 10 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

**Description of Rilla**

**Setting**
*Landform:* Natural levees
*Down-slope shape:* Convex
*Across-slope shape:* Convex
*Parent material:* Loamy alluvium

**Typical profile**
*Ap - 0 to 7 inches:* silt loam
*Bt - 7 to 33 inches:* silt loam
*BC - 33 to 54 inches:* silt loam
*C - 54 to 72 inches:* silt loam

**Properties and qualities**
*Slope:* 0 to 1 percent
*Depth to restrictive feature:* More than 80 inches
*Natural drainage class:* Well drained
*Runoff class:* Negligible
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately high to high (0.57 to 1.98 in/hr)
*Depth to water table:* About 48 to 72 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Calcium carbonate, maximum in profile:* 5 percent
*Available water storage in profile:* Very high (about 12.6 inches)

**Interpretive groups**
*Land capability classification (irrigated):* None specified
*Land capability classification (nonirrigated):* 1
*Hydrologic Soil Group:* B

### Minor Components

#### Aquents

*Percent of map unit:* 10 percent
*Landform:* Depressions
*Down-slope shape:* Concave
*Across-slope shape:* Convex

## SuC—Smithdale-Urban land complex, 3 to 8 percent slopes

### Map Unit Setting

*National map unit symbol:* m05s
*Mean annual precipitation:* 43 to 58 inches
*Mean annual air temperature:* 50 to 72 degrees F
*Frost-free period:* 200 to 260 days
*Farmland classification:* Not prime farmland

### Map Unit Composition

*Urban land:* 50 percent
*Smithdale and similar soils:* 50 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

### Description of Smithdale

#### Setting

*Landform:* Interfluves
*Down-slope shape:* Linear
*Across-slope shape:* Convex
*Parent material:* Loamy marine deposits

#### Typical profile

*Ap - 0 to 5 inches:* fine sandy loam
*Bt1 - 5 to 16 inches:* clay loam
*Bt2 - 16 to 72 inches:* sandy loam

#### Properties and qualities

*Slope:* 3 to 8 percent
*Depth to restrictive feature:* More than 80 inches
*Natural drainage class:* Well drained
*Runoff class:* Low
*Capacity of the most limiting layer to transmit water (Ksat):* Moderately high to high (0.57 to 1.98 in/hr)
*Depth to water table:* More than 80 inches
*Frequency of flooding:* None
*Frequency of ponding:* None
*Available water storage in profile:* High (about 9.1 inches)

#### Interpretive groups

*Land capability classification (irrigated):* None specified
*Land capability classification (nonirrigated):* 3e

Custom Soil Resource Report

*Hydrologic Soil Group:*  B

## TaB—Tiak fine sandy loam, 1 to 3 percent slopes

### Map Unit Setting
*National map unit symbol:*  m05t
*Mean annual precipitation:*  43 to 58 inches
*Mean annual air temperature:*  50 to 72 degrees F
*Frost-free period:*  200 to 260 days
*Farmland classification:*  All areas are prime farmland

### Map Unit Composition
*Tiak and similar soils:*  95 percent
*Minor components:*  5 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

### Description of Tiak

#### Setting
*Landform:*  Interfluves
*Down-slope shape:*  Convex
*Across-slope shape:*  Linear
*Parent material:*  Loamy and clayey marine deposits

#### Typical profile
*A - 0 to 3 inches:*  fine sandy loam
*E - 3 to 9 inches:*  loam
*Bt1 - 9 to 36 inches:*  silty clay
*Bt2 - 36 to 72 inches:*  silty clay

#### Properties and qualities
*Slope:*  1 to 3 percent
*Depth to restrictive feature:*  More than 80 inches
*Natural drainage class:*  Moderately well drained
*Runoff class:*  Low
*Capacity of the most limiting layer to transmit water (Ksat):*  Moderately low to moderately high (0.06 to 0.20 in/hr)
*Depth to water table:*  About 12 to 24 inches
*Frequency of flooding:*  None
*Frequency of ponding:*  None
*Available water storage in profile:*  High (about 9.1 inches)

#### Interpretive groups
*Land capability classification (irrigated):*  None specified
*Land capability classification (nonirrigated):*  3e
*Hydrologic Soil Group:*  C/D

### Minor Components

#### Aquults
*Percent of map unit:*  5 percent
*Landform:*  Depressions
*Down-slope shape:*  Concave

Custom Soil Resource Report

*Across-slope shape:* Convex

## W—Water

**Map Unit Setting**
*National map unit symbol:* m05y
*Mean annual precipitation:* 43 to 58 inches
*Mean annual air temperature:* 50 to 72 degrees F
*Frost-free period:* 200 to 260 days
*Farmland classification:* Not prime farmland

