IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAREL ADELSBERGER** **PLAINTIFFS**
**AND ANNETTE ADELSBERGER**

V.                          Case No. 4:21-cv-471

**UNION PACIFIC RAILROAD COMPANY**                    **DEFENDANT**

## UNION PACIFIC RAILROAD COMPANY'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDMGENT

COMES NOW, Defendant, Union Pacific Railroad Company ("Union Pacific"), and for its Statement of Undisputed Facts in Support of its Motion for Partial Summary Judgment, states:

1. Plaintiffs allege "[f]rom at least 2013 to the present, the defendant failed to properly maintain and clear the culvert and blocked the proper drainage of water." (Complaint, ¶8).
2. Plaintiffs filed their Complaint on December 3, 2018. (Exhibit 2 to Motion).

1

Respectfully submitted,

Scott Tucker, #87176
Jamie Huffman Jones, #2003125
FRIDAY, ELDREDEGE & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201
501-370-1430 – phone
501-244-5347 – fax
jjones@fridayfirm.com

*Attorneys for Union Pacific*

By: _____
Jamie Huffman Jones

**CERTIFICATE OF SERVICE**

I, Jamie Huffman Jones, hereby certify that a copy of the foregoing has been served upon the following counsel of through the Court's Electronic Notification and/or mailed by United States Postal Service to the following non-CM/ECF participant on this 5th day of July, 2022:

Timothy Giattina
tim@hcglawoffice.com

Robert Edwin Hodge
rob@lcarklaw.com

Lee Curry
lee@lcarklaw.com

_____
Jamie Huffman Jones