IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAREL ADELSBERGER and
ANNETTE ADELSBERGER                                                                  PLAINTIFFS

V.                                         Case No. 4:21-CV-471

UNION PACIFIC RAILROAD COMPANY                                                       DEFENDANT

<u>UNION PACIFIC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1</u>

COMES NOW Defendant, Union Pacific Railroad Company, by and through its counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure make the following disclosure:

1. Union Pacific Railroad Company, a Delaware company, is a wholly owned by Union Pacific Corporation, a publicly held corporation.

2. Union Pacific Corporation is publicly traded on the New York Stock Exchange under the symbol "UNP".

3. No other individual has a direct pecuniary interest in the outcome of this litigation.

Respectfully Submitted,

SCOTT TUCKER, #87176
JAMIE HUFFMAN JONES, #2003125
Friday Eldredge and Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201
Telephone: (501) 370-1430
Facsimile: (501) 244-5347
tucker@fridayfirm.com
jjones@fridayfirm.com

*Attorneys for Defendant*
*Union Pacific Railroad Company*