# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**DAREL ADELSBERGER**                                                                    **PLAINTIFFS**
**ANNETTE ADELSBERGER**

    **v.**                       **Case No. 4:21-cv-471**

**UNION PACIFIC RAILROAD COMPANY**                                **DEFENDANT**

## PLAINTIFFS' RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT

COME NOW the Plaintiffs, Darel and Annette Adelsberger, by and through their counsel Lassiter & Cassinelli, and for their Response to Motion for Partial Summary Judgment hereby respond as follows:

1. Plaintiffs deny the allegations contained in Paragraph One (1) of Defendant's Motion for Partial Summary Judgment. Plaintiffs disagree with Defendant's characterization of their case as strictly a "negligence action" or that any such label has any effect. The case is, in fact, a civil action in which multiple legal theories may be advanced by Plaintiffs in seeking recovery for the damages they allege they are owed from Defendant in their Complaint. For example, Arkansas jurisprudence recognizes the concept of a continuing trespass, which effectively eliminates Defendant's ability to place a temporal cap on Plaintiffs' damages assessment. As such, Defendant's motion should be denied.

2. Plaintiffs deny the allegations contained in Paragraph Two (2) of Defendant's Motion for Partial Summary Judgment. Plaintiffs contemporaneously file herewith their Memorandum of Law in Support of their Response, which rebuts Defendant's arguments that

they are entitled to summary judgment on any claims or damages alleged before December 3, 2015.

3. As Defendant states in its memorandum of law, Defendant has presented a pure issue of law to the Court. Therefore, the parties have a disagreement as to the application of law to fact and not a disagreement as to the existence or validity of evidence. As such, Plaintiffs provide no additional evidence, whether affidavits or otherwise, to rebut Defendant's contentions as to their presented statute of limitation issue.

4. Plaintiffs rely upon the following attached hereto:

Memorandum of Law, filed contemporaneously herewith

Statement of Undisputed Facts, contemporaneously filed herewith

WHEREFORE, Darel and Annette Adelsberger respectfully request that Defendant's Motion for Summary Judgment be denied in its entirety and for any and all other relief to which they may be entitled.

                        Respectfully Submitted,

By: ***/s/Robert E. Hodge III***
Robert E. Hodge III, Bar No. 2011097
Lee Curry, Bar No. 2014153
Attorney for Plaintiffs
Lassiter & Cassinelli
300 S. Spring St. Suite 800
Little Rock, AR 72201
T: (501) 404-4874
F: (501) 404-4865
rob@lcarklaw.com

## CERTIFICATE OF SERVICE

   I, Robert E. Hodge III, hereby certify that a true and accurate copy of the foregoing Response was served on the following individuals through the Court's Electronic Notification and by electronic mail on this 19th day of July, 2022.

Jamie Huffman Jones
jjones@fridayfirm.com

Scott Tucker
tucker@fridayfirm.com

                ***/s/Robert E. Hodge III***
                Robert E. Hodge III