IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAREL ADELSBERGER**                                                                    **PLAINTIFFS**
**ANNETTE ADELSBERGER**

v.                            Case No. 4:21-cv-471

**UNION PACIFIC RAILROAD COMPANY**                                    **DEFENDANT**

**PLAINTIFFS' SUMMARY JUDGMENT STATEMENT OF FACTS PURSUANT TO LOCAL RULE 56.1**

COME NOW the Plaintiffs, Darel and Annette Adelsberger, by and through their attorneys Lassiter & Cassinelli, and for their Summary Judgment Statement of Facts Pursuant to Local Rule 56.1 hereby state as follows:

1. Plaintiffs allege "[f]rom at least 2013 to the present, the defendant failed to properly maintain and clear the culvert and blocked the proper drainage of water." (Complaint ¶8).

    **RESPONSE:** Plaintiffs admit the allegation contained in Paragraph One (1), above.

2. Plaintiffs filed their Complaint on December 3, 2018. (Exhibit 2 to Motion).

    **RESPONSE:** Plaintiffs admit the allegation contained in Paragraph Two (2), above.

                                                            Respectfully Submitted,

                                            By:    ***/s/Robert E. Hodge III***
                                                       Robert E. Hodge III, Bar No. 2011097
                                                       Lee Curry, Bar No. 2014153
                                                       Attorney for Plaintiffs
                                                       Lassiter & Cassinelli
                                                       300 S. Spring St. Suite 800
                                                       Little Rock, AR 72201
                                                       T: (501) 404-4874
                                                       F: (501) 404-4865
                                                       rob@lcarklaw.com

## CERTIFICATE OF SERVICE

    I, Robert E. Hodge III, hereby certify that a true and accurate copy of the foregoing Summary Judgment Statement was served on the following individuals through the Court's Electronic Notification and by electronic mail on this 19th day of July, 2022.

Jamie Huffman Jones
jjones@fridayfirm.com

Scott Tucker
tucker@fridayfirm.com

                                      ***/s/Robert E. Hodge III***
                                         Robert E. Hodge III