## 1.2.4  DRAINAGE (2013) R(2016)

### 1.2.4.1 General

a.  This section deals with the surface and subsurface drainage of the roadway as distinguished from drainage of the ground surface by natural waterways. The latter subject is dealt with in Part 3 Natural Waterways, and Part 4 Culverts.

b.  Since water is the principal influence on soil stability in roadbed, subgrade and slopes, control of surface and subsurface water is the most important factor in roadway design and maintenance.

### 1.2.4.2 Surface Drainage

a.  Surface water from the roadway area, and sometimes surrounding topography, is usually handled by a system of ditches (commonly referred to as track or railroad ditches) parallel to the roadbed with offtake ditches where necessary. The roadbed cross section, slopes of cuts and fills, ditches, catch basins, underdrains and culverts should all form a balanced system to dispose of the water without accumulation or excessive saturation which would produce damaging effects. Track ditch design should generally be limited to handling non-concentrated natural drainage.

b.  The design capacity of any part of the system can be calculated if the quantity of water to be carried, the distance and grade to outfall, and the infiltration factor of the soil are known. Ditches should be deep enough and sized for handling the design runoff anticipated while allowing the subgrade to drain. Track ditches should be sized for the anticipated runoff and the flow velocity calculated using the Manning equation.

c.  The ditch grade may be governed by the track grade, particularly in long cuts or offtake drainage points. However, more often than not, ditch grades will be governed by existing drainage patterns and points of discharge. When the ditch is constructed in earth materials, the minimum recommended grade should not be less than 0.25% to minimize sedimentation. However, exceptions to this may be dictated by local topography such as in low-lying or flat terrain. Likewise, to prevent erosion, the maximum unlined ditch grade and/or ditch configuration should be such that it will produce a velocity less than or equal to the limiting velocity shown in Table 1-1-11. Erosion may also be prevented or reduced by paving, riprapping, sodding, or constructing check dams depending on velocity, type of soil, and depth of flow (Refer to Part 3 Natural Waterways). Liners for ditches are typically classified as either rigid or flexible. Asphaltic concrete and Portland cement concrete liners are examples of rigid liners. Riprap, sod, and grass liners are examples of flexible linings. Rigid liners are better at limiting erosion and they often result in higher water velocities since they are smoother than flexible liners.

*Table 1-1-11. Guidelines for Limiting Velocities to Prevent Erosion*

| Material | Velocity (Ft per Sec) |
|---|---|
| Sand | Up to 2 |
| Loam | 2-3 |
| Grass | 2-3 |
| Clay | 3-5 |
| Clay and gravel | 4-5 |
| Good sod, coarse gravel, cobbles, soft shale | 4-6 |



EXHIBIT 1

This file is licensed to Lee Curry (ldc2014153@protonmail.com). Download Date: 7/28/2022.