**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DAREL ADELSBERGER**
**AND ANNETTE ADELSBERGER** **PLAINTIFFS**

**v.** **CASE NO. 4:21-CV-471**

**UNION PACIFIC RAILROAD COMPANY** **DEFENDANT**

---

# PLAINTIFFS' PRE-TRIAL DISCLOSURE SHEET

---

## (1) The identity of the party submitting information.

Darel Adelsburger and Annette Adelsberger.

## (2) The names, addresses, and telephone numbers of all counsel for the party.

ROBERT E. HODGE (2011097)
LEE D. CURRY (2014153)
AMANDA D. KENNEDY (2019136)
TIMOTHY J. GIATTINA (2011271)
LASSITER & CASSINELLI
300 S. Spring Street
Suite 800
Little Rock, AR 72201
T: (501) 370-9300
F: (501) 370-9306
*Attorneys for Plaintiff*

## (3) A brief summary of claims and relief sough.

Plaintiffs allege that Union Pacific negligently failed to properly maintain a culvert that is adjacent to Plaintiffs' property and caused flooding to their property. Plaintiffs seek money damages for lost business income resulting from the damage to the property, which serves as an auto salvage yard. The water seepage has resulted in automobile inventory

being flooded or stuck in mud to the point where the salvage parts could no longer be used. The seepage has steadily advanced from the rear of the property toward the front, resulting in significantly decreased land area on which to store automobile inventory to be used for salvage parts, which has caused a dramatic decrease in Plaintiffs' ability to earn money.

**(4) Prospects for settlement.**

The parties have only briefly conferred regarding settlement at this time. However, Plaintiffs are willing to attempt good faith settlement negotiations.

**(5) The basis for jurisdiction or objections to jurisdiction.**

Diversity jurisdiction. This matter was filed in the Pulaski County Circuit Court and Defendant removed the case to the Eastern District of Arkansas.

**(6) A list of pending motions.**

The Court has ruled on all pending motions.

**(7) A concise summary of the facts.**

Plaintiffs own real property in Pulaski County, Arkansas where they own and operate an automobile salvage and used car parts business, namely AA Auto. A section of Defendant's railroad tracks pass through an area directly to the north of Plaintiff's land. When that track was built, the track permanently altered the natural flow of surface water so that draining of the adjacent land (including the plaintiffs') was dependent upon various draining facilities to be maintained by Defendant. One of these draining facilities is a double culvert. Plaintiffs' properties have regularly flooded since at least 1973-present. Plaintiffs sued Union Pacific alleging that negligence maintenance of the double culvert, as well as other draining facilities is the cause of their flooding.

**(8) All proposed stipulations.**

| | |
|---|---|
| ATOKA Report (January 5, 2016) | |
| ATOKA Rebuttal Opinion (May 25, 2022) | |
| Profit or Loss Report from Plaintiffs | |
| Tax Returns of Plaintiffs (2011—2020) | |
| Photos Depicting Flood & Damage | |
| Daily Work Report for Nov. 30 2015 | **UP000308** |
| C.A.S. Standard Work Report | **UP000309** |
| Ashcraft Log Nov. 2015 | **UP000305—000307** |
| Photos depicting culvert | **UP000013—000018** |
| Adelsberger deed to property (AA Auto Property) | **Exhibit 2 to Plaintiffs' Depositions** |
| Emails between, from, and directed to Union Pacific Railroad employees | **UP-Email-000001-UP-Email-000031** |
| Engineering Structures Maintenance Field Manuals | **UP000001—000006**<br>**UP000531—000541** |
| Inspection Records for Hoxie Sub 335.62 | **UP000011—000012** |
| UP Bridge Management Program | **UP000019—000084**<br>**UP000310—000329** |
| UP Defect Codes | **UP000007—000010** |
| Engineering One Stop Data | **UP000088—000304**<br>**UP000435--000530** |
| UP Engineering Track Maintenance Field Handbook Revision: February 4, 2022 | **https://perma.cc/4UKE-SQTY** |
| The fact that Defendant failed to properly maintain and clear the culvert and blocked the proper drainage of water | |

**(9) The issues of fact expected to be contested.**

| | |
|---|---|
| Causation | |
| Damages | |

**(10) The issues of law expected to be contested.**

| | |
|---|---|
| The appropriate measure of damages | |
| All issues raised by any affirmative defenses in Defendant's Answers | |

| | |
|---|---|
| All issues in Defendant's pretrial disclosure sheets | |
| All issues argued in Plaintiff's Motion for Partial Summary Judgment and Motion to Exclude Certain Testimony of Dr. Jerry Overton which were not granted by this Court. | |
| Whether Dr. Overton can refer to the FRA Track Safety Standards and Bridge Safety Standards during testimony. | 49 CFR 213 et. seq. |
| Whether the Bridge Safety Standards apply | 49 CFR 237 et. seq. |
| Whether UP's internal rules and policies establishes a standard of care. | |
| | |

