# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

DAREL ADELSBERGER and
ANNETTE ADELSBERGER

*Plaintiff*
v.

UNION PACIFIC RAILROAD COMPANY

*Defendant*

) Case No. 4:21CV00471-JM
)
)
)
)

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Darel Adelsberger and Annette Adelsberger

Date: September 7, 2022

Amanda D. Kennedy AR2019136
*Attorney's printed name and bar number*

300 S. Spring St. Ste. 800 Little Rock, AR 72201
*Address*

amanda@lcarklaw.com
*E-mail address*

501-370-9300
*Telephone number*

501-370-9306
*FAX number*