**Jake Kornegay**

| | |
|---|---|
| **From:** | Amanda Kennedy <Amanda@lcarklaw.com> |
| **Sent:** | Wednesday, September 7, 2022 4:00 PM |
| **To:** | AREDdb_clerksoffice |
| **Subject:** | 4:21-cv-00471 JM, Docket Entry 44 |
| **Attachments:** | NoticeOfAppearance.pdf |

**CAUTION - EXTERNAL:**

I apologize for submitting the incorrect file type. Please see attached.

--

# Amanda D. Kennedy

Associate Attorney
Lassiter & Cassinelli
300 S. Spring St.
Ste. 800
Little Rock, AR 72201
Phone: 501-370-9300
Fax: 501-370-9306
www.lassiterandcassinelli.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.