IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAREL ADELSBERGER AND
ANNETTE ADELSBERGER                                                    PLAINTIFFS

v.                            CASE NO.: 4:21-CV-00471

UNION PACIFIC RAILROAD COMPANY                                         DEFENDANT

## UNION PACIFIC'S MOTIONS IN LIMINE

Comes now the Defendant, Union Pacific Railroad, and for its Motions in Limine, states:

1. In accordance with the Court's Scheduling Order, Union Pacific moves to exclude evidence that Plaintiffs, their attorneys, and their witnesses should be prohibited from introducing or otherwise mentioning in front of the jury.

2. The arguments supporting Union Pacific's Motions in Limine are set forth in the accompanying brief.

WHEREFORE, as more fully explained in the accompanying brief, Defendant, Union Pacific Railroad Company, prays that the Court enter an Order granting its Motions in Limine.

Respectfully submitted,

Scott Tucker, #87176
Jamie Huffman Jones, #2003125
FRIDAY, ELDREDEGE & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201
501-370-1430 – phone
501-244-5347 – fax
jjones@fridayfirm.com
tucker@fridayfirm.com

*Attorneys for Union Pacific*