EXHIBIT 4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT COURT OF ARKANSAS
# WESTERN DIVISION

DAREL ADELSBERGER and　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
ANNETTE ADELSBERGER

v.　　　　　　　　　　CASE NO. 4:19-CV-3-SWW

UNION PACIFIC RAILROAD COMPANY　　　　　　　　　　　　　　　　DEFENDANT

## NOTICE OF VIDEOTAPED DEPOSITION AND SUBPOENA DUCES TECUM

Please take Notice that Defendant Union Pacific Railroad Company will take the videotaped deposition of Darel Adelsberger upon oral examination before a notary public or some other officer authorized to administer oaths. The deposition will begin at 10:00 a.m. on February 12, 2020 and will continue from day to day until completed. The deposition will be taken at the following address:

Friday, Eldredge & Clark
400 W. Capitol Avenue
21st Floor
Little Rock, Arkansas 72201

Darel Adelsberger is required to bring to the deposition the items referenced in Exhibit A attached hereto.

Respectfully submitted,

Scott H. Tucker, #87176
Joshua C. Ashley, #2012051
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522
Telephone: (501) 376-2011
Facsimile: (501) 376-2147
Email: tucker@fridayfirm.com

*Scott Tucker* (signature)
Scott H. Tucker, #87176

## CERTIFICATE OF SERVICE

I, Scott H. Tucker, certify that a true and correct copy of this filing has been served by electronic mail and first class U.S. mail postage prepaid on this _20th_ day of January, 2020 upon:

Stanley D. Rauls
P.O. Box 21665
Little Rock, AR 72221
*sdr@aristotle.net*

_____
Scott H. Tucker

## **EXHIBIT A**

1. Copies of all financial records and other documents which substantiate, prove or otherwise support Plaintiffs' claim for damages in this case.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT COURT OF ARKANSAS
WESTERN DIVISION

DAREL ADELSBERGER and                                       PLAINTIFFS
ANNETTE ADELSBERGER

v.                      CASE NO. 4:19-CV-3-SWW

UNION PACIFIC RAILROAD COMPANY                    DEFENDANT

**NOTICE OF VIDEOTAPED DEPOSITION AND SUBPOENA DUCES TECUM**

Please take Notice that Defendant Union Pacific Railroad Company will take the videotaped deposition of Annette Adelsberger upon oral examination before a notary public or some other officer authorized to administer oaths. The deposition will begin at 10:00 a.m. on February 12, 2020 and will continue from day to day until completed. The deposition will be taken at the following address:

    Friday, Eldredge & Clark
    400 W. Capitol Avenue
    21st Floor
    Little Rock, Arkansas 72201

Annette Adelsberger is required to bring to the deposition the items referenced in Exhibit A attached hereto.

                                                 Respectfully submitted,

                                                 Scott H. Tucker, #87176
                                                 Joshua C. Ashley, #2012051
                                                 FRIDAY, ELDREDGE & CLARK, LLP
                                                 400 West Capitol Avenue, Suite 2000
                                                 Little Rock, Arkansas 72201-3522
                                                 Telephone: (501) 376-2011
                                                 Facsimile: (501) 376-2147
                                                 Email: tucker@fridayfirm.com

                                                 _/s/ Scott Tucker_____
                                                 Scott H. Tucker, #87176

## CERTIFICATE OF SERVICE

 I, Scott H. Tucker, certify that a true and correct copy of this filing has been served by electronic mail and first class U.S. mail postage prepaid on this ___30th___ day of January, 2020 upon:

Stanley D. Rauls
P.O. Box 21665
Little Rock, AR 72221
*sdr@aristotle.net*

_____
Scott H. Tucker

## **EXHIBIT A**

1. Copies of all financial records and other documents which substantiate, prove or otherwise support Plaintiffs' claim for damages in this case.