EXHIBIT 6

# In The Matter Of:

*Darel Adelsberger and Annette Adelsberger vs.*
*Union Pacific Railroad Company*

---

*Darel Adelsberger*
*February 12, 2020*

---

*Kelly Hill, CCR*

Original File DAdelsberger.txt
Min-U-Script® with Word Index

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF ARKANSAS
 2                   WESTERN DIVISION

 3   DAREL ADELSBERGER AND         )
     ANNETTE ADELSBERGER           )
 4                  PLAINTIFFS,    )
                                   )
 5   VS.                           )NO. 4:19-CV-3
                                   )        SWW
 6   UNION PACIFIC RAILROAD COMPANY )
                    DEFENDANT.     )
 7

 8

 9

10

11          VIDEOTAPED ORAL DEPOSITION OF

12                 DAREL ADELSBERGER

13                 FEBRUARY 12, 2020

14

15

16

17

18

19

20                  KELLY D. HILL

21             CERTIFIED COURT REPORTER

22                 STATE OF ARKANSAS

23                  (501) 416-9329

24

25
```

Page 2

```
 1        ANSWERS AND VIDEOTAPED DEPOSITION OF DAREL
 2   ADELSBERGER, a witness produced at the request of
 3   the Defendant, was taken pursuant to Notice of
 4   Videotaped Deposition and Subpoena Duces Tecum,
 5   in the above-styled and numbered cause on the
 6   12th day of February 2020, 1:23 p.m., before
 7   Kelly Hill, a Certified Court Reporter, taken at
 8   Friday, Eldredge & Clark Law Firm, 400 West
 9   Capitol Avenue, Suite 2000, Little Rock, Arkansas
10   72201, in accordance with the Federal Rules of
11   Civil Procedure.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1   APPEARANCES OF COUNSEL:

 2

 3   ON BEHALF OF PLAINTIFFS:

 3       MR. STANLEY D. RAULS
 4       ATTORNEY AT LAW
         P.O. BOX 21665
 5       LITTLE ROCK, ARKANSAS 72221

 6

 7   ON BEHALF OF DEFENDANT:

 8       MR. SCOTT H. TUCKER
         FRIDAY, ELDREDGE & CLARK, LLP
 9       400 WEST CAPITOL AVENUE, SUITE 2000
         LITTLE ROCK, ARKANSAS 72201

10

11   ALSO PRESENT:  BOB DUNN, VIDEOGRAPHER

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
 1          S T I P U L A T I O N S

 2

 3       The attorneys for all parties present

 4   stipulate and agree as follows:

 5

 6   Objections:

 7       Reserve all objections, except as to the form

 8   of the questions and the nonresponsiveness of the

 9   answers, until the time of trial, which

10   objections are waived if not made at the taking

11   of the deposition.

12

13   Signature:

14       Waived.

15

16

17

18

19

20

21

22

23

24

25
```

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

Page 5

```
 1                I N D E X

 2

 3  STYLE AND NUMBER . . . . . . . . . . . . . .  1

 4  APPEARANCES. . . . . . . . . . . . . . . . .  3

 5  STIPULATIONS . . . . . . . . . . . . . . . .  4

 6  DEPOSITION EXHIBIT INDEX . . . . . . . . . .  5

 7

    WITNESS:  DAREL ADELSBERGER
 8
        Examination by Mr. Tucker. . . . . . . .  6
 9      Deposition Concluded . . . . . . . . . . 87

10  COURT REPORTER'S CERTIFICATE . . . . . . . . 88

11

12              DEPOSITION EXHIBIT INDEX

13  No. 1  Notice of Deposition        Page   7

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 6

```
 1             P R O C E E D I N G S
 2        VIDEOGRAPHER: We're on the audio
 3  and video record.  Today's date is February the
 4  12th, 2020.  The approximate time is 1:23 p.m.
 5  This is the videorecorded deposition of Mr. Darel
 6  Adelsberger.
 7     Would the court reporter please administer
 8  the oath of truth to the witness?
 9             DAREL ADELSBERGER,
10  having been first duly cautioned and sworn to
11  testify the truth, the whole truth and nothing
12  but the truth, testified on his oath as follows:
13             EXAMINATION
14  BY MR. TUCKER:
15  Q.  Will you please state your full name, sir?
16  A.  Darel Lee Adelsberger.
17  Q.  Mr. Adelsberger, what name do you go by?
18  A.  Darel.
19  Q.  Have you ever been known by a different name?
20  A.  Nickname?
21  Q.  Yes, sir.
22  A.  Booger.
23  Q.  Mr. Adelsberger, let me hand you what I've
24   marked as Exhibit No. 1 to your deposition.  It's
25   a Notice which directed you to be here today on
```

Page 7

```
 1  February 12, 2020, and you are here, correct?
 2        (Deposition Exhibit No. 1 was
 3  marked.)
 4  A.  I am.
 5  Q.  If you'll turn -- have you seen this before
 6   by the way, this notice that's in your hand?
 7  A.  I've -- no, I don't think so.
 8  Q.  Okay.  Turn to the last page, if you would,
 9   please.  Do you see it's titled Exhibit A on the
10   last page at the top?
11  A.  Yes.
12  Q.  This was a request that you bring these
13   things.  I'll read it into the record.  It says,
14   copies of all financial records and other
15   documents which substantiate, prove or otherwise
16   support plaintiffs' claim for damages in this
17   case.  Did I read that correctly?
18  A.  You did.
19  Q.  Did you have any such documentation?
20  A.  All my copies went to Mr. Rauls.
21  Q.  And when you say copies, tell me copies of
22   what, please?
23  A.  Financial records.
24  Q.  And what would those be, other than tax
25   returns, if anything, because Mr. Rauls sent me
```

Page 8

```
 1  your tax return from 2011 all the way up to 2018?
 2  Would there by anything other than tax returns
 3   when you say my financial records?
 4  A.  No.
 5  Q.  You can set that -- go ahead.
 6  A.  I didn't understand the need of that on the
 7   case.  I don't know what other documents would
 8   be.
 9  Q.  Other than tax returns?
10  A.  Uh-huh.
11  Q.  That's fine.  And you don't keep the books at
12   AA Auto, right?
13  A.  No, I don't.  We have a CPA firm, which we
14   let go of and hired another one.
15  Q.  Mr. Adelsberger, have you ever given a
16   deposition before?
17  A.  No.
18  Q.  Let me go over some ground rules with you if
19   you don't mind.  You're doing a good job.  Please
20   answer out loud rather than nodding your head up
21   and down or side to side.  If you do that, I'll
22   have to ask you if that's a yes or a no.
23  A.  Okay.
24  Q.  And please say yes or no rather than uh-huh
25   and huh-uh, and I say that all the time, but if
```

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

---

Page 9

1  you say uh-huh, I'll have to stop and say is that
2  a yes just so we get it clear on the record?
3  **A. I understand.**
4  Q. The court reporter, Ms. Hill, is taking down
5  everything that we say verbatim, which means we
6  both can't talk at the same time.  Please let me
7  finish asking the question before you begin your
8  answer, and I'll do my best to let you finish
9  your answer before asking you another question,
10 okay?
11 **A. Okay.**
12 Q. Mr. Adelsberger, let me have an agreement
13 with you.  If you don't hear one of my questions,
14 will you please ask me to repeat it?
15 **A. Yes.**
16 Q. If you don't understand one of my questions,
17 will you please ask me to rephrase it?
18 **A. Yes.**
19 Q. Because I'll be relying upon the answers that
20 you give here today in preparation at trial, and
21 if you answer a question without asking me to
22 repeat it or rephrase it, I'm going to take it
23 that you heard the question and you understood
24 the question; is that fair?
25 **A. That's fair.**

---

Page 10

1  Q. Without telling me anything that was said,
2  have you had a chance to visit with your attorney
3  about what we're doing here today?
4  **A. Just briefly.**
5  Q. Do you understand what we're doing here
6  today?
7  **A. Yes.**
8  Q. Do you understand that you're under oath to
9  tell the truth and the whole truth just like if
10 you were in front of a judge and a jury?
11 **A. I do.**
12 Q. Are you on any medications that would affect
13 your ability to give truthful and accurate
14 answers here today?
15 **A. No.**
16 Q. Did you do anything, other than speak briefly
17 with Mr. Rauls, to prepare yourself for your
18 deposition here today?
19 **A. No.**
20 Q. And when I say to prepare, I mean did you
21 review any documents or pieces of paper that have
22 anything to do with this lawsuit?
23 **A. No.**
24 Q. Look at any pictures?
25 **A. No.**

---

Page 11

1  Q. Mr. Adelsberger, what is your date of birth,
2  please?
3  **A. 12/4/1949.**
4  Q. And how long -- excuse me.  How old does that
5  make you?
6  **A. 70.**
7  Q. Where were you born?
8  **A. St. Vincent's.**
9  Q. In Little Rock?
10 **A. In Little Rock.**
11 Q. And did you grow up in Little Rock?
12 **A. Grew up in Little Rock.**
13 Q. Where did you go to high school?
14 **A. I graduated from Catholic High.**
15 Q. What year?
16 **A. '67.**
17 Q. Do you have any other formal education such
18 as college?
19 **A. Two years of college at SCA.**
20 Q. What does SCA stand for?
21 **A. State College of Arkansas.**
22 Q. Where is it located?
23 **A. Conway.**
24 Q. Is it now UCA?
25 **A. Yes, sir.**

---

Page 12

1  Q. Was it a two-year program or a four-year
2  program when you went?
3  **A. It was a four-year program.  I missed a**
4  **semester test, and my grade point wasn't high**
5  **enough and I was drafted.**
6  Q. What branch?
7  **A. Army.**
8  Q. That would have been during the Vietnam war?
9  **A. It would have been.**
10 Q. And did you go overseas?
11 **A. Yes.**
12 Q. Where to?
13 **A. Germany.**
14 Q. What years were you in Germany?
15 **A. '69.**
16 Q. Just one year?
17 **A. Yes.**
18 Q. And then did you come back to the states
19 after that?
20 **A. I did.**
21 Q. Did you go overseas anymore with the Army?
22 **A. No.**
23 Q. What year did you get out of the Army?
24 **A. '69.**
25 Q. And did you receive an honorable discharge?

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

Page 13

1 A. I did.
2 Q. What did you do after you were discharged
3   from the Army?
4 A. I started my own business.
5 Q. What business would that be?
6 A. AA Auto.
7 Q. What year did you start AA Auto?
8 A. '78. 1978.
9 Q. What did you do between the time you were
10   discharged in 1965 and when you started AA --
11 A. Discharged in '69.
12 Q. I'm sorry. Thank you. If I say something
13   wrong, please correct me. What did you do
14   between the time you were discharged in 1969 and
15   the time you started AA Auto in 1978?
16 A. I was the manager at the mechanic shop at
17   Twin City Motors for two years, and then I went
18   to work for Best Auto as a mechanic/body man, and
19   in 1978 I had built my own shop and went out on
20   my own.
21 Q. And where did you originally start AA Auto?
22 A. 2701 B Wooten Road, North Little Rock,
23   Arkansas.
24 Q. Where is 2701 B Wooten Road in North Little
25   Rock?

Page 14

1 A. It's two miles and a half from the 8125
2   Highway 161 where AA Auto is now.
3 Q. When you began AA Auto -- and sometimes I'll
4   say Double A Auto.
5 A. That's fine. I call it that myself.
6 Q. When you started AA Auto, did you have any
7   business partners or were you the sole owner?
8 A. Sole owner.
9 Q. And would that have been the case the entire
10   time that the business was located at 2701 B
11   Wooten Road?
12 A. No. I married my wife in '83, and I was
13   still down there in '83.
14 Q. Married Annette in '83?
15 A. That's correct.
16 Q. And did she become a co-owner at that point?
17 A. Yes, sir.
18 Q. When was it that you purchased the land on
19   which AA Auto currently sits?
20 A. I'm just going -- I'm going to have to guess
21   1990.
22 Q. I've got a deed, and I think that could help
23   us.
24 A. That would help us. I wasn't permitted to
25   have a salvage yard at the 2701 B, so I had to

Page 15

1   have another location. Do you understand
2   rebuilder?
3 Q. No, sir. But before we get there, tell me
4   what type of business did you have at 2701 B?
5 A. Well, that's what I was trying to tell you.
6   Let's go back to the word rebuilder. That's a
7   fellow that takes a demolished car one end to the
8   other, and I'd cut a car in half, weld it back
9   together and make a good car out of it. Now, it
10   might not be to the extent of cutting a car in
11   half. It might be a fender or it might be a
12   quarter panel, might be a door, a couple of
13   doors. Okay. But I refurbished automobiles --
14   hence the word rebuilder -- and I accumulated --
15   instead of buying my parts from you, I bought
16   another car like it, and I used parts off my own
17   car. So I accumulated a large inventory of
18   parts. In doing so, even though I was in the
19   middle of a plowed field, 80 acres in front of me
20   and 160 acres in front of me, you know, okay, I
21   had a neighbor that didn't approve of that, so I
22   moved my business to the highway, which is a much
23   better retail location.
24 Q. You said you had a neighbor who didn't
25   approve of an auto parts establishment. Did the

Page 16

1   neighbor file a complaint or seek to prevent you
2   from doing that?
3 A. Yes.
4 Q. And did some governmental body tell you --
5 A. No.
6 Q.  -- you can't do that here?
7 A. No.
8 Q. You just decided I'm going to move from where
9   I am?
10 A. Location, location, location. Much better on
11   the main highway and adjacent to 440. Easier
12   access on delivery trucks, semis, so on and so
13   forth, for my product.
14 Q. Now, when you bought that property where AA
15   Auto is now, 440 had not yet been constructed,
16   had it?
17 A. No.
18 Q. Let me go back to a few more background
19   questions. You said you graduated high school at
20   Catholic. Do you have any college?
21 A. Sir, I told you I went to SCA.
22 Q. I'm sorry. I apologize. Do you have
23   anything past SCA? Did you go to graduate school
24   anywhere?
25 A. I went to bankruptcy school in San Francisco,

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

---

Page 17

1   and one of our federal magistrates taught the
2   class a few years back.  I've been to trade
3   schools and stuff.  I don't see what this has
4   bearing on anything.
5   Q.  Well, it's just some basic questions.  Did
6   you go to any trade schools in connection with
7   the work that you did at AA Auto?
8   A.  Oh, that's actually -- that's a hands-on --
9   you learn that -- you've got to do it to learn
10   it.  Okay.  In other words, there's a vocational
11   school that teaches body work, but it's very
12   minor.  It's like the 1st and 2nd grade.  You've
13   got to go out, and you've got to like it or you
14   don't.  If you don't like it, you're not going to
15   make it.
16   Q.  You mentioned something about bankruptcy
17   school in San Francisco.  What is that?
18   A.  Oh, I had a car lot up till eight years ago,
19   2012, and it was a buy-here pay-here lot.
20   Q.  Uh-huh.
21   A.  Okay.  And you have -- you're dealing with --
22   if we're going to use the alphabet ABC grade of
23   credit scores, and you have a higher rate of
24   bankruptcies in the lesser income people.  I
25   didn't get to sell to lawyers.  Of course, that's

---

Page 18

1   how I met my lawyer.  But anyhow, dealing with
2   the less-than-pristine type customer.  So I
3   learned the ins and outs of the --
4   Q.  Bankruptcy code?
5   A.  And then -- I can't remember the judge's
6   name.  She had me explain smart buys and leases.
7   There were 99 lawyers in the class, one CPA and
8   one car dealer, and it was me, and she couldn't
9   explain leases and smart buys.  They were trying
10   to understand equity in an automobile, or lack
11   of.  And I think she's since retired as a
12   magistrate here.  But I told them what I knew.
13   Q.  Okay.  You said you had a car lot until 2012.
14   What was the name of that car lot?
15   A.  AA Auto.
16   Q.  And was it at the same location where AA Auto
17   salvage yard is today?
18   A.  It was at 5809 Highway 161.
19   Q.  And how far is that away from the AA Auto --
20   A.  Two miles.  Two and a half miles.
21   Q.  Was that a used car lot?
22   A.  It was a barbecue place when I bought it.  I
23   tore the building down and built my own building,
24   black topped the road -- I mean the property,
25   trimmed and fenced it.

---

Page 19

1   Q.  And was it a used auto dealership?
2   A.  Okay.  Yes.  To answer, yes.  I dealed in
3   late model cars with low mileage.  I sold cars
4   with as low as 276 miles and no more than 40,000
5   miles.
6   Q.  You said you had that car lot until 2012.
7   What year did you start it?
8   A.  '92.
9   Q.  And then in 2012 did you sell it to someone,
10   or what became of it?
11   A.  I depleted my inventory, carried the five
12   cars that I had left on the lot down to the
13   salvage yard, put them on the front fence row of
14   the salvage yard and sold them from the salvage
15   yard, and I put the car lot up for sale, and I
16   sold it five years ago I'm guessing.  I should
17   know but I don't.  Five years.  I come in -- I
18   sold it as a car lot, and the man opened a car
19   lot there.  North Little Rock had rezoned it, and
20   we had to go to the Planning Commission, and they
21   rezoned it again.
22       North Little Rock has a habit of rezoning if
23   you don't pay privilege tax, and there wasn't
24   anybody in it, and it was just an empty lot, so
25   they rezoned it because it didn't pay privilege

---

Page 20

1   tax.  I have since found out that you can vacate
2   the property.  If you want it to stay a car lot,
3   you have to keep paying privilege tax for that
4   specific reason.
5   Q.  Is there a car lot there at 5809 Highway 161?
6   A.  There is.
7   Q.  Do you know the name of it?
8   A.  Diamond State Motors.
9   Q.  You said that you sold off the inventory in
10   2012 and put it on the market, and it sold about
11   five years ago, so that would be 2015?
12   A.  Pretty close.
13   Q.  Do you remember what you got for it?
14   A.  140,000.
15   Q.  Do you recall what month in 2012 it was that
16   you really had no involvement with the AA Auto
17   car lot; I mean, are we talking like late in the
18   year, early in the year when you --
19   A.  I filed for Social Security -- I'm sorry I
20   cut you off.
21   Q.  No.  Go ahead.
22   A.  I filed for Social Security, and when I did,
23   I didn't feel like it would be right for me to be
24   down there selling cars still working.  So I
25   filed for Social Security in December or January

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

---

Page 21

1  -- what is it -- the month after, okay, so that's
2  when I closed the car lot.
3  Q. Okay. I'm trying to understand what month
4  that would have been. That was in 2012, so what
5  month was it that you closed the car lot in 2012?
6  A. January or February.
7  Q. And have you been retired since you filed for
8  Social Security in January or February 2012?
9  A. Yes.
10 Q. Do you have any relatives that have ever
11 worked for Union Pacific?
12 A. My grandfather worked for them for 19 years,
13 and he died in 1960, and his son worked as a
14 welder there until he went to war in '44, but
15 after that I have no relatives. They are all
16 gone.
17 Q. So you wouldn't have any relatives in Pulaski
18 County; is that right?
19 A. That's correct.
20 Q. Where do you live, Mr. Adelsberger?
21 A. 3332 Highway 319, mailing address Austin,
22 Arkansas 72007.
23 Q. What county is that in?
24 A. Lonoke.
25 Q. How long have you lived there?

---

Page 22

1  A. Since 2003. 17 years.
2  Q. And where did you live before that?
3  A. 2701 B Wooten Road. I lived in my shop.
4  Q. Have you ever pled guilty to or been
5  convicted of a felony?
6  A. No.
7  Q. You are currently married to Annette
8  Adelsberger?
9  A. That's correct.
10 Q. In what year?
11 A. 2003 -- no, that's not correct. '83, I'm
12 sorry. I've been married 37 years. Spitting
13 these dates out, you're getting me confused.
14 Q. That's all right. If you ever give an answer
15 that you know is wrong, please stop and correct
16 yourself. So when you were living at 2701 B
17 Wooten Road, was your wife living with you there?
18 A. Yes.
19 Q. Have you ever been involved in a lawsuit
20 before?
21 A. Yes.
22 Q. How many?
23 A. Several.
24 Q. What did they involve?
25 A. Well, one was the property the man didn't

---

Page 23

1  want me having a salvage yard in front of his
2  lustrous house.
3  Q. What happened in that case?
4  A. I think I was -- he decided I was a menace,
5  or whatever word the --
6  Q. Would it be nuisance?
7  A. Nuisance. And I moved, I moved my salvage
8  yard. Me being sued, that's it I think. I don't
9  have a memory of one.
10 Q. What about you doing the suing?
11 A. Well, now, I owned a car lot, and I sued for
12 deficit judgments numerous times.
13 Q. Any other type cases where you were involved
14 in lawsuits other than deficit judgments and the
15 one with the salvage yard and your neighbor?
16 A. Well, I filed for one against a repair shop
17 that fixed my outboard motor.
18 Q. Any others?
19 A. All right. On the lawsuits against me, we
20 sold a motor at the salvage yard. It was a
21 remanufactured motor by an independent
22 remanufacturer who gave us a 12 month warranty
23 which we extended to our customer. And our
24 customer, after 11 months and 13 days, called us
25 and said the motor blew up. So he sued us for --

---

Page 24

1  he wanted his money back on the motor. I proved
2  he had run the motor hot and not maintained it
3  and I won. Okay. I forgot. Now, I'm
4  mechanical, so to me, I didn't even consider that
5  a problem.
6  Q. Any other lawsuits, other than the ones
7  you've told me about, the deficit judgments, the
8  salvage yard, your neighbor, the outboard motor
9  and this remanufactured motor?
10 A. Not that I know of.
11 Q. We talked a bit just a moment ago about what
12 year you bought the property where AA Salvage
13 yard is now. This was an exhibit to your wife's
14 deposition. It says that it's a Warranty Deed.
15 Do you see that at the top?
16 A. Gaunts, yeah.
17 Q. Sir?
18 A. Well, that's who I bought it from, Doris and
19 Charles Gaunt.
20 Q. Okay. Do you recall what you gave for the
21 property?
22 A. 25,000.
23 Q. And it looks like this Warranty Deed down at
24 the bottom is dated the 30th day of December
25 1982; is that correct?