**Map Unit Composition**
*Water:* 100 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

## Wt—Wrightsville silt loam

**Map Unit Setting**
*National map unit symbol:* m05z
*Elevation:* 120 to 250 feet
*Mean annual precipitation:* 43 to 58 inches
*Mean annual air temperature:* 50 to 72 degrees F
*Frost-free period:* 200 to 260 days
*Farmland classification:* Prime farmland if drained

**Map Unit Composition**
*Wrightsville and similar soils:* 95 percent
*Minor components:* 5 percent
*Estimates are based on observations, descriptions, and transects of the mapunit.*

**Description of Wrightsville**

**Setting**
*Landform:* Stream terraces
*Landform position (three-dimensional):* Tread
*Down-slope shape:* Concave
*Across-slope shape:* Linear
*Parent material:* Silty and clayey alluvium

**Typical profile**
*A - 0 to 3 inches:* silt loam
*Eg - 3 to 24 inches:* silt loam
*B/Etg - 24 to 62 inches:* silty clay
*B/Eg - 62 to 69 inches:* clay
*2C - 69 to 72 inches:* clay

**Properties and qualities**
*Slope:* 0 to 1 percent

Custom Soil Resource Report

*Depth to restrictive feature:*  More than 80 inches
*Natural drainage class:*  Poorly drained
*Runoff class:*  Low
*Capacity of the most limiting layer to transmit water (Ksat):*  Very low to moderately low (0.00 to 0.06 in/hr)
*Depth to water table:*  About 5 to 12 inches
*Frequency of flooding:*  None
*Frequency of ponding:*  None
*Available water storage in profile:*  High (about 11.3 inches)

**Interpretive groups**

*Land capability classification (irrigated):*  None specified
*Land capability classification (nonirrigated):*  3w
*Hydrologic Soil Group:*  D

**Minor Components**

**Aqualfs**

*Percent of map unit:*  5 percent
*Landform:*  Depressions
*Down-slope shape:*  Concave
*Across-slope shape:*  Convex

# References

American Association of State Highway and Transportation Officials (AASHTO). 2004. Standard specifications for transportation materials and methods of sampling and testing. 24th edition.

American Society for Testing and Materials (ASTM). 2005. Standard classification of soils for engineering purposes. ASTM Standard D2487-00.

Cowardin, L.M., V. Carter, F.C. Golet, and E.T. LaRoe. 1979. Classification of wetlands and deep-water habitats of the United States. U.S. Fish and Wildlife Service FWS/OBS-79/31.

Federal Register. July 13, 1994. Changes in hydric soils of the United States.

Federal Register. September 18, 2002. Hydric soils of the United States.

Hurt, G.W., and L.M. Vasilas, editors. Version 6.0, 2006. Field indicators of hydric soils in the United States.

National Research Council. 1995. Wetlands: Characteristics and boundaries.

Soil Survey Division Staff. 1993. Soil survey manual. Soil Conservation Service. U.S. Department of Agriculture Handbook 18. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/soils/?cid=nrcs142p2_054262

Soil Survey Staff. 1999. Soil taxonomy: A basic system of soil classification for making and interpreting soil surveys. 2nd edition. Natural Resources Conservation Service, U.S. Department of Agriculture Handbook 436. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/soils/?cid=nrcs142p2_053577

Soil Survey Staff. 2010. Keys to soil taxonomy. 11th edition. U.S. Department of Agriculture, Natural Resources Conservation Service. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/soils/?cid=nrcs142p2_053580

Tiner, R.W., Jr. 1985. Wetlands of Delaware. U.S. Fish and Wildlife Service and Delaware Department of Natural Resources and Environmental Control, Wetlands Section.

United States Army Corps of Engineers, Environmental Laboratory. 1987. Corps of Engineers wetlands delineation manual. Waterways Experiment Station Technical Report Y-87-1.

United States Department of Agriculture, Natural Resources Conservation Service. National forestry manual. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/soils/home/?cid=nrcs142p2_053374

United States Department of Agriculture, Natural Resources Conservation Service. National range and pasture handbook. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/landuse/rangepasture/?cid=stelprdb1043084

Custom Soil Resource Report

United States Department of Agriculture, Natural Resources Conservation Service. National soil survey handbook, title 430-VI. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/soils/scientists/?cid=nrcs142p2_054242

United States Department of Agriculture, Natural Resources Conservation Service. 2006. Land resource regions and major land resource areas of the United States, the Caribbean, and the Pacific Basin. U.S. Department of Agriculture Handbook 296. http://www.nrcs.usda.gov/wps/portal/nrcs/detail/national/soils/?cid=nrcs142p2_053624

United States Department of Agriculture, Soil Conservation Service. 1961. Land capability classification. U.S. Department of Agriculture Handbook 210. http://www.nrcs.usda.gov/Internet/FSE_DOCUMENTS/nrcs142p2_052290.pdf

# Appendix F

## Site Visit Photographs

# <u>Site Visit - November 12, 2015</u>



Photo 1. Waste Management crossing – North of I-440. Shot to north along Union Pacific Railroad grade.