**(11) A list and brief description of exhibits, documents, charts, graphs, models, schematic diagrams, summaries, and similar objects which may be used in opening statements, closing argument, or any other part of the trial, other than solely for impeachment purposes, whether or not they will be offered in evidence. Separately designate those documents and exhibits which the party expects to offer and those which the party may offer.**

**Plaintiff expects to offer:**

| | |
|---|---|
| Photos showing flooding identified in Plaintiffs' depositions from February 12, 2020. | *See* list of photographs in Exhibit 15 to Plaintiffs Depositions |
| Warranty Deed to Darel Adelsberger | Exhibit 2 to Plaintiffs' Depositions |
| Plaintiffs' Tax Returns 2011—2020 and Plaintiffs' P&Ls 2011—2020 | Exhibits 6-13 to Plaintiffs' Depositions ('19, '20, and '21 not previously exhibits). |
| Dr. Jerry Overton Resume/CV | Exhibits 2 & 5 to Overton Deposition |
| Photographs of Culvert | Exhibit 9 to Overton Deposition |
| Photographs from Dr. Overton's Site Visit | Exhibit 15 to Overton Deposition |
| Figure 1 - Site Map | Exhibit 16 to Overton Deposition |
| Figure 2 - Topography and Soil Map | Exhibit 17 to Overton Deposition |
| Figure 3 - Site Hydrography Map | Exhibit 18 to Overton Deposition |
| Figure 3a - Regional Hydrography Map | Exhibit 19 to Overton Deposition |
| Figure 4 – FEMA Flood Maps | Exhibit 20 to Overton Deposition |
| Figure 5 - Property Elevation Map | Exhibit 21 to Overton Deposition |

| | |
|---|---|
| Figure 6 - STA. 21+00 TO AA AUTO PROPERTY | Exhibit 22 to Overton Deposition |
| Figure 7 - STA. 8+00 TO STA. 22+00 | Exhibit 23 to Overton Deposition |
| Figure 8 - PIPE DRAIN TO STA. 13+00 | Exhibit 24 to Overton Deposition |
| Figure 9 – UP Railroad Box Culvert | Exhibit 25 to Overton Deposition |
| Figure 10 – UP Box Culvert Section View | Exhibit 26 to Overton Deposition |
| Photos showing water damage | |
| UP Work Report 11-30-15 | |
| UP Standard Work Report Invoice | |
| Email from Stan Rauls to Bradley Morris | |
| Emails between Brandon Morris and Jesse Ashcraft | |
| Emails between Ben Trevino and Jesse Ashcraft | |
| Emails between James Kennedy and Ben Trevino | |
| Internal emails between Union Pacific employees | |
| Pulaski County, Arkansas Commercial Property Card | |
| Photographs listed in Exhibit 15 to Dr. Overton's deposition | |
| Union Pacific Engineering Track Maintenance Field Handbook Revision: February 4, 2022 | |
| Engineering Structures Maintenance Field Manuals | **UP000001—000006**<br>**UP000531—000541** |
| UP Engineering Track Maintenance Field Handbook Revision: February 4, 2022 | **https://perma.cc/4UKE-SQTY** |
| Inspection Records for Hoxie Sub 335.62 | **UP000011—000012** |
| UP Bridge Management Program | **UP000019—000084**<br>**UP000310—000329** |
| UP Defect Codes | **UP000007—000010** |
| Engineering One Stop Data | **UP000088—000304**<br>**UP000435--000530** |
| June 22, 2018 email from Stan Rauls to Brandon Morris | **UP-email-000001—000002** |
| July 19, 2018 email from Ben Trevino III to Alan Ashcraft | **UP-email-000009—000011** |
| July 19, 2018 email from James Kennedy to Eric Epps and Ben Trevino III | **UP-email-000012—000018** |
| July 19, 2018 email from Ben Trevino III to Alan Ashcraft and Chad Bouland | **UP-email-000019—000022** |
| July 23, 2018 email from Ben Trevino III to Chad Bouland | **UP-email-000023—000026** |

| | |
|---|---|
| July 26, 2018 email from Ben Trevino III to Brandon Morris | **UP-email-000027--000030** |
| October 5, 2020 email from Ben Trevino III to Eric Epps, Danny Ervin, and John Bailey | **UP-email-000031** |

**Plaintiff may offer:**

| | |
|---|---|
| Introduction of the New Culvert and Storm Drain Inspection Manual | |
| Culvert Inspection Manual | |
| Culvert and Storm Drain System Inspection Manual Final Report | |
| Guidelines for Determining Flood Flow Frequency Bulletin 17C | |
| AREMA Bridge Inspection Handbook | |
| AREMA Manual for Railway Engineering 2022 | |
| Engineering Structures Maintenance Field Manual | |
| National Flood Hazard Layer FEMA Map | |
| KARK Channel 4 Story re: Draining Issues Caused by UPRC | Video |
| Deposition transcript of any individuals deposed | |
| All documents produced by Defendant | |
| All exhibits to all depositions | |
| CVs or resumes of all experts called by either party | |
| All discovery responses from Plaintiffs with attachments | |
| All discovery responses from Defendant with attachments | |
| All documents cited or referenced in any expert report | |
| All documents reviewed by any expert | |
| UP right of way maps | |
| All documents produced by either party | |
| UP Maps | |
| UP manuals produced in discovery | |
| Enlargement of jury instructions | |
| Documents provided by Plaintiffs which were processed and digitized by Pivot Legal Services | |