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

---

Page 25

1  A.  Yes.  I'm sure that's about the time -- it
2    was before I married my wife.
3  Q.  Approximately how many acres is there at the
4    property?
5  A.  Five.  Do you want this back?
6  Q.  You can just put it in a pile right over
7    here, 1 and 2 on top of that.  And is AA Salvage
8    yard a sole proprietorship; is it incorporated;
9    what kind of --
10  A.  Sole proprietor.
11  Q.  Is it registered with the Secretary of
12    State's office?
13  A.  It is.
14  Q.  Under the name?
15  A.  AA Auto.  Listed as Car Dealers AA Auto Cars
16    & Parts Sales.
17  Q.  Say how it's listed again.  AA Auto?
18  A.  Cars & Parts Sales.
19  Q.  When is the last time you checked with the
20    Secretary of State's office to see if it was
21    currently registered?
22  A.  I haven't.
23  Q.  Well, then how do you know that it is?
24  A.  Because I had Mr. Rauls register it with the
25    State.

---

Page 26

1  Q.  Do you know when you had Mr. Rauls do that?
2  A.  I don't remember.  I don't remember.  I just
3    don't remember.  Just in the course of doing
4    business.  I don't remember when it was.
5  Q.  Well, would it have --
6        MR. RAULS: May I interrupt you?
7    I'm sorry.
8        MR. TUCKER: Sure.
9        MR. RAULS: It's registered with the
10    County, not the State.
11  A.  My mistake.
12        MR. RAULS: I'm sorry for
13    interrupting you.
14        MR. TUCKER: No.  I appreciate that.
15  Q.  Because -- and I'll hand you Exhibit No. 3.
16    At least when I went on the Secretary of State's
17    website November 7, 2019, I couldn't see AA
18    Auto --
19  A.  Listed?
20  Q.  Yes, sir.  Do you see where I've got it
21    highlighted in a box, there's AA Auto Glass Plus,
22    and then the next one is AAA Glass & Mirror?
23  A.  No, I guess I'm not registered with them.
24  Q.  All right.  Let me hand you what has been
25    marked as Exhibit No. 4, Mr. Adelsberger.  It

---

Page 27

1    appears to be some type of broker agreement.  I
2    don't know if that's what you would call it or
3    not.
4  A.  Well, it's a guy that goes -- that sells
5    businesses, Mr. Muradian.
6  Q.  All right.  And did you approach Mr. Muradian
7    about selling AA Auto Salvage or did he approach
8    you?
9  A.  He approached me.
10  Q.  And at the top you'll see the type of
11    business says auto salvage and auto parts, right?
12  A.  There you go.
13  Q.  And the firm name says AA Auto, correct?
14  A.  Correct.
15  Q.  Gives the address, and then it says purchase
16    price $1,500,000, includes $105,000 commission.
17    Do you see that?
18  A.  That's correct.
19  Q.  So is that the price that you wanted for the
20    sale of AA Auto Salvage yard was a 1,500,000?
21  A.  That's correct.
22  Q.  Did he get you any buyers who were willing to
23    pay that amount?
24  A.  Yes.
25  Q.  Willing to pay $1,500,000?

---

Page 28

1  A.  That's correct.
2  Q.  And why was it that you didn't sell the
3    property?
4  A.  The man was a professional bass fisherman.
5    Okay.  My business come recommended by a man --
6    it's going to sound like I'm making up his
7    name -- Mickey Sophine, from Bastrop, Louisiana.
8    I had had dealings with him in the past.
9  Q.  Who is Mr. Sophine again?
10  A.  He had recommended -- he knew this bass
11    fisherman, and this bass fisherman was looking
12    for a business he could go into and retire.  And
13    he contacted Mr. Muradian for an interview, and
14    on --
15  Q.  He being the bass fisherman?
16  A.  That's correct.
17  Q.  Do you remember his name?
18  A.  No, I don't, and I know I should.  They drug
19    me in off of hunting parties and fishing parties
20    to come in and show it, because I didn't want to
21    show it but on the weekends.  I didn't want my
22    employees knowing I was going to sell it.
23        This bass fisherman had bank approval, but
24    they wanted a current inventory.  Now, we were
25    computerized -- and I'm not a computer -- I can

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

---

Page 29

1 barely use my telephone. And my wife and her son
2 wanted to hold the business. I was the one
3 wanting to sell. They wouldn't give me the
4 inventory. Computer should have had the
5 inventory in it, because our parts, they're
6 pre-dismantled, cars are taken apart, and the
7 majority of the parts are put in stock, and the
8 rest of the parts are laid in the car and it's
9 moved outside.
10    Well, without an inventory, the bank had
11 nothing to loan money against, and the property
12 and the equipment would not have stood 1,500,000.
13 I finally had another man come in and push the
14 button on the computer that knew about this
15 Checkmate system, and I had 3,500,000 on the
16 shelf. Well, that would have been pennies on the
17 dollar for the bank then, but the bass fisherman
18 had gone back out on tour, and I'm sure he lost
19 interest. Okay. He said he had never seen a
20 salvage -- hearsay. He told me he had never seen
21 a salvage yard that had bar codes and had racks
22 and inventory laid out like we did, okay, which
23 we found it easier to do it that way instead of
24 you come in to buy an alternator and go out and
25 pull it off a car, to have it hanging on the

---

Page 30

1 rack.
2 Q. Did you have any other offers on your auto
3    salvage business other than the bass fisherman?
4 A. No, did not.
5 Q. When we look in the upper right-hand column,
6    down here where it's handwritten it says
7    landlord, Darel Adelsberger. Do you see that?
8 A. I see seller's -- all right. Landlord,
9    that's me.
10 Q. And it says reason for sale, retiring?
11 A. That's correct.
12 Q. And down at the bottom it's dated January 26,
13    2010?
14 A. And that was two years before Social
15    Security. I believe I could have made it from
16    '10 to '12 on 750,000. I offered to finance it
17    myself.
18 Q. Now, you said the majority of parts are put
19    in stock, and some of the parts stay in the cars
20    and go out on the lot?
21 A. I know you drive a car, but you just can't
22    imagine how many parts there is on a car, from
23    sun visors, door moldings, kick plates to wheel
24    well moldings. You can't -- you can't hang all
25    that on -- one car would completely cover up two

---

Page 31

1 buildings. My buildings are two-story, and
2 there's racks and racks and shelves, and they're
3 completely full, but you can't inventory
4 everything.
5 Q. Well, is that statement you made a moment ago
6    correct, the majority of parts are put in stock?
7 A. I better get away from majority and say the
8    engine and the transmission and what's attached
9    to that, which would be an alternator and the
10    starter, an air-condition compressor. Suspension
11    stays in the car, radios stay in the car -- or
12    did. We started removing them. Majority was a
13    bad choice of words. Numerous parts are in the
14    car. The reason the motor and transmission --
15 Q. Numerous parts what?
16 A. Numerous parts. Numerous parts are in the
17    car. I can't say 50/50. I can't -- what it is
18    is your -- all right. Pre-dismantle, car come
19    in, a forklift sits it on a rack, the car is
20    inoperable, it's wrecked, it won't run. It's sat
21    on a rack, and we have air tools and hydraulic
22    jacks and stuff to dismantle a car in a -- 25
23    percent of the time you would if it was in the
24    back field, because you wouldn't have air
25    compressors and electricity and a rack. You

---

Page 32

1 would have to lay on your back on the ground, and
2 of course, that wouldn't work now. But we
3 pre-dismantle in the front and then take to the
4 back. And as we sell metal, we get it -- we go
5 to the car and get the metal, doors, quarter
6 panels, fenders, roof, maybe the back glass,
7 maybe the sunroof. Things like that we don't
8 inventory.
9    Another reason to pull the motor out is
10 because most of the cars are front-wheel drive,
11 and so many of them are broke, attaching bosses
12 where the air compressor was knocked off or
13 alternator.
14 Q. So some of the parts stay with the vehicles,
15    but you-all pull some of them out and put them in
16    stock which remain indoors?
17 A. Right. So the word majority would not be --
18    it's not -- I used the wrong word. I just used
19    the wrong word on that application.
20 Q. So from -- remind me again. I would have to
21    go back through my notes. You closed down the
22    used car lot in 2012; is that right?
23 A. That's correct.
24 Q. Up to that time, is that where you went to
25    work every day was the car lot?

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

Page 33

1 A. For 10 years.
2 Q. And is that where your place of work was
3 rather than the salvage yard?
4 A. I was the buyer for the salvage yard and
5 operated the car hauler, and in the mornings
6 before I opened the car lot at 10 o'clock, I
7 would go -- I might even run to Memphis and back
8 and bring in two cars. Yes, my principal place
9 of work was at the car lot.
10 Q. And your wife manages the salvage yard?
11 A. And her son.
12 Q. And her son, but they manage the salvage
13 yard?
14 A. That's correct.
15 Q. Now, once you retired in 2012, did you retire
16 fully or did you work at the salvage yard
17 part-time?
18 A. I came to the salvage yard to lend a hand.
19 Q. What year would that have been?
20 A. '12.
21 Q. How often would you work?
22 A. Every day.
23 Q. From when to when?
24 A. From 8 o'clock to 5 o'clock.
25 Q. And that would be Monday through Friday?

Page 34

1 A. That's correct.
2 Q. What did you do to lend a hand?
3 A. Okay. Once again, I'm mechanical. I told my
4 wife, I said I'm not good at bending over or
5 hanging over a fender, but I can stand at a motor
6 stand all day long. A motor stand is where you
7 make repairs, remount -- if a car gets hit and it
8 breaks the exhaust manifold, put another exhaust
9 manifold on it, different kind and cover.
10 Okay. And once again, on these cars now,
11 they are front-wheel drive, 80 percent of the
12 cars are hit in the front. I never figured out
13 what happened to the other 20, you know. But
14 they don't -- U.S. Government regulations for
15 fuel mileage, they keep more plastic and less
16 metal. Okay. Where we used to have cushions on
17 the front, they've got styrofoam in the bumpers.
18 Okay. When a car gets hit, a lot of times it
19 will break the motor or the transmission, and so
20 I repair that, whether it's welded or put another
21 engine block under it.
22 Q. And then those parts would be for sale,
23 because y'all weren't selling used cars out of
24 the salvage yard, were you?
25 A. Very few. Very few. If we have a nice car

Page 35

1 come in and the motor is out and we've got the
2 motor, we might put a motor in that car or a
3 transmission. But as far as -- as far as going
4 out and campaigning and building wrecked cars,
5 no.
6 Q. And how long did you work for the salvage
7 yard in this position of mechanical and repairing
8 engines, etc.?
9 A. From 2012 till yesterday, and I would be
10 there today if I -- if I wasn't here.
11 Q. 2012 until the present?
12 A. That's correct.
13 Q. So you still go out there 8:00 to 5:00 Monday
14 through Friday?
15 A. I do.
16 Q. And is your role still the same, it's
17 mechanical, you repair --
18 A. Well, besides delivery man, gofer, plumber,
19 anything else that needs done.
20 Q. Delivery man where you might go and pick up
21 cars?
22 A. Deliver -- no, I don't pick up cars anymore.
23 Since $50 wreckers come in, the guys running
24 around and on the truck it says $50 wrecker, we
25 deal with one or two exclusively, and they pick

Page 36

1 up our cars. They know where to go get them.
2 And then the salvage pool where we buy the
3 majority of our cars, they are leaving their
4 location empty, so they bring cars from Conway,
5 Scott. I don't -- there's IAA out at 165, I
6 believe it is. I don't know if that's considered
7 Scott or not. But when we buy from them, they
8 will haul to us cheaper than the $50 tow, because
9 they're going out to get a car at an accident or
10 another place, wherever it's stored after it's
11 been nonoperational, and bringing it back for the
12 insurance company to dispose of. I think that's
13 the name of it, Insurance Disposal. But anyhow,
14 so they do a lot of hauling for us. It just
15 doesn't bear us -- a car hauler now is 75,000 up,
16 and if you're running one, it's not going to --
17 that and about $6,000 a year insurance.
18 Q. And so when you said delivery, you're talking
19 about delivery of parts?
20 A. Parts.
21 Q. Okay. And you mentioned the car -- the pools
22 y'all buy from?
23 A. (Witness nodding head up and down.)
24 Q. What are the different places y'all buy cars
25 from?

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

---

Page 37

1  A.  Well, there's 147 Coparts in the United
2    States and 127 insurance auto auctions.  They
3    might be in San Francisco.  Stan's wife's car
4    come from Tulsa, Oklahoma.  The car I drive come
5    from Anaheim, California.  Buy them on video.
6  Q.  How do you get them here?
7  A.  Believe it or not, once again, they make
8    money by getting them to you.  They will
9    interlink them with a new car carrier or a
10   flatbed transport coming out of there.
11 Q.  Who buys the cars for AA Salvage?
12 A.  Well, my son buys the salvage cars.
13 Q.  And his name is?
14 A.  Jason Carroll.
15 Q.  You said my son Jason Carroll buys the
16   salvaged cars.  Are there any other type of cars?
17 A.  In 2012 I went on a rampage and I bought
18   every Equus I could find.  Equus was the flagship
19   of Hyundai Corporation, $70,000 Hyundai, and I
20   found seven across the United States.  I
21   contracted with a couple of body men I knew and I
22   fixed them.  I fixed four out of seven.  In fact,
23   I haven't finished the fourth one.  It's on my
24   rack to put the interior in right now.  And we
25   haven't built any cars since then.  And I was the

Page 38

1    one that bought them.  It wasn't nothing to do
2    with -- the company -- the company is in my name,
3    so of course, my name is on the dealer's tag
4    also, and I like those -- I like that particular
5    model car.  It's -- I bought them before anybody
6    else knew what they were.
7  Q.  Is that the last time you bought any cars for
8    the business was in 2012?
9  A.  Yes, sir.  And I say that.  One of them was a
10   2014, but it only had 4,000 miles, so it must
11   have been early '14.  Which foreign cars come out
12   in June.  It would have come out in June of '13.
13   So it could have got 4,000 by July.  But that was
14   the last time.
15 Q.  Since then Jason has bought all the salvaged
16   cars?
17 A.  That's correct.
18 Q.  What's his title or position at AA Auto?
19 A.  I found a trophy in a car.  You know, when
20   people wreck a car, they don't go back to look
21   and get their goods out of it.  I found a trophy
22   in there, and I made a plate for the front of it,
23   and I put his name on it with a black marker pen
24   and said #1 Salesman, and of course he's the only
25   salesman.  And I listed for four years, you know,

Page 39

1    like #1 Salesman '15, 2015, 2016, 2017.  He's the
2    salesman, inventory.  It's almost family run
3    right now.  Jason, her son, my wife, me, one man
4    part-time and one man full-time.
5  Q.  What's your part-time man's name?
6  A.  Well, I just call him Butler, so that's good
7    enough for you, Mr. Butler.
8  Q.  Well, what's his full name?
9  A.  I don't know.
10 Q.  What does he do for the business?
11 A.  He goes -- he's a part-timer, so he comes in
12   and he'll go out and pull parts off cars in the
13   back, kind of as customers order, you know.  Like
14   I say, I can't have everything dismantled.
15 Q.  And what's your full-time man's name?
16 A.  Billy Swartsky.  I know it's not Swartsky,
17   but it's a Pollock name.  Something like
18   Swartsky.
19 Q.  What does he do for you?
20 A.  He dismantles the cars.  He's the one that
21   gets the motor and transmission, catalytic
22   converters, unbolts the seats.
23 Q.  But Jason as you said buys the salvage cars,
24   he's the sales person, he handles inventory?
25 A.  (Witness nodding head up and down.)

Page 40

1  Q.  I take it he handles the books?
2  A.  No.  My wife handles the books.
3  Q.  Okay.  And we spent some time with her going
4    through the tax returns for AA Auto.  Would that
5    be something that you would be involved with as
6    well or just Annette?
7  A.  Just Annette.
8  Q.  I'll hand you what's been marked as Exhibit
9    No. 13 to your wife's deposition, which is a
10   chart that we prepared of the tax returns that
11   have been filed by AA Auto from 2011 to 2018.  In
12   2011, the business paid you $12,750, but since
13   that time it's not paid either you or Annette any
14   salary?
15 A.  Okay.
16 Q.  Does that sound correct?
17 A.  Yes.
18 Q.  And then the business net profit we have down
19   there per year, she confirmed that that's what's
20   reflected on the tax returns.  When we look at
21   say 2011 to 2012, look under the totals.  In 2011
22   the total was $31,430 and 2012 is $95,545.  Do
23   you see that?
24 A.  Can I explain that to you?
25 Q.  Well, yeah.  My question is going to be,

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

Page 41

1  first of all, that's more than a threefold
2  increase from 2011 to 2012, right?  First of all,
3  is that right?
4  A.  Okay.  That's correct.
5  Q.  Okay.  And my next --
6  A.  But I bought a bunch of equipment in 2011 and
7     took full depreciations of it.  There's your
8     number there.
9  Q.  So that's what made 2012 so much higher?
10  A.  Made 2011 so much lower.
11  Q.  Oh, okay.
12  A.  Okay.  I zeroed out my income.
13  Q.  What does that mean?
14  A.  With depreciations.
15  Q.  Okay.
16  A.  Tractors and excavators and forklifts, and I
17     took it all where I wouldn't have to pay income
18     tax or --
19  Q.  Or less income tax?
20  A.  Less income tax.
21  Q.  And then between 2012 and 2013, business
22     looks like it lost $26,000, which would be --
23     which would be more than 25 percent decrease
24     between those two years.  Do you know what caused
25     that, or should --

Page 42

1  A.  I do.
2  Q.  Okay.
3  A.  I do.
4  Q.  What?
5  A.  Okay.  I'm going to have to compare it to a
6     produce market.  When produce is real ripe, ready
7     to eat, it sells for big money, and when it goes
8     overly ripe it goes downhill, and finally they
9     just throw it away or make jelly out of it.
10     Okay.  All right.  In the salvage business, late
11     model cars -- let's do the Equus.  A wheel cost
12     $250 new, and we sell it for $150 in the current
13     year used.  Now they're about $35 a piece from
14     '11 to 2020.  It's the same thing as produce.
15     They're hardly worth throwing away.  You are
16     shaking you head.  Are you understanding what I'm
17     saying?  It's a -- you go buy you a brand new
18     Lexus, you get $70,000 for it.  Well, you get
19     home with it and it's worth 50.  If you don't
20     believe that, just ask your insurance company,
21     he'll tell you.
22  Q.  I understand.  Keep going.  I'm listening.
23  A.  Okay.  So your parts deprecation are going to
24     be the same way.  It's got to be a revolving
25     door.  Okay.  They've got to go and they've got

Page 43

1  to come, and that's got to be processed new.
2  Okay.  Perhaps in that year or any other year, we
3  couldn't get to our hulls.  And when I'm saying
4  hull, after I get a motor and transmission out of
5  a car, the rest of it is a hull.  Do you --
6  Q.  Okay.
7  A.  Couldn't get to them to send them down and be
8  smashed into metal, which turns into money, and I
9  go buy more late model cars, and the process
10  starts another step.  Well, if I can't -- if it
11  rains and there's water standing in my cars, the
12  parts aren't worth anything anymore, so I try to
13  crush them, but I can't get to them with my
14  forklift because my forklift gets stuck.  You
15  can't take a piece of paper and a pencil and draw
16  them out and put them on the freight truck going
17  down to Tenenbaum, so sometimes they will sit --
18  given -- I can't -- I can't say the equation, and
19  I didn't record the dates, and maybe I should
20  have.  Maybe I should have had a diary.  But --
21  Q.  Didn't record the dates of what?
22  A.  When I couldn't get into the back and get my
23  cars out.
24  Q.  Okay.
25  A.  Okay.  Then when the weather gets bad,

Page 44

1  Tenenbaum ups his prices, because nobody else can
2  get out in the plowed field and get that old
3  combine that's left out there in the field that
4  the farmers abandoned to take it down to the
5  Tenenbaum place.  You can't get to it.
6     And then in the summertime when you can get
7  to it, they lower the prices.  You know, the
8  scrap metal places, six out of seven of them in
9  the state are owned by Jews, and five of them by
10  the same Jew, and he kind of sets the prices.
11     And if you hadn't noticed, if you don't drive
12  a diesel truck, fuel prices have escalated, and
13  when you're looking at six to seven miles to a
14  gallon, hauling this metal out of state to sell
15  it to Memphis or in Dallas, cost prohibitive, not
16  to mention the way the Department of
17  Transportation acts when someone is pulling a
18  load of scrap metal down the road.  They make up
19  rules as they go.
20     Okay.  So it's danged if you do and danged if
21  don't.  I can't get it out and rotate my stock.
22  And that metal out there is my seed to buy more
23  late model cars, and so -- like an avalanche, it
24  hits a plateau, it starts slowing down, and the
25  slower it gets the less dollars come in.

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

---

Page 45

1  Q.  So when you say I couldn't get out and get my
2    cars, are you saying because there was standing
3    water on your lot?
4  **A.  That's correct.  I have an all-terrain**
5    **forklift, $41,000 forklift, but it -- all right.**
6    **This thing was a soybean field when I bought the**
7    **property, and everybody laughed at me for giving**
8    **the money I give for it because it wasn't nothing**
9    **but farmland, but I knew farmland would be porous**
10  **because it's been tilled.  Okay.  And then the**
11  **tilling -- water would absorb.  Now, I'm talking**
12  **about rainwater.  But when standing water stands**
13  **on it, it soaks into the clay base underneath the**
14  **topsoil, and it doesn't just stay wet for a week,**
15  **it stays wet for months.**
16  Q.  Do you know that you're in a floodplain?
17  **A.  I've owned that property -- and it's not a**
18    **problem being in the floodplain -- that's one**
19    **time a year in 100 years, but I've been flooded**
20    **for about the last 20 years.**
21  Q.  Well, will you answer my question?
22  **A.  Yes, I do.**
23  Q.  Okay.  When did you first find out that that
24    property was in a floodplain; was it before you
25    bought it or after you bought it?