Photo 2.  Waste Management North at crossing.  Shot to northwest along Union Pacific Railroad grade.



Photo 3.  Waste Management cover soil excavation site east of crossing. Shot from Union Pacific Railroad grade to east.



Photo 4.  I-440 overpass in background. Shot from Union Pacific Railroad grade to the southeast.



Photo 5.  View north along Union Pacific Railroad grade toward I-440.



Photo 6. East of Union Pacific Railroad at edge of grade. Shot near I-440 overpass.



Photo 7.  East of Union Pacific Railroad at edge of grade. Shot near I-440 overpass.



Photo 8.  East of Union Pacific Railroad at edge of grade. Only fresh sign of beaver along railroad grade east of railroad.



Photo 9. Union Pacific trestle at south corner of Waste Management, south side of trestle.  Later surveyed to be 1.4 feet amsl of clearance between top of concrete opening and silt.



Photo 10.  East of Union Pacific Railroad at edge of grade. Shot near rear of White Bag facility.



Photo 11.  East of Union Pacific Railroad at edge of grade. Shot near rear of White Bag facility.



Photo 12. East of Union Pacific Railroad at edge of grade. Shot near Union Pacific trestle.  Signs of old beaver activity.



Photo 13. Union Pacific Railroad track with Waste Management in background. Shot to north from between railroad tracks.



Photo 14.  Union Pacific Railroad track with Waste Management in background. Shot to northeast from railroad track.



Photo 15.  Union Pacific trestle south side - shot from the south showing clearance between top of concrete opening and silt and debris at approximately 8 inches.  Survey later determined the depth of silt to be 3.6 feet amsl from the base of the trestle.



Photo 16.  Shot to the east from Union Pacific trestle.



Photo 17.  Union Pacific trestle south side of railroad.



Photo 18.  Union Pacific Railroad trestle site. Shot to south showing debris removed from the trestle opening and piled adjacent to the bridge. Silt debris is loose and subject to erosion back into the silt clogging the trestle.



Photo 19. .  Union Pacific trestle site. Shot to northeast showing debris removed from the trestle opening and piled adjacent to the bridge and standing water. Silt debris is loose and subject to erosion back into the silt clogging the trestle.



Photo 20. Union Pacific trestle site. Shot to northeast showing debris removed from the trestle opening and piled adjacent to the bridge and standing water. Silt debris is loose and subject to erosion back into the silt clogging the trestle.



Photo 21.  Union Pacific Railroad trestle - north side of trestle, adjacent to Waste Management property; clearance between silt and top of concrete opening was surveyed to be 3.06 feet amsl.



Photo 22.  Shot from Union Pacific Railroad trestle to northwest along Waste Management drainage. Signs of recent cleaning of drainage by Waste Management.



Photo 23.  Shot from Union Pacific Railroad trestle to the northwest along Waste Management drainage. Signs of recent cleaning of drainage by Waste Management.



Photo 20.  Waste Management landfill from Union Pacific Railroad grade.



Photo 21. Shot from Union Pacific trestle to west along Waste Management drainage. Signs of recent cleaning of drainage by Waste Management.



Photo 22.  I-440 overpass from the Union Pacific Railroad grade. Shot to the northeast.



Photo 23.  I-440 overpass from the Union Pacific Railroad grade. Shot to the northeast.



Photo 24.  I-440 overpass. Shot to east from Union Pacific Railroad grade.



Photo 25.  .  I-440 overpass from the Union Pacific Railroad grade. Shot to the northeast.



Photo 26. .  I-440 overpass from the Union Pacific Railroad grade. Shot to the north parallel to railroad grade. Waste Management crossing and excavation in background past I-440 overpass.



Photo 27. Waste Management excavation in background. Shot to northeast from Union Pacific Railroad grade.



Photo 28. Union Pacific Railroad grade facing north along grade. Shot from beneath I-440 overpass.



Photo 29. Union Pacific Railroad grade facing northwest. Shot from beneath I-440 overpass. Waste Management North in background.



Photo 30. Waste Management excavation in background. Shot to northeast from Union Pacific Railroad grade. Farthest north extent of drainage to watershed draining through Union Pacific Railroad trestle near southeast corner of Waste Management landfill.



Photo 31.  Waste Management crossing on east side of Union Pacific Railroad. Shot from Union Pacific Railroad grade to north parallel to grade.  Farthest north extent of drainage to watershed draining through Union Pacific Railroad trestle near south corner of Waste Management landfill.

# Survey Photos - December 17, 2015



Photo 32.  View of trestle from the south.



Photo 33.  Silt, debris, and water level at south mouth of trestle.



Photo 34.  View of the northern mouth of the trestle from the Waste Management drainage ditch.  Note accumulated debris.



Photo 35.  View of the culvert underneath the Waste Management road.



Photo 36.  Confirmation of diameter of CMP culvert.