| | |
|---|---|
| Any materials referenced or used in the training or Union Pacific employees | |
| Annette Adelsberger's handwritten notes of attempted contacts with Union Pacific | |
| AA Auto Banking Records | **UP000689—UP009073** |
| AA Auto Billing Records | **AA-000001—AA048743** |
| ADEQ General Stormwater Runoff Permit and associated paperwork | **Ex. 20 to Plaintiffs' Deposition** |
| AREMA Bridge Inspection Handbook, 2nd Edition | |
| AREMA MRE 2022, Chapter 1 Annotated | |
| FHWA Bridge Inspector's Reference Manual – Volume 1 | |
| FHWA Culvert Inspection Manual | |
| FRA Track Division and Rail and Infrastructure Integrity Division Compliance Manual | |
| FRA Track Safety Standards Compliance Manual | |
| NCHRP Culvert and Storm Drain System Inspection Manual | |
| UP Engineering Track Maintenance Field Handbook (Redacted) | |
| UP Industrial Track Specifications | |
| UP Industry New Track Construction Technical Manual | |
| UP Scope of Hydrologic/Hydraulic Design Engineering and Permitting Services for Sixing Waterway Openings at New and Replacement Strictures | |
| FRA Track Division and Rail and Infrastructure Integrity Division Compliance Manual | |
| FRA Bridge Safety Standards Compliance Manual | |
| Any document identified pursuant to a discovery deposition. | |
| Any document identified in the ATOKA Report. | |
| Any document identified in Rob Stallings' Report. | |
| USACE Hydrologic Frequency Analysis dated March 5, 1993 | |
| USACE Flood-Runoff Analysis dated August 31, 1994 | |

| | |
|---|---|
| USGS Guidelines for Determining Flood Flow Frequency Bulletin 17C dated May 2019 | |

**(12) The names, addresses and telephone numbers of witnesses for the party. Separately identify witnesses whom the party expects to present and those whom the party may call. Designate witnesses whose testimony is expected to be presented via deposition and, if not taken stenographically, a transcript of the pertinent portion of the deposition testimony.**

| | |
|---|---|
| Darel Adelsberger | Contact through Plaintiff's Counsel |
| Annette Adelsberger | Contact through Plaintiff's Counsel |
| Jerry Overton | Contact through Plaintiff's Counsel |
| Ben Trevino III | Defendant Employee |
| Victor Munoz | Defendant Employee |
| Brandon Morris | Defendant Employee |
| Matt Mears | Defendant Employee |
| James Kennedy | Former Employee of Defendant |

Plaintiffs reserve the right to call any person identified by the parties in discovery, deposed in this matter, or listed as a witness on any party's witness list. The phone number and addresses have been previously provided.

**Party May Call**

| | | |
|---|---|---|
| Peggie Hanks | 3150 E Kiehl Avenue Sherwood, AR 72120 | (501) 835-8252 |
| John Bailey | Defendant Employee | |
| Alan Ashcraft | Defendant Employee | |
| Eric Epps | Former Employee of Defendant | |
| Chris Reynolds | Defendant Employee | |
| Chris Cutrer | Former Employee of Defendant | |
| Danny Ervin IIIII | Defendant Employee | |
| Gilber Moser | Defendant Employee | |
| John Boland | Defendant Employee | |
| Lucas Eaton | Defendant Employee | |
| Terry Russell | Defendant Employee | |

| Trent Langford | Defendant Employee | |
|---|---|---|
| Any/all persons named by Defendants in their initial disclosures | | |
| Terry Reynolds | | (501) 626-1201 |

**(13) The current status of discovery, a precise statement of the remaining discovery and an estimate of the time required to complete discovery.**

Discovery is complete.

**(14) An estimate of the length of trial and suggestions for expediting dispotion of the action.**

The trial of this matter should take three-to-four days.

Respectfully Submitted,

LASSITER & CASSINELLI

By: ______________________________

Robert E. Hodge III
AR Bar No. 2011097
Lee D. Curry
AR Bar No. 2014153
Amanda Kennedy
AR Bar No. 2019136
Attorneys for Plaintiffs
300 S. Spring St. Suite 800
Little Rock, AR 72201
Little Rock, AR 72201
T: (501) 404-4874
F: (501) 404-4865
rob@lcarklaw.com

**CERTIFICATE OF SERVICE**

I, Robert E. Hodge III, hereby certify that a true and correct copy of Plaintiff's Pre-Trial Disclosure Sheet was sent to the following individuals by electronic mail on the 22nd day of August, 2022.

Jamie Huffman Jones
jjones@fridayfirm.com

Scott Tucker
tucker@fridayfirm.com

Robert E. Hodge III