---

Page 46

1  **A.  I figured it was in the floodplain before I**
2    **bought it, because all of the property from**
3    **Jacksonville to North Little Rock is low ground,**
4    **and I own property on the other side of 440, and**
5    **I had lived there since '78, so I knew what the**
6    **-- the drainage, okay, got a lot of factors on**
7    **that drainage.  You've got 440 coming through,**
8    **you've got developers coming in and blocking the**
9    **ditches, you've got Ink Bayou that Corps of**
10  **Engineers doesn't keep cleared out and the**
11  **beavers build dams.  Okay.  There's a lot of**
12  **factors on that.**
13  Q.  What about Waste Management, is that one of
14    the factors in the drainage in this area?
15  **A.  Okay.  I'm country boy enough to know that**
16    **water goes downhill, it does not go uphill.  All**
17    **right.  I questioned that when I hired the**
18    **hydrogeologist of Atoka.  We walked down there**
19    **and we analyzed and looked, and the elevation**
20    **grades were shot and all.  And Atoka says that**
21    **the Waste Management people have put a drainage**
22    **area for their elevated areas.  In other words,**
23    **if this -- if they got this twin peak right here,**
24    **they've got a drainage around it, and I assume**
25    **that they have engineers that shot grades, and**

---

Page 47

1    **they make their ditches run to a centralized**
2    **drainage area.  And he said they -- he said it**
3    **was all right, except for that they had a culvert**
4    **in the wrong place.**
5  Q.  He being whom?
6  **A.  The director of Atoka in --**
7  Q.  Would it be Jerry Overton?
8  **A.  That's who it is.  I'm sorry.  I just drew a**
9    **blank on the name.**
10  Q.  That's all right.
11  **A.  Drew a blank on the name.  Now --**
12  Q.  And you hired him?
13  **A.  I did.**
14  Q.  When was it?
15  **A.  Six, seven years ago.**
16  Q.  Late 2015, wasn't it, or was it before that?
17  **A.  Just somewhere in that area.**
18  Q.  Has he been back to your property or to Waste
19    Management's since that time?
20  **A.  Now, I can't answer that.**
21  Q.  As far as you know?
22  **A.  I don't know.  No, I don't know.  Okay.  But**
23    **in the original analysis of the problem, there is**
24    **a railroad trestle -- I call it a bridge and they**
25    **call it a trestle.**

---

Page 48

1  Q.  You mean a culvert?
2  **A.  Culvert.  It's a twin stage, and every time I**
3    **walk down there it's blocked up, stopped up.  I**
4    **took pictures of it numerous times.  And the**
5    **water is not a problem on Waste Management, it's**
6    **all out in that 135 acres of forest that's out**
7    **there that butts up to my property.  And you can**
8    **raise a fish farm out there with the water that's**
9    **out there.  I can't even get -- I can't get there**
10  **with hip boots, hip waders just like duck**
11  **hunters.  I've got two pair hanging in my den.  I**
12  **can't get there to their trestle because there's**
13  **water backed up.**
14  Q.  And I take it you wouldn't be able to tell
15    me, even if the Union Pacific culvert were
16    completely cleaned out, whether that water would
17    still be there or not, could you?
18  **A.  When we observed them cleaning the trestle,**
19    **culvert, bridge out, the water drains off us like**
20    **it's going into a river.**
21  Q.  How many times have you observed Union
22    Pacific clean the culvert out?
23  **A.  Twice.**
24  Q.  When was it?
25  **A.  One time was just before Jerry got there.**

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

---

Page 49

1   They come in and they had a machine.
2   Q.  Like a trackhoe --
3   A.  Yeah, trackhoe on a flat deck.  And they --
4   and if this was the culvert, they scraped this
5   and extended the arm and put the debris, silt,
6   right up on the edge of the levee, and then they
7   got this one and put it on this levee.  They
8   didn't clean it all the way down to the bottom of
9   the 6 foot receptacle.  They cleaned the top off,
10  and the water started rushing and they stopped,
11  because I was sitting there watching them, and I
12  showed that to Jerry.  And the trees in this 135
13  acres right here were the prettiest hardwoods in
14  the world, but when you throw water on hardwoods,
15  it kills them.  If you drive out there now, it's
16  nothing but a bunch of stumps like Conway
17  sticking up.  Well, when the wind blows it shakes
18  the limbs, and the limbs fall to the ground and
19  rot, and then when the water compounds on it,
20  they float and they scrape the ditch, and they
21  float over there and stop it back up.  They don't
22  get 50 foot down the road -- down the tracks till
23  it stops up again.
24  Q.  You said you saw Union Pacific clean out the
25  culvert twice, and you said the first time was

---

Page 50

1   just before Jerry Overton got there?
2   A.  (Witness nodding head up and down.)
3   Q.  When was the second time?
4   A.  It was a year or two later, and I was -- I
5   was trying to see how much water there was.  I
6   was coming in on hip boots from my -- from my
7   property.  I took a four-wheeler till the
8   four-wheeler wouldn't go anymore.  Then I got out
9   my hip boots and walked.  I stayed on the edge of
10  the trees, because when there's water in the
11  trees, you actually need sticks because you don't
12  know what's under the water.  You might be
13  stepping on a log or -- I'm not scared of snakes,
14  but I mean, I might have stepped on a snake.  I
15  mean, it's no man's land out there.
16  Q.  Do you remember when that was the second time
17  that you saw the railroad cleaning it out?
18  A.  Maybe three years.  Three years ago.
19  Q.  Three years ago?
20  A.  '17.
21  Q.  Have you got any kind of notes to that
22  effect?
23  A.  No.  I took pictures, but pictures don't --
24  Q.  You took pictures of the railroad cleaning
25  the culvert out?

---

Page 51

1   A.  No.  I took pictures of the water.  But you
2   could take pictures back when Jerry was there,
3   and I could take pictures two years later, and I
4   can take pictures today, and the pictures are
5   going to be pictures.  It doesn't show if the
6   water is 6 foot deep here or 1 foot, it's just
7   water.
8       Okay.  And this water -- I'm not going to
9   fold this.  But if we had a graph like this from
10  my property, it's a slow decline to the railroad
11  facility, and the thing on it, on a slow decline,
12  when there's 2 inches of rain, I get about 70
13  feet of water -- standing water on my property.
14  Q.  2 inches of rain in a 24-hour period?
15  A.  Yes.
16  Q.  Do you know what the gradient is from the
17  railroad culvert going to the west on Waste
18  Management's property?
19  A.  To answer your question, no.  And I've
20  answered that question.  I told you I was raised
21  as a country boy.  I am a country boy.  Okay.  I
22  was raised out Scott.  And I know what a
23  high-water road is.  It's pretty
24  self-explanatory.  When the railroad went through
25  their easement, they brought a drag line in and

---

Page 52

1   they cut a ditch on this side, put the dirt here.
2   Cut a ditch over here and put the dirt right
3   here.  And they built themselves a railroad bed.
4   Q.  When was that?
5   A.  '41.  '40, '42.  1940 to 1942.  It's on the
6   side of the bridge.
7   Q.  Okay.  How do you know that they did that,
8   just from looking at it today or --
9   A.  It's real obvious.  It's real obvious.  Okay.
10  '40 to 2020 is 80 years.  Okay.  In 80 years
11  birds have flown over those ditches, and they've
12  excreted seeds that have been fertilized, buds
13  off trees, and trees have grown into these
14  ditches.  These ditches were originally designed
15  to drain the water off -- excessive water off,
16  and the trestle, bridge, culvert was to equalize
17  it, if one was stopped up, the other one would
18  flow.
19  Q.  If what was stopped up?
20  A.  The ditch -- the side -- the side ditches.
21  Q.  All right.
22  A.  All right.  A quarter -- a country boy
23  quarter -- a country boy quarter up the road, the
24  railroad give a personal crossing to Waste
25  Management.  Waste Management is here, railroad

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

Page 53

1  goes here, and they bought property over here.
2  But to get to this property over here, they had
3  to go out and get on the access road, go down
4  Rick's Brushy Island Road to Highway 161, 161 up
5  to Jacksonville and turn and come into their
6  property. So I'm sure they negotiated the
7  crossing to go from here to there because it's
8  there. You can't get on it and I can't get on
9  it, but Waste Management can get on it. And
10 Waste Management backed up with riprap. Do you
11 know what riprap is?
12 Q. Yes, I do. They're large boulders.
13 A. Large boulders. And dumped it in the ditches
14 and took their dump trucks across it. So the
15 ditches are stopped up, the ditches beside the
16 rail bed. And Waste Management figured that
17 their drainage that they had created would drain
18 it out to 167 -- 67/167.
19 Q. Hold on a second before we get too much
20 farther. How do you know that Waste Management
21 dumped riprap in the ditches along the railroad
22 tracks?
23 A. I've got pictures of it. There's no culvert,
24 and there's no way for water to pass through
25 there.

Page 54

1  Q. You've got pictures of it that have been
2  turned over to your lawyer and to us?
3  A. Yeah. It's still there. They didn't move
4  it.
5  Q. What year were those pictures taken?
6  A. Probably three years ago, four.
7  Q. And did you take them yourself?
8  A. I did. Yeah, with a telephone. Now --
9  Q. Whereabouts in relation to this culvert that
10 Union Pacific has going under its tracks would
11 that riprap be; would it be -- and I know the
12 tracks run generally a northeast direction, but
13 let's just say they run straight north and south.
14 A. Okay. They'd be north. And I'm saying a
15 quarter -- say a quarter mile north.
16 Q. And would it be on the east side or the west
17 side?
18 A. Be on the east side of Waste Management.
19 Q. Right. But I'm talking of the tracks. Would
20 it be on the east side of the tracks or the west
21 side of the tracks?
22 A. Well, to cross the tracks would be on both
23 sides of the tracks.
24 Q. Okay.
25 A. They are -- they're crossing to get to their

Page 55

1  dirt pit over here.
2  Q. Okay. And did that in some way alter the
3  drainage flow?
4  A. It has no effect because the fall of the
5  land, elevation of the land. Now, Jerry -- Mr.
6  Atoka didn't go up there because there wasn't a
7  need. We were concerned with this water that's
8  from the trestle, culvert, bridge -- whichever we
9  want to call that -- it's from Rixey Road to --
10 there's a swag in there. A swag being like this,
11 natural swag. It's not -- you know, we don't
12 have any ground planners around here. Okay.
13 They didn't -- back in the '40s they didn't --
14 they maybe planned for a little bit of
15 development, but they probably didn't plan on
16 what has come out there.
17 Q. You mentioned some things that have affected
18 drainage in the area, and one of the things you
19 said was Interstate 440?
20 A. That's correct.
21 Q. And how has that affected drainage in the
22 area?
23 A. Well, they -- all right. They cut -- they
24 dug their own pond to get the dirt.
25 Q. They being the State?

Page 56

1  A. State. The State. I didn't -- when I hired
2  Jerry Overton, it was to address the immediate
3  problem, which was water on me. I didn't try to
4  go out and reinvent the wheel what the Arkansas
5  Highway did or did not do, but the assumption of
6  -- they should have known what they were doing.
7  Q. The State?
8  A. The State. I should have said the State.
9  And I don't believe that water running off of
10 them -- it would be a lot of speculation for
11 their water to bring it. But the problem is, the
12 problem is between bridge to the rise of the
13 Interstate 440, when it's raining season, there
14 will be water all the way to the edge of 40, not
15 the pavement, the mound where 440 is. That's --
16 and it's all on that side. It's not on the other
17 side.
18 Q. It's all on your side?
19 A. It's all on my side. And when the rain
20 season comes, Brushy Island, the road Brushy
21 Island East will be covered in water. And I
22 know I have pictures of that, water just flowing
23 across the street, cars -- impassable in an
24 automobile, and in two days it's gone. That's on
25 the other side of the railroad. So there's

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

---

Page 57

1   drainage out there.  In other words, we can't
2   blame it on Ink Bayou and the beavers, because
3   the drainage, it drains.
4   Q.  That's one of the things you mentioned,
5   though, was Ink Bayou changed the drainage
6   pattern in that area?
7   A.  It does.  We've got McCain Mall, we've got
8   the other center, we've got the other center
9   across the street, the Hooters Center I'm going
10   to call it, that's asphalt.  Where does that
11   water go?  Then you start coming down the street,
12   we've got McLarty Toyota, Nissan, all the car
13   dealers, they're asphalt.  Where does their water
14   go to?
15   Q.  I don't know.  Tell me.
16   A.  Well, it's all heading towards Rixey Road,
17   and Rixey Road just -- then you go over here and
18   you've got Ink Bayou.  Now, the Arkansas Highway
19   Department come in and elevated 167/67 and
20   engineered some water runoffs.  But I -- every
21   time you talk to the engineer in Jacksonville and
22   you talk to the engineer in Beebe, and you talk
23   to anybody you want to talk to, and they'll go in
24   that Corps of Engineers is not keeping the bayou
25   cleaned out.

---

Page 58

1   Q.  Does that affect drainage in your area
2   when --
3   A.  Well, I can't -- my water doesn't get to the
4   bayou.  My water sits on my side of the railroad
5   backed up at that one stationary culvert.  When
6   it's opened up, water runs off me.  Now, runs off
7   me, doesn't go away.  I didn't tell you it goes
8   away.  If -- when it backs up, I've got this much
9   water, and it's up on me.  And when they clean it
10   out, then it gets down -- this water is gone, and
11   it gets off of me, gets off of me.  Now, I don't
12   know how much has saturated and leached into my
13   property and stayed in my -- into my clay dirt.
14   Q.  But it's still in that area where those trees
15   are, right?
16   A.  That's correct.
17   Q.  That are dying?
18   A.  Have died.  History.
19   Q.  Okay.  Have died.  Even when the culvert is
20   cleaned out, water stays in the area where those
21   hardwoods are that have died?
22   A.  Uh-huh.
23   Q.  Yes?
24   A.  Yes.
25   Q.  Okay.

---

Page 59

1   A.  Now, it stays as groundwater, I can -- I can
2   get back there with boots on, boots, knee boots.
3   You know, and there's dead limbs laying and trees
4   that have fell over there, but it didn't use to
5   be like that.  It did not used to be like that.
6   Those hardwood trees wouldn't have grown if it
7   would have been a natural problem.  In other
8   words, there was -- there was water draining off
9   that for years.  I've -- when I bought that
10   property, when I bought it we had cars all the
11   way back to the trees.  I used to go back there
12   and squirrel hunt.  Good squirrel hunting.  Limit
13   out in two hours.
14   Q.  Let's go back to Exhibit No. 14 a little bit
15   that you've got in front of you.  Do you see in
16   2015 the net profit of the business was $9528?
17   A.  Okay.
18   Q.  2016 it went up more than threefold.  It went
19   up to $30,618.  Do you see that?
20   A.  I do.
21   Q.  Do you attribute that to anything?
22   A.  Yes.
23   Q.  What?
24   A.  I attribute that probably me starting
25   building motors.  Hyundai has a problem with

---

Page 60

1   their oil pump created in '12, and Hyundai had to
2   replace 1,600,000 their motors in Sonatas.  And I
3   have -- the Crain dealerships, I buy their
4   pullouts; in other words, your car or motor blows
5   up, I get the blowed up motor.  I tear down five
6   or six of them, get enough good pieces, build one
7   back.  It was bringing 1500 to $2,000, and I was
8   building two and three a week.
9   Q.  In 2016?
10   A.  I'm building them now.
11   Q.  Anything else you can think of that caused
12   the earnings of AA Auto to go up three times from
13   2015 to 2016?
14   A.  Well, you can have -- we can have taken in a
15   lot of crush cars that year.  Might have been
16   able to get to our cars.  Got us some late model
17   inventory.  That peps up your numbers.
18   Q.  Is it fair to say that the auto salvage
19   business is somewhat cyclical like auto dealer
20   businesses?
21   A.  It comes and goes.
22   Q.  Right.  Like when we have a strong economy,
23   more people buy cars than if we have a bad
24   economy?
25   A.  Here we go.  Let's take the same car.  Let's

---

---

Page 61

1 take that Equus I talked about that I drive and
2 his wife drives. Okay. In the beginning in
3 2012, the door was worth $750, they are worth
4 $200 now. Okay. If we get a shot of late model
5 cars, our numbers are going to go up. And we
6 don't buy anything but -- anything that's younger
7 than five years, and that's --
8 Q. You mean older than five years?
9 A. Yeah. Anything -- if 2015 model door fits
10 all the way to 2020, we'll by a '15, but that's
11 our cutoff.
12 Q. Okay.
13 A. And that makes -- all right. In the
14 beginning Altima doors that were bringing $500,
15 now I deliver them across town for 75, same car.
16 And so you buy one or two new ones, all the
17 sudden instead of selling a $75 door, you're
18 selling $500 doors.
19 Q. Other than this engine work that you say you
20 were doing in 2016, do you have any other idea
21 why the income of the business, the net profit
22 went from less then $10,000 in 2015 to over
23 30,000 in 2016?
24 A. Well, you know, it's an accumulated effort.
25 If we can get our cars out, we get a shot of

---

Page 62

1 cars, and let me alone and I can build some
2 motors, you know, I'll tie a couple hundred
3 dollars in a motor, and it'll be worth $2,000.
4 Q. Do you know why in 2016 the net profit of the
5 business went from over $30,000 down to just over
6 $23,000?
7 A. To answer your question, to give you a
8 positive -- no, I can't give you a positive. It
9 can be a course of events. I can have motors
10 built up and not sold. We never know what the
11 next item is going to be. We don't know if it's
12 going to come in -- one of the cars I bought in
13 '12, I sold a motor out of it for $5,000, and now
14 it's $1,000 motor. We bought a Dodge TA with 57
15 hemi in it, sold the motor last week for $5500.
16 I mean, it's -- and it sat there six months.
17    You know, we're not an ABC inventory company.
18 We buy -- we buy and try to look at the market,
19 who has got what. Our computer tells us what's
20 available in this area. With shipping like it
21 is -- we used to send a whole half a car to
22 California for $100, and now it'll cost us $700.
23 Well, if you need a motor and they got it in
24 California, I can sell that motor to you $100
25 cheaper and make $500 more than shipping it all

---

Page 63

1 the way from California. I mean, there's --
2 there's a lot of things that go into this. This
3 isn't -- and in our business, it's not like a
4 gasoline. You know, here you can stop at a
5 Mobile, a Shell, a BP or a Consumers or Big Red,
6 but when I got the only part in town, guess what,
7 I'm going to get you. Supply and demand. So it
8 changes. It's going to change. We -- our income
9 is up and down like a yo-yo.
10 Q. And what do you attribute that to is what I'm
11 getting at? Market forces, what?
12 A. Well, a great deal of ours is changed because
13 we're not as late a model -- we don't have the
14 selection of late models as we did have. Okay.
15 We've had -- when you don't have money to buy a
16 late model, you buy what you can buy to fill a
17 need. In other words, if your daughter's car, a
18 2012 Altima motor blew up, and you called us to
19 get you a motor, we'll buy a 2012. Now, we might
20 clear the car with the motor, but then the rest
21 of it isn't worth anything either. I mean, it's
22 not like it used to be, if it had been a 2019
23 Altima, see. That changes things. If your money
24 flow -- I don't think there's any salvage yard in
25 the United States they wouldn't tell you that

---

Page 64

1 they're -- that they can't determine how their
2 numbers are going to be.
3 Q. You mean they can tell you?
4 A. Yeah. Nobody is constant. It's an
5 up-and-down progression.
6 Q. I'm just wondering if you knew what caused
7 that up and down?
8 A. There's a lot of things that cause it.
9 Q. Well, can you name some for me?
10 A. Yeah. If I can't get -- if I can't get my
11 metal out of the back, I can't put it in more
12 expensive cars.
13 Q. I understand. But what are other things that
14 cause the up-and-down progression?
15 A. Okay. I buy a car that's got a broke motor
16 and I don't have someone to replace the motor,
17 and I sell it to a dealership and they say, this
18 motor is broke. I delivered five Civic motors to
19 McLarty Toyota one time, and every one of them
20 was bad. I had bought them out of -- across the
21 country different dealers. They didn't know they
22 were bad or they wouldn't have sent them to me.
23 I mean, things --
24 Q. Yeah. What are some other things -- that's
25 what I'm getting at. What are other things that

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

Page 65

1  cause the progression to yo-yo up and down from
2  year to year?
3  **A. Believe it or not, the stock market affects**
4  **it. Everything affects it.**
5  Q. How does the stock market affect your
6  business?
7  **A. Your -- when the stock market is up, people**
8  **are buying more new cars than they are used cars.**
9  **When it's down they buy -- they patch up what**
10 **they got.**
11 Q. And that increases your business?
12 **A. Well, depends. If they got an old car, I**
13 **don't get -- it's not $150 alternator, it's a $25**
14 **alternator. It's all relevant.**
15 Q. What's better for your business, a stock
16 market that's high or one that's low or one
17 that's in between?
18 **A. One that's low.**
19 Q. Okay.
20 Q. Now, and I say that. On the newer stuff --
21 on the newer stuff, the availability. Like this
22 57 hemi motor, the -- and I'm just using that as
23 an example. There was a back order on the lifter
24 assemblies, back order at the dealership. They
25 didn't even have them. Now, I'm sure they've

Page 66

1  **alleviated that problem by now, but it made my**
2  **motor escalate, because there was no available**
3  **parts to fix the ones that were already out.**
4  Q. What else can affect a bottom line in an auto
5  salvage yard like AA?
6  **A. Well, we have a few car sales that come in.**
7  **Watch this; I buy a car from you for $500, and**
8  **I've got the motor and I put the motor in when**
9  **we're not busy. You know, even my yard people**
10 **can change a motor. They might not be able to**
11 **turn out all the lights. And then we sell that**
12 **car for $3500. Well, you see how that affects**
13 **it? There's --**
14 Q. Is that just hit and miss, though?
15 **A. Yeah, it's hit and miss. But it -- when you**
16 **have the reputation that you'll buy cars, it's**
17 **pretty constant. We get that.**
18 Q. Well, y'all don't buy cars and fix them up
19 and then sell them as used cars anymore, do you?
20 **A. I deal with mechanic shops, and every**
21 **mechanic shop in town will buy a used car if it**
22 **needs a motor or transmission, because when their**
23 **slow times come, they'll stab that in and put the**
24 **car out front for sale and make money on it.**
25 Q. But AA Auto Salvage doesn't sell cars that

Page 67

1  people just drive off, do you?
2  **A. Yeah.**
3  Q. How many?
4  **A. I don't know. Maybe sometimes 20 in a year**
5  **and sometimes 10, sometimes five. I mean, when**
6  **they start this nothing down, and people that**
7  **have no credit at all can go down and buy a car**
8  **at Fletcher, he has nine ways to finance a car.**
9  **They can sleep on the freeway and not have a job**
10 **and still buy a new car. All right. Well, they**
11 **won't be out at my place, because first of all,**
12 **they are going to have to pay cash for it.**
13 Q. Right. That hurts your business?
14 **A. Well, it slows it down.**
15 Q. Okay. Slows it down. We're just using two
16 different words.
17 **A. Yeah. Okay. Well, you got tax time. See,**
18 **tax returns are not coming out till today I**
19 **think. So between January and middle of**
20 **February, it's been slow time.**
21 Q. But we've got tax time every year.
22 **A. At different times.**
23 Q. But it's every year, so every year is going
24 to have a tax time, so tax time couldn't account
25 for the difference in one year your business

Page 68

1  being good and the next year being off because
2  we've got tax time in both years?
3  **A. Let me show you one other thing. Do you**
4  **remember Cash for Clunkers, your President Obama**
5  **give you a $3500 voucher for your old clunker?**
6  Q. Okay. Yeah.
7  **A. You remember that, don't you?**
8  Q. Yeah. What year was that?
9  **A. I don't know. Everybody went and bought**
10 **cars, though, I'll tell you that. They traded**
11 **anything that was -- anything that could drag**
12 **into the dealership. But the joke was on them,**
13 **because that $3500 voucher that they got to buy a**
14 **car with, he taxed them on it come income tax**
15 **time.**
16 Q. Okay. So did -- what did Cash for Clunkers
17 do for --
18 **A. It took --**
19 Q. -- AA Auto Salvage?
20 **A. It hurt our business. It hurt our business.**
21 Q. What year was that?
22 **A. I remember it because it took a lot of the --**
23 **let's go back to the alphabet. You know, you've**
24 **got your A, which are new cars, B is your**
25 **secondary owners, C is third owners. It took**

Case 4:21-cv-00471-JM   Document 48-6   Filed 09/08/22   Page 19 of 37

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

Page 69

1 that fruit off the vine and made them move up to
2 another one, move up to a classier car.
3 Q. What else could affect AA Auto Salvage in
4 businesses like yours from one year to the next?
5 A. Employees.
6 Q. How so?
7 A. You can't hardly get anybody to work anymore.
8 Q. Do you have some people --
9 A. Qualifications.
10 Q. If you have some people quit, that slows down
11 the business, hurts the business?
12 A. I've seen times we run an ad and never get
13 anybody. That's why I'm around there, is when it
14 comes in like that, I get to do some of the dirty
15 work. I mean, I get dirty as a pig, but that's
16 part of it. We wanted something to keep -- to
17 give the son for him to go on with, and the
18 momentum is slipped away from us. I guess -- not
19 slipped away. It's --
20 Q. Any other things come to your mind about what
21 might be something for a good year, and then this
22 happened and now we're not going to have a good
23 year?
24 A. Well, not right off. I've been doing this
25 quite a while. I mean, I pretty well know the --

Page 70

1 I can shift gears in the middle of the stream.
2 You know, that's why I went to building motors,
3 because we couldn't get enough of that motor to
4 supply our customers.
5 Q. Do you know what caused the drop between 2017
6 and 2018 going from $23,740 to $16,913?
7 A. Well, I guess since that's all they talk
8 about. They're talking about Trump and his
9 lying. You know, I don't know. Trump.
10 Q. Do you think that's what caused the
11 difference?
12 A. I don't know. That's all you get on TV
13 anymore, so just blame it on him.
14 Q. Okay.
15 A. I hope everybody is saving their money to
16 give to Bernie Sanders where we'll all get $1,000
17 a month income and free college and free health
18 care. You wouldn't be involved in any of that,
19 would you?
20 Q. Well, unfortunately, I can't answer your
21 questions, but we can talk after this is over.
22 A. The -- no, I don't --
23 Q. But in answer to my questions, you don't know
24 what caused that dip, correct?
25 A. I could -- that's correct. I might

Page 71

1 investigate and look at it, but it's --
2 Q. Did you put together this photo log that was
3 made Exhibit No. 15 to your wife's deposition or
4 did Jason do that?
5 A. I took a lot of these pictures.
6 Q. I don't doubt that you did. I'm just saying
7 who put together the photo log, that piece of
8 paper in your hand that's Exhibit No. 15?
9 A. Well, since I didn't number them, I guess it
10 would have to be Stan, Mr. Rauls.
11 Q. Okay.
12 A. As time went on, I got better about going
13 down to Walgreens and having them developed, and
14 then while it was fresh on my mind and flip them
15 over and giving some sort of a description of
16 what it was, or is.
17 Q. Uh-huh.
18 A. Whatever is the right word there.
19 Q. We've been going for quite a while now. Do
20 you want to take five minutes?
21      MR. TUCKER: Okay. Let's do that.
22 Let's take five, seven, and we'll come back and
23 try to finish up.
24      VIDEOGRAPHER: We're going off the
25 record. It's 3:03 p.m.

Page 72

1      (A break was taken.)
2      (Back on the record.)
3      VIDEOGRAPHER: We're back on the
4 record. It's 3:09 p.m.
5 Q. (By Mr. Tucker) Mr. Adelsberger, we just
6 took a break, and I'm going to hand you what's
7 been marked as Exhibit No. 17. It's a
8 photograph, and it's got a number in the bottom
9 right-hand corner that says 4249. If you will
10 turn to Page 3 of that photo index there, you'll
11 see a 4249 about two-thirds away down the page.
12 Do you see that?
13 A. I do.
14 Q. And that would be in the year -- according to
15 the photo log, 2015, right?
16 A. Okay.
17 Q. Is that correct?
18 A. Yes.
19 Q. Do you know if you took this picture that's
20 Exhibit No. 17?
21 A. Yes.
22 Q. You do, and you took it?
23 A. I did.
24 Q. Okay. And that shows the culvert there in
25 question, correct?

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

Page 73

1  A. It shows the culvert on the Waste Management
2  side.
3  Q. So your property would be on the other side
4  of the tracks that we see up there towards the
5  top of the page; is that right?
6  A. That's correct. Yeah, be opposite -- be the
7  opposite side of this culvert.
8  Q. I'm going to hand you what was marked as
9  Exhibit No. 19, and is that looking from the
10 culvert down that Waste Management channel?
11 A. It is. Looking due -- this would be north --
12 northwest.
13 Q. And do you remember taking that picture last
14 year? When was that?
15 A. Well, I took one that looks like this
16 recently.
17 Q. Okay. Is that -- I see a telephone pole in
18 it, and then looks to be like there are four
19 orange poles on the right-hand side, maybe metal,
20 I can't tell?
21 A. Yes. Yes.
22 Q. And you took a picture that looked like this
23 recently? Would that be last year?
24 A. I took a picture -- the one I took recently
25 has got green moss on it, but same setting.

Page 74

1  Q. Do you see -- are we looking at a channel
2  where the water comes out of the railroad culvert
3  and goes toward the Waste Management property?
4  A. That's correct.
5  Q. And then what do you see in the middle of
6  that channel down there by the telephone pole?
7  Looks like there's a bunch of light-brown
8  vegetation or something?
9  A. Cattails.
10 Q. And are they choking off the flow of this
11 channel?
12 A. This channel years ago was smaller. Then
13 they cleared it out. They have lots of
14 equipment.
15 Q. They being Waste Management?
16 A. Waste Management has lots of equipment. They
17 cleared it out, and then it grows back, they'll
18 clear it out again. And it's pretty well
19 unobstructed at this time. These cattails, water
20 would flow through them. There wasn't any large
21 debris. There never has been any large debris in
22 this channel. Now, limbs, tree trunk -- trunks,
23 they'll be in there.
24 Q. Do you know what the grade is on that
25 channel?

Page 75

1  A. No, no, I don't. That's theirs -- that's
2  theirs. No, I don't.
3  Q. I take it that Mr. Overton with Atoka did not
4  share with you what the grade was on the Waste
5  Management channel, did he?
6  A. I feel like he measured it because the
7  surveyor laughed about just driving in their
8  property. I've been a little hesitant about
9  going on Waste Management because it's not my
10 place. And he said, oh, it ain't no problem,
11 I'll go in there. They borrowed my hip boots to
12 wade around down there, but they --
13 Q. Who was the surveyor; do you know?
14 A. No, sir. Somebody Jerry hired, Mr. Overton.
15 Q. I'll hand you what's been marked as Exhibit
16 No. 18. That shows the culvert in question,
17 correct?
18 A. That's correct. This is --
19 Q. And on Exhibit 18, the number down there at
20 the bottom is?
21 A. 1.
22 Q. 1. And then if you look at your photo index
23 on Page 3 in the year 2019, do you see that
24 picture there that says No. 1, it says culvert
25 area?

Page 76

1  A. Yes, sir.
2  Q. And did you take the picture that you're
3  holding there in Exhibit No. 18?
4  A. Yes.
5  Q. And was it in fact taken in 2019?
6  A. I don't know, but probably. It could have
7  been taken -- it's obviously during the green
8  season. These pictures were taken at the same
9  time. You can judge that by the foliage and the
10 layout, depth of the water against that.
11 Q. Do you have a rain gauge out there at --
12 A. No.
13 Q. Have you ever had one?
14 A. I've had them. I forgot about them and let
15 them freeze and bust.
16 Q. Would a 2 inch rain in 24 hours cause
17 flooding on the AA Auto Salvage property?
18 A. It causes water, but it recede -- if the
19 water is not up -- in this area here where you
20 see these dead trees, if the water is not up in
21 there, it will run off, it goes off me.
22 Q. Are those dead trees on your side of the
23 tracks or the opposite side of the tracks?
24 A. They're on my side.
25 Q. Okay.

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

Page 77

1  A.  And this -- this green that you see here.
2  Q.  Which exhibit are you looking at, sir?
3  A.  I'm looking at 18.
4  Q.  Okay.
5  A.  This green that you see here is scrub stuff.
6     It's not a weeping willow, it's just scrub.
7     It's -- I apologize.  I use the word shit trees.
8     They're not any good for anything.  They're soft
9     and they don't grow real big.  If they do they
10    break.  Soft wood.  Soft woods.
11 Q.  Would you inspect your property of AA Auto
12    Salvage each time flooding occurred?
13 A.  No.
14 Q.  The times you would inspect it, did you make
15    a list or any other record of inspection?
16 A.  No.  Just we wore ourselves out talking to
17    engineers and Waste Management.
18 Q.  What did Waste Management say?
19 A.  When Waste Management was addressed -- and I
20    didn't write it down.  I wrote -- scribbled names
21    down and my wife scribbled names down.  They took
22    an interest in that -- in this.
23 Q.  Okay.  Now, when you say this, let's say
24    which exhibit number.
25 A.  Picture 19.

Page 78

1  Q.  Which is the Waste Management channel?
2  A.  Channel.  They took an interest in the
3     channel and cleaned it out.
4  Q.  When was that?
5  A.  Well, sometime within this nine-year period.
6  Q.  From?
7  A.  '11 on -- '11, '12 on.
8  Q.  But can you pinpoint it anywhere closer than
9     the last nine years?
10 A.  No, I really couldn't.  I walked down
11    there -- from the Brushy Island Road, it's a
12    pretty exhausting walk.  The railroad -- you
13    can't walk on the railroad ties because they're
14    out of step -- or I'm out of step.  And then
15    they've got such large rock down the side of it.
16 Q.  The ballast?
17 A.  No.  The bed.
18 Q.  The roadbed?
19 A.  The roadbed has such rock on it, and it's --
20    if you put rock down in your driveway, when you
21    run over it it flattens it.  They can't flatten
22    that because they run on rails.
23 Q.  I can tell you from a railroad perspective,
24    crushed rock that they put on the roadbed is
25    called ballast.

Page 79

1  A.  Oh, okay.  That's a good word.  Well, you
2     knew what riprap was so -- riprap.
3  Q.  Sure.  If you were to tell me from 2016, 2017
4     and 2018, if you believe that you lost money
5     because of the flooding on AA Auto property that
6     was caused by the culvert being clogged up, how
7     would you go about calculating how much the
8     damages would be?
9  A.  Well, I don't handle the books.
10 Q.  Would that be more Ms. --
11 A.  That would be Annette's deal.  I wouldn't
12    have any idea if they have 10,000 accounts
13    receivable or 100,000.  Okay.  Now, I know I have
14    one of the most desirable salvage yards locations
15    that I know of, and I've been in this business
16    and I'm 70.  And I know the decrease in my
17    property and my lack of income.  It's just down
18    to about the point that it's just not worth
19    working anymore.  Okay.  Nothing to leave my son.
20 Q.  But if I were going to ask for a number each
21    year, I'd need to get that from Annette?
22 A.  Yeah, you would.  You started asking me why
23    and how come.  There's so many factors -- I'm
24    neither a public accountant or a lawyer, so I --
25    I'm just a working man.

Page 80

1  Q.  I understand.  You wouldn't be able to
2     provide me that information?
3  A.  No.
4  Q.  Okay.  Do you know what the average gross
5     profit margin is at AA Auto Salvage?
6  A.  No.  And then to answer that, it's different
7     on every vehicle.  The more expensive the vehicle
8     the higher the profit.  Most of the time it's
9     more percentage-wise.  Okay.  At least that's the
10    way I --
11 Q.  Sure.  And I'm asking the average gross
12    profit margin changes from year to year to year?
13 A.  That's correct.
14 Q.  Okay.
15 A.  The -- yeah, I'm just going to agree with
16    you.  If we tried to calculate that like we were
17    at a WalMart store and we marked everything up
18    30 percent, that would be one thing.  Each item
19    that we have renders a different percentage.
20 Q.  Okay.
21 A.  And then you take the motors I fix, 2,000
22    percent profit or something, how do you work
23    that?  You know, work that figure into that
24    equation, see, and maybe something we handle
25    would make --

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

---

Page 81

1  Q.  Could do you that?  Could do you those
2  equations?
3  A.  Well, if that's all I had to do, I'm sure I
4  could.  I'm fairly good with numbers.  See --
5  Q.  But I'm not saying just the motors that
6  you're fixing.
7  A.  I couldn't sit and do -- you know, I'm not
8  going to make this my lively -- my -- all I do in
9  my life is figure up percentages, because every
10  one of them is different.  You'd have to be --
11  I'd have to be on two sides of the table.  I'm
12  over in a building with no phones, lights and a
13  heater and an air compressor, and I'm doing my
14  thing, and I don't know what they're doing over
15  there.
16  Q.  Okay.  That's fair.  Would there be a
17  particular month or months that the flooding was
18  worse on the property than other months?
19  A.  Well, I'm sure it would be that way, but I
20  don't know -- I don't have a --
21  Q.  Couldn't tell me which months would be worse
22  than others?
23  A.  No.  Or which weeks would be worse than
24  others, but once it starts we're stifled.
25  Q.  Is there standing water on the property right

---

Page 82

1  now?
2  A.  Yes.
3  Q.  How many days in a row has it rained here in
4  Little Rock, North Little Rock area?
5  A.  I don't know.  I took some pictures recently,
6  and I had standing water, but the grass, the
7  grass -- the grass growing, you couldn't see the
8  water except for where there wasn't grass, in
9  other words, in the roadbeds -- excuse me -- in
10  the roadbeds.  And that's created another problem
11  with us on the water, because it dilutes poison
12  when we spray -- spray Roundup to kill the grass
13  off.  All right.  Roundup at 10 percent will kill
14  a tree, 10 percent mix.  Okay.  If you buy
15  Roundup at WalMart it's 2 percent mix.  Farmers
16  fly over their fields and spray 1/2 percent mix
17  and it's called fertilizer.  So when the water
18  gets on my poison and dilutes it down to
19  fertilizer, everything gross real good back
20  there.  It'll grow shoulder high.
21  Q.  Have you ever taken a measurement about how
22  deep the water was on your property at a specific
23  location?
24  A.  Have I ever?
25  Q.  Yes.  With a yardstick or a pole or anything

---

Page 83

1  else?
2  A.  No.  I went down and took pictures of cars
3  sitting on wheels and it being to the bottom of
4  the steering wheel.
5  Q.  Did you ever talk with anybody at Union
6  Pacific about this issue with the culvert?  Is
7  that a yes?
8  A.  Yes, it is.  Yes.
9  Q.  Who did you talk to?
10  A.  I don't remember his name.  I talked to two
11  different people, and I talked to the man that
12  rides the rails, called a rail bed man.  At
13  first, the train engineers and the rail bed man
14  would call the police, and they would meet me at
15  the road when I'd come out from being on their
16  property, but it got so common, they'd just wave
17  at me and drive on now.
18  Q.  But you don't remember any of the names of
19  people you talked to?
20  A.  I can barely -- I can remember your name,
21  Scott, but that's as far as I can go with that.
22  Q.  Well, I'm asking about any of the railroad
23  people?
24  A.  No.
25  Q.  Do you remember anything they said to you?

---

Page 84

1  A.  Well, mainly it was me talking to them, so,
2  no, they didn't say anything.
3  Q.  Do you have a beaver problem out there in
4  this area where there's standing water?
5  A.  I never saw any beaver -- any beaver cuttings
6  around the trees till the water went down one of
7  the times they cleaned it out, and then there was
8  a few in the ditches along the rail bed, but not
9  -- not many.
10  Q.  Did you go out with Dr. Jerry Overton when he
11  came --
12  A.  I did.
13  Q.  -- and did the site inspection?  And I know
14  he took a picture of a tree that's got a -- looks
15  like --
16  A.  Okay.
17  Q.  -- beaver cutting all the way around it?
18  A.  (Witness nodding head up and down.)
19  Q.  Did you see that when he was there?
20  A.  I did.  And once again, I told you that they
21  had cleaned the top -- this culvert is 6 foot,
22  and they cleaned --
23  Q.  Who is they?  Are you talking about the
24  railroad?
25  A.  Railroad.  Cleaned the top, and the water

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

Page 85

1  started rushing, and that's what allowed it to
2  drop, and we could see that -- and I told you it
3  was before Jerry got there, and then Jerry took
4  the picture of it, so that's my time elements in
5  it.
6  Q.  Okay.  I asked your wife this question, but
7  let me ask you too.  I think I know the answer.
8  These HavCom inspection reports, they don't have
9  anything relevant to this lawsuit, do they?  They
10 are just some documents that were produced for the
11 about quarterly inspections performed for the
12 EPA.  But do you know if they've got anything to
13 do with this lawsuit?
14 A.  Not to my knowledge.  These ADEQ are
15 quarterly inspections to keep my salvage yard in
16 line for OSHA, OSHA and -- and other than the
17 fact that he has been there and seen the water,
18 okay, because he goes all over the -- and there's
19 times he can't get there, okay, that's what --
20 that's what these reports are about.
21 Q.  Okay.
22 A.  These are independent, and they are just to
23 keep us straight for the EPA regulations that
24 have come down on salvage yards.
25 Q.  About what might be in the water, what might

Page 86

1  be in the ground, things of that nature?
2  A.  Yes.  That's what these are about.
3  Q.  And I think you told me this earlier, and I
4  apologize if you did, but you don't get involved
5  in handling the books for AA Auto Salvage?
6  A.  No, sir.
7  Q.  And you don't look over profit and loss
8  statements or anything like that?
9  A.  I've never written a check out of the
10 company.  Wouldn't know if the bank balance is 10
11 or $20.
12 Q.  Okay.  Have you had to do any work, like
13 rebuilding anything because of water standing on
14 the AA Salvage yard?  I mean, did it ever get
15 into any office buildings or anything like that?
16 A.  No.  No.  Our salvage yard is set off in A,
17 B, C, D sections.
18 Q.  Okay.
19 A.  And graduated 1, 2, 3, 4, 5, and the water
20 took away 3, 4, 5 sections.  I have sold you a
21 part, and when the man found the part and brought
22 it up there, it had been under water, and if it
23 was repairable I took it apart and cleaned the
24 rust off of it and still sold it.  Since they
25 don't pay me anything, they let me do all the

Page 87

1  dirty jobs.
2  Q.  You don't know of any appraisals that have
3  been done on the property, do you?
4  A.  No, not to my knowledge.
5  Q.  Mr. Adelsberger, have you been given a full
6  and a fair opportunity to answer my questions
7  today?
8  A.  I have.
9  Q.  Is there anything you would like to say
10 before I stop asking you questions?
11 A.  We've covered so much, I don't know what it
12 would be.
13 Q.  All right.  Anything you think you need to
14 modify, other than when you told me that the word
15 majority wasn't a good word, anything else?
16 A.  I just used the wrong --
17 Q.  Understood.  Anything else you think you
18 might need to modify?  Sir?
19 A.  No.
20       MR. TUCKER: I pass the witness.
21       MR. RAULS: No questions.
22       VIDEOGRAPHER: This concludes the
23 deposition.  We're off the record at 3:33 p.m.
24       (Deposition proceedings
25       concluded at 3:33 p.m.)

Page 88

1                    CERTIFICATE
2  STATE OF ARKANSAS  )
                       )   ss:
3  COUNTY OF PULASKI  )
4       I, KELLY HILL, Certified Court Reporter, a
   notary public in and for the aforesaid county and
5  state, do hereby certify that the witness, DAREL
   ADELSBERGER, was duly sworn by me prior to the
6  taking of testimony as to the truth of the
   matters attested to and contained therein; that
7  the testimony of said witness was taken by me
   stenographically, and was thereafter reduced to
8  typewritten form by me or under my direction and
   supervision; that the foregoing transcript is a
9  true and accurate record of the testimony given
   to the best of my understanding and ability.
10      I FURTHER CERTIFY that I am neither counsel
   for, related to, nor employed by any of the
11 parties to the action in which this proceeding
   was taken; and, further, that I am not a relative
12 or employee of any attorney or counsel employed
   by the parties hereto, nor financially
13 interested, or otherwise, in the outcome of this
   action; and that I have no contract with the
14 parties, attorneys, or persons with an interest
   in the action that affects or has a substantial
15 tendency to affect impartiality, that requires me
   to relinquish control of an original deposition
16 transcript or copies of the transcript before it
   is certified and delivered to the custodial
17 attorney, or that requires me to provide any
   service not made available to all parties to the
18 action.
19
20
21            Kelly D. Hill
              Certified Court Reporter
22            State of Arkansas
              Certification #515
23
24
25

## #

**#1 (2)**
38:24;39:1

## $

**$1,000 (2)**
62:14;70:16
**$1,500,000 (2)**
27:16,25
**$10,000 (1)**
61:22
**$100 (2)**
62:22,24
**$105,000 (1)**
27:16
**$12,750 (1)**
40:12
**$150 (2)**
42:12;65:13
**$16,913 (1)**
70:6
**$2,000 (2)**
60:7;62:3
**$20 (1)**
86:11
**$200 (1)**
61:4
**$23,000 (1)**
62:6
**$23,740 (1)**
70:6
**$25 (1)**
65:13
**$250 (1)**
42:12
**$26,000 (1)**
41:22
**$30,000 (1)**
62:5
**$30,618 (1)**
59:19
**$31,430 (1)**
40:22
**$35 (1)**
42:13
**$3500 (3)**
66:12;68:5,13
**$41,000 (1)**
45:5
**$5,000 (1)**
62:13
**$50 (3)**
35:23,24;36:8
**$500 (4)**
61:14,18;62:25;66:7
**$5500 (1)**
62:15
**$6,000 (1)**
36:17
**$70,000 (2)**
37:19;42:18
**$700 (1)**
62:22
**$75 (1)**
61:17
**$750 (1)**
61:3
**$95,545 (1)**
40:22
**$9528 (1)**
59:16

## A

**AA (41)**
8:12;13:6,7,10,15,
21;14:2,3,6,19;16:14;
17:7;18:15,16,19;
20:16;24:12;25:7,15,
15,17;26:17,21;27:7,
13,20;37:11;38:18;
40:4,11;60:12;66:5,25;
68:19;69:3;76:17;
77:11;79:5;80:5;86:5,
14
**AAA (1)**
26:22
**abandoned (1)**
44:4
**ABC (2)**
17:22;62:17
**ability (1)**
10:13
**able (4)**
48:14;60:16;66:10;
80:1
**absorb (1)**
45:11
**access (2)**
16:12;53:3
**accident (1)**
36:9
**according (1)**
72:14
**account (1)**
67:24
**accountant (1)**
79:24
**accounts (1)**
79:12
**accumulated (3)**
15:14,17;61:24
**accurate (1)**
10:13
**acres (5)**
15:19,20;25:3;48:6;
49:13
**across (6)**
37:20;53:14;56:23;
57:9;61:15;64:20
**acts (1)**
44:17
**actually (2)**

**ad (1)**
69:12
**address (3)**
21:21;27:15;56:2
**addressed (1)**
77:19
**Adelsberger (14)**
6:6,9,16,17,23;8:15;
9:12;11:1;21:20;22:8;
26:25;30:7;72:5;87:5
**ADEQ (1)**
85:14
**adjacent (1)**
16:11
**administer (1)**
6:7
**affect (5)**
10:12;58:1;65:5;
66:4;69:3
**affected (2)**
55:17,21
**affects (1)**
65:3,4;66:12
**again (10)**
19:21;25:17;28:9;
32:20;34:3,10;37:7;
49:23;74:18;84:20
**against (4)**
23:16,19;29:11;
76:10
**ago (10)**
17:18;19:16;20:11;
24:11;31:5;47:15;
50:18,19;54:6;74:12
**agree (1)**
80:15
**agreement (2)**
9:12;27:1
**ahead (2)**
8:5;20:21
**ain't (1)**
75:10
**air (4)**
31:21,24;32:12;
81:13
**air-condition (1)**
31:10
**alleviated (1)**
66:1
**allowed (1)**
85:1
**all-terrain (1)**
45:4
**almost (1)**
39:2
**alone (1)**
62:1
**along (2)**
53:21;84:8
**alphabet (1)**
17:22;68:23
**alter (1)**

**17:8;50:11
**alternator (5)**
29:24;31:9;32:13;
65:13,14
**Altima (3)**
61:14;63:18,23
**amount (1)**
27:23
**Anaheim (1)**
37:5
**analysis (1)**
47:23
**analyzed (1)**
46:19
**Annette (6)**
14:14;22:7;40:6,7,
13;79:21
**Annette's (1)**
79:11
**answered (1)**
51:20
**anymore (8)**
12:21;35:22;43:12;
50:8;66:19;69:7;70:13;
79:19
**apart (1)**
29:6;86:23
**apologize (1)**
16:22;77:7;86:4
**appears (1)**
27:1
**application (1)**
32:19
**appraisals (1)**
87:2
**appreciate (1)**
26:14
**approach (2)**
27:6,7
**approached (1)**
27:9
**approval (1)**
28:23
**approve (2)**
15:21,25
**approximate (1)**
6:4
**Approximately (1)**
25:3
**area (15)**
46:14,22;47:2,17;
55:18,22;57:6;58:1,14,
20;62:20;75:25;76:19;
82:4;84:4
**areas (1)**
46:22
**Arkansas (5)**
11:21;13:23;21:22;
56:4;57:18
**arm (1)**
49:5
**Army (4)**
12:7,21,23;13:3

**55:2
**around (7)**
35:24;46:24;55:12;
69:13;75:12;84:6,17
**asphalt (1)**
57:10,13
**assemblies (1)**
65:24
**assume (1)**
46:24
**assumption (1)**
56:5
**Atoka (5)**
46:18,20;47:6;55:6;
75:3
**attached (1)**
31:8
**attaching (1)**
32:11
**attorney (1)**
10:2
**attribute (3)**
59:21,24;63:10
**auctions (1)**
37:2
**audio (1)**
6:2
**Austin (1)**
21:21
**Auto (46)**
8:12;13:6,7,15,18,
21;14:2,3,4,6,19;15:25;
16:15;17:7;18:15,16,
19;19:1;20:16;25:15,
15,17;26:18,21;27:7,
11,11,13,20;30:2;37:2;
38:18;40:4,11;60:12,
18,19;66:4,25;68:19;
69:3;76:17;77:11;79:5;
80:5;86:5
**automobile (2)**
18:10;56:24
**automobiles (1)**
15:13
**availability (1)**
65:21
**available (2)**
62:20;66:2
**avalanche (1)**
44:23
**average (2)**
80:4,11
**away (10)**
18:19;31:7;42:9,15;
58:7,8;69:18,19;72:11;
86:20

## B

**back (36)**
12:18;15:6,8;16:18;
17:2;24:1;25:5;29:18;
31:24;32:1,4,6,21;
33:7;36:11;38:20;

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

39:13;43:22;47:18;
49:21;51:2;55:13;59:2,
11,11,14;60:7;64:11;
65:23,24;68:23;71:22;
72:2,3;74:17;82:19
**backed (1)**
48:13;53:10;58:5
**background (1)**
16:18
**backs (1)**
58:8
**bad (5)**
31:13;43:25;60:23;
64:20,22
**balance (1)**
86:10
**ballast (2)**
78:16,25
**bank (4)**
28:23;29:10,17;
86:10
**bankruptcies (1)**
17:24
**bankruptcy (3)**
16:25;17:16;18:4
**bar (1)**
29:21
**barbecue (1)**
18:22
**barely (2)**
29:1;83:20
**base (1)**
45:13
**basic (1)**
17:5
**bass (7)**
28:4,10,11,15,23;
29:17;30:3
**Bastrop (1)**
28:7
**Bayou (6)**
46:9;57:2,5,18,24;
58:4
**bear (1)**
36:15
**bearing (1)**
17:4
**beaver (3)**
84:3,5,5,17
**beavers (2)**
46:11;57:2
**became (1)**
19:10
**become (1)**
14:16
**bed (6)**
52:3;53:16;78:17;
83:12,13;84:8
**Beebe (1)**
57:22
**began (1)**
14:3
**begin (1)**

9:7
**beginning (2)**
61:2,14
**bending (1)**
34:4
**Bernie (1)**
70:16
**beside (1)**
53:15
**besides (1)**
35:18
**best (2)**
9:8;13:18
**better (5)**
15:23;16:10;31:7;
65:15;71:12
**big (3)**
42:7;63:5;77:9
**Billy (1)**
39:16
**birds (1)**
52:11
**birth (1)**
11:1
**bit (3)**
24:11;55:14;59:14
**black (2)**
18:24;38:23
**blame (2)**
57:2;70:13
**blank (2)**
47:9,11
**blew (2)**
23:25;63:18
**block (1)**
34:21
**blocked (1)**
48:3
**blocking (1)**
46:8
**blowed (1)**
60:5
**blows (2)**
49:17;60:4
**body (3)**
16:4;17:11;37:21
**Booger (1)**
6:22
**books (5)**
8:11;40:1,2;79:9;
86:5
**boots (7)**
48:10;50:6,9;59:2,2,
2;75:11
**born (1)**
11:7
**borrowed (1)**
75:11
**bosses (1)**
32:11
**both (3)**
9:6;54:22;68:2
**bottom (7)**

24:24;30:12;49:8;
66:4;72:8;75:20;83:3
**bought (22)**
15:15;16:14;18:22;
24:12,18;37:17;38:1,5,
7,15;41:6;45:6,25,25;
46:2;53:1;59:9,10;
62:12,14;64:20;68:9
**boulders (2)**
53:12,13
**box (1)**
26:21
**boy (5)**
46:15;51:21,21;
52:22,23
**BP (1)**
63:5
**branch (1)**
12:6
**brand (1)**
42:17
**break (4)**
34:19;72:1,6;77:10
**breaks (1)**
34:8
**bridge (6)**
47:24;48:19;52:6,16;
55:8;56:12
**briefly (2)**
10:4,16
**bring (4)**
7:12;33:8;36:4;
56:11
**bringing (3)**
36:11;60:7;61:14
**broke (3)**
32:11;64:15,18
**broker (1)**
27:1
**brought (2)**
51:25;86:21
**Brushy (4)**
53:4;56:20,20;78:11
**buds (1)**
52:12
**build (3)**
46:11;60:6;62:1
**building (8)**
18:23,23;35:4;59:25;
60:8,10;70:2;81:12
**buildings (3)**
31:1,1;86:15
**built (5)**
13:19;18:23;37:25;
52:3;62:10
**bumpers (1)**
34:17
**bunch (3)**
41:6;49:16;74:7
**business (33)**
13:4,5;14:7,10;15:4,
22;26:4;27:11;28:5,12;
29:2;30:3;38:8;39:10;

40:12,18;41:21;42:10;
59:16;60:19;61:21;
62:5;63:3;65:6,11,15;
67:13,25;68:20,20;
69:11,11;79:15
**businesses (3)**
27:5;60:20;69:4
**bust (1)**
76:15
**busy (1)**
66:9
**Butler (2)**
39:6,7
**button (1)**
29:14
**butts (1)**
48:7
**buy (29)**
29:24;36:2,7,22,24;
37:5;42:17;43:9;44:22;
60:3,23;61:6,16;62:18,
18;63:15,16,16,19;
64:15;65:9;66:7,16,18,
21;67:7,10;68:13;
82:14
**buyer (1)**
33:4
**buyers (1)**
27:22
**buy-here (1)**
17:19
**buying (2)**
15:15;65:8
**buys (6)**
18:6,9;37:11,12,15;
39:23

**C**

**calculate (1)**
80:16
**calculating (1)**
79:7
**California (4)**
37:5;62:22,24;63:1
**call (8)**
14:5;27:2;39:6;
47:24,25;55:9;57:10;
83:14
**called (5)**
23:24;63:18;78:25;
82:17;83:12
**came (2)**
33:18;84:11
**campaigning (1)**
35:4
**can (37)**
8:5;20:1;25:6;28:25;
34:5;40:24;44:1,6;
48:7;51:4;53:9;59:1,1;
60:11,14,14;61:25;
62:1,9,9,24;63:4,16;
64:3,9;66:4,10;67:7,9;

70:1,21;76:9;78:8,23;
83:20,20,21
**car (73)**
15:7,8,9,10,16,17;
17:18;18:8,13,14,21;
19:6,15,18,18;20:2,5,
17;21:2,5;23:11;25:15;
29:8,25;30:21,22,25;
31:11,11,14,17,18,19,
22;32:5,22,25;33:5,6,9;
34:7,18,25;35:2;36:9,
15,21;37:3,4,9;38:5,19,
20;43:5;57:12;60:4,25;
61:15;62:21;63:17,20;
64:15;65:12;66:6,7,12,
21,24;67:7,8,10;68:14;
69:2
**care (1)**
70:18
**carried (1)**
19:11
**carrier (1)**
37:9
**Carroll (2)**
37:14,15
**cars (56)**
19:3,3,12;20:24;
25:15,18;29:6;30:19;
32:10;33:8;34:10,12,
23;35:4,21,22;36:1,3,4,
24;37:11,12,16,16,25;
38:7,11,16;39:12,20,
23;42:11;43:9,11,23;
44:23;45:2;56:23;
59:10;60:15,16,23;
61:5,25;62:1,12;64:12;
65:8,8;66:16,18,19,25;
68:10,24;83:2
**case (4)**
7:17;8:7;14:9;23:3
**cases (1)**
23:13
**cash (3)**
67:12;68:4,16
**catalytic (1)**
39:21
**Catholic (2)**
11:14;16:20
**Cattails (2)**
74:9,19
**cause (4)**
64:8,14;65:1;76:16
**caused (7)**
41:24;60:11;64:6;
70:5,10,24;79:6
**causes (1)**
76:18
**cautioned (1)**
6:10
**center (3)**
57:8,8,9
**centralized (1)**
47:1

Kelly Hill, CCR

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

**chance (1)**
10:2
**change (2)**
63:8;66:10
**changed (2)**
57:5;63:12
**changes (3)**
63:8,23;80:12
**channel (11)**
73:10;74:1,6,11,12,
22,25;75:5;78:1,2,3
**Charles (1)**
24:19
**chart (1)**
40:10
**cheaper (2)**
36:8;62:25
**check (1)**
86:9
**checked (1)**
25:19
**Checkmate (1)**
29:15
**choice (1)**
31:13
**choking (1)**
74:10
**City (1)**
13:17
**Civic (1)**
64:18
**claim (1)**
7:16
**class (2)**
17:2;18:7
**classier (1)**
69:2
**clay (1)**
45:13;58:13
**clean (4)**
48:22;49:8,24;58:9
**cleaned (10)**
48:16;49:9;57:25;
58:20;78:3;84:7,21,22,
25;86:23
**cleaning (3)**
48:18;50:17,24
**clear (3)**
9:2;63:20;74:18
**cleared (3)**
46:10;74:13,17
**clogged (1)**
79:6
**close (1)**
20:12
**closed (3)**
21:2,5;32:21
**closer (1)**
78:8
**clunker (1)**
68:5
**Clunkers (2)**
68:4,16

**code (1)**
18:4
**codes (1)**
29:21
**college (5)**
11:18,19,21;16:20;
70:17
**column (1)**
30:5
**combine (1)**
44:3
**coming (6)**
37:10;46:7,8;50:6;
57:11;67:18
**Commission (2)**
19:20;27:16
**common (1)**
83:16
**company (6)**
36:12;38:2,2;42:20;
62:17;86:10
**compare (1)**
42:5
**complaint (1)**
16:1
**completely (3)**
30:25;31:3;48:16
**compounds (1)**
49:19
**compressor (3)**
31:10;32:12;81:13
**compressors (1)**
31:25
**computer (4)**
28:25;29:4,14;62:19
**computerized (1)**
28:25
**concerned (1)**
55:7
**concluded (1)**
87:25
**concludes (1)**
87:22
**confirmed (1)**
40:19
**confused (1)**
22:13
**connection (1)**
17:6
**consider (1)**
24:4
**considered (1)**
36:6
**constant (2)**
64:4;66:17
**constructed (1)**
16:15
**Consumers (1)**
63:5
**contacted (1)**
28:13
**contracted (1)**
37:21

**converters (1)**
39:22
**convicted (1)**
22:5
**Conway (3)**
11:23;36:4;49:16
**co-owner (1)**
14:16
**Coparts (1)**
37:1
**copies (4)**
7:14,20,21,21
**corner (1)**
72:9
**Corporation (1)**
37:19
**Corps (2)**
46:9;57:24
**correctly (1)**
7:17
**cost (3)**
42:11;44:15;62:22
**country (6)**
46:15;51:21,21;
52:22,23;64:21
**County (3)**
21:18,23;26:10
**couple (3)**
15:12;37:21;62:2
**course (6)**
17:25;26:3;32:2;
38:3,24;62:9
**court (2)**
6:7;9:4
**cover (2)**
30:25;34:9
**covered (2)**
56:21;87:11
**CPA (2)**
8:13;18:7
**Crain (1)**
60:3
**created (3)**
53:17;60:1;82:10
**credit (2)**
17:23;67:7
**cross (1)**
54:22
**crossing (3)**
52:24;53:7;54:25
**crush (1)**
43:13;60:15
**crushed (1)**
78:24
**culvert (26)**
47:3;48:1,2,15,19,
22;49:4,25;50:25;
51:17;52:16;53:23;
54:9;55:8;58:5,19;
72:24;73:1,7,10;74:2;
75:16,24;79:6;83:6;
84:21
**current (2)**

28:24;42:12
**currently (3)**
14:19;22:7;25:21
**cushions (1)**
34:16
**customer (3)**
18:2;23:23,24
**customers (2)**
39:13;70:4
**cut (5)**
15:8;20:20;52:1,2;
55:23
**cutoff (1)**
61:11
**cutting (2)**
15:10;84:17
**cuttings (1)**
84:5
**cyclical (1)**
60:19

---

**D**

**Dallas (1)**
44:15
**damages (2)**
7:16;79:8
**dams (1)**
46:11
**danged (2)**
44:20,20
**Darel (5)**
6:5,9,16,18;30:7
**date (2)**
6:3;11:1
**dated (2)**
24:24;30:12
**dates (3)**
22:13;43:19,21
**daughter's (1)**
63:17
**day (4)**
24:24;32:25;33:22;
34:6
**days (3)**
23:24;56:24;82:3
**dead (3)**
59:3;76:20,22
**deal (4)**
35:25;63:12;66:20;
79:11
**dealed (1)**
19:2
**dealer (2)**
18:8;60:19
**Dealers (3)**
25:15;57:13;64:21
**dealer's (1)**
38:3
**dealership (4)**
19:1;64:17;65:24;
68:12
**dealerships (1)**

**dealing (2)**
17:21;18:1
**dealings (1)**
28:8
**debris (3)**
49:5;74:21,21
**December (2)**
20:25;24:24
**decided (2)**
16:8;23:4
**deck (1)**
49:3
**decline (2)**
51:10,11
**decrease (2)**
41:23;79:16
**deed (3)**
14:22;24:14,23
**deep (2)**
51:6;82:22
**deficit (3)**
23:12,14;24:7
**Deliver (2)**
35:22;61:15
**delivered (1)**
64:18
**delivery (5)**
16:12;35:18,20;
36:18,19
**demand (1)**
63:7
**demolished (1)**
15:7
**den (1)**
48:11
**Department (2)**
44:16;57:19
**depends (1)**
65:12
**depleted (1)**
19:11
**deposition (10)**
6:5,24;7:2;8:16;
10:18;24:14;40:9;71:3;
87:23,24
**deprecation (1)**
42:23
**depreciations (2)**
41:7,14
**depth (1)**
76:10
**description (1)**
71:15
**designed (1)**
52:14
**desirable (1)**
79:14
**determine (1)**
64:1
**developed (1)**
71:13
**developers (1)**

Case 4:21-cv-00471-JM   Document 48-6   Filed 09/08/22   Page 27 of 37

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

46:8
**development (1)**
55:15
**Diamond (1)**
20:8
**diary (1)**
43:20
**died (4)**
21:13;58:18,19,21
**diesel (1)**
44:12
**difference (2)**
67:25;70:11
**different (10)**
6:19;34:9;36:24;
64:21;67:16,22;80:6,
19;81:10;83:11
**dilutes (2)**
82:11,18
**dip (1)**
70:24
**directed (1)**
6:25
**direction (1)**
54:12
**director (1)**
47:6
**dirt (5)**
52:1,2;55:1,24;58:13
**dirty (3)**
69:14,15;87:1
**discharge (1)**
12:25
**discharged (4)**
13:2,10,11,14
**dismantle (1)**
31:22
**dismantled (1)**
39:14
**dismantles (1)**
39:20
**Disposal (1)**
36:13
**dispose (1)**
36:12
**ditch (4)**
49:20;52:1,2,20
**ditches (11)**
46:9;47:1;52:11,14,
14,20;53:13,15,15,21;
84:8
**documentation (1)**
7:19
**documents (4)**
7:15;8:7;10:21;
85:10
**Dodge (1)**
62:14
**dollar (1)**
29:17
**dollars (2)**
44:25;62:3
**done (2)**

35:19;87:3
**door (6)**
15:12;30:23;42:25;
61:3,9,17
**doors (4)**
15:13;32:5;61:14,18
**Doris (1)**
24:18
**Double (1)**
14:4
**doubt (1)**
71:6
**down (56)**
8:21;9:4;14:13;
18:23;19:12;20:24;
24:23;30:6,12;32:21;
36:23;39:25;40:18;
43:7,17;44:4,18,24;
46:18;48:3;49:8,22,22;
50:2;53:3;57:11;58:10;
60:5;62:5;63:9;64:7;
65:1,9;67:6,7,14,15;
69:10;71:13;72:11;
73:10;74:6;75:12,19;
77:20,21,21;78:10,15,
20;79:17;82:18;83:2;
84:6,18;85:24
**downhill (2)**
42:8;46:16
**Dr (1)**
84:10
**drafted (1)**
12:5
**drag (2)**
51:25;68:11
**drain (2)**
52:15;53:17
**drainage (14)**
46:6,7,14,21,24;
47:2;53:17;55:3,18,21;
57:1,3,5;58:1
**draining (1)**
59:8
**drains (2)**
48:19;57:3
**draw (1)**
43:15
**drew (2)**
47:8,11
**drive (9)**
30:21;32:10;34:11;
37:4;44:11;49:15;61:1;
67:1;83:17
**drives (1)**
61:2
**driveway (1)**
78:20
**driving (1)**
75:7
**drop (2)**
70:5;85:2
**drug (1)**
28:18

**duck (1)**
48:10
**due (1)**
73:11
**dug (1)**
55:24
**duly (1)**
6:10
**dump (1)**
53:14
**dumped (2)**
53:13,21
**during (2)**
12:8;76:7
**dying (1)**
58:17

**E**

**earlier (1)**
86:3
**early (2)**
20:18;38:11
**earnings (1)**
60:12
**easement (1)**
51:25
**Easier (2)**
16:11;29:23
**east (3)**
54:16,18,20
**eat (1)**
42:7
**economy (2)**
60:22,24
**edge (3)**
49:6;50:9;56:14
**education (1)**
11:17
**effect (2)**
50:22;55:4
**effort (1)**
61:24
**eight (1)**
17:18
**either (2)**
40:13;63:21
**electricity (1)**
31:25
**elements (1)**
85:4
**elevated (2)**
46:22;57:19
**elevation (2)**
46:19;55:5
**else (9)**
35:19;38:6;44:1;
60:11;66:4;69:3;83:1;
87:15,17
**employees (2)**
28:22;69:5
**empty (2)**
19:24;36:4

**end (1)**
15:7
**engine (3)**
31:8;34:21;61:19
**engineer (2)**
57:21,22
**engineered (1)**
57:20
**Engineers (5)**
46:10,25;57:24;
77:17;83:13
**engines (1)**
35:8
**enough (5)**
12:5;39:7;46:15;
60:6;70:3
**entire (1)**
14:9
**EPA (2)**
85:12,23
**equalize (1)**
52:16
**equation (2)**
43:18;80:24
**equations (1)**
81:2
**equipment (4)**
29:12;41:6;74:14,16
**equity (1)**
18:10
**Equus (4)**
37:18,18;42:11;61:1
**escalate (1)**
66:2
**escalated (1)**
44:12
**establishment (1)**
15:25
**etc (1)**
35:8
**even (8)**
15:18;24:4;33:7;
48:9,15;58:19;65:25;
66:9
**events (1)**
62:9
**everybody (3)**
45:7;68:9;70:15
**EXAMINATION (1)**
6:13
**example (1)**
65:23
**excavators (1)**
41:16
**except (2)**
47:3;82:8
**excessive (1)**
52:15
**exclusively (1)**
35:25
**excreted (1)**
52:12
**excuse (2)**

11:4;82:9
**exhaust (2)**
34:8,8
**exhausting (1)**
78:12
**Exhibit (18)**
6:24;7:2,9;24:13;
26:15,25;40:8;59:14;
71:3,8;72:7,20;73:9;
75:15,19;76:3;77:2,24
**expensive (2)**
64:12;80:7
**explain (3)**
18:6,9;40:24
**extended (2)**
23:23;49:5
**extent (1)**
15:10

**F**

**facility (1)**
51:11
**fact (3)**
37:22;76:5;85:17
**factors (4)**
46:6,12,14;79:23
**fair (5)**
9:24,25;60:18;81:16;
87:6
**fairly (1)**
81:4
**fall (2)**
49:18;55:4
**family (1)**
39:2
**far (5)**
18:19;35:3,3;47:21;
83:21
**farm (1)**
48:8
**farmers (2)**
44:4;82:15
**farmland (2)**
45:9,9
**farther (1)**
53:20
**February (5)**
6:3;7:1;21:6,8;67:20
**federal (1)**
17:1
**feel (2)**
20:23;75:6
**feet (1)**
51:13
**fell (1)**
59:4
**fellow (1)**
15:7
**felony (1)**
22:5
**fence (1)**
19:13

Case 4:21-cv-00471-JM   Document 48-6   Filed 09/08/22   Page 28 of 37

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

**fenced (1)**
  18:25
**fender (2)**
  15:11;34:5
**fenders (1)**
  32:6
**fertilized (1)**
  52:12
**fertilizer (2)**
  82:17,19
**few (6)**
  16:18;17:2;34:25,25;
  66:6;84:8
**field (5)**
  15:19;31:24;44:2,3;
  45:6
**fields (1)**
  82:16
**figure (2)**
  80:23;81:9
**figured (3)**
  34:12;46:1;53:16
**file (1)**
  16:1
**filed (6)**
  20:19,22,25;21:7;
  23:16;40:11
**fill (1)**
  63:16
**finally (2)**
  29:13;42:8
**finance (2)**
  30:16;67:8
**financial (3)**
  7:14,23;8:3
**find (2)**
  37:18;45:23
**fine (2)**
  8:11;14:5
**finish (3)**
  9:7,8;71:23
**finished (1)**
  37:23
**firm (2)**
  8:13;27:13
**first (7)**
  6:10;41:1,2;45:23;
  49:25;67:11;83:13
**fish (1)**
  48:8
**fisherman (7)**
  28:4,11,11,15,23;
  29:17;30:3
**fishing (1)**
  28:19
**fits (1)**
  61:9
**five (13)**
  19:11,16,17;20:11;
  25:5;44:9;60:5;61:7,8;
  64:18;67:5;71:20,22
**fix (3)**
  66:3,18;80:21

**fixed (3)**
  23:17;37:22,22
**fixing (1)**
  81:6
**flagship (1)**
  37:18
**flat (1)**
  49:3
**flatbed (1)**
  37:10
**flatten (1)**
  78:21
**flattens (1)**
  78:21
**Fletcher (1)**
  67:8
**flip (1)**
  71:14
**float (2)**
  49:20,21
**flooded (1)**
  45:19
**flooding (4)**
  76:17;77:12;79:5;
  81:17
**floodplain (4)**
  45:16,18,24;46:1
**flow (5)**
  52:18;55:3;63:24;
  74:10,20
**flowing (1)**
  56:22
**flown (1)**
  52:11
**fly (1)**
  82:16
**fold (1)**
  51:9
**foliage (1)**
  76:9
**follows (1)**
  6:12
**foot (5)**
  49:9,22;51:6,6;84:21
**forces (1)**
  63:11
**foreign (1)**
  38:11
**forest (1)**
  48:6
**forgot (2)**
  24:3;76:14
**forklift (5)**
  31:19;43:14,14;45:5,
  5
**forklifts (1)**
  41:16
**formal (1)**
  11:17
**forth (1)**
  16:13
**found (6)**
  20:1;29:23;37:20;

38:19,21;86:21
**four (4)**
  37:22;38:25;54:6;
  73:18
**fourth (1)**
  37:23
**four-wheeler (2)**
  50:7,8
**four-year (2)**
  12:1,3
**Francisco (3)**
  16:25;17:17;37:3
**free (2)**
  70:17,17
**freeway (1)**
  67:9
**freeze (1)**
  76:15
**freight (1)**
  43:16
**fresh (1)**
  71:14
**Friday (2)**
  33:25;35:14
**front (11)**
  10:10;15:19,20;
  19:13;23:1;32:3;34:12,
  17;38:22;59:15;66:24
**front-wheel (2)**
  32:10;34:11
**fruit (1)**
  69:1
**fuel (2)**
  34:15;44:12
**full (5)**
  6:15;31:3;39:8;41:7;
  87:5
**full-time (2)**
  39:4,15
**fully (1)**
  33:16

**G**

**gallon (1)**
  44:14
**gasoline (1)**
  63:4
**gauge (1)**
  76:11
**Gaunt (1)**
  24:19
**Gaunts (1)**
  24:16
**gave (2)**
  23:22;24:20
**gears (1)**
  70:1
**generally (1)**
  54:12
**Germany (2)**
  12:13,14
**gets (10)**

34:7,18;39:21;43:14,
  25;44:25;58:10,11,11;
  82:18
**given (3)**
  8:15;43:18;87:5
**Gives (1)**
  27:15
**giving (2)**
  45:7;71:15
**Glass (3)**
  26:21,22;32:6
**goes (11)**
  27:4;39:11;42:7,8;
  46:16;53:1;58:7;60:21;
  74:3;76:21;85:18
**gofer (1)**
  35:18
**good (14)**
  8:19;15:9;34:4;39:6;
  59:12;60:6;68:1;69:21,
  22;77:8;79:1;81:4;
  82:19;87:15
**goods (1)**
  38:21
**Government (1)**
  34:14
**governmental (1)**
  16:4
**grade (5)**
  12:4;17:12,22;74:24;
  75:4
**grades (2)**
  46:20,25
**gradient (1)**
  51:16
**graduate (1)**
  16:23
**graduated (3)**
  11:14;16:19;86:19
**grandfather (1)**
  21:12
**graph (1)**
  51:9
**grass (5)**
  82:6,7,7,8,12
**great (1)**
  63:12
**green (4)**
  73:25;76:7;77:1,5
**Grew (1)**
  11:12
**gross (3)**
  80:4,11;82:19
**ground (6)**
  8:18;32:1;46:3;
  49:18;55:12;86:1
**groundwater (1)**
  59:1
**grow (3)**
  11:11;77:9;82:20
**growing (1)**
  82:7
**grown (2)**

52:13;59:6
**grows (1)**
  74:17
**guess (6)**
  14:20;26:23;63:6;
  69:18;70:7;71:9
**guessing (1)**
  19:16
**guilty (1)**
  22:4
**guy (1)**
  27:4
**guys (1)**
  35:23

**H**

**habit (1)**
  19:22
**half (5)**
  14:1;15:8,11;18:20;
  62:21
**hand (11)**
  6:23;7:6;26:15,24;
  33:18;34:2;40:8;71:8;
  72:6;73:8;75:15
**handle (1)**
  79:9;80:24
**handles (3)**
  39:24;40:1,2
**handling (1)**
  86:5
**hands-on (1)**
  17:8
**handwritten (1)**
  30:6
**hang (1)**
  30:24
**hanging (3)**
  29:25;34:5;48:11
**happened (3)**
  23:3;34:13;69:22
**hardly (2)**
  42:15;69:7
**hardwood (1)**
  59:6
**hardwoods (3)**
  49:13,14;58:21
**haul (1)**
  36:8
**hauler (2)**
  33:5;36:15
**hauling (2)**
  36:14;44:14
**HavCom (1)**
  85:8
**head (6)**
  8:20;36:23;39:25;
  42:16;50:2;84:18
**heading (1)**
  57:16
**health (1)**
  70:17

Case 4:21-cv-00471-JM   Document 48-6   Filed 09/08/22   Page 29 of 37

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

**hear (1)**
　9:13
**heard (1)**
　9:23
**hearsay (1)**
　29:20
**heater (1)**
　81:13
**help (2)**
　14:22,24
**hemi (2)**
　62:15;65:22
**hence (1)**
　15:14
**hesitant (1)**
　75:8
**high (6)**
　11:13,14;12:4;16:19;
　65:16;82:20
**higher (3)**
　17:23;41:9;80:8
**highlighted (1)**
　26:21
**high-water (1)**
　51:23
**Highway (9)**
　14:2;15:22;16:11;
　18:18;20:5;21:21;53:4;
　56:5;57:18
**Hill (1)**
　9:4
**hip (5)**
　48:10,10;50:6,9;
　75:11
**hired (5)**
　8:14;46:17;47:12;
　56:1;75:14
**History (1)**
　58:18
**hit (5)**
　34:7,12,18;66:14,15
**hits (1)**
　44:24
**hold (2)**
　29:2;53:19
**holding (1)**
　76:3
**home (1)**
　42:19
**honorable (1)**
　12:25
**Hooters (1)**
　57:9
**hope (1)**
　70:15
**hot (1)**
　24:2
**hours (2)**
　59:13;76:16
**house (1)**
　23:2
**huh-uh (1)**
　8:25

**hull (2)**
　43:4,5
**hulls (1)**
　43:3
**hundred (1)**
　62:2
**hunt (1)**
　59:12
**hunters (1)**
　48:11
**hunting (2)**
　28:19;59:12
**hurt (2)**
　68:20,20
**hurts (2)**
　67:13;69:11
**hydraulic (1)**
　31:21
**hydrogeologist (1)**
　46:18
**Hyundai (4)**
　37:19,19;59:25;60:1

**I**

**IAA (1)**
　36:5
**idea (2)**
　61:20;79:12
**imagine (1)**
　30:22
**immediate (1)**
　56:2
**impassable (1)**
　56:23
**inch (1)**
　76:16
**inches (2)**
　51:12,14
**includes (1)**
　27:16
**income (10)**
　17:24;41:12,17,19,
　20;61:21;63:8;68:14;
　70:17;79:17
**incorporated (1)**
　25:8
**increase (1)**
　41:2
**increases (1)**
　65:11
**independent (2)**
　23:21;85:22
**index (2)**
　72:10;75:22
**indoors (1)**
　32:16
**information (1)**
　80:2
**Ink (4)**
　46:9;57:2,5,18
**inoperable (1)**
　31:20

**ins (1)**
　18:3
**inspect (2)**
　77:11,14
**inspection (3)**
　77:15;84:13;85:8
**inspections (2)**
　85:11,15
**instead (3)**
　15:15;29:23;61:17
**insurance (5)**
　36:12,13,17;37:2;
　42:20
**interest (3)**
　29:19;77:22;78:2
**interior (1)**
　37:24
**interlink (1)**
　37:9
**interrupt (1)**
　26:6
**interrupting (1)**
　26:13
**Interstate (2)**
　55:19;56:13
**interview (1)**
　28:13
**into (15)**
　7:13;28:12;43:8,8,
　22;45:13;48:20;52:13;
　53:5;58:12,13;63:2;
　68:12;80:23;86:15
**inventory (14)**
　15:17;19:11;20:9;
　28:24;29:4,5,10,22;
　31:3;32:8;39:2,24;
　60:17;62:17
**investigate (1)**
　71:1
**involve (1)**
　22:24
**involved (5)**
　22:19;23:13;40:5;
　70:18;86:4
**involvement (1)**
　20:16
**Island (4)**
　53:4;56:20,21;78:11
**issue (1)**
　83:6
**item (2)**
　62:11;80:18

**J**

**jacks (1)**
　31:22
**Jacksonville (3)**
　46:3;53:5;57:21
**January (5)**
　20:25;21:6,8;30:12;
　67:19
**Jason (6)**

　37:14,15;38:15;39:3,
　23;71:4
**jelly (1)**
　42:9
**Jerry (11)**
　47:7;48:25;49:12;
　50:1;51:2;55:5;56:2;
　75:14;84:10;85:3,3
**Jew (1)**
　44:10
**Jews (1)**
　44:9
**job (2)**
　8:19;67:9
**jobs (1)**
　87:1
**joke (1)**
　68:12
**judge (2)**
　10:10;76:9
**judge's (1)**
　18:5
**judgments (2)**
　23:12,14;24:7
**July (1)**
　38:13
**June (2)**
　38:12,12
**jury (1)**
　10:10

**K**

**keep (8)**
　8:11;20:3;34:15;
　42:22;46:10;69:16;
　85:15,23
**keeping (1)**
　57:24
**kick (1)**
　30:23
**kill (2)**
　82:12,13
**kills (1)**
　49:15
**kind (5)**
　25:9;34:9;39:13;
　44:10;50:21
**knee (1)**
　59:2
**knew (9)**
　18:12;28:10;29:14;
　37:21;38:6;45:9;46:5;
　64:6;79:2
**knocked (1)**
　32:12
**knowing (1)**
　28:22
**knowledge (2)**
　85:14;87:4
**known (2)**
　6:19;56:6

**L**

**lack (2)**
　18:10;79:17
**laid (2)**
　29:8,22
**land (4)**
　14:18;50:15;55:5,5
**landlord (2)**
　30:7,8
**large (6)**
　15:17;53:12,13;
　74:20,21;78:15
**last (10)**
　7:8,10;25:19;38:7,
　14;45:20;62:15;73:13,
　23;78:9
**late (11)**
　19:3;20:17;42:10;
　43:9;44:23;47:16;
　60:16;61:4;63:13,14,
　16
**later (2)**
　50:4;51:3
**laughed (2)**
　45:7;75:7
**lawsuit (4)**
　10:22;22:19;85:9,13
**lawsuits (3)**
　23:14,19;24:6
**lawyer (2)**
　18:1;54:2;79:24
**lawyers (2)**
　17:25;18:7
**lay (1)**
　32:1
**laying (1)**
　59:3
**layout (1)**
　76:10
**leached (1)**
　58:12
**learn (2)**
　17:9,9
**learned (1)**
　18:3
**leases (2)**
　18:6,9
**least (2)**
　26:16;80:9
**leave (1)**
　79:19
**leaving (1)**
　36:3
**Lee (1)**
　6:16
**left (2)**
　19:12;44:3
**lend (2)**
　33:18;34:2
**less (2)**
　34:15;41:19,20;

Case 4:21-cv-00471-JM   Document 48-6   Filed 09/08/22   Page 30 of 37

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

44:25;61:22
**lesser (1)**
17:24
**less-than-pristine (1)**
18:2
**levee (2)**
49:6,7
**Lexus (1)**
42:18
**life (1)**
81:9
**lifter (1)**
65:23
**light-brown (1)**
74:7
**lights (2)**
66:11;81:12
**limbs (4)**
49:18,18;59:3;74:22
**Limit (1)**
59:12
**line (3)**
51:25;66:4;85:16
**list (1)**
77:15
**Listed (4)**
25:15,17;26:19;
38:25
**listening (1)**
42:22
**Little (14)**
11:9,10,11,12;13:22,
24;19:19,22;46:3;
55:14;59:14;75:8;82:4,
4
**live (2)**
21:20;22:2
**lived (3)**
21:25;22:3;46:5
**lively (1)**
81:8
**living (2)**
22:16,17
**load (1)**
44:18
**loan (1)**
29:11
**located (2)**
11:22;14:10
**location (8)**
15:1,23;16:10,10,10;
18:16;36:4;82:23
**locations (1)**
79:14
**log (4)**
50:13;71:2,7;72:15
**long (4)**
11:4;21:25;34:6;
35:6
**Lonoke (1)**
21:24
**Look (9)**
10:24;30:5;38:20;

40:20,21;62:18;71:1;
75:22;86:7
**looked (2)**
46:19;73:22
**looking (8)**
28:11;44:13;52:8;
73:9,11;74:1;77:2,3
**looks (6)**
24:23;41:22;73:15,
18;74:7;84:14
**loss (1)**
86:7
**lost (3)**
29:18;41:22;79:4
**lot (33)**
17:18,19;18:13,14,
21;19:6,12,15,18,19,
24;20:2,5,17;21:2,5;
23:11;30:20;32:22,25;
33:6,9;34:18;36:14;
45:3;46:6,11;56:10;
60:15;63:2;64:8;68:22;
71:5
**lots (2)**
74:13,16
**loud (1)**
8:20
**Louisiana (1)**
28:7
**low (5)**
19:3,4;46:3;65:16,18
**lower (2)**
41:10;44:7
**lustrous (1)**
23:2
**lying (1)**
70:9

---

# M

**machine (1)**
49:1
**magistrate (1)**
18:12
**magistrates (1)**
17:1
**mailing (1)**
21:21
**main (1)**
16:11
**mainly (1)**
84:1
**maintained (1)**
24:2
**majority (8)**
29:7;30:18;31:6,7,
12;32:17;36:3;87:15
**makes (1)**
61:13
**making (1)**
28:6
**Mall (1)**
57:7

**man (15)**
13:18;19:18;22:25;
28:4,5;29:13;35:18,20;
39:3,4;79:25;83:11,12,
13;86:21
**manage (1)**
33:12
**Management (21)**
46:13,21;48:5;52:25,
25;53:9,10,16,20;
54:18;73:1,10;74:3,15,
16;75:5,9;77:17,18,19;
78:1
**Management's (2)**
47:19;51:18
**manager (1)**
13:16
**manages (1)**
33:10
**manifold (2)**
34:8,9
**man's (3)**
39:5,15;50:15
**many (9)**
22:22;25:3;30:22;
32:11;48:21;67:3;
79:23;82:3;84:9
**margin (2)**
80:5,12
**marked (8)**
6:24;7:3;26:25;40:8;
72:7;73:8;75:15;80:17
**marker (1)**
38:23
**market (8)**
20:10;42:6;62:18;
63:11;65:3,5,7,16
**married (5)**
14:12,14;22:7,12;
25:2
**May (1)**
26:6
**maybe (9)**
32:6,7;43:19,20;
50:18;55:14;67:4;
73:19;80:24
**McCain (1)**
57:7
**McLarty (2)**
57:12;64:19
**mean (17)**
10:20;18:24;20:17;
41:13;48:1;50:14,15;
61:8;62:16;63:1,21;
64:3,23;67:5;69:15,25;
86:14
**means (1)**
9:5
**measured (1)**
75:6
**measurement (1)**
82:21
**mechanic (3)**

13:16;66:20,21
**mechanic/body (1)**
13:18
**mechanical (4)**
24:4;34:3;35:7,17
**medications (1)**
10:12
**meet (1)**
83:14
**memory (1)**
23:9
**Memphis (2)**
33:7;44:15
**men (1)**
37:21
**menace (1)**
23:4
**mention (1)**
44:16
**mentioned (4)**
17:16;36:21;55:17;
57:4
**met (1)**
18:1
**metal (10)**
32:4,5;34:16;43:8;
44:8,14,18,22;64:11;
73:19
**Mickey (1)**
28:7
**middle (4)**
15:19;67:19;70:1;
74:5
**might (18)**
15:10,11,11,12;33:7;
35:2,20;37:3;50:12,14;
60:15;63:19;66:10;
69:21;70:25;85:25,25;
87:18
**mile (1)**
54:15
**mileage (2)**
19:3;34:15
**miles (7)**
14:1;18:20,20;19:4,
5;38:10;44:13
**mind (3)**
8:19;69:20;71:14
**minor (1)**
17:12
**minutes (1)**
71:20
**Mirror (1)**
26:22
**miss (2)**
66:14,15
**missed (1)**
12:3
**mistake (1)**
26:11
**mix (3)**
82:14,15,16
**Mobile (1)**

63:5
**model (10)**
19:3;38:5;42:11;
43:9;44:23;60:16;61:4,
9;63:13,16
**models (1)**
63:14
**modify (2)**
87:14,18
**moldings (2)**
30:23,24
**moment (2)**
24:11;31:5
**momentum (1)**
69:18
**Monday (2)**
33:25;35:13
**money (11)**
24:1;29:11;37:8;
42:7;43:8;45:8;63:15,
23;66:24;70:15;79:4
**month (7)**
20:15;21:1,3,5;
23:22;70:17;81:17
**months (6)**
23:24;45:15;62:16;
81:17,18,21
**more (15)**
16:18;19:4;34:15;
41:1,23;43:9;44:22;
59:18;60:23;62:25;
64:11;65:8;79:10;80:7,
9
**mornings (1)**
33:5
**moss (1)**
73:25
**most (3)**
32:10;79:14;80:8
**motor (39)**
23:17,20,21,25;24:1,
2,8,9;31:14;32:9;34:5,
6,19;35:1,2,2;39:21;
43:4;60:4,5;62:3,13,14,
15,23,24;63:18,19,20;
64:15,16,18;65:22;
66:2,8,8,10,22;70:3
**Motors (10)**
13:17;20:8;59:25;
60:2;62:2,9;64:18;
70:2;80:21;81:5
**mound (1)**
56:15
**move (4)**
16:8;54:3;69:1,2
**moved (4)**
15:22;23:7,7;29:9
**much (10)**
15:22;16:10;41:9,10;
50:5;53:19;58:8,12;
79:7;87:11
**Muradian (3)**
27:5,6;28:13

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

**must (1)**
38:10
**myself (2)**
14:5;30:17

## N

**name (24)**
6:15,17,19;18:6,14;
20:7;25:14;27:13;28:7,
17;36:13;37:13;38:2,3,
23;39:5,8,15,17;47:9,
11;64:9;83:10,20
**names (3)**
77:20,21;83:18
**natural (1)**
55:11;59:7
**nature (1)**
86:1
**need (8)**
8:6;50:11;55:7;
62:23;63:17;79:21;
87:13,18
**needs (2)**
35:19;66:22
**negotiated (1)**
53:6
**neighbor (5)**
15:21,24;16:1;23:15;
24:8
**neither (1)**
79:24
**net (4)**
40:18;59:16;61:21;
62:4
**new (8)**
37:9;42:12,17;43:1;
61:16;65:8;67:10;
68:24
**newer (2)**
65:20,21
**next (5)**
26:22;41:5;62:11;
68:1;69:4
**nice (1)**
34:25
**Nickname (1)**
6:20
**nine (2)**
67:8;78:9
**nine-year (1)**
78:5
**Nissan (1)**
57:12
**nobody (2)**
44:1;64:4
**nodding (5)**
8:20;36:23;39:25;
50:2;84:18
**nonoperational (1)**
36:11
**North (10)**
13:22,24;19:19,22;

46:3;54:13,14,15;
73:11;82:4
**northeast (1)**
54:12
**northwest (1)**
73:12
**notes (2)**
32:21;50:21
**Notice (1)**
6:25;7:6
**noticed (1)**
44:11
**November (1)**
26:17
**nuisance (2)**
23:6,7
**number (6)**
41:8;71:9;72:8;
75:19;77:24;79:20
**numbers (4)**
60:17;61:5;64:2;
81:4
**numerous (6)**
23:12;31:13,15,16,
16;48:4

## O

**oath (3)**
6:8,12;10:8
**Obama (1)**
68:4
**observed (2)**
48:18,21
**obvious (2)**
52:9,9
**obviously (1)**
76:7
**occurred (1)**
77:12
**o'clock (3)**
33:6,24,24
**off (30)**
15:16;20:9,20;28:19;
29:25;32:12;39:12;
48:19;49:9;52:13,15,
15;56:9;58:6,6,11,11;
59:8;67:1;68:1;69:1,
24;71:24;74:10;76:21,
21;82:13;86:16,24;
87:23
**offered (1)**
30:16
**offers (1)**
30:2
**office (3)**
25:12,20;86:15
**often (1)**
33:21
**oil (1)**
60:1
**Oklahoma (1)**
37:4

**old (4)**
11:4;44:2;65:12;
68:5
**older (1)**
61:8
**once (6)**
33:15;34:3,10;37:7;
81:24;84:20
**one (51)**
8:14;9:13,16;12:16;
15:7;17:1;18:7,8;
22:25;23:9,15,16;
26:22;29:2;30:25;
35:25;36:16;37:23;
38:1,9;39:3,4,20;
45:18;46:13;48:25;
49:7;52:17,17;55:18;
57:4;58:5;60:6;61:16;
62:12;64:19,19;65:16,
16,18;67:25;68:3;69:2,
4;73:15,24;76:13;
79:14;80:18;81:10;
84:6
**ones (3)**
24:6;61:16;66:3
**only (3)**
38:10,24;63:6
**opened (3)**
19:18;33:6;58:6
**operated (1)**
33:5
**opportunity (1)**
87:6
**opposite (3)**
73:6,7;76:23
**orange (1)**
73:19
**order (3)**
39:13;65:23,24
**original (1)**
47:23
**originally (2)**
13:21;52:14
**OSHA (2)**
85:16,16
**others (3)**
23:18;81:22,24
**otherwise (1)**
7:15
**ours (1)**
63:12
**ourselves (1)**
77:16
**out (86)**
8:20;12:23;13:19;
15:9;17:13;20:1;22:13;
29:18,22,24;30:20;
32:9,15;34:12,23;35:1,
4,13;36:5,9;37:10,22;
38:11,12,21;39:12;
41:12;42:9;43:4,16,23;
44:2,3,8,14,21,22;45:1,
23;46:10;48:6,6,8,9,16,

19,22;49:15,24;50:8,
15,17,25;51:22;53:3,
18;55:16;56:4;57:1,25;
58:10,20;59:13;61:25;
62:13;64:11,20;66:3,
11,24;67:11,18;74:2,
13,17,18;76:11;77:16;
78:3,14,14;83:15;84:3,
7,10;86:9
**outboard (2)**
23:17;24:8
**outs (1)**
18:3
**outside (1)**
29:9
**over (24)**
8:18;25:6;34:4,5;
49:21;52:2,11;53:1,2;
54:2;55:1;57:17;59:4;
61:22;62:5,5;70:21;
71:15;78:21;81:12,14;
82:16;85:18;86:7
**overly (1)**
42:8
**overseas (2)**
12:10,21
**Overton (6)**
47:7;50:1;56:2;75:3,
14;84:10
**own (7)**
13:4,19,20;15:16;
18:23;46:4;55:24
**owned (3)**
23:11;44:9;45:17
**owner (2)**
14:7,8
**owners (2)**
68:25,25

## P

**Pacific (6)**
21:11;48:15,22;
49:24;54:10;83:6
**page (6)**
7:8,10;72:10,11;
73:5;75:23
**paid (2)**
40:12,13
**pair (1)**
48:11
**panel (1)**
15:12
**panels (1)**
32:6
**paper (3)**
10:21;43:15;71:8
**part (4)**
63:6;69:16;86:21,21
**particular (2)**
38:4;81:17
**parties (2)**
28:19,19

**partners (1)**
14:7
**parts (26)**
15:15,16,18,25;
25:16,18;27:11;29:5,7,
8;30:18,19,22;31:6,13,
15,16,16;32:14;34:22;
36:19,20;39:12;42:23;
43:12;66:3
**part-time (3)**
33:17;39:4,5
**part-timer (1)**
39:11
**pass (2)**
53:24;87:20
**past (2)**
16:23;28:8
**patch (1)**
65:9
**pattern (1)**
57:6
**pavement (1)**
56:15
**pay (7)**
19:23,25;27:23,25;
41:17;67:12;86:25
**pay-here (1)**
17:19
**paying (1)**
20:3
**peak (1)**
46:23
**pen (1)**
38:23
**pencil (1)**
43:15
**pennies (1)**
29:16
**people (13)**
17:24;38:20;46:21;
60:23;65:7;66:9;67:1,
6;69:8;10;83:11,19,23
**peps (1)**
60:17
**per (1)**
40:19
**percent (9)**
31:23;34:11;41:23;
80:18,22;82:13,14,15,
16
**percentage (1)**
80:19
**percentages (1)**
81:9
**percentage-wise (1)**
80:9
**performed (1)**
85:11
**Perhaps (1)**
43:2
**period (2)**
51:14;78:5
**permitted (1)**

Case 4:21-cv-00471-JM   Document 48-6   Filed 09/08/22   Page 32 of 37

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

14:24
**person (1)**
39:24
**personal (1)**
52:24
**perspective (1)**
78:23
**phones (1)**
81:12
**photo (5)**
71:2,7;72:10,15;
75:22
**photograph (1)**
72:8
**pick (3)**
35:20,22,25
**picture (9)**
72:19;73:13,22,24;
75:24;76:2;77:25;
84:14;85:4
**pictures (19)**
10:24;48:4;50:23,23,
24;51:1,2,3,4,4,5;
53:23;54:1,5;56:22;
71:5;76:8;82:5;83:2
**piece (3)**
42:13;43:15;71:7
**pieces (2)**
10:21;60:6
**pig (1)**
69:15
**pile (1)**
25:6
**pinpoint (1)**
78:8
**pit (1)**
55:1
**place (8)**
18:22;33:2,8;36:10;
44:5;47:4;67:11;75:10
**places (2)**
36:24;44:8
**plaintiffs' (1)**
7:16
**plan (1)**
55:15
**planned (1)**
55:14
**planners (1)**
55:12
**Planning (1)**
19:20
**plastic (1)**
34:15
**plate (1)**
38:22
**plateau (1)**
44:24
**plates (1)**
30:23
**please (12)**
6:7,15;7:9,22;8:19,
24;9:6,14,17;11:2;

13:13;22:15
**pled (1)**
22:4
**plowed (2)**
15:19;44:2
**plumber (1)**
35:18
**Plus (1)**
26:21
**pm (5)**
6:4;71:25;72:4;
87:23,25
**point (3)**
12:4;14:16;79:18
**poison (2)**
82:11,18
**pole (3)**
73:17;74:6;82:25
**poles (1)**
73:19
**police (1)**
83:14
**Pollock (1)**
39:17
**pond (1)**
55:24
**pool (1)**
36:2
**pools (1)**
36:21
**porous (1)**
45:9
**position (2)**
35:7;38:18
**positive (2)**
62:8,8
**Pre-dismantle (2)**
31:18;32:3
**pre-dismantled (1)**
29:6
**preparation (1)**
9:20
**prepare (2)**
10:17,20
**prepared (1)**
40:10
**present (1)**
35:11
**President (1)**
68:4
**prettiest (1)**
49:13
**Pretty (6)**
20:12;51:23;66:17;
69:25;74:18;78:12
**prevent (1)**
16:1
**price (2)**
27:16,19
**prices (4)**
44:1,7,10,12
**principal (1)**
33:8

**privilege (3)**
19:23,25;20:3
**Probably (4)**
54:6;55:15;59:24;
76:6
**problem (13)**
24:5;45:18;47:23;
48:5;56:3,11,12;59:7,
25;66:1;75:10;82:10;
84:3
**proceedings (1)**
87:24
**process (1)**
43:9
**processed (1)**
43:1
**produce (3)**
42:6,6,14
**produced (1)**
85:10
**product (1)**
16:13
**professional (1)**
28:4
**profit (9)**
40:18;59:16;61:21;
62:4;80:5,8,12,22;86:7
**program (3)**
12:1,2,3
**progression (3)**
64:5,14;65:1
**prohibitive (1)**
44:15
**property (37)**
16:14;18:24;20:2;
22:25;24:12,21;25:4;
28:3;29:11;45:7,17,24;
46:2,4;47:18;48:7;
50:7;51:10,13,18;53:1,
2,6;58:13;59:10;73:3;
74:3;75:8;76:17;77:11;
79:5,17;81:18,25;
82:22;83:16;87:3
**proprietor (1)**
25:10
**proprietorship (1)**
25:8
**prove (1)**
7:15
**proved (1)**
24:1
**provide (1)**
80:2
**public (1)**
79:24
**Pulaski (1)**
21:17
**pull (4)**
29:25;32:9,15;39:12
**pulling (1)**
44:17
**pullouts (1)**
60:4

**pump (1)**
60:1
**purchase (1)**
27:15
**purchased (1)**
14:18
**push (1)**
29:13
**put (26)**
19:13,15;20:10;25:6;
29:7;30:18;31:6;32:15;
34:8;20;35:2;37:24;
38:23;43:16;46:21;
49:5,7;52:1,2;64:11;
66:8,23;71:2,7;78:20,
24

## Q

**Qualifications (1)**
69:9
**quarter (7)**
15:12;32:5;52:22,23,
23;54:15,15
**quarterly (2)**
85:11,15
**quit (1)**
69:10
**quite (2)**
69:25;71:19

## R

**rack (5)**
30:1;31:19,21,25;
37:24
**racks (3)**
29:21;31:2,2
**radios (1)**
31:11
**rail (1)**
53:16;83:12,13;84:8
**railroad (19)**
47:24;50:17,24;
51:10,17,24;52:3,24,
25;53:21;56:25;58:4;
74:2;78:12,13,23;
83:22;84:24,25
**rails (2)**
78:22;83:12
**rain (5)**
51:12,14;56:19;
76:11,16
**rained (1)**
82:3
**raining (1)**
56:13
**rains (1)**
43:11
**rainwater (1)**
45:12
**raise (1)**
48:8

**raised (2)**
51:20,22
**rampage (1)**
37:17
**rate (1)**
17:23
**rather (3)**
8:20,24;33:3
**Rauls (10)**
7:20,25;10:17;25:24;
26:1,6,9,12;71:10;
87:21
**read (2)**
7:13,17
**ready (1)**
42:6
**real (5)**
42:6;52:9,9;77:9;
82:19
**really (2)**
20:16;78:10
**reason (4)**
20:4;30:10;31:14;
32:9
**rebuilder (3)**
15:2,6,14
**rebuilding (1)**
86:13
**recall (2)**
20:15;24:20
**recede (1)**
76:18
**receivable (1)**
79:13
**receive (1)**
12:25
**recently (4)**
73:16,23,24;82:5
**receptacle (1)**
49:9
**recommended (2)**
28:5,10
**record (10)**
6:3;7:13;9:2;43:19,
21;71:25;72:2,4;77:15;
87:23
**records (3)**
7:14,23;8:3
**Red (1)**
63:5
**reflected (1)**
40:20
**refurbished (1)**
15:13
**register (1)**
25:24
**registered (4)**
25:11,21;26:9,23
**regulations (2)**
34:14;85:23
**reinvent (1)**
56:4
**relation (1)**

Case 4:21-cv-00471-JM   Document 48-6   Filed 09/08/22   Page 33 of 37
Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

54:9
**relatives (3)**
21:10,15,17
**relevant (2)**
65:14;85:9
**relying (1)**
9:19
**remain (1)**
32:16
**remanufactured (2)**
23:21;24:9
**remanufacturer (1)**
23:22
**remember (16)**
18:5;20:13;26:2,2,3,
4;28:17;50:16;68:4,7,
22;73:13;83:10,18,20,
25
**remind (1)**
32:20
**remount (1)**
34:7
**removing (1)**
31:12
**renders (1)**
80:19
**repair (3)**
23:16;34:20;35:17
**repairable (1)**
86:23
**repairing (1)**
35:7
**repairs (1)**
34:7
**repeat (2)**
9:14,22
**rephrase (2)**
9:17,22
**replace (2)**
60:2;64:16
**reporter (2)**
6:7;9:4
**reports (2)**
85:8,20
**reputation (1)**
66:16
**request (1)**
7:12
**rest (3)**
29:8;43:5;63:20
**retail (1)**
15:23
**retire (2)**
28:12;33:15
**retired (3)**
18:11;21:7;33:15
**retiring (1)**
30:10
**return (1)**
8:1
**returns (7)**
7:25;8:2,9;40:4,10,
20;67:18

**review (1)**
10:21
**revolving (1)**
42:24
**rezoned (3)**
19:19,21,25
**rezoning (1)**
19:22
**Rick's (1)**
53:4
**rides (1)**
83:12
**right (42)**
8:12;20:23;21:18;
22:14;23:19;25:6;
26:24;27:6,11;30:8;
31:18;32:17,22;37:24;
39:3;41:2,3;42:10;
45:5;46:17,23;47:3,10;
49:6,13;52:2,21,22;
54:19;55:23;58:15;
60:22;61:13;67:10,13;
69:24;71:18;72:15;
73:5;81:25;82:13;
87:13
**right-hand (1)**
30:5;72:9;73:19
**ripe (2)**
42:6,8
**riprap (6)**
53:10,11,21;54:11;
79:2,2
**rise (1)**
56:12
**river (1)**
48:20
**Rixey (3)**
55:9;57:16,17
**Road (18)**
13:22,24;14:11;
18:24;22:3,17;44:18;
49:22;51:23;52:23;
53:3,4;55:9;56:20;
57:16,17;78:11;83:15
**roadbed (3)**
78:18,19,24
**roadbeds (2)**
82:9,10
**Rock (15)**
11:9,10,11,12;13:22,
25;19:19,22;46:3;
78:15,19,20,24;82:4,4
**role (1)**
35:16
**roof (1)**
32:6
**rot (1)**
49:19
**rotate (1)**
44:21
**Roundup (3)**
82:12,13,15
**row (2)**

19:13;82:3
**rules (2)**
8:18;44:19
**run (11)**
24:2;31:20;33:7;
39:2;47:1;54:12,13;
69:12;76:21;78:21,22
**running (3)**
35:23;36:16;56:9
**runoffs (1)**
57:20
**runs (2)**
58:6,6
**rushing (2)**
49:10;85:1
**rust (1)**
86:24

**S**

**salary (1)**
40:14
**sale (5)**
19:15;27:20;30:10;
34:22;66:24
**Sales (4)**
25:16,18;39:24;66:6
**Salesman (4)**
38:24,25;39:1,2
**salvage (46)**
14:25;18:17;19:13,
14,14;23:1,7,15,20;
24:8,12;25:7;27:7,11,
20;29:20,21;30:3;33:3,
4,10,12,16,18;34:24;
35:6;36:2;37:11,12;
39:23;42:10;60:18;
63:24;66:5,25;68:19;
69:3;76:17;77:12;
79:14;80:5;85:15,24;
86:5,14,16
**salvaged (2)**
37:16;38:15
**same (10)**
9:6;18:16;35:16;
42:14,24;44:10;60:25;
61:15;73:25;76:8
**San (3)**
16:25;17:17;37:3
**Sanders (1)**
70:16
**sat (2)**
31:20;62:16
**saturated (1)**
58:12
**saving (1)**
70:15
**saw (3)**
49:24;50:17;84:5
**saying (6)**
42:17;43:3;45:2;
54:14;71:6;81:5
**SCA (4)**

11:19,20;16:21,23
**scared (1)**
50:13
**school (6)**
11:13;16:19,23,25;
17:11,17
**schools (2)**
17:3,6
**scores (1)**
17:23
**Scott (4)**
36:5,7;51:22;83:21
**scrap (2)**
44:8,18
**scrape (1)**
49:20
**scraped (1)**
49:4
**scribbled (2)**
77:20,21
**scrub (2)**
77:5,6
**season (3)**
56:13,20;76:8
**seats (1)**
39:22
**second (3)**
50:3,16;53:19
**secondary (1)**
68:25
**Secretary (3)**
25:11,20;26:16
**sections (2)**
86:17,20
**Security (5)**
20:19,22,25;21:8;
30:15
**seed (1)**
44:22
**seeds (1)**
52:12
**seek (1)**
16:1
**selection (1)**
63:14
**self-explanatory (1)**
51:24
**sell (13)**
17:25;19:9;28:2,22;
29:3;32:4;42:12;44:14;
62:24;64:17;66:11,19,
25
**seller's (1)**
30:8
**selling (5)**
20:24;27:7;34:23;
61:17,18
**sells (2)**
27:4;42:7
**semester (1)**
12:4
**semis (1)**
16:12

**send (2)**
43:7;62:21
**sent (2)**
7:25;64:22
**set (2)**
8:5;86:16
**sets (1)**
44:10
**setting (1)**
73:25
**seven (2)**
37:20,22;44:8,13;
47:15;71:22
**Several (1)**
22:23
**shakes (1)**
49:17
**shaking (1)**
42:16
**share (1)**
75:4
**shelf (1)**
29:16
**Shell (1)**
63:5
**shelves (1)**
31:2
**shift (1)**
70:1
**shipping (2)**
62:20,25
**shit (1)**
77:7
**shop (5)**
13:16,19;22:3;23:16;
66:21
**shops (1)**
66:20
**shot (4)**
46:20,25;61:4,25
**shoulder (1)**
82:20
**show (4)**
28:20,21;51:5;68:3
**showed (1)**
49:12
**shows (3)**
72:24;73:1;75:16
**side (26)**
8:21,21;46:4;52:1,6,
20,20;54:16,17,18,20,
21;56:16,17,18,19,25;
58:4;73:2,3,7,19;76:22,
23,24;78:15
**sides (2)**
54:23;81:11
**silt (1)**
49:5
**sit (2)**
43:17;81:7
**site (1)**
84:13
**sits (3)**

Case 4:21-cv-00471-JM   Document 48-6   Filed 09/08/22   Page 34 of 37

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

14:19;31:19;58:4
**sitting (2)**
49:11;83:3
**six (5)**
44:8,13;47:15;60:6;
62:16
**sleep (1)**
67:9
**slipped (2)**
69:18,19
**slow (4)**
51:10,11;66:23;
67:20
**slower (1)**
44:25
**slowing (1)**
44:24
**slows (3)**
67:14,15;69:10
**smaller (1)**
74:12
**smart (2)**
18:6,9
**smashed (1)**
43:8
**snake (1)**
50:14
**snakes (1)**
50:13
**soaks (1)**
45:13
**Social (5)**
20:19,22,25;21:8;
30:14
**soft (3)**
77:8,10,10
**sold (12)**
19:3,14,16,18;20:9,
10;23:20;62:10,13,15;
86:20,24
**sole (4)**
14:7,8;25:8,10
**Somebody (1)**
75:14
**someone (3)**
19:9;44:17;64:16
**sometime (1)**
78:5
**sometimes (5)**
14:3;43:17;67:4,5,5
**somewhat (1)**
60:19
**somewhere (1)**
47:17
**son (9)**
21:13;29:1;33:11,12;
37:12,15;39:3;69:17;
79:19
**Sonatas (1)**
60:2
**Sophine (2)**
28:7,9
**sorry (7)**

13:12;16:22;20:19;
22:12;26:7,12;47:8
**sort (1)**
71:15
**sound (2)**
28:6;40:16
**south (1)**
54:13
**soybean (1)**
45:6
**speak (1)**
10:16
**specific (2)**
20:4;82:22
**speculation (1)**
56:10
**spent (1)**
40:3
**Spitting (1)**
22:12
**spray (3)**
82:12,12,16
**squirrel (2)**
59:12,12
**St (1)**
11:8
**stab (1)**
66:23
**stage (1)**
48:2
**Stan (1)**
71:10
**stand (4)**
11:20;34:5,6,6
**standing (8)**
43:11;45:2,12;51:13;
81:25;82:6;84:4;86:13
**stands (1)**
45:12
**Stan's (1)**
37:3
**start (5)**
13:7,21;19:7;57:11;
67:6
**started (8)**
13:4,10,15;14:6;
31:12;49:10;79:22;
85:1
**starter (1)**
31:10
**starting (1)**
59:24
**starts (3)**
43:10;44:24;81:24
**state (13)**
6:15;11:21;20:8;
25:25;26:10;44:9,14;
55:25;56:1,1,7,8,8
**statement (1)**
31:5
**statements (1)**
86:8
**states (4)**

12:18;37:2,20;63:25
**State's (3)**
25:12,20;26:16
**stationary (1)**
58:5
**stay (5)**
20:2;30:19;31:11;
32:14;45:14
**stayed (2)**
50:9;58:13
**stays (4)**
31:11;45:15;58:20;
59:1
**steering (1)**
83:4
**step (3)**
43:10;78:14,14
**stepped (1)**
50:14
**stepping (1)**
50:13
**sticking (1)**
49:17
**sticks (1)**
50:11
**stifled (1)**
81:24
**still (9)**
14:13;20:24;35:13,
16;48:17;54:3;58:14;
67:10;86:24
**stock (9)**
29:7;30:19;31:6;
32:16;44:21;65:3,5,7,
15
**stood (1)**
29:12
**stop (5)**
9:1;22:15;49:21;
63:4;87:10
**stopped (5)**
48:3;49:10;52:17,19;
53:15
**stops (1)**
49:23
**store (1)**
80:17
**stored (1)**
36:10
**straight (2)**
54:13;85:23
**stream (1)**
70:1
**Street (4)**
56:21,23;57:9,11
**strong (1)**
60:22
**stuck (1)**
43:14
**stuff (5)**
17:3;31:22;65:20,21;
77:5
**stumps (1)**

49:16
**styrofoam (1)**
34:17
**substantiate (1)**
7:15
**sudden (1)**
61:17
**sued (3)**
23:8,11,25
**suing (1)**
23:10
**summertime (1)**
44:6
**sun (1)**
30:23
**sunroof (1)**
32:7
**Supply (2)**
63:7;70:4
**support (1)**
7:16
**sure (9)**
25:1;26:8;29:18;
53:6;65:25;79:3;80:11;
81:3,19
**surveyor (2)**
75:7,13
**Suspension (1)**
31:10
**swag (3)**
55:10,10,11
**Swartsky (3)**
39:16,16,18
**sworn (1)**
6:10
**system (1)**
29:15

**T**

**TA (1)**
62:14
**table (1)**
81:11
**tag (1)**
38:3
**talk (9)**
9:6;57:21,22,22,23;
70:7,21;83:5,9
**talked (5)**
24:11;61:1;83:10,11,
19
**talking (8)**
20:17;36:18;45:11;
54:19;70:8;77:16;84:1,
23
**taught (1)**
17:1
**tax (20)**
7:24;8:1,2,9;19:23;
20:1,3;40:4,10,20;
41:18,19,20;67:17,18,
21,24,24;68:2,14

**taxed (1)**
68:14
**teaches (1)**
17:11
**tear (1)**
60:5
**telephone (4)**
29:1;54:8;73:17;
74:6
**telling (1)**
10:1
**tells (1)**
62:19
**Tenenbaum (3)**
43:17;44:1,5
**test (1)**
12:4
**testified (1)**
6:12
**testify (1)**
6:11
**theirs (2)**
75:1,2
**third (1)**
68:25
**though (4)**
15:18;57:5;66:14;
68:10
**three (6)**
50:18,19,19;54:6;
60:8,12
**threefold (2)**
41:1;59:18
**throw (2)**
42:9;49:14
**throwing (1)**
42:15
**tie (1)**
62:2
**ties (1)**
78:13
**till (6)**
17:18;35:9;49:22;
50:7;67:18;84:6
**tilled (1)**
45:10
**tilling (1)**
45:11
**times (11)**
23:12;34:18;48:4,21;
60:12;66:23;67:22;
69:12;77:14;84:7;
85:19
**title (1)**
38:18
**titled (1)**
7:9
**today (12)**
6:25;9:20;10:3,6,14,
18;18:17;35:10;51:4;
52:8;67:18;87:7
**Today's (1)**
6:3

Case 4:21-cv-00471-JM   Document 48-6   Filed 09/08/22   Page 35 of 37

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

**together (3)**
15:9;71:2,7
**told (10)**
16:21;18:12;24:7;
29:20;34:3;51:20;
84:20;85:2;86:3;87:14
**took (27)**
41:7,17;48:4;50:7,
23,24;51:1;53:14;
68:18,22,25;71:5;72:6,
19,22;73:15,22,24,24;
77:21;78:2;82:5;83:2;
84:14;85:3;86:20,23
**tools (1)**
31:21
**top (8)**
7:10;24:15;25:7;
27:10;49:9;73:5;84:21,
25
**topped (1)**
18:24
**topsoil (1)**
45:14
**tore (1)**
18:23
**total (1)**
40:22
**totals (1)**
40:21
**tour (1)**
29:18
**tow (1)**
36:8
**toward (1)**
74:3
**towards (2)**
57:16;73:4
**town (3)**
61:15;63:6;66:21
**Toyota (2)**
57:12;64:19
**trackhoe (2)**
49:2,3
**tracks (12)**
49:22;53:22;54:10,
12,19,20,21,22,23;
73:4;76:23,23
**Tractors (1)**
41:16
**trade (2)**
17:2,6
**traded (1)**
68:10
**train (1)**
83:13
**transmission (7)**
31:8,14;34:19;35:3;
39:21;43:4;66:22
**transport (1)**
37:10
**Transportation (1)**
44:17
**tree (3)**

74:22;82:14;84:14
**trees (13)**
49:12;50:10,11;
52:13,13;58:14;59:3,6,
11;76:20,22;77:7;84:6
**trestle (6)**
47:24,25;48:12,18;
52:16;55:8
**trial (1)**
9:20
**tried (1)**
80:16
**trimmed (1)**
18:25
**trophy (2)**
38:19,21
**truck (3)**
35:24;43:16;44:12
**trucks (2)**
16:12;53:14
**Trump (2)**
70:8,9
**trunk (1)**
74:22
**trunks (1)**
74:22
**truth (6)**
6:8,11,11,12;10:9,9
**truthful (1)**
10:13
**try (4)**
43:12;56:3;62:18;
71:23
**trying (4)**
15:5;18:9;21:3;50:5
**TUCKER (6)**
6:14;26:8,14;71:21;
72:5;87:20
**Tulsa (1)**
37:4
**turn (5)**
7:5,8;53:5;66:11;
72:10
**turned (1)**
54:2
**turns (1)**
43:8
**TV (1)**
70:12
**Twice (2)**
48:23;49:25
**Twin (3)**
13:17;46:23;48:2
**Two (20)**
11:19;13:17;14:1;
18:20,20;30:14,25;
33:8;35:25;41:24;
48:11;50:4;51:3;56:24;
59:13;60:8;61:16;
67:15;81:11;83:10
**two-story (1)**
31:1
**two-thirds (1)**

72:11
**two-year (1)**
12:1
**type (6)**
15:4;18:2;23:13;
27:1,10;37:16

**U**

**UCA (1)**
11:24
**unbolts (1)**
39:22
**under (7)**
10:8;25:14;34:21;
40:21;50:12;54:10;
86:22
**underneath (1)**
45:13
**understood (2)**
9:23;87:17
**unfortunately (1)**
70:20
**Union (6)**
21:11;48:15,21;
49:24;54:10;83:5
**United (3)**
37:1,20;63:25
**unobstructed (1)**
74:19
**up (63)**
8:1,20;11:11,12;
17:18;19:15;23:25;
28:6;30:25;32:24;
35:20,22;36:1,15,23;
39:25;44:18;48:3,3,7,
13;49:6,17,21,23;50:2;
52:17,19,23;53:4,10,
15;55:6;58:5,6,8,9;
59:18,19;60:5,5,12,17;
61:5;62:10;63:9,18;
64:7;65:1,7,9;66:18;
69:1,2;71:23;73:4;
76:19,20;79:6;80:17;
81:9;84:18;86:22
**up-and-down (2)**
64:5,14
**uphill (1)**
46:16
**upon (1)**
9:19
**upper (1)**
30:5
**ups (1)**
44:1
**use (4)**
17:22;29:1;59:4;
77:7
**used (17)**
15:16;18:21;19:1;
32:18,18,22;34:16,23;
42:13;59:5,11;62:21;
63:22;65:8;66:19,21;

87:16
**using (2)**
65:22;67:15

**V**

**vacate (1)**
20:1
**vegetation (1)**
74:8
**vehicle (2)**
80:7,7
**vehicles (1)**
32:14
**verbatim (1)**
9:5
**video (2)**
6:3;37:5
**VIDEOGRAPHER (4)**
6:2;71:24;72:3;
87:22
**videorecorded (1)**
6:5
**Vietnam (1)**
12:8
**Vincent's (1)**
11:8
**vine (1)**
69:1
**visit (1)**
10:2
**visors (1)**
30:23
**vocational (1)**
17:10
**voucher (2)**
68:5,13

**W**

**wade (1)**
75:12
**waders (1)**
48:10
**Walgreens (1)**
71:13
**walk (3)**
48:3;78:12,13
**walked (3)**
46:18;50:9;78:10
**WalMart (1)**
80:17;82:15
**war (2)**
12:8;21:14
**warranty (3)**
23:22;24:14,23
**Waste (23)**
46:13,21;47:18;48:5;
51:17;52:24,25;53:9,
10,16,20;54:18;73:1,
10;74:3,15,16;75:4,9;
77:17,18,19;78:1
**Watch (1)**

66:7
**watching (1)**
49:11
**water (62)**
43:11;45:3,11,12;
46:16;48:5,8,13,16,19;
49:10,14,19;50:5,10,
12;51:1,6,7,8,13,13;
52:15,15;53:24;55:7;
56:3,9,11,14,21,22;
57:11,13,20;58:3,4,6,9,
10,20;59:8;74:2,19;
76:10,18,19,20;81:25;
82:6,8,11,17,22;84:4,6,
25;85:17,25;86:13,19,
22
**wave (1)**
83:16
**way (15)**
7:6;8:1;29:23;42:24;
44:16;49:8;53:24;55:2;
56:14;59:11;61:10;
63:1;80:10;81:19;
84:17
**ways (1)**
67:8
**weather (1)**
43:25
**website (1)**
26:17
**week (3)**
45:14;60:8;62:15
**weekends (1)**
28:21
**weeks (1)**
81:23
**weeping (1)**
77:6
**weld (1)**
15:8
**welded (1)**
34:20
**welder (1)**
21:14
**weren't (1)**
34:23
**west (3)**
51:17;54:16,20
**wet (2)**
45:14,15
**what's (12)**
31:8;38:18;39:5,8,
15;40:8,19;50:12;
62:19;65:15;72:6;
75:15
**wheel (4)**
30:23;42:11;56:4;
83:4
**wheels (1)**
83:3
**Whereabouts (1)**
54:9
**wherever (1)**

Case 4:21-cv-00471-JM   Document 48-6   Filed 09/08/22   Page 36 of 37

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

36:10
**whichever (1)**
    55:8
**whole (3)**
    6:11;10:9;62:21
**wife (11)**
    14:12;22:17;25:2;
    29:1;33:10;34:4;39:3;
    40:2;61:2;77:21;85:6
**wife's (4)**
    24:13;37:3;40:9;
    71:3
**willing (2)**
    27:22,25
**willow (1)**
    77:6
**wind (1)**
    49:17
**within (1)**
    78:5
**without (3)**
    9:21;10:1;29:10
**witness (6)**
    6:8;36:23;39:25;
    50:2;84:18;87:20
**won (1)**
    24:3
**wondering (1)**
    64:6
**wood (1)**
    77:10
**woods (1)**
    77:10
**Wooten (5)**
    13:22,24;14:11;22:3,
    17
**word (11)**
    15:6,14;23:5;32:17,
    18,19;71:18;77:7;79:1;
    87:14,15
**words (9)**
    17:10;31:13;46:22;
    57:1;59:8;60:4;63:17;
    67:16;82:9
**wore (1)**
    77:16
**work (16)**
    13:18;17:7,11;32:2,
    25;33:2,9,16,21;35:6;
    61:19;69:7,15;80:22,
    23;86:12
**worked (3)**
    21:11,12,13
**working (3)**
    20:24;79:19,25
**world (1)**
    49:14
**worse (3)**
    81:18,21,23
**worth (8)**
    42:15,19;43:12;61:3,
    3;62:3;63:21;79:18
**wreck (1)**

38:20
**wrecked (2)**
    31:20;35:4
**wrecker (1)**
    35:24
**wreckers (1)**
    35:23
**write (1)**
    77:20
**written (1)**
    86:9
**wrong (6)**
    13:13;22:15;32:18,
    19;47:4;87:16
**wrote (1)**
    77:20

## Y

**y'all (4)**
    34:23;36:22,24;
    66:18
**yard (28)**
    14:25;18:17;19:13,
    14,15;23:1,8,15,20;
    24:8,13;25:8;27:20;
    29:21;33:3,4,10,13,16,
    18;34:24;35:7;63:24;
    66:5,9;85:15;86:14,16
**yards (2)**
    79:14;85:24
**yardstick (1)**
    82:25
**year (40)**
    11:15;12:16,23;13:7;
    19:7;20:18,18;22:10;
    24:12;33:19;36:17;
    40:19;42:13;43:2,2;
    45:19;50:4;54:5;60:15;
    65:2,2;67:4,21,23,23,
    25;68:1,8,21;69:4,21,
    23;72:14;73:14,23;
    75:23;79:21;80:12,12,
    12
**years (31)**
    11:19;12:14;13:17;
    17:2,18;19:16,17;
    20:11;21:12;22:1,12;
    30:14;33:1;38:25;
    41:24;45:19,20;47:15;
    50:18,18,19;51:3;
    52:10,10;54:6;59:9;
    61:7,8;68:2;74:12;78:9
**yesterday (1)**
    35:9
**you-all (1)**
    32:15
**younger (1)**
    61:6
**yo-yo (2)**
    63:9;65:1

## Z

**zeroed (1)**
    41:12

## 1

**1 (8)**
    6:24;7:2;25:7;51:6;
    75:21,22,24;86:19
**1,500,000 (2)**
    27:20;29:12
**1,600,000 (1)**
    60:2
**1/2 (1)**
    82:16
**1:23 (1)**
    6:4
**10 (7)**
    30:16;33:1,6;67:5;
    82:13,14;86:10
**10,000 (1)**
    79:12
**100 (1)**
    45:19
**100,000 (1)**
    79:13
**11 (4)**
    23:24;42:14;78:7,7
**12 (7)**
    7:1;23:22;30:16;
    33:20;60:1;62:13;78:7
**12/4/1949 (1)**
    11:3
**127 (1)**
    37:2
**12th (1)**
    6:4
**13 (3)**
    23:24;38:12;40:9
**135 (2)**
    48:6;49:12
**14 (2)**
    38:11;59:14
**140,000 (1)**
    20:14
**147 (1)**
    37:1
**15 (4)**
    39:1;61:10;71:3,8
**1500 (1)**
    60:7
**160 (1)**
    15:20
**161 (5)**
    14:2;18:18;20:5;
    53:4,4
**165 (1)**
    36:5
**167 (1)**
    53:18
**167/67 (1)**

57:19
**17 (4)**
    22:1;50:20;72:7,20
**18 (4)**
    75:16,19;76:3;77:3
**19 (3)**
    21:12;73:9;77:25
**1940 (1)**
    52:5
**1942 (1)**
    52:5
**1960 (1)**
    21:13
**1965 (1)**
    13:10
**1969 (1)**
    13:14
**1978 (3)**
    13:8,15,19
**1982 (1)**
    24:25
**1990 (1)**
    14:21
**1st (1)**
    17:12

## 2

**2 (6)**
    25:7;51:12,14;76:16;
    82:15;86:19
**2,000 (1)**
    80:21
**20 (3)**
    34:13;45:20;67:4
**2003 (2)**
    22:1,11
**2010 (1)**
    30:13
**2011 (8)**
    8:1;40:11,12,21,21;
    41:2,6,10
**2012 (23)**
    17:19;18:13;19:6,9;
    20:10,15;21:4,5,8;
    32:22;33:15;35:9,11;
    37:17;38:8;40:21,22;
    41:2,9,21;61:3;63:18,
    19
**2013 (1)**
    41:21
**2014 (1)**
    38:10
**2015 (8)**
    20:11;39:1;47:16;
    59:16;60:13;61:9,22;
    72:15
**2016 (8)**
    39:1;59:18;60:9,13;
    61:20,23;62:4;79:3
**2017 (3)**
    39:1;70:5;79:3
**2018 (4)**

8:1;40:11;70:6;79:4
**2019 (4)**
    26:17;63:22;75:23;
    76:5
**2020 (5)**
    6:4;7:1;42:14;52:10;
    61:10
**24 (1)**
    76:16
**24-hour (1)**
    51:14
**25 (2)**
    31:22;41:23
**25,000 (1)**
    24:22
**26 (1)**
    30:12
**2701 (7)**
    13:22,24;14:10,25;
    15:4;22:3,16
**276 (1)**
    19:4
**2nd (1)**
    17:12

## 3

**3 (5)**
    26:15;72:10;75:23;
    86:19,20
**3,500,000 (1)**
    29:15
**3:03 (1)**
    71:25
**3:09 (1)**
    72:4
**3:33 (2)**
    87:23,25
**30 (1)**
    80:18
**30,000 (1)**
    61:23
**30th (1)**
    24:24
**319 (1)**
    21:21
**3332 (1)**
    21:21
**37 (1)**
    22:12

## 4

**4 (3)**
    26:25;86:19,20
**4,000 (2)**
    38:10,13
**40 (3)**
    52:5,10;56:14
**40,000 (1)**
    19:4
**40s (1)**
    55:13

**41 (1)**
  52:5
**42 (1)**
  52:5
**4249 (2)**
  72:9,11
**44 (1)**
  21:14
**440 (7)**
  16:11,15;46:4,7;
  55:19;56:13,15

---

### 5

**5 (3)**
  33:24;86:19,20
**5:00 (1)**
  35:13
**50 (2)**
  42:19;49:22
**50/50 (1)**
  31:17
**57 (2)**
  62:14;65:22
**5809 (2)**
  18:18;20:5

---

### 6

**6 (3)**
  49:9;51:6;84:21
**67 (1)**
  11:16
**67/167 (1)**
  53:18
**69 (3)**
  12:15,24;13:11

---

### 7

**7 (1)**
  26:17
**70 (3)**
  11:6;51:12;79:16
**72007 (1)**
  21:22
**75 (1)**
  61:15
**75,000 (1)**
  36:15
**750,000 (1)**
  30:16
**78 (2)**
  13:8;46:5

---

### 8

**8 (1)**
  33:24
**8:00 (1)**
  35:13
**80 (4)**
  15:19;34:11;52:10,

  10
**8125 (1)**
  14:1
**83 (4)**
  14:12,13,14;22:11

---

### 9

**92 (1)**
  19:8
**99 (1)**
  18:7

---