EXHIBIT 7

## In The Matter Of:

*Darel Adelsberger and Annette Adelsberger vs.*
*Union Pacific Railroad Company*

---

*Annette Adelsberger*
*February 12, 2020*

---

*Kelly Hill, CCR*

Original File AAdelsberger.txt
**Min-U-Script® with Word Index**

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

---

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
 2                WESTERN DIVISION

 3  DAREL ADELSBERGER AND          )
    ANNETTE ADELSBERGER            )
 4              PLAINTIFFS,        )
                                   )
 5  VS.                            )NO. 4:19-CV-3
                                   )    SWW
 6  UNION PACIFIC RAILROAD COMPANY )
                DEFENDANT.         )
 7

 8

 9

10

11       VIDEOTAPED ORAL DEPOSITION OF

12            ANNETTE ADELSBERGER

13             FEBRUARY 12, 2020

14

15

16

17

18

19

20            KELLY D. HILL

21        CERTIFIED COURT REPORTER

22           STATE OF ARKANSAS

23            (501) 416-9329

24

25
```

---

Page 2

```
 1      ANSWERS AND VIDEOTAPED DEPOSITION OF ANNETTE

 2  ADELSBERGER, a witness produced at the request of

 3  the Defendant, was taken pursuant to Notice of

 4  Videotaped Deposition and Subpoena Duces Tecum,

 5  in the above-styled and numbered cause on the

 6  12th day of February 2020, 10:05 a.m., before

 7  Kelly Hill, a Certified Court Reporter, taken at

 8  Friday, Eldredge & Clark Law Firm, 400 West

 9  Capitol Avenue, Suite 2000, Little Rock, Arkansas

10  72201, in accordance with the Federal Rules of

11  Civil Procedure.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

---

Page 3

```
 1  APPEARANCES OF COUNSEL:

 2

    ON BEHALF OF PLAINTIFFS:
 3
        MR. STANLEY D. RAULS
 4      ATTORNEY AT LAW
        P.O. BOX 21665
 5      LITTLE ROCK, ARKANSAS 72221

 6

    ON BEHALF OF DEFENDANT:
 7
        MR. SCOTT H. TUCKER
 8      FRIDAY, ELDREDGE & CLARK, LLP
        400 WEST CAPITOL AVENUE, SUITE 2000
 9      LITTLE ROCK, ARKANSAS 72201

10

11  ALSO PRESENT:  BOB DUNN, VIDEOGRAPHER

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

---

Page 4

```
 1         S T I P U L A T I O N S

 2

 3      The attorneys for all parties present

 4  stipulate and agree as follows:

 5

 6  Objections:

 7      Reserve all objections, except as to the form

 8  of the questions and the nonresponsiveness of the

 9  answers, until the time of trial, which

10  objections are waived if not made at the taking

11  of the deposition.

12

13  Signature:

14      Waived.

15

16

17

18

19

20

21

22

23

24

25
```

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

**Page 5**

```
 1              I N D E X
 2
 3  STYLE AND NUMBER . . . . . . . . . . . . .   1
 4  APPEARANCES. . . . . . . . . . . . . . . .   3
 5  STIPULATIONS . . . . . . . . . . . . . . .   4
 6  DEPOSITION EXHIBIT INDEX . . . . . . . . .   6
 7
    WITNESS:   ANNETTE ADELSBERGER
 8
       Examination by Mr. Tucker. . . . . . . 7
 9     Deposition Concluded . . . . . . . . .107
10  COURT REPORTER'S CERTIFICATE . . . . . . .108
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 6**

```
 1         DEPOSITION EXHIBIT INDEX
 2  No. 1  Notice of Deposition        Page   8
 3  No. 2  Warranty Deed               Page  24
 4  No. 3  Secretary of State document Page  26
 5  No. 4  Muradian document           Page  27
 6  No. 5  Analysis of tax returns     Page  31
 7  No. 6  2011 tax return             Page  31
 8  No. 7  2012 tax return             Page  35
 9  No. 8  2013 tax return             Page  36
10  No. 9  2014 tax return             Page  37
11  No. 10 2015 tax return             Page  39
12  No. 11 2016 tax return             Page  40
13  No. 12 2017 tax return             Page  42
14  No. 13 2018 tax return             Page  44
15  No. 14 Analysis of tax returns     Page  46
           (Corrected version)
16
    No. 15 Photo log                   Page  47
17
    No. 16 Photograph                  Page  49
18
    No. 17 Photograph                  Page  52
19
    No. 18 Photograph                  Page  57
20
    No. 19 Photograph                  Page  59
21
    No. 20 ADEQ Arkansas document      Page  61
22
    No. 21 Response to Defendant's     Page  69
23         First St of Interrogatories
           and Requests for Production
24         of Documents
25
```

**Page 7**

```
 1           P R O C E E D I N G S
 2       VIDEOGRAPHER: We're on the audio
 3  and video record.  Today's date is February the
 4  12th, 2020.  The approximate time is 10:05 a.m.
 5  This is the video-recorded deposition of Ms.
 6  Annette Adelsberger.
 7       Would the court reporter please administer
 8  the oath of truth to the witness?
 9           ANNETTE ADELSBERGER,
10  having been first duly cautioned and sworn to
11  testify the truth, the whole truth and nothing
12  but the truth, testified on her oath as follows:
13           EXAMINATION
14  BY MR. TUCKER:
15  Q.  Good morning.
16  A.  Good morning.
17  Q.  Would you please state your full name, ma'am?
18  A.  Annette Rose Adelsberger.
19  Q.  Is that R-o-s-e?
20  A.  Yes, sir.
21  Q.  And your maiden name?
22  A.  Carroll.
23  Q.  C-a-r-r-o-l-l?
24  A.  l-l, yes.
25  Q.  Ms. Adelsberger, what name do you go by?
```

**Page 8**

```
 1  A.  Annette.
 2  Q.  And have you ever been known by a different
 3  name?
 4  A.  No, sir.
 5  Q.  I'm going to hand you what I've marked as
 6  Exhibit No. 1 which is a Notice of Deposition and
 7  Subpoena Duces Tecum.  And do you see that it
 8  states take notice that Defendant Union Pacific
 9  Railroad Company will take the videotaped
10  deposition of Annette Adelsberger?  Do you see
11  that?
12       (Deposition Exhibit No. 1 was
13  marked.)
14  A.  Yes, sir.
15  Q.  And it says the time will be 10:00 a.m. on
16  February 12, 2020, and you're here, right?
17  A.  Yes, sir.
18  Q.  Okay.  If you'll turn to the last page,
19  please.  This was Exhibit A to the notice.  You
20  may have these or you may not, but I want to read
21  it into the record.  You were requested to bring
22  copies of all financial records and other
23  documents which substantiate proof or otherwise
24  support plaintiffs' claim for damages in this
25  case.  Do you see that?
```

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

Page 9

1  A. Yes.
2  Q. Do you have anything with you here today?
3  A. No, sir. Everything Stan has.
4  Q. Okay. Well, let's talk about that for just a
5  moment. As far as documents which would
6  substantiate, prove or support your claim for
7  damages in this case, I know that Mr. Rauls has
8  produced tax returns?
9  A. Yes, sir.
10 Q. From 2011 through 2018?
11 A. Yes, sir.
12 Q. Would you have any other documents that would
13 support your claim for damages in this case?
14 A. Just the sales, which is basically on the tax
15 returns, a decline in our sales.
16 Q. And I saw in your tax returns -- which we'll
17 go over in a moment -- there was a section that
18 said like gross receipts, cost goods sold, things
19 of that nature. Do you have any type of
20 financial records which show those numbers and
21 back those up?
22 A. That would be provided by the CPA. The CPA
23 does all the information through the software for
24 our system.
25 Q. And who is your CPA?

Page 10

1  A. At this time it's Arkansas Accounting.
2  Q. And you said this time. Have you used
3  someone else other than that?
4  A. Yes, sir. Patrick Accounting.
5  Q. Let me back up. What years would Arkansas
6  Accounting have done your records?
7  A. They have just taken our stuff over as of the
8  2018 period. Patrick Accounting was sold out --
9  another -- they were Massey & Wood, and they were
10 sold out by another company, and after being with
11 them over 30 years, they let their smaller
12 companies go and wanted to retain other
13 companies, you know, larger ones, and we were a
14 small company so we went with Arkansas
15 Accounting.
16 Q. Where is Arkansas Accounting located?
17 A. In Sherwood.
18 Q. And am I right that they did your 2018 tax
19 return?
20 A. Yes, sir.
21 Q. And before that either Patrick Accounting or
22 Massey & Wood would have done those?
23 A. Yes, sir.
24 Q. Okay. Ms. Adelsberger, have you ever given a
25 deposition before?

Page 11

1  A. No, sir.
2  Q. Let me go over some ground rules with you
3  that your attorney may have covered, but I cover
4  with every single witness, and you're doing a
5  good job. If you would, please answer out loud
6  rather than nodding the head --
7  A. Yes, sir.
8  Q. -- either up or down or side to side. And
9  if you nod your head up and down, just for the
10 record I'm going to have to say is that a yes.
11 I'm not being rude. I'm just trying to clarify
12 our record, okay?
13 A. Okay.
14 Q. And if you would, please say yes or no rather
15 than uh-huh or huh-uh. And I say that all the
16 time. But if I hear uh-huh, I may have to say
17 was that a yes, just to make sure that we get
18 your answer down correctly, okay?
19 A. Yes, sir.
20 Q. The court reporter, Ms. Hill, is taking down
21 everything we say verbatim, so we can't both talk
22 at the same time. If you would, please let me
23 finish my question before you begin your answer,
24 and I'll do my best to let you finish your answer
25 before I ask you another question, okay?

Page 12

1  A. Okay.
2  Q. And, Ms. Adelsberger, if you would, let me
3  have an agreement with you. If you don't hear
4  one of my questions, will you please ask me to
5  repeat it?
6  A. Yes, sir.
7  Q. And if you don't understand one of my
8  questions for any reason, will you please ask me
9  to rephrase it?
10 A. Yes, sir.
11 Q. Because I'll be relying upon the answers that
12 you give here today in preparation for the trial
13 of this case, and if you answer a question
14 without asking me to either repeat or rephrase
15 it, I'm going to take it that you heard the
16 question and that you understood the question; is
17 that fair?
18 A. Yes, sir.
19 Q. Without telling me anything that was said,
20 have you had a chance to visit with your attorney
21 about what we're doing here today?
22 A. Yes, sir.
23 Q. And do you understand what we're doing here
24 today?
25 A. Yes, sir.

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

Page 13

1 Q. You understand that you are under oath to
2 tell the truth and the whole truth just like if
3 we were in front of a judge and a jury?
4 A. Yes, sir.
5 Q. Ms. Adelsberger, are you on any medications
6 that would affect your ability to give truthful
7 and accurate answers today?
8 A. No, sir.
9 Q. Here again, without telling me anything that
10 you and your lawyer discussed, what did you do to
11 prepare for your deposition here today?
12 A. Just review things in my head and speak with
13 my husband.
14 Q. Did you happen to review any documents, any
15 pieces of paper?
16 A. No, sir.
17 Q. Did you look at any pictures?
18 A. Yes, sir.
19 Q. Would those be the ones that you forwarded to
20 Mr. Rauls that he then sent to us?
21 A. Yes, sir.
22 Q. Did you do anything else?  You said reviewed
23 things in my head.  Help me there.
24 A. Well, not knowing — not ever having done
25 this.  Just being nervous I think is what I'm

Page 14

1 referring to.
2 Q. Other than looking at some pictures, did you
3 review anything else?
4 A. No, sir.
5 Q. You may recall -- and we'll go over these
6 later on -- that we sent to you and your husband
7 written questions called interrogatories to which
8 you-all responded, and your lawyer sent
9 interrogatories to the railroad to which they
10 responded.  Did you look at those?
11 A. Today, no, sir.
12 Q. Or in preparation for your deposition?
13 A. No, sir.
14 Q. All right.  Other than photographs, that's
15 all you reviewed in preparation for today; is
16 that right?
17 A. Yes, sir.
18 Q. Ms. Adelsberger, what is your date of birth?
19 A. 11/29/56.
20 Q. And help me.  How old does that make you?
21 A. Well, 64, coming up quick.
22 Q. Where were you born?
23 A. Germany.
24 Q. What town?
25 A. Nidda.

Page 15

1 Q. Was your father in the military?
2 A. Yes, sir.
3 Q. Where did you grow up?
4 A. All over to be honest.  My dad was military
5 so we traveled a lot.  Arkansas is where we
6 rooted.
7 Q. When did you move to Arkansas?
8 A. I don't know exactly.
9 Q. Where did you go to high school?
10 A. Several places, wherever we traveled, Texas,
11 Missouri.  My dad was military so we moved a lot.
12 Q. Where did you graduate from high school?
13 A. Ohio.
14 Q. And do you have any formal -- other formal
15 education such as college?
16 A. No — not with any certificates.  I started
17 and then went to work and didn't complete.
18 Q. When did you first move to Arkansas; can you
19 recall that?
20 A. No, sir, I cannot.  You would think I would
21 know, but I don't remember.
22 Q. Was it while you were in school or after you
23 got out of school?
24 A. During school off and on.  We moved here, and
25 then moved away and then came back.

Page 16

1 Q. What branch of the service was your father?
2 A. Army.
3 Q. And when y'all move to Arkansas where did you
4 live?
5 A. Several places.  Hot Springs, and then of
6 course Little Rock.
7 Q. Ms. Adelsberger, do you have any relatives
8 that have ever worked for a railroad?
9 A. Not that I'm aware of.
10 Q. What is your current address?
11 A. Home, 3332 Highway 319, Austin, Arkansas
12 72007.
13 Q. Let me repeat that.  3332 Highway 319,
14 Austin, Arkansas?
15 A. Yes, sir.
16 Q. Say that ZIP code again, please.
17 A. 72007.
18 Q. And how long have you lived there, ma'am?
19 A. I believe it'll be 14 years.
20 Q. This year?
21 A. Yes, sir.
22 Q. Where did you live before that?
23 A. In North Little Rock.
24 Q. And how long did you live in North Little
25 Rock before you moved to Austin?

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

Page 17

1  A.  Probably another almost 20.
2  Q.  Do you have any relatives in Pulaski County?
3  A.  Well, other than my son which is in Lonoke.
4    No, sir, I do not, not in Pulaski.
5  Q.  Have you ever pled guilty to or been
6    convicted of a crime?
7  A.  No, sir.
8  Q.  Have you ever served in the military?
9  A.  No, sir.
10  Q.  You are currently married; is that correct?
11  A.  Yes, sir.
12  Q.  And your husband's name is?
13  A.  Darel Adelsberger.
14  Q.  And spell Darel for me.
15  A.  D-a-r-e-l.
16  Q.  When did you and Mr. Adelsberger get married?
17  A.  In 1983.
18  Q.  Where would that have been?
19  A.  In Benton.
20  Q.  Does Mr. Adelsberger work anywhere?
21  A.  He's retired, and he helps me whenever I need
22    help there at our business — at my business, his
23    business.
24  Q.  Where is Mr. Adelsberger retired from?
25  A.  AA Auto Sales.

Page 18

1  Q.  And when did he retire?
2  A.  I want to say it's been -- he probably will
3    be more apt to give you the exact date.  I
4    believe it's been about seven years.
5  Q.  So if we're in 2020 now, would it have been
6    roughly sometime in 2013?
7  A.  I would think, or maybe prior to that.  You
8    can ask him.  He'll give you an exact date.
9  Q.  And you mentioned that you are employed by --
10    do you call it Double A or AA Auto Sales?
11  A.  AA Auto.
12  Q.  What is your position there?
13  A.  Well, I do a little bit of everything.  Try
14    to manage, help anyone that needs help, direct
15    employees, that sort of thing.
16  Q.  Are you the president of the company?
17  A.  Well, I would — I would say more the
18    manager.  My husband would be more the president
19    as far as the decisions.
20  Q.  How long have you been the manager of AA Auto
21    Sales?
22  A.  Since '85.
23  Q.  And had you worked at AA Auto Sales prior to
24    1985?
25  A.  No, sir.

Page 19

1  Q.  Did you work anywhere else prior to 1985?
2  A.  Yes, sir.
3  Q.  Where was that?
4  A.  Dillard's and Telesphere.
5  Q.  What was your job at Dillard's?
6  A.  Assistant buyer.  Data entry is where I
7    started.
8  Q.  And how long did you work at Dillard's
9    approximately?
10  A.  I'm not sure.
11  Q.  And the other place was what again?
12  A.  Telesphere.
13  Q.  Telesphere?
14  A.  Yes, sir.
15  Q.  What type of business is Telesphere?
16  A.  It was the beginning of the telephone lines
17    and your long distance.
18  Q.  What did you do for them?
19  A.  Basically call customers, try to promote them
20    into that service and offer them instant savings.
21  Q.  When you began with AA Auto Sales in 1985,
22    what was your position?
23  A.  Sales, inventory.
24  Q.  And managing the business?
25  A.  Yes, sir.

Page 20

1  Q.  How many employees does AA Auto Sales
2    currently have?
3  A.  Let's see.  One, two, three, four.  Four, not
4    including myself.
5  Q.  What days of the week do you work at AA Auto
6    Sales?
7  A.  Monday through Friday.
8  Q.  And what days of the week is AA Auto Sales
9    open?
10  A.  7:30 to 5:30 Monday through Friday.
11  Q.  Not open on Saturdays or Sundays?
12  A.  No, sir.
13  Q.  Has it ever been in the past open on
14    Saturdays or Sundays?
15  A.  A long time ago, half days on Saturday.
16  Q.  When you say a long time ago, can you give me
17    --
18  A.  Oh, 15, 20 years.
19  Q.  Have you ever had any lawsuits before, Ms.
20    Adelsberger?
21  A.  Not that I know of.
22  Q.  Give me a basic idea of how the business
23    works.  I think I've got some idea, but tell me
24    on a day-to-day basis what happens or what you
25    hope happens.

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

Page 21

1 A. Right.
2 Q. Tell me how AA Auto Sales works.
3 A. We specialize in used auto parts, we sell
4 used and new. We purchase our vehicles through
5 the insurance pools or individuals that are
6 trying to sell their cars. At that point they
7 come in to our business. They are immediately
8 inventoried. And then that information is input
9 into our data, and then from there, it is on a
10 computer system and the car is processed. We
11 pull parts off that we feel like will sell
12 immediately if we can. Then immediately — once
13 it's on the inventory, then it's open for the
14 internet for the website, phone calls, any
15 advertising we might do through other businesses
16 that are similar to ours.
17 Q. So you-all do have a presence on the
18 internet; is that correct?
19 A. Yes, sir.
20 Q. And when did that begin?
21 A. I don't know what year, sir. It's been a
22 while.
23 Q. Are we talking about several years?
24 A. Yes, sir, several. I'm not sure exactly what
25 year.

Page 22

1 Q. And if someone wants to buy a part over the
2 internet through I guess your website, tell me
3 how that works.
4 A. The sale is automatically documented through
5 — we have a form that is filled out, and they
6 fill it out and process it, and then we
7 immediately proceed with the sale. And then
8 they — we wrap or crate the merchandise, and
9 then it's shipped out, or a lot of people provide
10 their own pickup or they'll come by, or maybe a
11 local individual or a local business that sees
12 it.
13 Q. And that leads into my next question. In
14 addition to selling auto parts on the internet,
15 do you get walk-in business?
16 A. Yes, sir.
17 Q. How would you break that down between --
18 A. As far as percentage, sir?
19 Q. Yes, ma'am.
20 A. I'm not sure. I wouldn't know those exact
21 numbers. I'm hands-on. I work all the time, so
22 I'm — but I'm sure Stan will be more than happy
23 to provide whatever you need.
24 Q. Do you think that your sales are a higher
25 percentage on the internet or a higher percentage

Page 23

1 of walk-in business?
2 A. I would say local business is probably now
3 half and half. Maybe more so local maybe, but I
4 don't know the exact numbers, sir.
5 Q. And when you say local business and I say
6 walk-in business, are we talking about the --
7 A. That's businesses, yes, sir.
8 Q. Are we talking about the same thing?
9 A. Yes, sir. Local businesses around town.
10 Q. What type of books are kept at AA Auto?
11 A. Our daily — we're on QuickBooks, and then
12 whatever our CPA uses, that applies our
13 QuickBooks to their system. They're the ones
14 that set us up on that system. And then our
15 daily information is kept each day.
16 Q. When you say daily information, what would
17 that consist of?
18 A. Your daily invoices.
19 Q. What year did AA Auto first become a
20 business?
21 A. Well, let's see. I want to say that it was
22 in 1985 is when I'm estimating. I don't know
23 that exact date.
24 Q. Had there been an auto parts business at that
25 location before you-all bought the property?

Page 24

1 A. No, sir.
2 Q. And I'll ask this to your husband, but did he
3 have any prior experience in the auto parts
4 business?
5 A. Yes, sir, but you can ask him. He can
6 elaborate on what he did.
7 Q. One of the things that your attorney provided
8 us in this case is the deed reflecting the
9 purchase of the land on which your business sits.
10 It's got Mr. Adelsberger's name on it. Would you
11 recognize this if I showed it to you?
12 A. I might. It's been a while since I've seen
13 it.
14 Q. I'll mark the deed as Exhibit No. 2.
15        (Deposition Exhibit No. 2 was
16 marked.)
17 Q. And do you see that the property was
18 purchased from a Charles Gaunt and Doris Gaunt?
19 A. Yes, sir.
20 Q. Do you recall what the purchase price was?
21 A. No, sir.
22 Q. And then down near the bottom of the first
23 page it shows that the Gaunts signed it on
24 November 30, 1982?
25 A. Yes, sir.

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

**Page 25**

1 Q. And were you and your husband married at that
2 time that this was purchased?
3 A. We married in '83.
4 Q. Do you know what, if anything, was done with
5 the land where AA Auto is now between the time of
6 purchase and the time that inventory was
7 stockpiled on the land and --
8 A. No, sir.
9 Q. You mentioned that you and Mr. Adelsberger
10 were married in 1983?
11 A. Yes, sir.
12 Q. Was AA Auto an ongoing business at the time
13 y'all got married, or did it come in, as you
14 said, in 1985?
15 A. The sales — he had a body shop, so there was
16 a body shop. The sales came into play when he
17 and I got married, and the parts that were left
18 over from repairing vehicles, I would try to
19 sell, and that's where it originated, the salvage
20 yard.
21 Q. It just grew from there?
22 A. Yes, sir.
23 Q. And from 1985 to the present, has AA Auto
24 been a continuous business?
25 A. Continuous.

**Page 26**

1 Q. Have you or the business ever filed for
2 bankruptcy?
3 A. No, sir.
4 Q. Ms. Adelsberger, is AA Auto a corporation or
5 a sole proprietorship or a partnership; what's
6 the structure of the company?
7 A. Sole proprietor.
8 Q. Do you know if AA Auto is registered with the
9 Arkansas Secretary of State?
10 A. I would think — I don't know. Stan — you
11 might ask Stan on that.
12 Q. Well, unfortunately I can't depose him.
13 A. I'm sorry. We obviously pay state sales tax,
14 so I would think we would be registered.
15 Q. I'll hand you what I'll mark as Exhibit 3.
16 It's a search of companies at the Secretary of
17 State's office, and I didn't see AA Auto on
18 there. I didn't know if you knew whether it was
19 registered one way or the other?
20         (Deposition Exhibit No. 3 was
21 marked.)
22 A. I don't know, sir.
23 Q. Okay. I see Auto Glass Plus -- it goes in
24 alphabetical order — and then AAA Glass &
25 Mirror, Incorporated. One of the documents that

**Page 27**

1 your attorney provided to me, Ms. Adelsberger,
2 was a -- looks like a broker agreement -- correct
3 me if I'm not using the right terminology -- from
4 a company called Muradian Business Opportunities?
5 A. Yes, sir.
6 Q. Do you recall that?
7 A. Yes, sir.
8 Q. I'll mark that as Exhibit No. 4. Would you
9 take a moment and just look at that and see if --
10 it says Muradian Business Opportunities in the
11 upper left-hand corner?
12         (Deposition Exhibit No. 4 was
13 marked.)
14 A. Yes, sir.
15 Q. And I see it's signed in the lower right-hand
16 corner by Mr. Adelsberger, right?
17 A. Yes, sir.
18 Q. Looks to be he dated it January 26, 2010?
19 A. Yes, sir.
20 Q. And if you look up at the top, it says type
21 of business auto salvage and auto parts, right?
22 A. Yes, sir.
23 Q. And then the name under that says AA Auto?
24 A. Correct, yes.
25 Q. And it says purchase price $1,500,000. Do

**Page 28**

1 you see that?
2 A. Yes, sir.
3 Q. And was that what you-all were asking for it?
4 A. Yes, sir.
5 Q. And then the agreement was, that if the
6 business sold for $1.5 million, then Muradian
7 would be paid a commission of $105,000 which is
8 7%? I'm sorry. I should show you where that is.
9 A. I see it right here. Yes, sir.
10 Q. Yes. It says 1.5 million and the commission
11 would be 7%?
12 A. Yes, sir.
13 Q. And then up where the handwriting is, do you
14 see where it says $105,000 commission?
15 A. Yes, sir.
16 Q. Okay. And it says established 1985, so
17 that's what you told me earlier, right?
18 A. Yes, sir.
19 Q. At the time it had nine employees it looks
20 like. I'm looking at the handwritten part on the
21 right-hand side toward the top.
22 A. Yes, sir.
23 Q. Says number of employees. Does that sound
24 right?
25 A. Well, I would have -- I don't know the exact

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

Page 29

1  amount back then, but I see what you're saying,
2  yes, sir.
3  Q. And do you see it says landlord, Darel
4   Adelsberger?
5  A. Yes, sir.
6  Q. Reason for sale, it says retiring?
7  A. Yes, sir.
8  Q. Since this was signed January 26, 2010, is
9   that approximately the time frame where your
10  husband Darel retired?
11  A. I don't think that's the exact date, but I
12  would get with him.
13  Q. Okay. And did Muradian Business
14  Opportunities bring you-all any offers from
15  anyone to buy your business?
16  A. Yes, sir. And you can talk with my husband
17  about that. I didn't visit with them, but he
18  did.
19  Q. Do you know how many there were or what the
20  amounts were?
21  A. No, sir.
22  Q. And I take it that, at least in reading this
23  agreement, it wasn't as if Muradian was
24  evaluating the business, it was they were going
25  to be a broker and try to sell it for you at the

Page 30

1   price you-all wanted which was $1.5 million?
2  A. I would say ask my husband that.
3  Q. Okay. Ultimately no one bought the business,
4   though, did they?
5  A. No, sir.
6  Q. Did you-all ever have an agreement by which
7   someone was going to buy the business?
8  A. We felt like there was a positive opportunity
9   to sell, and I'm the one that said I really
10  wanted to continue to work.
11  Q. I understand. I guess what I'm asking is,
12  did you-all ever have a verbal agreement with
13  anyone or a contract with anyone and maybe the
14  financing fell through, or did it get that far?
15  A. No. I would say ask my husband, and he can
16  be more specific on exactly what transpired.
17  Q. You can set that to the side. Ms.
18  Adelsberger, I'm going to hand you what I've
19  marked as Exhibit No. 5, which is a chart that my
20  office put together reflecting the tax returns
21  that we were provided in this case. And what I'd
22  like to do, if you'll keep that in front of you,
23  is look at some of these individual tax returns
24  to just verify the numbers that we have in our
25  chart, okay?

Page 31

1        (Deposition Exhibit No. 5 was
2   marked.)
3  A. Okay.
4  Q. So the first tax return that we were provided
5   that I'll mark Exhibit No. 6 was from 2011. Do
6   you see that at the top?
7        (Deposition Exhibit No. 6 was
8   marked.)
9  A. Yes, sir.
10  Q. And do you see you and your husband's name,
11  Darel and Annette Adelsberger?
12  A. Yes, sir.
13  Q. And it says home address 8125 Highway 161.
14  Do you see that?
15  A. Yes, sir.
16  Q. That's the address of AA Auto, isn't it?
17  A. That's correct.
18  Q. Y'all don't live at 8125 --
19  A. No, sir.
20  Q. -- Highway 161?
21  A. Everything was sent to our business, and I'm
22  assuming that's what they did there.
23  Q. In 2011 you-all were living in Austin?
24  A. Yes, sir.
25  Q. All right. Let's look at a couple of things

Page 32

1   I've got highlighted. On the first page you see
2   Line 7, it says wages salaries, tips, etc.?
3  A. Yes, sir.
4  Q. And the number was $12,750. Do you see that?
5  A. Yes, sir.
6  Q. And then if you'll turn to the back with me
7   on the next to the last page.
8  A. Yes, sir.
9  Q. Under salaries and wages report, it says that
10  Darel Adelsberger was paid 12,750 that year?
11  A. Yes, sir.
12  Q. Did the business pay you anything that year?
13  A. No, sir.
14  Q. And let's go back to Page 1, please. So on
15  Line 7 where it says wages, salaries, tips,
16  $12,750, that's what the business paid to
17  Mr. Adelsberger that year?
18  A. I wouldn't know if that was -- let's see. 20
19  -- this is on 2011. I would say -- well, I'm
20  assuming so, but I don't know that that's the
21  exact number that came just from the business.
22  I'm assuming it is, yes, sir.
23  Q. At least on the next to the last page that we
24  looked at just a moment ago, it said that
25  Mr. Adelsberger was paid $12,750?

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

---

Page 33

1  A. That would be exact then, yes, sir.
2  Q. Would he have been paid wages from any
3     business or entity or anything else other than AA
4     Auto?
5  A. No, sir, not until he retired.
6  Q. Okay.  And when he retired?
7  A. He retired and got his Social Security.
8  Q. Understood.  At any time while you were the
9     manager of AA Auto from 1985 to present, have you
10    ever held any other job?
11 A. No, sir.
12 Q. And did your husband ever hold another job
13    while he was working for AA Auto?
14 A. No, sir.
15 Q. Ms. Adelsberger, if you'll look on the first
16    page with me, I've got another section
17    highlighted.  It's No. 12.  It says business
18    income, and then there's a confidential sticker
19    placed over it, I think it says or loss, attach
20    Schedule C or C-EZ.  Do you see that line?
21 A. Yes, sir.
22 Q. And then the number written is on Box 12 is
23    $18,680?
24 A. Yes, sir.
25 Q. And then if we turn to the third page, do you

---

Page 34

1     see at the top it says Profit or Loss From
2     Business?
3  A. Yes, sir.
4  Q. And over in the upper left-hand corner it
5     says Schedule C?
6  A. Yes, sir.
7  Q. And of course, it says Auto Salvage Auto
8     Parts.  Do you see that?
9  A. Yes, sir.
10 Q. Now, on this page it shows -- we don't need
11    to go over all these numbers -- but it shows all
12    the different sources of income?
13 A. Yes, sir.
14 Q. And it shows all the expenses, right?
15 A. Yes, sir.
16 Q. And then down on Line 31 it asks for net
17    profit or loss, and the box says $18,680?
18 A. Yes, sir.
19 Q. Which is exactly what was put in the box on
20    Line 12 on Page 1?
21 A. Yes, sir.
22 Q. All right.  We're going back to Exhibit 5
23    which is just to your right.  Can you confirm
24    then that for 2011, the personal wages on the
25    2011 tax return were $12,750 and the business net

---

Page 35

1     profit was $18,680?
2  A. Yes, sir.
3  Q. Okay.  You can set 2011 to the side.  And
4     before we do, on Page 2 it shows Massey & Wood as
5     CPAs; is that right?
6  A. Yes, sir.
7  Q. Down at the bottom?
8  A. Yes, sir.
9  Q. Now, you're doing real well, but you have to
10    let me finish the question, even though you know
11    the answer before I get finished.
12 A. I apologize, sir.
13 Q. That's okay.  You're doing well.  Just try to
14    let me finish.  All right.  I'm going to hand
15    you, Ms. Adelsberger, what I'll mark as Exhibit
16    No. 7, and this is a copy of what we got for you
17    and your husband's 2012 Individual Income Tax
18    Return.  Do you see that?
19        (Deposition Exhibit No. 7 was
20    marked.)
21 A. Yes, sir.
22 Q. Okay.  On Line 7 for wages, salaries and
23    tips, there's nothing in that box, correct?
24 A. Correct.
25 Q. And would that be because the business did

---

Page 36

1     not pay you or your husband that year?
2  A. That's correct.
3  Q. Line 12 asks for business income or loss, and
4     the box on Line 12 says $95,545?
5  A. Yes, sir.
6  Q. And then if we turn two pages to go to Page
7     3, that has all the various sources of income,
8     all the various sources of expenses, and then on
9     Line 31 it says Net Profit or Loss, and we have
10    the same number of $95,545?
11 A. Yes, sir.
12 Q. And will you confirm, Ms. Adelsberger, that
13    looking at the chart that we prepared, in 2012
14    the business paid zero in personal wages and the
15    business net profit was $95,545?
16 A. Yes, sir.
17 Q. All right.  Ma'am, you can set that one to
18    the side.  I'll hand you what I'll mark as
19    Exhibit No. 8 which is what was provided to us by
20    counsel as your husband's 2013 Federal Tax
21    Return; is that correct?
22        (Deposition Exhibit No. 8 was
23    marked.)
24 A. Yes, sir.
25 Q. And looking at the first page, on Line 7 it

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

---

Page 37

1  says wages, salaries, tips, etc., there's nothing
2  there, correct?
3  A. That's correct.
4  Q. And that would be because the business did
5  not pay you or Mr. Adelsberger that year?
6  A. Yes, sir.
7  Q. Line 12 says business income and loss, and it
8  shows $69,156?
9  A. Yes, sir.
10 Q. And then if we go to that third page it shows
11 income and expenses, again on Line 31 it says net
12 profit $69,156?
13 A. Yes, sir.
14 Q. And, Ms. Adelsberger, if you'll look on
15 Exhibit 5, the chart for 2013, does it accurately
16 reflect personal wages of zero and business net
17 profit of $69,156?
18 A. Yes, sir.
19 Q. Okay. You may set the 2013 return to the
20 side. I'll hand you what I'll mark as Exhibit
21 No. 9 which was provided to us by counsel as you
22 and your husband's Individual Federal Tax Return
23 for the year 2014; is that correct?
24       (Deposition Exhibit No. 9 was
25 marked.)

---

Page 38

1  A. Yes, sir.
2  Q. On Page 1 Line 7 says wages, salaries and
3  tips, and again it shows zero, correct?
4  A. Yes, sir.
5  Q. And for business income it shows $13,552?
6  A. Yes, sir.
7  Q. And then this time on Page 4, do you see in
8  the upper left-hand column it says Schedule C?
9  A. Yes, sir.
10 Q. And it's entitled Profit or Loss From
11 Business?
12 A. Yes, sir.
13 Q. And it shows all the sources of income and
14 all the expenses and a net profit of $13,552 on
15 Line 31?
16 A. Yes, sir.
17 Q. And looking, Ms. Adelsberger, if you would,
18 at our chart, does it accurately reflect for 2014
19 zero in personal wages and $13,552 in business
20 net profit?
21 A. Yes, sir.
22 Q. You may set the 2014 return to the side.
23       MR. TUCKER: Was 2014 Exhibit No. 9?
24       MADAM COURT REPORTER: 9.
25       MR. TUCKER: Thank you.

---

Page 39

1  Q. Ms. Adelsberger, I'm going to hand you
2  Exhibit No. 10 which was provided to us as you
3  and your husband's Individual Income Tax Return
4  for the year 2015. Do you see that?
5       (Deposition Exhibit No. 10 was
6  marked.)
7  A. Yes, sir.
8  Q. And Line 7 on Page 1 says wages, salaries and
9  tips, and it's blank, correct?
10 A. Yes, sir.
11 Q. And that's because the business did not pay
12 any wages or salaries to you and your husband
13 that year, correct?
14 A. Yes, sir.
15 Q. And Line 12 says business income, and it
16 shows $9,528?
17 A. Yes, sir.
18 Q. And if we turn to the fourth page?
19 A. Yes, sir.
20 Q. Do you see in the upper left-hand corner it
21 says Schedule C?
22 A. Yes, sir.
23 Q. And it's entitled Profit or Loss From
24 Business?
25 A. Yes, sir.

---

Page 40

1  Q. And this page has all the various sources of
2  income and all the expenses, right?
3  A. Yes, sir.
4  Q. And then on Line 31 it shows a net profit as
5  we saw on the first page of $9,528?
6  A. Yes, sir.
7  Q. And, Ms. Adelsberger, if you'll look at
8  Exhibit No. 5, the chart that I handed you
9  earlier, for 2015, does it accurately reflect
10 zero personal wages and a business net profit
11 based on your tax return of $9,528?
12 A. Yes, sir.
13 Q. All right. Ma'am, you can set the 2015 tax
14 return to the side. Ms. Adelsberger, I'm going
15 to hand you what I've marked as Exhibit No. 11
16 which was provided to us by your counsel, and is
17 that a copy of your and your husband's 2016 U.S.
18 Individual Income Tax Return?
19       (Deposition Exhibit No. 11 was
20 marked.)
21 A. Yes.
22 Q. Looking at the first page, ma'am, on Line 7,
23 wages, salaries and tips, it's blank, correct?
24 A. Yes, sir.
25 Q. And that would be because AA Auto did not pay

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

---

**Page 41**

1  any wages or salaries to you or your husband that
2  year?
3  A. Yes, sir.
4  Q. Line 12 says business income or loss, and the
5  box shows a business income of $30,618?
6  A. Yes, sir.
7  Q. And then if we go to the fourth page as with
8  the previous returns we've got a Schedule C; is
9  that right?
10 A. Yes, sir.
11 Q. And it's entitled Profit or Loss From
12 Business?
13 A. Yes, sir.
14 Q. And Part I shows the various sources of
15 income, Part II shows the expenses?
16 A. Yes, sir.
17 Q. And then on Line 31 it says net profit or
18 loss, it shows the net profit of $30,618?
19 A. Yes, sir.
20 Q. And that's the same number that's reflected
21 on Page 1 for business income?
22 A. Yes, sir.
23 Q. And if you'll look with me, Ms. Adelsberger,
24 at the chart for 2016, based on your tax return
25 from that year, does it accurately reflect zero

---

**Page 42**

1  in personal wages and a business net profit of
2  $30,618?
3  A. Yes, sir.
4  Q. All right. Ma'am, you may set Exhibit 11 to
5  the side. Ms. Adelsberger, let me hand you what
6  I've marked as Exhibit No. 12, and is that your
7  and your husband's 2017 United States Individual
8  Income Tax Return?
9         (Deposition Exhibit No. 12 was
10 marked.)
11 A. Yes, sir.
12 Q. On Page 1 Line 7 where it says wages,
13 salaries and tips, that line is blank?
14 A. Yes, sir.
15 Q. And that's because the business did not pay
16 you or your husband in that year?
17 A. Yes, sir.
18 Q. Line 12 says business income or loss, and it
19 shows a business income of $23,740?
20 A. Yes, sir.
21 Q. In your previous tax returns, we looked at a
22 Schedule C, which I believe was entitled Profit
23 or Loss From Business, right?
24 A. Yes, sir.
25 Q. I was unable to find a Schedule C in your

---

**Page 43**

1  2017 tax return. If you would, thumb through
2  there and tell me if I've missed it, or if it
3  goes by another name or if it just doesn't seem
4  to be in there.
5  A. It doesn't appear to be in there, but I'm
6  certain we can get that for you.
7  Q. Okay. Schedule C for 2017 Profit or Loss
8  From Business, I'll ask your attorney if he can
9  to --
10 A. I'm sure he can.
11 Q. If you can get it and send it to your
12 attorney, he can send it to me?
13 A. Yes, sir.
14 Q. All right. Looking at the 2017 tax return
15 and comparing it to Exhibit No. 5 which is our
16 chart, does the chart accurately reflect zero in
17 personal wages and a business net profit of
18 $23,740?
19 A. Yes, sir.
20 Q. You may set that Exhibit No. 12, the 2017
21 return, to the side. I may have spoken too soon,
22 Ms. Adelsberger. I couldn't tell who prepared
23 your 2017 tax return. Would that have been
24 Massey & Wood?
25 A. Yes, sir. Well, I believe their name would

---

**Page 44**

1  have been -- they might have been in the middle
2  of being bought out by Patrick Accounting, but
3  yes, sir, Massey & Wood.
4  Q. At least on Exhibit 11, which was your 2016
5  return, I see that it says Massey CPA Group?
6  A. Yes, sir.
7  Q. Okay. Ms. Adelsberger, I'm going to hand you
8  Exhibit 13, which is the Individual Income Tax
9  Return for 2018, and that's the United States
10 return for you and your husband; is that correct?
11        (Deposition Exhibit No. 13 was
12 marked.)
13 A. Yes, sir.
14 Q. And about halfway down it says Paid Preparer
15 Use Only, it says Don Rouse, Arkansas Accounting?
16 A. Yes, sir.
17 Q. Okay. And this was the first time that that
18 organization had prepared the tax return for you
19 and your husband; is that correct?
20 A. Yes, sir.
21 Q. And if we look on the first page Line 1, it's
22 highlighted, it says wages, salaries, tips, etc.,
23 and that line is blank?
24 A. Yes, sir.
25 Q. And that would be because AA Auto did not pay

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

---

**Page 45**

1  anything to you or your husband in 2018, correct?
2  **A. Yes, sir.**
3  Q. And if we go to the second page, Line 12 says
4   business income or loss, and it shows $16,913?
5  **A. Yes, sir.**
6  Q. Unfortunately my chart on Exhibit No. 5 said
7   $26,913, so there's a typo. Do you see that on
8   --
9  **A. Yes, sir. On here?**
10 Q. Yes, ma'am.
11 **A. Yes, sir, I do.**
12 Q. Okay. So instead of a 2, it should be a 1,
13  right?
14 **A. Yes, sir.**
15 Q. Would you please make that change on both of
16  those lines and initial it. Thank you very much.
17  So with that change, does Exhibit No. 5 which is
18  the chart, we compare it to your 2018 tax return,
19  does it accurately show zero in personal wages
20  and $16,913 in business net profit?
21 **A. Yes, sir.**
22 Q. And with that change that you made, the chart
23  which is Exhibit No. 5, we've gone through it
24  each year individually, but it's now correct,
25  right?

---

**Page 46**

1  **A. Yes, sir.**
2      **MR. TUCKER:** Let's go off the
3  record.
4      **VIDEOGRAPHER:** We're going off the
5  record. It's 10:55 a.m.
6      (A break was taken.)
7      (Back on the record.)
8      **VIDEOGRAPHER:** We're back on the
9  record. It's 11:01 a.m.
10 Q. (By Mr. Tucker) Ms. Adelsberger, what I'm
11  going to do is hand you Exhibit No. 14 which is a
12  corrected tax return chart that removes that
13  typographical error from Exhibit No. 5, and have
14  you had a chance to compare Exhibit 14, that tax
15  chart, with Exhibit 5?
16      (Deposition Exhibit No. 14 was
17  marked.)
18 **A. Yes, sir.**
19 Q. And does Exhibit 14 now accurately reflect
20  the personal wages and business net profit of AA
21  Auto from 2001 to 2018 as reflected in the income
22  tax returns we've looked at?
23 **A. 2011?**
24 Q. 2011, yes, ma'am.
25 **A. Yes, sir.**

---

**Page 47**

1  Q. Okay. Thank you. Okay. You can set both of
2   those to the side. Ms. Adelsberger, I'm going to
3   hand you what I've marked as Exhibit No. 15, and
4   this was produced to us by your counsel, and it
5   appears to be a photo log listing particular
6   years that photographs were taken, and then it
7   numbers them. Do you see that?
8      (Deposition Exhibit No. 15 was
9   marked.)
10 **A. Yes, sir.**
11 Q. And did you put this together, or do you know
12  where it came from?
13 **A. No. We put it together at the salvage yard.**
14  **Let's see. I don't — the log, probably was the**
15  **sales manager would have done that, and my son is**
16  **the sales manager there, and I'm sure that he**
17  **would have put them all together for Stan.**
18 Q. The sales manager at AA Auto is your son?
19 **A. Yes, sir.**
20 Q. What is his name?
21 **A. Jason Carroll.**
22 Q. Does he still work there?
23 **A. Yes, sir.**
24 Q. And you believe that he compiled this photo
25  log?

---

**Page 48**

1  **A. Yes, sir.**
2  Q. At any time did you look at the photo log and
3   the various pictures and just compare them to
4   make sure that -- like let's say Picture 041
5   under 2014, did you do any comparison like that
6   to just compare the photo log to the pictures?
7  **A. I would have just looked at the pictures. I**
8   **didn't compare numbers. I wouldn't have compared**
9   **numbers. I would have just went straight to the**
10  **picture.**
11 Q. Are you comfortable, though, that the photo
12  log showing which pictures were taken and which
13  year is accurate?
14 **A. Yes, sir.**
15 Q. And who took the pictures that were sent to
16  us and that are depicted here on the photo log;
17  would it have been one person or more than one
18  person?
19 **A. No. It could have been several. Our**
20  **employees, myself, going out into the yard, my**
21  **husband, several people. I don't know exactly**
22  **who did what — which one.**
23 Q. I'll hand you what I'll mark as our next
24  exhibit which will be No. 15 -- no, I'm sorry.
25  Will be No. 16. I'm sorry. And if you want to,

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

**Page 49**

1  ma'am, you can keep the photo log in front of
2  you.  This is a photograph that we were provided
3  that is Photograph No. 1 in the photo log, and it
4  purports to be having been taken in 2010.  It's
5  the very first one under 2010.  Do you see that?
6          (Deposition Exhibit No. 16 was
7  marked.)
8  **A.  Yes, sir.**
9  Q.  And would Exhibit No. 16, this photograph,
10  accurately depict the AA Auto premises at some
11  point in 2010?
12  **A.  Yes, sir.**
13  Q.  Do you know if you took this picture or who
14  did?
15  **A.  No, sir.  I could have.  I don't know exactly**
16  **who took the pictures.**
17  Q.  Do you know where the pictures were stored
18  after having been taken?  Were they taken with a
19  cell phone or --
20  **A.  Cell phone more than likely, yes, sir.**
21  Q.  And is this picture facing to the east, or do
22  you know which direction that would be?
23  **A.  This is facing towards the back of the**
24  **property, which would be towards the railroad.**
25  Q.  I see.

**Page 50**

1  **A.  Where the culvert is.**
2  Q.  So it would be facing towards the west I
3  think?
4  **A.  Yes, sir.**
5  Q.  I got that wrong.  And the office building
6  would be behind us in this picture?
7  **A.  That's correct.**
8  Q.  Had -- so this looks like some pretty
9  substantial flooding on your property?
10  **A.  Yes, sir.**
11  Q.  And this is just the first picture that we've
12  got which is dated 2010.  The trees are green,
13  but other than that, is there any way to know
14  what month it was taken?
15  **A.  I don't -- I don't know.  I really don't know**
16  **without really looking at the file maybe if there**
17  **was a possibility of it having an exact date on**
18  **there, but I wouldn't know.**
19  Q.  And this is the earliest picture we have.
20  There is one earlier picture from 2003, but it's
21  an aerial photograph?
22  **A.  Correct.**
23  Q.  I don't think that photograph showed anything
24  that I could see very well, but do you remember
25  if the 2003 photograph from the aerial view, did

**Page 51**

1  it show any flooding or was it just to show the
2  property, or do you remember?
3  **A.  No, sir.  I would have to see the picture.  I**
4  **might be able to recognize the picture, but I**
5  **don't know.**
6  Q.  Okay.  But at least on the ground, it looks
7  like 2010 are the earliest photos that we have?
8  **A.  Yes, sir.**
9  Q.  Had AA Auto ever experienced this type of
10  flooding that we see in Exhibit No. 16 before
11  2010?
12  **A.  No, sir.  Not -- not like this, no, sir.**
13  Q.  Had it ever experienced any flooding at all
14  prior to 2010?
15  **A.  No, not flooding like this, no, sir.**
16  Q.  Now, you say like this, and I appreciate
17  that, but had it ever experienced any water
18  accumulation or flooding prior to 2010?
19  **A.  Normal accumulation from rain.  Not cars**
20  **under water, no.**
21  Q.  And when you say normal accumulation, can
22  you --
23  **A.  I don't know what normal would be in any year**
24  **as far as what kind of rain we have kind of like**
25  **now, so I really don't know what the exact amount**

**Page 52**

1  **of normal would be at any given time.  I just**
2  **know that we were able to get to cars and pull**
3  **parts and move cars, and at this point we**
4  **couldn't do anything.**
5  Q.  You don't know who took this picture
6  that's --
7  **A.  No, sir, I don't.**
8  Q.  -- Exhibit No. 16?
9  **A.  No, sir.**
10  Q.  I'll hand you what I'll mark as Exhibit No.
11  17.  And if you'll turn the page in your photo
12  log, Ms. Adelsberger, Page No. 2 -- actually, I'm
13  sorry, let's go back to the first page.  Do you
14  see the column beginning 2015?
15          (Deposition Exhibit No. 17 was
16  marked.)
17  **A.  Yes, sir.**
18  Q.  And it starts with the first picture that's
19  listed says 799?
20  **A.  Yes, sir.**
21  Q.  And then all of the pictures on Page No. 2
22  are still in 2015, correct?
23  **A.  It looks like it, yes, sir.**
24  Q.  And then if we go to Page No. 3, we start off
25  with pictures that were still taken in 2015

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

**Page 53**

1  before we go to 2018?
2  A. Yes, sir, it appears so.
3  Q. And this particular photograph that I've
4  given you, Exhibit No. 17, the number down at the
5  bottom is 4249?
6  A. Yes, sir.
7  Q. And if you'll look with me on Page 3 of the
8  photo log, there is a 4249 that's listed on Page
9  3 just three up from the bottom of the year 2015?
10 A. Yes, sir.
11 Q. And this picture, Exhibit No. 17, depicts the
12 culvert at issue?
13 A. Yes, sir.
14 Q. And do you recall if you took that picture or
15 who did?
16 A. I would say myself or my husband possibly. I
17 don't know which one of us would have.
18 Q. And where are you standing when this picture
19 was taken if you took it?
20 A. Well, it would be on one side or the other,
21 and I'm not exactly sure. I don't know.
22 Q. In this picture that's Exhibit No. 17, does
23 the water appear to be flowing under the culvert,
24 or can you tell?
25 A. No, sir.

**Page 54**

1  Q. It does not or you can't tell?
2  A. I can't tell, sir.
3  Q. Do you recall what month this photograph was
4  taken?
5  A. No, sir.
6  Q. When your son put together the photo log
7  that's Exhibit No. 15, do you know how he did it;
8  did he get on the computer or --
9  A. No, sir, I don't, but Stan -- I can have him
10 get with Stan and find out.
11 Q. Okay. I was curious. All right. Do you see
12 on the photo log, Ms. Adelsberger, under the year
13 2018 it's got March, June and August?
14 A. Yes, sir.
15 Q. And before I get to the 2018 photograph,
16 we've got pictures -- other than the aerial, the
17 first year is 2010?
18 A. Yes, sir.
19 Q. And then we go 2014, 2015 to 2018. Do you
20 see that?
21 A. Yes, sir.
22 Q. In other words, we don't have any pictures
23 from 2016 or 2017?
24 A. Well, we were trying to conduct a business,
25 and we didn't realize, you know, we were going to

**Page 55**

1  have to take pictures all the time to figure out
2  what was going on. So it appears we took them as
3  we knew, you know, we had an issue and we just
4  couldn't -- we just wanted it resolved so we
5  could continue to operate our business.
6  Q. Is it fair to say, ma'am, that to the best of
7  your knowledge, no pictures were taken in the
8  years 2016 and 2017?
9  A. To the best of my knowledge. I don't know.
10 I don't know.
11 Q. But at least on our photo log here, there are
12 no pictures --
13 A. From --
14 Q. -- from the years 2016, 2017?
15 A. It doesn't appear so.
16 Q. And you don't have any independent
17 recollection of seeing pictures from 2016 and
18 2017?
19 A. No, sir.
20 Q. Do you recall in the year say 2016 if there
21 was any flooding of AA Auto?
22 A. There's been flooding every year. Every year
23 it's a problem.
24 Q. Going back to what year?
25 A. Well, as we started taking these pictures

**Page 56**

1  here in 2010, that's when we started realizing
2  there must have been something other than just
3  rain, because the water wasn't leaving the
4  property, and so that's when I started calling
5  and trying to get somebody to help, you know,
6  find out maybe something was stopped up, maybe --
7  you know, something was going on somewhere. And
8  that's -- that just seemed to be the time frame
9  that I was trying to get help from the County and
10 see if they knew anything or -- and that's -- you
11 know, that is what started it.
12 Q. At least on our photo log, we go from the
13 year 2010 to 2014, we don't have any pictures on
14 the log from 2011, 2012 or 2013?
15 A. I was just trying to get help. It wasn't
16 about trying to find out -- we just assumed
17 people were getting on the ball trying to figure
18 out what was going on.
19 Q. But in answer to my question, we skip from
20 2010 to 2014?
21 A. Yes, sir. Yes, sir.
22 Q. You don't have any independent recollection
23 of there being pictures in 2011, 2012 or 2013, do
24 you?
25 A. No, sir.

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

**Page 57**

1  Q. And you said you were calling trying to get
2  help, and you mentioned something about the
3  County.  Tell me who you can recall having
4  called.
5  A. I don't remember the exact names.  I think we
6  might — Stan might have some names that we
7  started with to see if we could get assistance.
8  But we started with the front of the ditch,
9  because we said we were — we're kind of on a
10  fine line of being in the city and the county.
11  And so I would just call a number, and they would
12  refer me to another number, and then they would
13  refer me to someone else.  And it was just a —
14  and I just took that number down and went on and
15  called.  I didn't document it all at that point
16  in time.  I was just trying to get assistance and
17  get some information on, you know, what was going
18  on.
19  Q. Ms. Adelsberger, let me hand you what I've
20  marked as Exhibit No. 18, and is that a
21  photograph showing the culvert at issue?
22          (Deposition Exhibit No. 18 was
23  marked.)
24  A. Yes, sir.
25  Q. And if you -- it's got a number 1 under the

**Page 58**

1  exhibit sticker.  Do you see that?
2  A. Yes, sir, I do.
3  Q. And at least when we printed it, it showed to
4  be Picture No. 1 under the year 2019 in the photo
5  log which is on Page 3.  Do you see that?
6  A. Yes, sir.
7  Q. Do you know if you took that picture or
8  someone --
9  A. No, sir, I don't.  I don't know if I did or
10  not.
11  Q. Do you know what month the photograph was
12  taken?
13  A. No, sir, I do not.
14  Q. It looks like --
15  A. Spring.
16  Q. Yeah.  When I see the taller trees on the
17  other side of the railroad tracks, some of them
18  don't look like they have many leaves on them.
19  A. They are dead.
20  Q. And then -- but some of the trees or bushes
21  have greened out.  Do you see that?
22  A. Yes, I do.  The green trees are up against
23  the — they're out of the water.  Everything in
24  the background is dead because it's standing in
25  the water.

**Page 59**

1  Q. Other than the photographs that are listed in
2  the photo log which is Exhibit No. 15, are you
3  aware of any other photographs that have been
4  taken of the area or the AA Auto?
5  A. Well, I don't know, because I really don't
6  know which photos you have here, but I'm assuming
7  that these would be all of them.
8  Q. I'll mark what I'll hand you as Exhibit No.
9  19, Ms. Adelsberger, and that was one of the
10  photos that we were provided.  I believe it was
11  taken in February 2019.  First of all, I'll ask
12  you is that a photo taken toward the Waste
13  Management property?
14          (Deposition Exhibit No. 19 was
15  marked.)
16  A. Yes, sir.  It appears so.
17  Q. Basically from the culvert looking west?
18  A. Towards — yes, sir.
19  Q. And do you know if you took that photograph?
20  A. No, sir.
21  Q. Do you know who did?
22  A. It would have been myself or my husband, but
23  I'm not sure which one of us would have.
24  Q. All right.  And then there looks like there's
25  some type of channel there for water to flow.  Do

**Page 60**

1  you see that?
2  A. Yes.
3  Q. And then I can't tell how far down the
4  channel it is, but there looks like there's some
5  type of vegetation or bushes or weeds or
6  something in the way of the channel.  Do you see
7  that?
8  A. Yes, sir.
9  Q. It's kind of light brown?
10  A. Yes, sir.
11  Q. And that would be on Waste Management
12  property?
13  A. Yes, sir.
14  Q. Do you see in the right-hand part of the
15  picture, it looks like four metal poles or
16  stakes.  I can't quite tell.
17  A. I see that.
18  Q. Do you know what they are?
19  A. No, sir, I do not.
20  Q. And then there's either a telephone or an
21  electrical pole in the upper right-hand part of
22  that picture?
23  A. Yes, sir.
24  Q. And then way in the distance, is that -- are
25  those buildings Waste Management?

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

---

Page 61

1  A.  To be honest, I'm not sure.  I'm not sure
2   what is that far out.  I wasn't — we were
3   looking down.
4  Q.  And do you know if this picture was taken in
5   2019 as -- that's what it shows on our photo log?
6  A.  That's what it shows, yes, sir.  That's what
7   it shows in that document.
8  Q.  Okay.  Ms. Adelsberger, I'm going to hand you
9   what I've marked as Deposition Exhibit No. 20,
10  and these were provided to us in discovery.  They
11  appear to be records from the Arkansas Department
12  of Environmental Quality.  The first page is a
13  letter to Mr. Mike Stockton of AA Auto dated
14  October 1, 2004, so I may have misspoken; is that
15  right?
16        (Deposition Exhibit No. 20 was
17  marked.)
18  A.  Yes, sir.
19  Q.  And it says, RE: General Storm Water Runoff
20  Permit for Industrial Activity, Permit Tracking
21  No. ARR000044.  Do you see that?
22  A.  Yes, sir.
23  Q.  And can you tell me what these are?  Do you
24  recognize these?
25  A.  Well, these are obviously the old ones, but

---

Page 62

1   they come in — we have a company, and this is
2   what they do.  They require you to check the
3   water, see what's in the soil, if you're, you
4   know, losing whatever in the fluids, and we have
5   a company now that comes out.  Stan can provide
6   you with all that information.  They test the
7   water.  They come out and take the sample and
8   make sure that everything is okay and within
9   their scales.
10  Q.  This is from the ADEQ?
11  A.  Yes, sir.
12  Q.  Which is an acronym for Arkansas Department
13  of Environmental Quality.  So I take it that they
14  would test the water and test the soil to see if
15  maybe any of your vehicles were leaking oil or
16  transmission fluid, or something like that?
17  A.  Correct.
18  Q.  Do you know if these documents have anything
19  to do with the allegations in this lawsuit and
20  the --
21  A.  No, sir, I don't know anything.
22  Q.  Okay.
23  A.  No, sir.
24  Q.  Because I couldn't tell.  Now, of course, we
25  asked for all kind of documents, and then we get

---

Page 63

1   them in, and then I can't tell if they have
2   anything to do with this lawsuit.  To the best of
3   your knowledge and belief, do these have anything
4   to do with your lawsuit?
5  A.  Not that I'm aware of.
6  Q.  All right.  Thank you, ma'am.  Have you kept
7   any books or logs about the flooding on AA Auto
8   property other than the photographs that we see?
9  A.  No, sir, other than just the photographs and
10  the dates that we, you know, went out and
11  obviously looked at it, and employees couldn't
12  get to vehicles and that sort of thing.
13  Q.  And that's what I'm asking you.  I mean, I
14  take it you don't have any type of calendar that
15  said, you know, flooded 40 percent this day and
16  water finally went down this day?  I mean, the
17  documentary evidence of the water on AA property
18  would come from the photographs?
19  A.  Correct.  Yes, sir.
20  Q.  We're in February 2019 -- sorry -- February
21  2020 now.  Have any photographs been taken this
22  year in 2020?
23  A.  No, sir, not that I'm aware of.  I don't
24  think so.
25  Q.  Have -- go ahead.  You were going to say

---

Page 64

1   something?
2  A.  I apologize.  You can check with my husband.
3   He may have taken some, but I didn't, I haven't
4   taken any.
5  Q.  Has there been any water come up on the AA
6   Auto facility in 2020?
7  A.  Yes, sir.  It's pretty constant.  It's — the
8   ground has just been saturated with water so long
9   that — you can't use the back half of the
10  property at all.  It's just wet all the time.
11  And now, of course, every time there's a rain,
12  it's just — it's a constant flood.  And if the
13  culvert were not stopped up, you can sometimes
14  see that the water will leave a little bit, but
15  there's so many dead things back there that they
16  just constantly come down.
17  Q.  Is the culvert stopped up right now?
18  A.  I don't — I don't know.
19  Q.  When is the last time you went and looked at
20  it?
21  A.  It's been some time.  I don't know exactly.
22  Q.  Are we thinking weeks or months?
23  A.  Oh, no.  It's been months.  Yes, it's been
24  months.
25  Q.  The last time you went and looked at the

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

**Page 65**

1 culvert, was it open or stopped up or --
2 A. Stopped up. Stopped up.
3 Q. And did you contact anybody about that?
4 A. No. I kind of gave -- I gave up, because no
5 one would do anything. And it seemed that they
6 would try to unstop it at one point, but that one
7 culvert and all those -- all those acres of dead
8 trees, they are constantly falling, and I guess
9 it's just a matter of them unstopping it
10 constantly. But I don't know. I don't -- I
11 don't know how often they do that.
12 Q. When you say they, you mean?
13 A. Whomever cleans the culvert. I don't know
14 who that is.
15 Q. We're in 2020. Do you think you went and
16 looked at the culvert sometime in the year 2019?
17 A. Yes, sir.
18 Q. Do you know how many times?
19 A. No, sir.
20 Q. Did you ever call anyone at the railroad
21 about the culvert?
22 A. At the beginning, yes, sir.
23 Q. Would that have been you or someone else?
24 A. No. I called.
25 Q. And when you say at the beginning, help me

**Page 66**

1 with the year reference.
2 A. Well, I'm assuming it would have been back in
3 2010, because that's when I started trying to
4 document if someone could help me or if they
5 would try to refer me to someone that could, so
6 that's my timeline. I don't -- I don't have an
7 exact date on it or anything like that. And then
8 I would be referred to someone, and then I would
9 write their name down, and then I would call
10 them.
11 Q. And are you talking about at Union Pacific --
12 A. Yes, sir.
13 Q. -- or with the County?
14 A. The County, Union Pacific, a bunch of them.
15 I'm sure Stan can provide you with the exact
16 names of the people that I had spoken to.
17 Q. Do you have any notes of those conversations?
18 A. Stan might be able to provide whatever I had
19 handwritten down.
20 Q. Do you recall who you spoke with, if anyone,
21 at Union Pacific Railroad about this situation?
22 A. I can't recall his name right now, but I'm
23 positive his name is in the notes.
24 Q. The information I was given was Brandon
25 Morris --

**Page 67**

1 A. Yes, sir.
2 Q. -- does that sound correct?
3 A. That's correct, yes, sir.
4 Q. Do you know how many times you spoke with
5 Mr. Morris?
6 A. A bunch. A bunch. I believe I talked to
7 everyone a bunch.
8 Q. Is there any way for me to know how many a
9 bunch is?
10 A. No. I didn't realize I was going to have to
11 document everything. I was just trying to get
12 assistance is all I was trying to do.
13 Q. Did you ever talk with anyone at Union
14 Pacific Railroad other than Brandon Morris?
15 A. If I did, I would have written it down. He
16 was the one that was more the one that spoke with
17 me more. I think I had to leave messages, but I
18 don't know exactly who that would have been. I
19 cannot give you any dates or names.
20 Q. And I think at the time Mr. Morris' position
21 was Manager of Public Relations. Does that sound
22 correct to you?
23 A. Yes, sir, that does.
24 Q. And at any time after you talked to Mr.
25 Morris, did you ever see anyone perform work on

**Page 68**

1 the culvert where they got it unclogged?
2 A. Not that I remember, sir. I couldn't tell
3 you. That's been some time ago.
4 Q. So if they did do work on the culvert and
5 cleared away whatever sticks or debris were in
6 there, you wouldn't know about that?
7 A. No, sir. It's hard to get back to the
8 culvert.
9 Q. How do you get back to it?
10 A. Well, you have to walk the railroad, because
11 there's no way to get to it from the back because
12 it's completely under water.
13 Q. You can't get to the culvert from the back of
14 your property?
15 A. No, sir, you cannot.
16 Q. So to get to the culvert you have to walk on
17 the railroad right-of-way?
18 A. Yes, sir.
19 Q. And would you walk down the middle of the
20 tracks or on the outside of the tracks?
21 A. No. On the outside of the track.
22 Q. On the tie-ins?
23 A. On the outside as close to the edge away from
24 the railroad that you could get.
25 Q. How many times do you think you've done that

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

Page 69

1  over say the past four years where you've walked
2  down to the culvert?
3  A. I don't know. I don't have a number on it.
4  I don't know.
5  Q. Do you think it's more than three or four?
6  A. I would think so.
7  Q. Do you think it's more than five?
8  A. I don't know. I don't know. I don't have
9  a -- I'm sorry, I don't have an exact number.
10 Q. It's okay. See, I don't know what you can
11 remember and what you can't or what you have
12 records of or what you don't.
13 A. Right. I understand.
14 Q. And that's why I have to ask you all these
15 questions just to find out.
16 A. Right.
17 Q. Because I don't know what you know. Ms.
18 Adelsberger, I'm going to hand you what I've
19 marked as Exhibit No. 21, and these were
20 Responses to the Railroad's First Set of
21 Interrogatories and Requests for Production of
22 Documents. Do you see that in the title?
23        (Deposition Exhibit No. 21 was
24 marked.)
25 A. Yes, sir.

Page 70

1  Q. And do you remember working with your husband
2  in trying to get information and things together
3  to answer these written interrogatories and
4  requests for production?
5  A. Yes, sir.
6  Q. And if you will, turn to the -- looks like
7  third to last page. Do you see your signature,
8  Ms. Adelsberger?
9  A. Yes, sir.
10 Q. And even though the notary didn't fill in
11 what date it was or the month, it says that it
12 was in May of 2019. Do you see that?
13 A. Yes, sir.
14 Q. And is that your husband's signature to the
15 left of yours?
16 A. Yes, sir.
17 Q. Okay. And it was notarized by a Sarah Rauls;
18 is that correct?
19 A. Yes, sir.
20 Q. All right. Let's look at a few of these, if
21 you don't mind. Why don't we -- the pages aren't
22 numbered. Would you take a pen and just number
23 your pages, and I'll do the same. Just number
24 them at the bottom, yeah, so that I can call out
25 a page number, and that may be the easiest way to

Page 71

1  do it. How many pages did you come up with?
2  A. 12 I believe.
3  Q. Okay. I came up with 12 too. Good. Turn to
4  Page 2 if you would, please.
5  A. Yes, sir.
6  Q. Interrogatory No. 4, do you see that in bold?
7  A. Yes, sir.
8  Q. It asks about the purchase date, price,
9  seller/buyer information. And I know we looked
10 at the deed earlier, but would I need to get this
11 information from your husband rather than you?
12 A. Yes, sir.
13 Q. Will you look at Interrogatory No. 5 just
14 under that, and let me read it. It says, provide
15 a chronological list of all inspections of the
16 plaintiffs' property and buildings following any
17 and all flooding as described in the complaint to
18 include the date, persons present, their contact
19 information, whether photographs/videos/other
20 likenesses were taken. And the response says,
21 the plaintiffs inspected the property each time
22 flooding occurred; no list or other record of
23 inspection was made. And I think you told me
24 that earlier, that you didn't keep a list or
25 record of inspections, correct?

Page 72

1  A. Correct.
2  Q. The response continues on, photographs
3  occasionally were taken; copies have been
4  produced on CD along with a list containing the
5  times taken and a general description of each
6  photograph. Do you see that?
7  A. Yes, sir.
8  Q. Okay. And we looked at just a very few of
9  the photographs, but the photo log has all of
10 them that you know of?
11 A. Yes, sir.
12 Q. Okay. Let's look at No. 6 down at the bottom
13 of Page 2. It says, describe the nature and
14 extent of the damage you allege was caused to the
15 plaintiffs' property as a result of any flooding.
16 Include in your response what specific areas of
17 the property or buildings were damaged, the
18 extent of the damage, when the damage occurred,
19 whether the damage has been repaired, who
20 repaired it, and the cost of the repairs. Did I
21 read that correctly?
22 A. Yes, sir.
23 Q. And then the response says, water regularly
24 flooded the north portion of the property and
25 accumulated over approximately 40 percent of the

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

---

**Page 73**

1  parcel.  The water damaged automobile parts
2  intended for resale and prevented the plaintiffs
3  from fully accessing the property for storage and
4  retrieval of automobiles and parts.  The
5  plaintiffs were unable to contain the flooding or
6  repair the damage.  Did I read that correctly?
7  A. Yes, sir.
8  Q. Where we get this approximately 40 percent of
9    the parcel in the response, did you come up with
10   that or did your husband or someone else?
11  A. No, sir.  I'm not sure.  I'm not sure.
12  Q. But it wasn't you?
13  A. No, sir.
14  Q. It says, the water damaged automobile parts
15   intended for resale.  Do you see that?
16  A. Yes, sir.
17  Q. Do we have any kind of record of the parts
18   that were damaged or what type of parts, or is
19   that just a general statement that some
20   automobile parts were damaged by the water?
21  A. Can you repeat that question?
22  Q. Yes, ma'am.  That wasn't a very good
23   question.  Thank you.  I'm trying to get in my
24   mind, when it says the water damaged automobile
25   parts intended for resale, it wouldn't be all of

---

**Page 74**

1  them?
2  A. No, sir.
3  Q. So we're talking about some?
4  A. Yes, sir.
5  Q. And I take it it would probably depend on the
6    year?
7  A. Correct.
8  Q. Depend on the month?
9  A. Yes, sir.
10  Q. Depend on how much rain there was?
11  A. Yes, sir.
12  Q. Depend on how quickly the water receded.  Do
13   you have any record to tell me in each year the
14   different automobile parts that were damaged and
15   what type of automobile parts they were and how
16   many?
17  A. I don't know that I could give you an exact
18   number on that.  As in this picture, all these
19   cars were under.
20  Q. And when you say this picture, let's -- what
21   exhibit number there, 16?
22  A. Yes, sir.  And I'm just saying this would be
23   like an example.  It would be hard for me to tell
24   you, okay, this is Stock No. 22 or this is Stock
25   No. 23.  At this point, I'm not sure that I can

---

**Page 75**

1  give you an exact -- an exact number.  We know --
2  this carried on for such a long period, and it's
3  still going on now, so we have to isolate or be
4  careful where we move a car or where we set a
5  car, where we can or can't put a car.
6  Q. Do you have any cars under water right now or
7    where water has come up on them?
8  A. We have where water has come up on them, but
9    not under completely.
10  Q. And of course, it's raining today?
11  A. Yes, sir.
12  Q. And how many days has it rained this week and
13   the week before?
14  A. It's a bunch.  It's a bunch.
15  Q. And has that affected the water on the AA
16   property these recent rains that we've had?
17  A. Yes, sir.  Yes, sir.
18  Q. Has anyone ever --
19  A. You can't take equipment back there.  You
20   can't move a car.  You can't take equipment back
21   there because the equipment will get stuck.
22  Q. Has anyone told you whether or not the AA
23   Auto facility is located within a floodplain?
24  A. We know that, or we were aware of that,
25   that's what we've been told, 100 year.  But we've

---

**Page 76**

1  never, ever had floods before ever.  Our
2  neighbor's farm next door, they planted pines
3  next to our fence, and all of that has been under
4  water and everything is rotted.  It's just
5  something has happened.  It's not just once
6  every -- once every so often.
7  Q. Do you know what that something is?
8  A. No, sir, I do not.  The culvert seems to be a
9    problem, because the waters aren't getting off of
10   our property anymore.
11  Q. Have you noticed anything else being a
12   problem?
13  A. Well, no, sir.  I don't go out and search for
14   the other neighbors and that sort of thing.  I
15   just know about us and how it has affected our
16   business.  We're in business, and that's what
17   caused the problem I feel.
18  Q. Who told you that your business was in a
19   floodplain?
20  A. I don't know who did exactly.
21  Q. Do you know if that was known to you or your
22   husband before the property was bought?
23  A. I do not know that.
24  Q. Before putting in AA Auto Salvage, do you
25   know if the company or you or your husband had

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

Page 77

```
 1   any type of evaluation made to determine if the
 2   business was located within a floodplain?
 3 A. No, sir, I don't know that.
 4 Q. At the time the property was purchased, was
 5   the highway already constructed; is that 4 --
 6   what's the highway that's --
 7 A. 440.
 8 Q. 440.
 9 A. No, sir, it was not.
10 Q. So -- and I always call 440 the Airport
11   Highway.
12 A. Yes, sir.
13 Q. Because that's what I have to take to get to
14   the airport.
15 A. Yes, sir.  That's what we tell everyone.
16 Q. And how close is AA Auto to Highway 440?
17 A. We're right off the exit.
18 Q. Like if I wanted to get to AA Auto and I'm
19   here in downtown Little Rock --
20 A. Yes, sir.
21 Q. I know how to get on 440.  Do I go past the
22   airport or not quite as far?
23 A. Yes, sir.  You go past the airport.
24 Q. And what exit would --
25 A. 12.
```

Page 78

```
 1 Q. What's the name of that exit?
 2 A. Rixey.  Rixey Road exit.
 3 Q. R-i?
 4 A. x-e-y.
 5 Q. e-y.  Rixey Road exit?
 6 A. Yes.
 7 Q. And then if I take that exit, do I come back
 8   underneath --
 9 A. Yes, sir.
10 Q.  -- Interstate 440?
11 A. Yes, sir.
12 Q. And what do I do after that?
13 A. We're on the right.  There's a church, and
14   then there's a piece of property that is vacated,
15   and then we're right beside that.  You can see us
16   from the freeway when you get off.
17 Q. Do you recall what year 440 was built?
18 A. No, sir, I do not.  It was in construction
19   for a while, like everything else I think.
20 Q. But AA Auto is up real close to the highway?
21 A. Yes, sir.
22 Q. Is there still a church out there?
23 A. Yes, sir.
24 Q. And is it an ongoing operation?
25 A. Yes, sir.
```

Page 79

```
 1 Q. What's the name of it?
 2 A. St. Luke's.  St. Luke's.
 3 Q. Episcopal, Methodist, Baptist?
 4 A. I'm not sure.
 5 Q. Do you know if there's been any other changes
 6   to the surrounding land since 440 was put in?
 7 A. Well, Waste Management, you know, they've
 8   come in.  That's the only thing that's noticeable
 9   that you see, you know, besides 440 being built.
10 Q. When did Waste Management come in?
11 A. I do not know that.
12 Q. Sometime after you-all had bought the
13   property?
14 A. I don't know if they were there prior or -- I
15   don't know that.  I do not know that.
16 Q. What changes did they make to the surrounding
17   land?
18 A. Well, we -- just what you see visibly, which
19   is, you know, a mountain, and that's, you know,
20   in between the two -- between 440 there's two
21   mountains.
22 Q. Dirt mountains or trash mountains?
23 A. Yes, sir.  Trash mountains I'm assuming, but
24   I don't know.
25 Q. Any other persons or businesses have come in
```

Page 80

```
 1   since AA Auto has been in existence and changed
 2   the adjoining land up to your knowledge?
 3 A. No, sir, not that I'm aware of.
 4 Q. Now, this railroad culvert that we're talking
 5   about, it's been there before your husband bought
 6   the property, hasn't it?
 7 A. Yes, sir.  I would think so.
 8 Q. And we know that he bought the property in
 9   1982, and then AA Auto started in '85?
10 A. Yes, sir.
11 Q. And did you not have any flooding problems up
12   until about 2010?
13 A. That's when the runoff wouldn't go anywhere.
14   I'm sure we had water when it rained, but we
15   never had the problem like this.  I mean, this
16   was where snakes would come up.  I mean, it was
17   just horrible.  You know, it --
18 Q. When you say this, let's just say --
19 A. The water, the flood.
20 Q. The picture from 2010?
21 A. Yes.  This is just an example of what we're
22   dealing with, is that, you know, snakes are
23   coming up, mosquitos.  It just caused even more
24   problems.  Not only that it would hurt our cars,
25   just a continual problem with, you know, other
```

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

Page 81

1  things going on in the area.  I'm not aware of
2  anybody else's situation as far as them building
3  or doing anything else in our area.
4  Q.  But until approximately 2010 -- and we see
5  the picture, Exhibit 16?
6  A.  Yes, sir.
7  Q.  Until that time you hadn't noticed any
8  excessive accumulation of water on the AA
9  property?
10 A.  No, sir.
11 Q.  And since AA started in 1985, that would be
12 for a period of 25 years?
13 A.  A long time.
14 Q.  I mean, if we're going from 1985 to 2010,
15 that would be 25 years?
16 A.  Yes, sir.
17 Q.  We looked at your Answer to Interrogatory No.
18 6 about water damage and automobile parts.  Are
19 there any records of the parts that were damaged
20 and what they were worth and what type of
21 vehicles they came out, anything like that?
22 A.  I would have to get with Stan and look at
23 what our -- I would have to look through what our
24 -- maybe our records show where we had to just
25 crush when we were able to get to the cars to

Page 82

1  crush them and be able to obtain that.  You know,
2  through the sales, you know, as the sales
3  dwindled when you can't put new inventory and
4  pull that old stuff out of there, I would have to
5  get with Stan and see if maybe we can compile
6  some information for you.
7  Q.  That's where I'm getting at.  The Notice of
8  Deposition that we looked at, on Page 3 said
9  copies of all the financial records and other
10 documents which substantiate, prove or otherwise
11 support plaintiffs' claim for damages in this
12 case?
13 A.  Yes, sir.
14 Q.  We read that earlier?
15 A.  Yes, sir.
16 Q.  Do you think you've got any kind of documents
17 that prove or support AA's claim or your claim
18 for damages?
19 A.  Well, it's based on the sales and our
20 inventory, you know, it's just dwindled, and
21 that's where -- that's what we see.  That's on a
22 day-to-day basis.
23 Q.  And those numbers are contained in your -- in
24 the tax returns?
25 A.  Yes, sir.

Page 83

1  Q.  Okay.  Let's look at Interrogatory No. 7,
2  I'll read it if you'll read along with me.  The
3  interrogatory asks, itemize each element of
4  damage, including any actual damages, loss
5  profits, special damages and/or consequential
6  damages for which you sue, and state that dollar
7  amount you seek for each element, both past and
8  future if applicable.  Did I read that correctly?
9  A.  Yes, sir.
10 Q.  Let me read the response into the record.
11 The plaintiffs' revenue declined steadily after
12 2013 because of the flooding and inability to use
13 their property.  Lost revenue for 2016 to 2018 is
14 calculated as follows:  Average annual gross
15 sales 2012 to 2013 was $1,265,130; gross sales
16 for 2016 to 2018 were $771,612, $724,730 and
17 $618,323, respectively.  The decline in sales
18 during 2016 through 2018 totaled $1,710,725.
19 Using AA Auto's average gross profit margin of
20 50.61%, the 2016 to 2018 loss of revenue totals
21 $865,737.  Ms. Adelsberger, did I read that
22 correctly?
23 A.  Yes, sir.
24 Q.  Okay.  Help me understand something here.  It
25 says, using AA Auto's average gross profit margin

Page 84

1  of 50.61%.  Do you see that?
2  A.  Yes, sir.
3  Q.  Where does the 50.61% come from?
4  A.  I don't figure that.  I don't know that.  I
5  don't know the exact percentage.  Based on the
6  revenue is what I'm looking at here.
7  Q.  What you're looking at when you say the
8  revenue --
9  A.  Yes, sir.
10 Q.  -- I think you're talking about gross sales,
11 right?
12 A.  Yes, sir.  Correct.
13 Q.  They were a good deal higher in 2012 and 2013
14 than they were 2016, 2017 and 2018?
15 A.  Yes, sir.
16 Q.  And we do have in Exhibit No. 14, that's our
17 corrected chart?
18 A.  Yes, sir.
19 Q.  If you can pull that in front of you.  We've
20 got a list by year of how well the company did
21 that year, right?
22 A.  Yes, sir.
23 Q.  With the exception of 2011, the company
24 didn't pay any personal wages through the
25 present, right?

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

Page 85

1 A. Yes, sir.
2 Q. In 2011 the total amount was $31,430 when you
3   add the personal wages and the business net
4   profit, right?
5 A. Yes, sir.
6 Q. And then the following year 2012, it jumped
7   up three times as much to $95,545. Do you see
8   that?
9 A. Yes, sir.
10 Q. Do you know what caused that 300% increase?
11 A. No, sir.
12 Q. It just happened?
13 A. Well, no, I don't know. I don't know what
14   was going on at that point in time. I don't know
15   if we changed anything, or I don't know if a lot
16   of new inventory possibly came in; I don't know.
17   It would have been in the sales.
18 Q. Okay. From 2012 to 2013 the business loses
19   money. It goes in 2012 from $95,545, in 2013 to
20   $69,156. Do you see that?
21 A. Yes, sir.
22 Q. Do you know what caused that drop in profit
23   for the business from 2012 to 2013?
24 A. I'm assuming we would have put out more than
25   we, you know, were able to take in. Our

Page 86

1   inventory wasn't being rotated. We were unable
2   to crush cars. We couldn't get to the cars which
3   lowered the amount of money when you crush cars
4   that you get at certain times a year. You can't
5   sell from an empty basket.
6 Q. Well, if we don't have any pictures from 2012
7   or 2013, at least depicted on our photo log,
8   correct?
9 A. I believe that's -- correct.
10 Q. So do you know if there was flooding going on
11   in years 2012 and 2013 at AA Auto?
12 A. Well, we've had consistent flooding. To tell
13   you how much flooding, and since we didn't take
14   pictures, I couldn't tell you exactly how deep
15   the floods or all was going on.
16 Q. And then do you know anything else that you
17   can attribute the loss in business profit to,
18   other than standing water?
19 A. Well, the standing water affected our
20   inventory and so, therefore, if you can't bring
21   any inventory in and you can't rotate that
22   inventory, then it starts -- you're on a decline.
23   You're either having to buy parts from someone
24   else because you can't bring a car in, and so
25   your profit goes down as opposed to --

Page 87

1 Q. And I understand if that's the case with
2   standing water, but is there anything else in
3   your mind that this loss of profit could be due
4   to from 2012 to 2013?
5 A. That I'm aware of -- not that I'm aware of,
6   no, sir. I don't know -- I can't put a finger on
7   a certain thing, no, sir.
8 Q. Now, you've been in this business for quite a
9   while, right?
10 A. Yes, sir.
11 Q. Is it fair to say, in years past there were
12   more smaller auto salvage stores than there are
13   today?
14 A. Yes, sir.
15 Q. And I hesitate to use the word mom and pop.
16   I don't mean that disparagingly. But a lot of
17   the mom-and-pop auto salvage stores have gone by
18   the wayside?
19 A. Yes, sir.
20 Q. And I would think that that's due in part to
21   some really big auto salvage businesses that come
22   in and in a wake and take a large share of the
23   market?
24 A. Yes, sir.
25 Q. I guess one way to analogize, is sometimes in

Page 88

1   a small town, if WalMart moves in, you see a
2   local shoe store go out of business and a small
3   hardware store?
4 A. Yes, sir.
5 Q. You know what I'm saying?
6 A. Yes, sir, I do.
7 Q. Has that happened some in the auto salvage
8   business?
9 A. Well, there's a lot of mom and pops still out
10   there in this business, because it's -- there's
11   still a need. There's still a need. Not any one
12   salvage yard can have everything for everybody,
13   and so we -- our specialty is imports, and that's
14   what our specialty has always been. But I'm sure
15   that -- I say I'm sure, I don't know -- but I'm
16   sure different things in our industry have
17   changed and may have an effect on our decline as
18   well as the water. I could never say that
19   nothing has ever affected our business, because
20   that would not be true.
21 Q. Have you ever had any type of casualty loss
22   that's affected your business, other than water?
23   I mean like --
24 A. No, sir.
25 Q. -- a fire or anything like that?

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

Page 89

1 A.  No, sir.  We've had a light fire many, many
2    years ago when a neighbor had burned some leaves
3    and it came underneath the fence, and we lost
4    some inventory then, but never anything major,
5    major.
6 Q.  Are the auto salvage places that you are in
7    competition with, are they in Arkansas or North
8    Little Rock or are they nationwide?
9 A.  Well, our competition is — we all work
10    together.  We're all on a system that we see each
11    other's inventory, so we all work together.
12    Everybody buys — you know, everyone knows what
13    everyone buys.  We try to work together.  I'm
14    going to say it is competition, but we do
15    refer — they refer to me, I refer to them.
16 Q.  Yeah.
17 A.  Would I prefer to sell my parts, yes, sir, I
18    would.
19 Q.  Sure.  If you don't have a part somebody is
20    looking for and you know that John Doe Auto Parts
21    or dealership -- or salvage yard does have it,
22    you can refer them to that company?
23 A.  Yes.
24 Q.  And you hope they'll do the same for you?
25 A.  Yes, sir.

Page 90

1 Q.  But ultimately, if you and other auto salvage
2    yards have the same part, you want them to buy
3    from you?
4 A.  Correct.
5 Q.  So -- I mean, there is competition there?
6 A.  Oh, yes, sir.  Yes, sir.
7 Q.  And what I'm trying to get at is, is your
8    competition on a local scale, is it on a
9    statewide scale or is it on a national scale?
10 A.  Well, I would say a little of both, all of
11    it.  You know, in this industry, it's all of it.
12    I'm sure has a little bit of an effect on you on
13    the internet, because people can go to a
14    different -- a lot of different places.  So we
15    try to service specialty items that we feel like
16    people will come to our door.
17 Q.  And those specialty items would be?
18 A.  Imports, foreign cars.
19 Q.  Foreign cars?
20 A.  Yes, sir.
21 Q.  Do you have any idea what the volume of
22    foreign cars sales has been the last couple of
23    years versus what it was six or seven years ago?
24 A.  No.  I couldn't put a number on it.
25 Q.  I couldn't either.  I just wondered if --

Page 91

1 A.  No, I could not put a number on it.  Import
2    sales increased, but I couldn't put a number on
3    it.
4 Q.  What percentage of AA Auto is imports?
5 A.  Probably 95 percent.  We don't have very many
6    American.
7 Q.  Ms. Adelsberger, we see in the year 2015,
8    that was the lowest year as far as profit goes.
9    It shows $9528?
10 A.  That's a bad year, yes, sir.
11 Q.  But then the next year 2016, it shows
12    $30,618.  Do you see that?
13 A.  Yes, sir.
14 Q.  That would be what, right at a threefold
15    increase in net profit, right?
16 A.  (Witness nodding head up and down.)  And it
17    could have been because we were buying parts,
18    buying cars.  It's hard to pinpoint how our
19    business fluctuates and the market — how the
20    market works and where we buy our cars.  If you
21    were able to buy a car at a different rate each
22    time, or if the cars are up, if they're down.
23    It's hard to pinpoint exactly one thing that
24    makes it increase, other than the sales, and the
25    sales obviously is where the —

Page 92

1 Q.  Sounds like -- sounds like there are a lot of
2    market forces at work that determine whether or
3    not AA Auto is going to have a strong year, a low
4    year or come back?
5 A.  Well, inventory affects that a lot.  You have
6    to have inventory, and you have to be able to put
7    it in the property, and you have to be able to
8    move out the old stuff or the older stuff, and
9    especially, you know, when it's not any good
10    anymore, but you have to be able to rotate it in
11    order for your numbers to be up.
12 Q.  Well, let's just say from 2015 where you made
13    less than $10,000 to 2016 where you made over
14    $30,000?
15 A.  Yes, sir.
16 Q.  Why do you think the net profit tripled
17    between those two years?
18 A.  I don't know.  I don't know.  It would only
19    have to be in inventory.  You know, the
20    inventory, we were able to purchase some
21    inventory, maybe we were actually able to crush
22    one time.  When you crush, then you — you know,
23    you get to boost your inventory up.
24 Q.  Well, do you think --
25 A.  But I don't know.

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

**Page 93**

1 Q. Do you think the standing water on the AA
2 property was less in 2016 than 2015?
3 A. I don't know that. I do not know that.
4 Q. And wouldn't have any record to prove it one
5 way or the other?
6 A. No, sir.
7 Q. Then we see from 2016 where the net profit
8 was a little over $30,000, 2017 it's a little
9 under $24,000. Do you know what the cause was
10 for the net profit to go down roughly $7,000
11 between those two years?
12 A. No, sir.
13 Q. Same question with 2017 to 2018, would you
14 know what caused that net profit to go down?
15 A. No. Just sales in general and more outgo
16 than income.
17        MR. TUCKER: Let's go off the record
18 for a second.
19        VIDEOGRAPHER: We're going off the
20 record. It's 12:04 p.m.
21        (A break was taken.)
22        (Back on the record.)
23        VIDEOGRAPHER: We're back on the
24 record. It's 12:10 p.m.
25 Q. (By Mr. Tucker) Ms. Adelsberger, we were

**Page 94**

1 looking at the Responses to Discovery, and we
2 were talking about Interrogatory No. 7 on Page 3.
3 Where it says AA Auto's average gross profit
4 margin 50.61%, you don't know where that comes
5 from, do you?
6 A. I would say you would have to get with Stan,
7 and he would be able to give you the -- how they
8 came up with that.
9 Q. Do you have documents at your business or
10 anywhere else that you know of that talk about a
11 gross profit margin for AA Auto?
12 A. Nowhere else. Do I know if somebody else --
13 can you repeat that, please?
14 Q. Yeah. Do you have any documents or computer
15 screens that show what the AA Auto average gross
16 profit margin is?
17 A. I would say it would be on the computer
18 software possibly.
19 Q. And you think --
20 A. I will check that out, and I would be more
21 than happy to share that with Stan. Stan might
22 be aware of that already.
23 Q. Of course, that number would fluctuate from
24 year to year, wouldn't it?
25 A. I would think so, yes, sir.

**Page 95**

1 Q. Could you look at those tax returns that we
2 went through and figure out what AA's average
3 gross profit margin was for any given year, or is
4 that something that you would not be able to do?
5 A. I would say they would be generated off of
6 the sales. I personally couldn't do it, but I'm
7 sure that somehow -- I don't know if, you know,
8 we could call in someone to ask them that.
9 Q. Do you know if AA -- strike that. Let me go
10 back. According to that tax return chart, 2012
11 was -- looks like far and away the best year that
12 AA Auto had, at least --
13 A. Yes, sir.
14 Q. Okay. Do you know if AA had ever done that
15 well before 2012?
16 A. I don't remember, sir. I mean, we've had
17 better sales months for sure, absolutely.
18 Q. But you don't know what the net profit --
19 A. I don't know the exact --
20 Q. -- was --
21 A. No, sir, I do not.
22 Q. Okay. Let's look at Interrogatory 10 which
23 is at the bottom of Page 3, if you would. And it
24 says, identify the specific dates for which you
25 allege flooding of your property occurred and

**Page 96**

1 describe the extent of the flooding on each day,
2 location of flooding on your property and whether
3 any improvements on the property were flooded.
4 And the answer says, flooding occurred to various
5 degrees each time the area received significant
6 rainfall. The list of photographs, documents
7 0004 - 0007, reflects some of the dates of
8 flooding. First of all, did I read that
9 correctly?
10 A. Yes, sir.
11 Q. And where it says flooding occurred to
12 various degrees each time the area received
13 significant rainfall, do you have in your mind
14 the definition of what significant rainfall is?
15 A. The only thing I can base that on is how deep
16 the water is on our property. If you can't get
17 to a car, or if the car is under and you can't
18 get to any of it, that's -- that's what I
19 consider there's a lot of flooding and it hadn't
20 drained off.
21 Q. But I take it you don't have a number in
22 mind --
23 A. No, sir.
24 Q. -- like if it flood -- if it started -- if
25 it rains an inch and a half, that causes

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

Page 97

1  flooding; if it rains three inches in 48 hours,
2  that's significant rainfall?  Are you being kind
3  of general here?  And I think you are.  I just
4  need to know if you have a specific number as to
5  what constitutes significant rainfall?
6  A. Well, obviously a flash flood is significant
7  to us, but I don't have any specific number to
8  tell you that it's — any rain is rain and —
9  but when it's an immediate rain, that's
10  significant to us when the water doesn't go off
11  the property.
12  Q. But you're not talking about a specific
13  number of inches of rainfall?
14  A. Well, if it's a flash flood, then that's a
15  lot of rain at one time.  Just a light rain,
16  that's something totally different.  So I don't
17  really have an exact -- no, sir, I don't.
18  Q. Okay.  And I didn't think so.  I just wanted
19  to ask.
20  A. No, I don't.
21  Q. Okay.  Let's look at Interrogatory No. 12,
22  and the -- I'm not going to read the actual
23  interrogatory, but let me ask you a couple of
24  questions about the response.  It says, nearby
25  silt and debris floated into and accumulated

Page 98

1  inside the culvert each time it rained in the
2  area gradually restricting and eventually
3  blocking the flow of water.  Do you see that?
4  A. Yes, sir.
5  Q. Do you know if each time it rained in the
6  area silt and debris accumulated inside the
7  culvert?
8  A. Well, I didn't personally inspect it every
9  time.
10  Q. So you couldn't make that statement, that
11  every time it rained it got debris and silt
12  inside the culvert, right?
13  A. I wouldn't know that, no, sir.
14  Q. The answer continues, it says, the defendant
15  did not keep the culvert clear enough to allow
16  for proper drainage.  I understand your position
17  that sometimes Union Pacific didn't keep it clear
18  enough, but you're not saying for the past four
19  years that it's never been clear enough, are you?
20  A. We haven't — I have not inspected the
21  culvert every time.  When I have gone to look at
22  the culvert, it was backed up and it did not flow
23  through.
24  Q. Were there any obstructions in the culvert or
25  just the water was backed up?

Page 99

1  A. Trees, and it wouldn't go through.  It
2  wouldn't go underneath the culvert.
3  Q. Tree limbs you mean?
4  A. Limbs and trees.  Well, big trees, little
5  trees, limbs, everything, because it's all rotted
6  back in there.
7  Q. And doesn't that -- when you say back in
8  there, doesn't that area normally hold water;
9  it's a swampy area?
10  A. It's not — at what point?  I don't know when
11  it started, but it didn't — it wasn't that way.
12  It wasn't that way when we started.
13  Q. Now, in looking at the Answer to
14  Interrogatory No. 12 a bit further, it says,
15  after the plaintiff repeatedly complained, the
16  defendant removed some debris from the culvert
17  during or about August 2015.  Do you see that?
18  A. Yes, sir.
19  Q. Do you remember that particular month and
20  year, or would that have come from your husband?
21  A. That — I don't remember that exact time.  I
22  just know that, you know, at one point or another
23  someone did try to remove — maybe try to remove
24  some of the stuff that was there.
25  Q. Do you know how they removed it?  Did they

Page 100

1  bring in a trackhoe, or what did they use?
2  A. No, sir.  I don't know.  I don't know what
3  they used.
4  Q. Did you witness this --
5  A. No.  You could see where they had dumped.
6  What they would do is scrape it, and then would
7  dump it over to the side but it wasn't removed,
8  it would just go back into that — what we
9  could — what I could see what it looked like.
10  Q. Do you know if anybody saw Union Pacific
11  remove any debris or silt or anything from that
12  culvert?
13  A. I don't know that.
14  Q. But you yourself did not?
15  A. No, sir, I did not.
16  Q. Let's look at No. 14, please, on Page 5.  At
17  the top it asks about conversations you had with
18  either Union Pacific or Union Pacific's
19  representative, and I believe you told me you
20  remember talking to Brandon Morris, but you
21  couldn't remember any other names?
22  A. Yes, sir.  That's correct.
23  Q. Okay.  And to ask you when those
24  conversations took place, you would just have to
25  guess at it?

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

---

**Page 101**

1  A.  It started in 2011, that's what I -- I can
2  say that, but I don't know exactly what day, that
3  sort of thing.
4  Q.  Do you know if you talked to Mr. Morris every
5  year or --
6  A.  I talked to him -- I don't know how often.
7  He was kind on the phone, and I felt like I was,
8  you know, getting some assistance there.
9  Q.  Sure.  And there's no record of those
10  conversations, is there?
11  A.  Not that I am aware of, no, sir.  I didn't
12  record them or anything, no, sir.
13  Q.  Well, or write them down, you know?
14  A.  Right.
15  Q.  Talked to Mr. Morris this day?
16  A.  I would have written down what he would have
17  just said.
18  Q.  Do you have any of those notes?
19  A.  No, sir, I don't.  I might be able to provide
20  whatever notes I have that just have his name and
21  what, you know, he said he would contact someone
22  or -- but I don't know.  I don't have an exact
23  name of who and the numbers that he was
24  contacting.  I don't have any of that
25  information.

---

**Page 102**

1  Q.  Okay.  Let's go to Page No. 5.  Request for
2  Production No. 4.  Are you there with me?
3  A.  Yes, sir.
4  Q.  It says, produce all documents related to any
5  inspections performed on the property either
6  before or after any alleged flooding.  And the
7  response says, quarterly inspections were
8  performed for EPA compliance by HavCom
9  Management.  Was that what we looked at earlier?
10  A.  Yes.  They provide the information to ADEQ.
11  Q.  Okay.
12  A.  And HavCom is the one that comes through on a
13  quarterly basis and checks that out.
14  Q.  So that's going to be Exhibit No. 20, and
15  then the documents behind that, that letter?
16  A.  Yes, sir.  Would be from HavCom.
17  Q.  Thank you.  And as we said earlier, those
18  really don't have anything to do with the
19  standing water or this lawsuit?
20  A.  Well, what they report is what is in the
21  water.
22  Q.  Oil or --
23  A.  Yes, sir.
24  Q.  -- something they don't want in the water?
25  A.  Correct.

---

**Page 103**

1  Q.  Okay.
2  A.  Correct.
3  Q.  Which what's in the water doesn't have any
4  relevance to our lawsuit here today, right?
5  A.  I don't know that.
6  Q.  Okay.  At least -- okay.  Never mind.  Let's
7  go to the next page, No. 9.  Request for
8  Production No. 9 asks for all documents relating
9  to any improvements, repairs and/or modifications
10  made to the property since the day you acquired
11  it.  And the response was all work was performed
12  by the plaintiffs and their employees.  Just
13  sitting here, Ms. Adelsberger, what -- since you
14  and your husband have had the property, what
15  improvements or modifications have been done to
16  it that you know of?
17  A.  Well, we've constantly tried to improve, and
18  you bring in gravel and you bring in dirt, you
19  bring in rocks, that sort of thing.  Of course,
20  we, you know, put more racks in, service racks,
21  we raise the cars up to dismantle them.  Through
22  the computer, you know, we've instigated that.
23  Our inventory is updated every day.
24      So as far as the back of the property, the
25  lay of the land, we haven't done anymore since

---

**Page 104**

1  the flooding, where we used to would just keep
2  hauling more stuff, you know, like gravel when we
3  needed gravel or whatever.  But it's -- you know,
4  we try to keep it up.
5  Q.  In looking at Request for Production No. 10
6  which asks for communications, including
7  electronic communications, e-mails and texts sent
8  to or received from Union Pacific, and it says,
9  all communication was by phone, no records kept,
10  no documents were sent.  Is that still a correct
11  answer?
12  A.  As far as I know.
13  Q.  Okay.  If you'll turn the page, looking at
14  No. 13, it says, Request for Production No. 13,
15  statements from plaintiffs' business from 2009 to
16  the present date.  And the response says, except
17  for documents 0008 - 0260, the plaintifs have no
18  such statements.  Do you see that?
19  A.  Yes, sir.
20  Q.  And the documents 0008 to 260 are the tax
21  returns, so would that still be a correct
22  response as it's contained there on Page 7 under
23  Request for Production No. 13?
24  A.  As far as I know.  I don't know -- we could
25  try to get with the CPA, but otherwise, I would

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

---

Page 105

1  think they would have provided that.
2  Q.  You yourself don't keep any profit or loss
3   statements, do you?
4  A.  No, sir.
5  Q.  And you're not aware of any being kept at AA
6   Auto?
7  A.  Oh, no.  No, sir.
8  Q.  Let's look at Request for Production No. 20
9   on Page 8 which asks for appraisals, and it says,
10  the plaintiffs have no appraisals.  Would that
11  still be a correct statement?
12 A.  As far as I know.  You would have to get with
13  my husband on that.  I don't think so, but I
14  don't know that.  I don't know when the last
15  appraisal was.
16 Q.  Have y'all tried to sell the property at any
17  time since that brokerage agreement we looked at
18  with Muradian?
19 A.  No, sir.
20 Q.  Has anybody made an offer on it?
21 A.  Not that I'm aware of.
22 Q.  Ms. Adelsberger, have you understood the
23  questions that I've asked you here today?
24 A.  I feel like I have.
25 Q.  Have I given you --

---

Page 106

1  A.  Most of them.
2  Q.  I'm sorry.  I didn't mean to cut you off.
3  A.  No.  I said I feel like I have most of them,
4   yes, sir.
5  Q.  When you didn't understand it, did you ask me
6   to repeat it --
7  A.  Yes, sir.
8  Q.  -- or rephrase it?
9  A.  Yes, sir.
10 Q.  Have I given you a full and a fair
11  opportunity to answer my questions?
12 A.  Yes, sir.
13 Q.  Is there anything you would like to go on the
14  record and say before I stop asking you
15  questions?
16 A.  All we want is for us to be able to operate
17  our business just under normal circumstances,
18  normal rainfall, just operate our business, we're
19  still doing that, working like this.  That's all
20  we want.
21 Q.  Understood.  Anything else you would like to
22  say?
23 A.  No, sir.
24 Q.  I thank you for your time.
25 A.  Thank you.

---

Page 107

1          MR. RAULS: No questions.
2          VIDEOGRAPHER: This concludes the
3  deposition.  We're off the record at 12:26 p.m.
4          (Deposition proceedings
5           concluded at 12:26 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

Page 108

1                  CERTIFICATE
2  STATE OF ARKANSAS  )
3                     )  ss:
   COUNTY OF PULASKI  )
4      I, KELLY HILL, Certified Court Reporter, a
   notary public in and for the aforesaid county and
5  state, do hereby certify that the witness,
   ANNETTE ADELSBERGER, was duly sworn by me prior
6  to the taking of testimony as to the truth of the
   matters attested to and contained therein; that
7  the testimony of said witness was taken by me
   stenographically, and was thereafter reduced to
8  typewritten form by me or under my direction and
   supervision; that the foregoing transcript is a
9  true and accurate record of the testimony given
   to the best of my understanding and ability.
10     I FURTHER CERTIFY that I am neither counsel
   for, related to, nor employed by any of the
11 parties to the action in which this proceeding
   was taken; and, further, that I am not a relative
12 or employee of any attorney or counsel employed
   by the parties hereto, nor financially
13 interested, or otherwise, in the outcome of this
   action; and that I have no contract with the
14 parties, attorneys, or persons with an interest
   in the action that affects or has a substantial
15 tendency to affect impartiality, that requires me
   to relinquish control of an original deposition
16 transcript or copies of the transcript before it
   is certified and delivered to the custodial
17 attorney, or that requires me to provide any
   service not made available to all parties to the
18 action.
19
20
21          Kelly D. Hill
            Certified Court Reporter
22          State of Arkansas
            Certification #515
23
24
25

---

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

**$**

$1,265,130 (1)
83:15
$1,500,000 (1)
27:25
$1,710,725 (1)
83:18
$1.5 (2)
28:6;30:1
$10,000 (1)
92:13
$105,000 (2)
28:7,14
$12,750 (4)
32:4,16,25;34:25
$13,552 (3)
38:5,14,19
$16,913 (2)
45:4,20
$18,680 (3)
33:23;34:17;35:1
$23,740 (2)
42:19;43:18
$24,000 (1)
93:9
$26,913 (1)
45:7
$30,000 (2)
92:14;93:8
$30,618 (4)
41:5,18;42:2;91:12
$31,430 (1)
85:2
$618,323 (1)
83:17
$69,156 (4)
37:8,12,17;85:20
$7,000 (1)
93:10
$724,730 (1)
83:16
$771,612 (1)
83:16
$865,737 (1)
83:21
$9,528 (3)
39:16;40:5,11
$95,545 (5)
36:4,10,15;85:7,19
$9528 (1)
91:9

**A**

AA (58)
17:25;18:10,11,20,
23;19:21;20:1,5,8;
21:2;23:10,19;25:5,12,
23;26:4,8,17;27:23;
31:16;33:3,9,13;40:25;
44:25;46:20;47:18;

49:10;51:9;55:21;59:4;
61:13;63:7,17;64:5;
75:15,22;76:24;77:16,
18;78:20;80:1,9;81:8,
11;83:19,25;86:11;
91:4;92:3;93:1;94:3,
11,15;95:9,12,14;105:5
AAA (1)
26:24
AA's (2)
82:17;95:2
ability (1)
13:6
able (16)
51:4;52:2;66:18;
81:25;82:1;85:25;
91:21;92:6,7,10,20,21;
94:7;95:4;101:19;
106:16
absolutely (1)
95:17
accessing (1)
73:3
According (1)
95:10
Accounting (9)
10:1,4,6,8,15,16,21;
44:2,15
accumulated (3)
72:25;97:25;98:6
accumulation (4)
51:18,19,21;81:8
accurate (2)
13:7;48:13
accurately (8)
37:15;38:18;40:9;
41:25;43:16;45:19;
46:19;49:10
acquired (1)
103:10
acres (1)
65:7
acronym (1)
62:12
Activity (1)
61:20
actual (2)
83:4;97:22
actually (2)
52:12;92:21
add (1)
85:3
addition (1)
22:14
address (3)
16:10;31:13,16
Adelsberger (52)
7:6,9,18,25;8:10;
10:24;12:2;13:5;14:18;
16:7;17:13,16,20,24;
20:20;25:9;26:4;27:1,
16;29:4;30:18;31:11;
32:10,17,25;33:15;

35:15;36:12;37:5,14;
38:17;39:1;40:7,14;
41:23;42:5;43:22;44:7;
46:10;47:2;52:12;
54:12;57:19;59:9;61:8;
69:18;70:8;83:21;91:7;
93:25;103:13;105:22
Adelsberger's (1)
24:10
ADEQ (2)
62:10;102:10
adjoining (1)
80:2
administer (1)
7:7
advertising (1)
21:15
aerial (3)
50:21,25;54:16
affect (1)
13:6
affected (5)
75:15;76:15;86:19;
88:19,22
affects (1)
92:5
again (5)
13:9;16:16;19:11;
37:11;38:3
against (1)
58:22
ago (6)
20:15,16;32:24;68:3;
89:2;90:23
agreement (7)
12:3;27:2;28:5;
29:23;30:6,12;105:17
ahead (1)
63:25
Airport (4)
77:10,14,22,23
allegations (1)
62:19
allege (2)
72:14;95:25
alleged (1)
102:6
allow (1)
98:15
almost (1)
17:1
along (2)
72:4;83:2
alphabetical (1)
26:24
always (2)
77:10;88:14
American (1)
91:6
amount (5)
29:1;51:25;83:7;
85:2;86:3
amounts (1)

29:20
analogize (1)
87:25
and/or (2)
83:5;103:9
Annette (6)
7:6,9,18;8:1,10;
31:11
annual (1)
83:14
anymore (3)
76:10;92:10;103:25
apologize (2)
35:12;64:2
appear (4)
43:5;53:23;55:15;
61:11
appears (4)
47:5;53:2;55:2;
59:16
applicable (1)
83:8
applies (1)
23:12
appraisal (1)
105:15
appraisals (2)
105:9,10
appreciate (1)
51:16
approximate (1)
7:4
approximately (5)
19:9;29:9;72:25;
73:8;81:4
apt (1)
18:3
area (9)
59:4;81:1,3;96:5,12;
98:2,6;99:8,9
areas (1)
72:16
Arkansas (15)
10:1,5,14,16;15:5,7,
18;16:3,11,14;26:9;
44:15;61:11;62:12;
89:7
Army (1)
16:2
around (1)
23:9
ARR000044 (1)
61:21
assistance (4)
57:7,16;67:12;101:8
Assistant (1)
19:6
assumed (1)
56:16
assuming (7)
31:22;32:20,22;59:6;
66:2;79:23;85:24
attach (1)

33:19
attorney (6)
11:3;12:20;24:7;
27:1;43:8,12
attribute (1)
86:17
audio (1)
7:2
August (2)
54:13;99:17
Austin (4)
16:11,14,25;31:23
Auto (64)
17:25;18:10,11,20,
23;19:21;20:1,5,8;
21:2,3;22:14;23:10,19,
24;24:3;25:5,12,23;
26:4,8,17,23;27:21,21,
23;31:16;33:4,9,13;
34:7,7;40:25;44:25;
46:21;47:18;49:10;
51:9;55:21;59:4;61:13;
63:7;64:6;75:23;76:24;
77:16,18;78:20;80:1,9;
86:11;87:12,17,21;
88:7;89:6,20;90:1;
91:4;92:3;94:11,15;
95:12;105:6
automatically (1)
22:4
automobile (7)
73:1,14,20,24;74:14,
15;81:18
automobiles (1)
73:4
Auto's (3)
83:19,25;94:3
Average (6)
83:14,19,25;94:3,15;
95:2
aware (13)
16:9;59:3;63:5,23;
75:24;80:3;81:1;87:5,
5;94:22;101:11;105:5,
21
away (4)
15:25;68:5,23;95:11

**B**

back (30)
9:21;10:5;15:25;
29:1;32:6,14;34:22;
46:7,8;49:23;52:13;
55:24;64:9,15;66:2;
68:7,9,11,13;75:19,20;
78:7;92:4;93:22,23;
95:10;99:6,7;100:8;
103:24
backed (2)
98:22,25
background (1)
58:24

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

bad (1)
    91:10
ball (1)
    56:17
bankruptcy (1)
    26:2
Baptist (1)
    79:3
base (1)
    96:15
based (4)
    40:11;41:24;82:19;
    84:5
basic (1)
    20:22
basically (3)
    9:14;19:19;59:17
basis (3)
    20:24;82:22;102:13
basket (1)
    86:5
become (1)
    23:19
began (1)
    19:21
begin (2)
    11:23;21:20
beginning (4)
    19:16;52:14;65:22,
    25
behind (2)
    50:6;102:15
belief (1)
    63:3
Benton (1)
    17:19
beside (1)
    78:15
besides (1)
    79:9
best (5)
    11:24;55:6,9;63:2;
    95:11
better (1)
    95:17
big (2)
    87:21;99:4
birth (1)
    14:18
bit (4)
    18:13;64:14;90:12;
    99:14
blank (4)
    39:9;40:23;42:13;
    44:23
blocking (1)
    98:3
body (2)
    25:15,16
bold (1)
    71:6
books (2)
    23:10;63:7

boost (1)
    92:23
born (1)
    14:22
both (5)
    11:21;45:15;47:1;
    83:7;90:10
bottom (2)
    24:22;35:7;53:5,9;
    70:24;72:12;95:23
bought (7)
    23:25;30:3;44:2;
    76:22;79:12;80:5,8
Box (6)
    33:22;34:17,19;
    35:23;36:4;41:5
branch (1)
    16:1
Brandon (3)
    66:24;67:14;100:20
break (3)
    22:17;46:6;93:21
bring (8)
    8:21;29:14;86:20,24;
    100:1;103:18,18,19
broker (2)
    27:2;29:25
brokerage (1)
    105:17
brown (1)
    60:9
building (2)
    50:5;81:2
buildings (3)
    60:25;71:16;72:17
built (2)
    78:17;79:9
bunch (7)
    66:14;67:6,6,7,9;
    75:14,14
burned (1)
    89:2
bushes (2)
    58:20;60:5
business (86)
    17:22,22,23;19:15,
    24;20:22;21:7;22:11,
    15;23:1,2,5,6,20,24;
    24:4,9;25:12,24;26:1;
    27:4,10,21;28:6;29:13,
    15,24;30:3,7;31:21;
    32:12,16,21;33:3,17;
    34:2,25;35:25;36:3,14,
    15;37:4,7,16;38:5,11,
    19;39:11,15,24;40:10;
    41:4,5,12,21;42:1,15,
    18,19,23;43:8,17;45:4,
    20;46:20;54:24;55:5;
    76:16,16,18;77:2;85:3,
    18,23;86:17;87:8;88:2,
    8,10,19,22;91:19;94:9;
    104:15;106:17,18
businesses (5)

21:15;23:7,9;79:25;
    87:21
buy (7)
    22:1;29:15;30:7;
    86:23;90:2;91:20,21
buyer (1)
    19:6
buying (2)
    91:17,18
buys (2)
    89:12,13

**C**

calculated (1)
    83:14
calendar (1)
    63:14
call (8)
    18:10;19:19;57:11;
    65:20;66:9;70:24;
    77:10;95:8
called (5)
    14:7;27:4;57:4,15;
    65:24
calling (2)
    56:4;57:1
calls (1)
    21:14
came (9)
    15:25;25:16;32:21;
    47:12;71:3;81:21;
    85:16;89:3;94:8
can (44)
    15:18;18:8;20:16;
    21:12;24:5,5;29:16;
    30:15,17;34:23;35:3;
    36:17;40:13;43:6,8,10,
    11,12;47:1;49:1;51:21;
    53:24;54:9;57:3;61:23;
    62:5;64:2,13;66:15;
    69:10;70:24;73:21;
    74:25;75:5;78:15;82:5;
    84:19;86:17;88:12;
    89:22;90:13;94:13;
    96:15;101:1
car (9)
    21:10;75:4,5,5,20;
    86:24;91:21;96:17,17
careful (1)
    75:4
carried (1)
    75:2
Carroll (2)
    7:22;47:21
C-a-r-r-o-l-l (1)
    7:23
cars (18)
    21:6;51:19;52:2,3;
    74:19;75:6;80:24;
    81:25;86:2,2,3;90:18,
    19,22;91:18,20,22;
    103:21

case (8)
    8:25;9:7,13;12:13;
    24:8;30:21;82:12;87:1
casualty (1)
    88:21
cause (1)
    93:9
caused (6)
    72:14;76:17;80:23;
    85:10,22;93:14
causes (1)
    96:25
cautioned (1)
    7:10
CD (1)
    72:4
cell (2)
    49:19,20
certain (3)
    43:6;86:4;87:7
certificates (1)
    15:16
C-EZ (1)
    33:20
chance (2)
    12:20;46:14
change (3)
    45:15,17,22
changed (3)
    80:1;85:15;88:17
changes (2)
    79:5,16
channel (3)
    59:25;60:4,6
Charles (1)
    24:18
chart (16)
    30:19,25;36:13;
    37:15;38:18;40:8;
    41:24;43:16,16;45:6,
    18,22;46:12,15;84:17;
    95:10
check (3)
    62:2;64:2;94:20
checks (1)
    102:13
chronological (1)
    71:15
church (2)
    78:13,22
circumstances (1)
    106:17
city (1)
    57:10
claim (6)
    8:24;9:6,13;82:11,
    17,17
clarify (1)
    11:11
cleans (1)
    65:13
clear (3)
    98:15,17,19

cleared (1)
    68:5
close (3)
    68:23;77:16;78:20
code (1)
    16:16
college (1)
    15:15
column (2)
    38:8;52:14
comfortable (1)
    48:11
coming (2)
    14:21;80:23
commission (3)
    28:7,10,14
communication (1)
    104:9
communications (2)
    104:6,7
companies (3)
    10:12,13;26:16
Company (12)
    8:9;10:10,14;18:16;
    26:6;27:4;62:1,5;
    76:25;84:20,23;89:22
compare (5)
    45:18;46:14;48:3,6,8
compared (1)
    48:8
comparing (1)
    43:15
comparison (1)
    48:5
competition (5)
    89:7,9,14;90:5,8
compile (1)
    82:5
compiled (1)
    47:24
complained (1)
    99:15
complaint (1)
    71:17
complete (1)
    15:17
completely (2)
    68:12;75:9
compliance (1)
    102:8
computer (5)
    21:10;54:8;94:14,17;
    103:22
concluded (1)
    107:5
concludes (1)
    107:2
conduct (1)
    54:24
confidential (1)
    33:18
confirm (2)
    34:23;36:12

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

consequential (1)
83:5
consider (1)
96:19
consist (1)
23:17
consistent (1)
86:12
constant (2)
64:7,12
constantly (4)
64:16;65:8,10;
103:17
constitutes (1)
97:5
constructed (1)
77:5
construction (1)
78:18
contact (3)
65:3;71:18;101:21
contacting (1)
101:24
contain (1)
73:5
contained (2)
82:23;104:22
containing (1)
72:4
continual (1)
80:25
continue (2)
30:10;55:5
continues (2)
72:2;98:14
continuous (2)
25:24,25
contract (1)
30:13
conversations (4)
66:17;100:17,24;
101:10
convicted (1)
17:6
copies (3)
8:22;72:3;82:9
copy (2)
35:16;40:17
corner (4)
27:11,16;34:4;39:20
corporation (1)
26:4
corrected (2)
46:12;84:17
correctly (6)
11:18;72:21;73:6;
83:8,22;96:9
cost (2)
9:18;72:20
counsel (4)
36:20;37:21;40:16;
47:4
County (6)

17:2;56:9;57:3,10;
66:13,14
couple (3)
31:25;90:22;97:23
course (7)
16:6;34:7;62:24;
64:11;75:10;94:23;
103:19
court (3)
7:7;11:20;38:24
cover (1)
11:3
covered (1)
11:3
CPA (6)
9:22,22,25;23:12;
44:5;104:25
CPAs (1)
35:5
crate (1)
22:8
crime (1)
17:6
crush (6)
81:25;82:1;86:2,3;
92:21,22
culvert (30)
50:1;53:12,23;57:21;
59:17;64:13,17;65:1,7,
13,16,21;68:1,4,8,13,
16;69:2;76:8;80:4;
98:1,7,12,15,21,22,24;
99:2,16;100:12
curious (1)
54:11
current (1)
16:10
currently (2)
17:10;20:2
customers (1)
19:19
cut (1)
106:2

**D**

dad (2)
15:4,11
daily (4)
23:11,15,16,18
damage (7)
72:14,18,18,19;73:6;
81:18;83:4
damaged (8)
72:17;73:1,14,18,20,
24;74:14;81:19
damages (8)
8:24;9:7,13;82:11,
18;83:4,5,6
Darel (6)
17:13,14;29:3,10;
31:11;32:10
D-a-r-e-l (1)

17:15
Data (2)
19:6;21:9
date (12)
7:3;14:18;18:3,8;
23:23;29:11;50:17;
66:7;70:11;71:8,18;
104:16
dated (3)
27:18;50:12;61:13
dates (4)
63:10;67:19;95:24;
96:7
day (8)
23:15;63:15,16;96:1;
101:2,15;103:10,23
days (4)
20:5,8,15;75:12
day-to-day (2)
20:24;82:22
dead (4)
58:19,24;64:15;65:7
deal (1)
84:13
dealership (1)
89:21
dealing (1)
80:22
debris (6)
68:5;97:25;98:6,11;
99:16;100:11
decisions (1)
18:19
decline (4)
9:15;83:17;86:22;
88:17
declined (1)
83:11
deed (3)
24:8,14;71:10
deep (2)
86:14;96:15
Defendant (3)
8:8;98:14;99:16
definition (1)
96:14
degrees (2)
96:5,12
Department (2)
61:11;62:12
depend (2)
74:5,8,10,12
depict (1)
49:10
depicted (2)
48:16;86:7
depicts (1)
53:11
depose (1)
26:12
deposition (31)
7:5;8:6,10,12;10:25;
13:11;14:12;24:15;

26:20;27:12;31:1,7;
35:19;36:22;37:24;
39:5;40:19;42:9;44:11;
46:16;47:8;49:6;52:15;
57:22;59:14;61:9,16;
69:23;82:8;107:3,4
describe (2)
72:13;96:1
described (1)
71:17
description (1)
72:5
determine (2)
77:1;92:2
different (8)
8:2;34:12;74:14;
88:16;90:14,14;91:21;
97:16
Dillard's (3)
19:4,5,8
direct (1)
18:14
direction (1)
49:22
Dirt (2)
79:22;103:18
discovery (2)
61:10;94:1
discussed (1)
13:10
dismantle (1)
103:21
disparagingly (1)
87:16
distance (2)
19:17;60:24
ditch (1)
57:8
document (4)
57:15;61:7;66:4;
67:11
documentary (1)
63:17
documented (1)
22:4
documents (19)
8:23;9:5,12;13:14;
26:25;62:18,25;69:22;
82:10,16;94:9,14;96:6;
102:4,15;103:8;
104:10,17,20
Doe (1)
89:20
dollar (1)
83:6
Don (1)
44:15
done (9)
10:6,22;13:24;25:4;
47:15;68:25;95:14;
103:15,25
door (2)
76:2;90:16

Doris (1)
24:18
Double (1)
18:10
down (28)
11:8,9,18,20;22:17;
24:22;34:16;35:7;
44:14;53:4;57:14;60:3;
61:3;63:16;64:16;66:9,
19;67:15;68:19;69:2;
72:12;86:25;91:16,22;
93:10,14;101:13,16
downtown (1)
77:19
drainage (1)
98:16
drained (1)
96:20
drop (1)
85:22
Duces (1)
8:7
due (2)
87:3,20
duly (1)
7:10
dump (1)
100:7
dumped (1)
100:5
During (3)
15:24;83:18;99:17
dwindled (2)
82:3,20

**E**

earlier (8)
28:17;40:9;50:20;
71:10,24;82:14;102:9,
17
earliest (2)
50:19;51:7
easiest (1)
70:25
east (1)
49:21
edge (1)
68:23
education (1)
15:15
effect (2)
88:17;90:12
either (8)
10:21;11:8;12:14;
60:20;86:23;90:25;
100:18;102:5
elaborate (1)
24:6
electrical (1)
60:21
electronic (1)
104:7

Kelly Hill, CCR

(3) consequential - electronic

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

element (2)
  83:3,7
else (18)
  10:3;13:22;14:3;
  19:1;33:3;57:13;65:23;
  73:10;76:11;78:19;
  81:3;86:16,24;87:2;
  94:10,12,12;106:21
else's (1)
  81:2
e-mails (1)
  104:7
employed (1)
  18:9
employees (7)
  18:15;20:1;28:19,23;
  48:20;63:11;103:12
empty (1)
  86:5
enough (3)
  98:15,18,19
entitled (4)
  38:10;39:23;41:11;
  42:22
entity (1)
  33:3
entry (1)
  19:6
Environmental (2)
  61:12;62:13
EPA (1)
  102:8
Episcopal (1)
  79:3
equipment (3)
  75:19,20,21
error (1)
  46:13
especially (1)
  92:9
established (1)
  28:16
estimating (1)
  23:22
etc (3)
  32:2;37:1;44:22
evaluating (1)
  29:24
evaluation (1)
  77:1
even (3)
  35:10;70:10;80:23
eventually (1)
  98:2
everybody (2)
  88:12;89:12
everyone (4)
  67:7;77:15;89:12,13
evidence (1)
  63:17
exact (23)
  18:3,8;22:20;23:4,
  23;28:25;29:11;32:21;

33:1;50:17;51:25;57:5;
  66:7,15;69:9;74:17;
  75:1,1;84:5;95:19;
  97:17;99:21;101:22
exactly (13)
  15:8;21:24;30:16;
  34:19;48:21;49:15;
  53:21;64:21;67:18;
  76:20;86:14;91:23;
  101:2
EXAMINATION (1)
  7:13
example (2)
  74:23;80:21
except (1)
  104:16
exception (1)
  84:23
excessive (1)
  81:8
Exhibit (71)
  8:6,12,19;24:14,15;
  26:15,20;27:8,12;
  30:19;31:1,5,7;34:22;
  35:15,19;36:19,22;
  37:15,20,24;38:23;
  39:2,5;40:8,15,19;42:4,
  6,9;43:15,20;44:4,8,11;
  45:6,17,23;46:11,13,
  14,15,16,19;47:3,8;
  48:24;49:6,9;51:10;
  52:8,10,15;53:4,11,22;
  54:7;57:20,22;58:1;
  59:2,8,14;61:9,16;
  69:19,23;74:21;81:5;
  84:16;102:14
existence (1)
  80:1
exit (6)
  77:17,24;78:1,2,5,7
expenses (6)
  34:14;36:8;37:11;
  38:14;40:2;41:15
experience (1)
  24:3
experienced (3)
  51:9,13,17
extent (3)
  72:14,18;96:1
e-y (1)
  78:5

**F**

facility (2)
  64:6;75:23
facing (3)
  49:21,23;50:2
fair (4)
  12:17;55:6;87:11;
  106:10
falling (1)
  65:8

far (15)
  9:5;18:19;22:18;
  30:14;51:24;60:3;61:2;
  77:22;81:2;91:8;95:11;
  103:24;104:12,24;
  105:12
farm (1)
  76:2
father (2)
  15:1;16:1
February (5)
  7:3;8:16;59:11;
  63:20,20
Federal (2)
  36:20;37:22
feel (5)
  21:11;76:17;90:15;
  105:24;106:3
fell (1)
  30:14
felt (2)
  30:8;101:7
fence (2)
  76:3;89:3
few (2)
  70:20;72:8
figure (4)
  55:1;56:17;84:4;
  95:2
file (1)
  50:16
filed (1)
  26:1
fill (2)
  22:6;70:10
filled (1)
  22:5
finally (1)
  63:16
financial (3)
  8:22;9:20;82:9
financing (1)
  30:14
find (5)
  42:25;54:10;56:6,16;
  69:15
fine (1)
  57:10
finger (1)
  87:6
finish (4)
  11:23,24;35:10,14
finished (1)
  35:11
fire (2)
  88:25;89:1
first (21)
  7:10;15:18;23:19;
  24:22;31:4;32:1;33:15;
  36:25;40:5,22;44:17,
  21;49:5;50:11;52:13,
  18;54:17;59:11;61:12;
  69:20;96:8

five (1)
  69:7
flash (2)
  97:6,14
floated (1)
  97:25
flood (5)
  64:12;80:19;96:24;
  97:6,14
flooded (3)
  63:15;72:24;96:3
flooding (28)
  50:9;51:1,10,13,15,
  18;55:21,22;63:7;
  71:17,22;72:15;73:5;
  80:11;83:12;86:10,12,
  13;95:25;96:1,2,4,8,11,
  19;97:1;102:6;104:1
floodplain (3)
  75:23;76:19;77:2
floods (2)
  76:1;86:15
flow (3)
  59:25;98:3,22
flowing (1)
  53:23
fluctuate (1)
  94:23
fluctuates (1)
  91:19
fluid (1)
  62:16
fluids (1)
  62:4
following (2)
  71:16;85:6
follows (2)
  7:12;83:14
forces (1)
  92:2
foreign (3)
  90:18,19,22
form (1)
  22:5
formal (2)
  15:14,14
forwarded (1)
  13:19
Four (6)
  20:3,3;60:15;69:1,5;
  98:18
fourth (2)
  39:18;41:7
frame (2)
  29:9;56:8
freeway (1)
  78:16
Friday (2)
  20:7,10
front (5)
  13:3;30:22;49:1;
  57:8;84:19
full (2)

7:17;106:10
fully (1)
  73:3
further (1)
  99:14
future (1)
  83:8

**G**

Gaunt (2)
  24:18,18
Gaunts (1)
  24:23
gave (2)
  65:4,4
General (5)
  61:19;72:5;73:19;
  93:15;97:3
generated (1)
  95:5
Germany (1)
  14:23
given (7)
  10:24;52:1;53:4;
  66:24;95:3;105:25;
  106:10
Glass (2)
  26:23,24
goes (5)
  26:23;43:3;85:19;
  86:25;91:8
Good (7)
  7:15,16;11:5;71:3;
  73:22;84:13;92:9
goods (1)
  9:18
gradually (1)
  98:2
graduate (1)
  15:12
gravel (3)
  103:18;104:2,3
green (2)
  50:12;58:22
greened (1)
  58:21
grew (1)
  25:21
gross (10)
  9:18;83:14,15,19,25;
  84:10;94:3,11,15;95:3
ground (2)
  11:2;51:6;64:8
Group (1)
  44:5
grow (1)
  15:3
guess (5)
  22:2;30:11;65:8;
  87:25;100:25
guilty (1)
  17:5

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

## H

half (5)
  20:15;23:3,3;64:9;
  96:25
halfway (1)
  44:14
hand (18)
  8:5;26:15;30:18;
  35:14;36:18;37:20;
  39:1;40:15;42:5;44:7;
  46:1;47:3;48:23;
  52:10;57:19;59:8;61:8;
  69:18
handed (1)
  40:8
hands-on (1)
  22:21
handwriting (1)
  28:13
handwritten (2)
  28:20;66:19
happen (1)
  13:14
happened (3)
  76:5;85:12;88:7
happens (2)
  20:24,25
happy (2)
  22:22;94:21
hard (4)
  68:7;74:23;91:18,23
hardware (1)
  88:3
hauling (1)
  104:2
HavCom (3)
  102:8,12,16
head (5)
  11:6,9;13:12,23;
  91:16
hear (2)
  11:16;12:3
heard (1)
  12:15
held (1)
  33:10
Help (12)
  13:23;14:20;17:22;
  18:14,14;56:5,9,15;
  57:2;65:25;66:4;83:24
helps (1)
  17:21
hesitate (1)
  87:15
high (2)
  15:9,12
higher (3)
  22:24,25;84:13
highlighted (3)
  32:1;33:17;44:22
Highway (9)
  16:11,13;31:13,20;
  77:5,6,11,16;78:20
Hill (1)
  11:20
hold (2)
  33:12;99:8
Home (2)
  16:11;31:13
honest (2)
  15:4;61:1
hope (2)
  20:25;89:24
horrible (1)
  80:17
Hot (1)
  16:5
hours (1)
  97:1
huh-uh (1)
  11:15
hurt (1)
  80:24
husband (30)
  13:13;14:6;18:18;
  24:2;25:1;29:10,16;
  30:2,15;33:12;36:1;
  39:12;41:1;42:16;
  44:10,19;45:1;48:21;
  53:16;59:22;64:2;70:1;
  71:11;73:10;76:22,25;
  80:5;99:20;103:14;
  105:13
husband's (9)
  17:12;31:10;35:17;
  36:20;37:22;39:3;
  40:17;42:7;70:14

## I

idea (3)
  20:22,23;90:21
identify (1)
  95:24
II (1)
  41:15
immediate (1)
  97:9
immediately (4)
  21:7,12,12;22:7
Import (1)
  91:1
imports (3)
  88:13;90:18;91:4
improve (1)
  103:17
improvements (3)
  96:3;103:9,15
inability (1)
  83:12
inch (1)
  96:25
inches (2)
  97:1,13
include (2)
  71:18;72:16
including (3)
  20:4;83:4;104:6
income (24)
  33:18;34:12;35:17;
  36:3,7;37:7,11;38:5,
  13;39:3,15;40:2,18;
  41:4,5,15,21;42:8,18,
  19;44:8;45:4;46:21;
  93:16
Incorporated (1)
  26:25
increase (3)
  85:10;91:15,24
increased (1)
  91:2
independent (2)
  55:16;56:22
individual (8)
  22:11;30:23;35:17;
  37:22;39:3;40:18;42:7;
  44:8
individually (1)
  45:24
individuals (1)
  21:5
Industrial (1)
  61:20
industry (2)
  88:16;90:11
information (14)
  9:23;21:8;23:15,16;
  57:17;62:6;66:24;70:2;
  71:9,11,19;82:6;
  101:25;102:10
initial (1)
  45:16
input (1)
  21:8
inside (3)
  98:1,6,12
inspect (1)
  98:8
inspected (2)
  71:21;98:20
inspection (1)
  71:23
inspections (4)
  71:15,25;102:5,7
instant (1)
  19:20
instead (1)
  45:12
instigated (1)
  103:22
insurance (1)
  21:5
intended (3)
  73:2,15,25
internet (6)
  21:14,18;22:2,14,25;
  90:13
interrogatories (4)
  14:7,9;69:21;70:3
Interrogatory (10)
  71:6,13;81:17;83:1,
  3;94:2;95:22;97:21,23;
  99:14
Interstate (1)
  78:10
into (9)
  8:21;19:20;21:9;
  22:13;25:16;48:20;
  83:10;97:25;100:8
inventoried (1)
  21:8
inventory (19)
  19:23;21:13;25:6;
  82:3,20;85:16;86:1,20,
  21,22;89:4,11;92:5,6,
  19,20,21,23;103:23
invoices (1)
  23:18
isolate (1)
  75:3
issue (3)
  53:12;55:3;57:21
itemize (1)
  83:3
items (2)
  90:15,17

## J

January (2)
  27:18;29:8
Jason (1)
  47:21
job (4)
  11:5;19:5;33:10,12
John (1)
  89:20
judge (1)
  13:3
jumped (1)
  85:6
June (1)
  54:13
jury (1)
  13:3

## K

keep (8)
  30:22;49:1;71:24;
  98:15,17;104:1,4;
  105:2
kept (5)
  23:10,15;63:6;104:9;
  105:5
kind (10)
  51:24,24;57:9;60:9;
  62:25;65:4;73:17;
  82:16;97:2;101:7
knew (3)
  26:18;55:3;56:10
knowing (1)
  13:24
knowledge (4)
  55:7,9;63:3;80:2
known (2)
  8:2;76:21
knows (1)
  89:12

## L

land (7)
  24:9;25:5,7;79:6,17;
  80:2;103:25
landlord (1)
  29:3
large (1)
  87:22
larger (1)
  10:13
last (8)
  8:18;32:7,23;64:19,
  25;70:7;90:22;105:14
later (1)
  14:6
lawsuit (5)
  62:19;63:2,4;102:19;
  103:4
lawsuits (1)
  20:19
lawyer (2)
  13:10;14:8
lay (1)
  103:25
leads (1)
  22:13
leaking (1)
  62:15
least (10)
  29:22;32:23;44:4;
  51:6;55:11;56:12;58:3;
  86:7;95:12;103:6
leave (2)
  64:14;67:17
leaves (2)
  58:18;89:2
leaving (1)
  56:3
left (2)
  25:17;70:15
left-hand (4)
  27:11;34:4;38:8;
  39:20
less (2)
  92:13;93:2
letter (2)
  61:13;102:15
light (3)
  60:9;89:1;97:15
likely (1)
  49:20
likenesses (1)

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

71:20
**limbs (3)**
99:3,4,5
**Line (27)**
32:2,15;33:20;34:16,
20;35:22;36:3,4,9,25;
37:7,11;38:2,15;39:8,
15;40:4,22;41:4,17;
42:12,13,18;44:21,23;
45:3;57:10
**lines (2)**
19:16;45:16
**list (6)**
71:15,22,24;72:4;
84:20;96:6
**listed (3)**
52:19;53:8;59:1
**listing (1)**
47:5
**Little (12)**
16:6,23,24;18:13;
64:14;77:19;89:8;
90:10,12;93:8,8;99:4
**live (4)**
16:4,22,24;31:18
**lived (1)**
16:18
**living (1)**
31:23
**l-l (1)**
7:24
**local (8)**
22:11,11;23:2,3,5,9;
88:2;90:8
**located (3)**
10:16;75:23;77:2
**location (2)**
23:25;96:2
**log (21)**
47:5,14,25;48:2,6,12,
16;49:1,3;52:12;53:8;
54:6,12;55:11;56:12,
14;58:5;59:2;61:5;
72:9;86:7
**logs (1)**
63:7
**long (10)**
16:18,24;18:20;19:8,
17;20:15,16;64:8;75:2;
81:13
**Lonoke (1)**
17:3
**look (26)**
13:17;14:10;27:9,20;
30:23;31:25;33:15;
37:14;40:7;41:23;
44:21;48:2;53:7;58:18;
70:20;71:13;72:12;
81:22,23;83:1;95:1,22;
97:21;98:21;100:16;
105:8
**looked (15)**
32:24;42:21;46:22;

48:7;63:11;64:19,25;
65:16;71:9;72:8;81:17;
82:8;100:9;102:9;
105:17
**looking (17)**
14:2;28:20;36:13,25;
38:17;40:22;43:14;
50:16;59:17;61:3;84:6;
7;89:20;94:1;99:13;
104:5,13
**looks (12)**
27:2,18;28:19;50:8;
51:6;52:23;58:14;
59:24;60:4,15;70:6;
95:11
**loses (1)**
85:18
**losing (1)**
62:4
**loss (22)**
33:19;34:1,17;36:3,
9;37:7;38:10;39:23;
41:4,11,18;42:18,23;
43:7;45:4;83:4,20;
86:17;87:3;88:21;
104:14;105:2
**Lost (2)**
83:13;89:3
**lot (11)**
15:5,11;22:9;85:15;
87:16;88:9;90:14;92:1,
5;96:19;97:15
**loud (1)**
11:5
**low (1)**
92:3
**lower (1)**
27:15
**lowered (1)**
86:3
**lowest (1)**
91:8
**Luke's (2)**
79:2,2

## M

**ma'am (13)**
7:17;16:18;22:19;
36:17;40:13,22;42:4;
45:10;46:24;49:1;55:6;
63:6;73:22
**MADAM (1)**
38:24
**maiden (1)**
7:21
**major (2)**
89:4,5
**makes (1)**
91:24
**manage (1)**
18:14
**Management (6)**

59:13;60:11,25;79:7,
10;102:9
**manager (7)**
18:18,20;33:9;47:15,
16,18;67:21
**managing (1)**
19:24
**many (14)**
20:1;29:19;58:18;
64:15;65:18;67:4,8;
68:25;71:1;74:16;
75:12;89:1,1;91:5
**March (1)**
54:13
**margin (6)**
83:19,25;94:4,11,16;
95:3
**mark (10)**
24:14;26:15;27:8;
31:5;35:15;36:18;
37:20;48:23;52:10;
59:8
**marked (29)**
8:5,13;24:16;26:21;
27:13;30:19;31:2,8;
35:20;36:23;37:25;
39:6;40:15,20;42:6,10;
44:12;46:17;47:3,9;
49:7;52:16;57:20,23;
59:15;61:9,17;69:19,
24
**market (4)**
87:23;91:19,20;92:2
**married (7)**
17:10,16;25:1,3,10,
13,17
**Massey (6)**
10:9,22;35:4;43:24;
44:3,5
**matter (1)**
65:9
**may (15)**
8:20,20;11:3,16;
14:5;37:19;38:22;42:4;
43:20,21;61:14;64:3;
70:12,25;88:17
**maybe (13)**
18:7;22:10;23:3,3;
30:13;50:16;56:6,6;
62:15;81:24;82:5;
92:21;99:23
**mean (12)**
63:13,16;65:12;
80:15,16;81:14;87:16;
88:23;90:5;95:16;99:3;
106:2
**medications (1)**
13:5
**mentioned (3)**
18:9;25:9;57:2
**merchandise (1)**
22:8
**messages (1)**

67:17
**metal (1)**
60:15
**Methodist (1)**
79:3
**middle (2)**
44:1;68:19
**might (10)**
21:15;24:12;26:11;
44:1;51:4;57:6,6;
66:18;94:21;101:19
**Mike (1)**
61:13
**military (4)**
15:1,4,11;17:8
**million (3)**
28:6,10;30:1
**mind (6)**
70:21;73:24;87:3;
96:13,22;103:6
**Mirror (1)**
26:25
**missed (1)**
43:2
**Missouri (1)**
15:11
**misspoken (1)**
61:14
**modifications (2)**
103:9,15
**mom (2)**
87:15;88:9
**mom-and-pop (1)**
87:17
**moment (4)**
9:5,17;27:9;32:24
**Monday (2)**
20:7,10
**money (2)**
85:19;86:3
**month (6)**
50:14;54:3;58:11;
70:11;74:8;99:19
**months (4)**
64:22,23,24;95:17
**more (19)**
18:3,17,18;22:22;
23:3;30:16;48:17;
49:20;67:16,17;69:5,7;
80:23;85:24;87:12;
93:15;94:20;103:20;
104:2
**morning (2)**
7:15,16
**Morris (7)**
66:25;67:5,14,25;
100:20;101:4,15
**Morris' (1)**
67:20
**mosquitos (1)**
80:23
**Most (2)**
106:1,3

**mountain (1)**
79:19
**mountains (4)**
79:21,22,22,23
**move (7)**
15:7,18;16:3;52:3;
75:4,20;92:8
**moved (4)**
15:11,24,25;16:25
**moves (1)**
88:1
**much (4)**
45:16;74:10;85:7;
86:13
**Muradian (6)**
27:4,10;28:6;29:13,
23;105:18
**must (1)**
56:2
**myself (4)**
20:4;48:20;53:16;
59:22

## N

**name (18)**
7:17,21,25;8:3;
17:12;24:10;27:23;
31:10;43:3,25;47:20;
66:9,22,23;78:1;79:1;
101:20,23
**names (5)**
57:5,6;66:16;67:19;
100:21
**national (1)**
90:9
**nationwide (1)**
89:8
**nature (2)**
9:19;72:13
**near (1)**
24:22
**nearby (1)**
97:24
**need (7)**
17:21;22:23;34:10;
71:10;88:11,11;97:4
**needed (1)**
104:3
**needs (1)**
18:14
**neighbor (1)**
89:2
**neighbors (1)**
76:14
**neighbor's (1)**
76:2
**nervous (1)**
13:25
**net (23)**
34:16,25;36:9,15;
37:11,16;38:14,20;
40:4,10;41:17,18;42:1;

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

43:17;45:20;46:20;
  85:3;91:15;92:16;93:7,
  10,14;95:18
new (3)
  21:4;82:3;85:16
next (8)
  22:13;32:7,23;48:23;
  76:2,3;91:11;103:7
Nidda (1)
  14:25
nine (1)
  28:19
nod (1)
  11:9
nodding (2)
  11:6;91:16
Normal (6)
  51:19,21,23;52:1;
  106:17,18
normally (1)
  99:8
North (4)
  16:23,24;72:24;89:7
notarized (1)
  70:17
notary (1)
  70:10
notes (4)
  66:17,23;101:18,20
Notice (4)
  8:6,8,19;82:7
noticeable (1)
  79:8
noticed (2)
  76:11;81:7
November (1)
  24:24
Nowhere (1)
  94:12
number (27)
  28:23;32:4,21;33:22;
  36:10;41:20;53:4;
  57:11,12,14,25;69:3,9;
  70:22,23,25;74:18,21;
  75:1;90:24;91:1,2;
  94:23;96:21;97:4,7,13
numbered (1)
  70:22
numbers (11)
  9:20;22:21;23:4;
  30:24;34:11;47:7;48:8,
  9;82:23;92:11;101:23

O

oath (3)
  7:8,12;13:1
obstructions (1)
  98:24
obtain (1)
  82:1
obviously (5)
  26:13;61:25;63:11;

91:25;97:6
occasionally (1)
  72:3
occurred (5)
  71:22;72:18;95:25;
  96:4,11
October (1)
  61:14
off (15)
  15:24;21:11;46:2,4;
  52:24;76:9;77:17;
  78:16;93:17,19;95:5;
  96:20;97:10;106:2;
  107:3
offer (2)
  19:20;105:20
offers (1)
  29:14
office (3)
  26:17;30:20;50:5
often (3)
  65:11;76:6;101:6
Ohio (1)
  15:13
oil (2)
  62:15;102:22
old (4)
  14:20;61:25;82:4;
  92:8
older (1)
  92:8
once (3)
  21:12;76:5,6
one (31)
  12:4;7;20:3;24:7;
  26:19,25;30:3,9;36:17;
  48:17,17,22;49:5;
  50:20;53:17,20;59:9,
  23;65:5,6,6;67:16,16;
  87:25;88:11;91:23;
  92:22;93:4;97:15;
  99:22;102:12
ones (4)
  10:13;13:19;23:13;
  61:25
ongoing (2)
  25:12;78:24
Only (5)
  44:15;79:8;80:24;
  92:18;96:15
open (5)
  20:9,11,13;21:13;
  65:1
operate (3)
  55:5;106:16,18
operation (1)
  78:24
Opportunities (3)
  27:4,10;29:14
opportunity (2)
  30:8;106:11
opposed (1)
  86:25

order (2)
  26:24;92:11
organization (1)
  44:18
originated (1)
  25:19
other's (1)
  89:11
otherwise (3)
  8:23;82:10;104:25
ours (1)
  21:16
out (33)
  10:8;10;11:5;15:23;
  22:5,6,9;44:2;48:20;
  54:10;55:1;56:6,16,18;
  58:21,23;61:2;62:5,7;
  63:10;69:15;70:24;
  76:13;78:22;81:21;
  82:4;85:24;88:2,9;
  92:8;94:20;95:2;
  102:13
outgo (1)
  93:15
outside (3)
  68:20,21,23
over (16)
  9:17;10:7,11;11:2;
  14:5;15:4;22:1;25:18;
  33:19;34:4,11;69:1;
  72:25;92:13;93:8;
  100:7
own (1)
  22:10

P

Pacific (9)
  8:8;66:11,14,21;
  67:14;98:17;100:10,
  18;104:8
Pacific's (1)
  100:18
page (48)
  8:18;24:23;32:1,7,
  14,23;33:16,25;34:10,
  20;35:4;36:6,25;37:10;
  38:2,7;39:8,18;40:1,5,
  22;41:7,21;42:12;
  44:21;45:3;52:11,12,
  13,21,24;53:7,8;58:5;
  61:12;70:7,25;71:4;
  72:13;82:8;94:2;95:23;
  100:16;102:1;103:7;
  104:13,22;105:9
pages (4)
  36:6;70:21,23;71:1
paid (7)
  28:7;32:10,16,25;
  33:2;36:14;44:14
paper (1)
  13:15
parcel (2)

73:1,9
part (9)
  22:1;28:20;41:14,15;
  60:14,21;87:20;89:19;
  90:2
particular (3)
  47:5;53:3;99:19
partnership (1)
  26:5
parts (24)
  21:3,11;22:14;23:24;
  24:3;25:17;27:21;34:8;
  52:3;73:1,4,14,17,18,
  20,25;74:14,15;81:18,
  19;86:23;89:17,20;
  91:17
past (7)
  20:13;69:1;77:21,23;
  83:7;87:11;98:18
Patrick (4)
  10:4,8,21;44:2
pay (9)
  26:13;32:12;36:1;
  37:5;39:11;40:25;
  42:15;44:25;84:24
pen (1)
  70:22
people (6)
  22:9;48:21;56:17;
  66:16;90:13,16
percent (4)
  63:15;72:25;73:8;
  91:5
percentage (5)
  22:18,25,25;84:5;
  91:4
perform (1)
  67:25
performed (3)
  102:5,8;103:11
period (3)
  10:8;75:2;81:12
Permit (2)
  61:20,20
person (2)
  48:17,18
personal (11)
  34:24;36:14;37:16;
  38:19;40:10;42:1;
  43:17;45:19;46:20;
  84:24;85:3
personally (2)
  95:6;98:8
persons (2)
  71:18;79:25
phone (5)
  21:14;49:19,20;
  101:7;104:9
photo (20)
  47:5,24;48:2,6,11,
  16;49:1,3;52:11;53:8;
  54:6,12;55:11;56:12;
  58:4;59:2,12;61:5;

72:9;86:7
photograph (13)
  49:2,3,9;50:21,23,
  25;53:3;54:3,15;57:21;
  58:11;59:19;72:6
photographs (11)
  14:14;47:6;59:1,3;
  63:8,9,18,21;72:2,9;
  96:6
photographs/videos/or (1)
  71:19
photos (3)
  51:7;59:6,10
pickup (2)
  22:10
Picture (25)
  48:4,10;49:13,21;
  50:6,11,19,20;51:3,4;
  52:5,18;53:11,14,18,
  22;58:4,7;60:15,22;
  61:4;74:18,20;80:20;
  81:5
pictures (22)
  13:17;14:2;48:3,6,7,
  12,15;49:16,17;52:21,
  25;54:16,22;55:1,7,12,
  17,25;56:13,23;86:6,14
piece (1)
  78:14
pieces (1)
  13:15
pines (1)
  76:2
pinpoint (2)
  91:18,23
place (2)
  19:11;100:24
placed (1)
  33:19
places (4)
  15:10;16:5;89:6;
  90:14
plaintiff (1)
  99:15
plaintiffs (5)
  71:21;73:2,5;103:12;
  105:10
plaintiffs' (6)
  8:24;71:16;72:15;
  82:11;83:11;104:15
planted (1)
  76:2
plantiffs (1)
  104:17
play (1)
  25:16
please (14)
  7:7,17;8:19;11:5,14,
  22;12:4,8;16:16;32:14;
  45:15;71:4;94:13;
  100:16
pled (1)
  17:5

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

**Plus (1)**
 26:23
**pm (4)**
 93:20,24;107:3,5
**point (9)**
 21:6;49:11;52:3;
 57:15;65:6;74:25;
 85:14;99:10,22
**pole (1)**
 60:21
**poles (1)**
 60:15
**pools (1)**
 21:5
**pop (1)**
 87:15
**pops (1)**
 88:9
**portion (1)**
 72:24
**position (4)**
 18:12;19:22;67:20;
 98:16
**positive (2)**
 30:8;66:23
**possibility (1)**
 50:17
**possibly (3)**
 53:16;85:16;94:18
**prefer (1)**
 89:17
**premises (1)**
 49:10
**preparation (3)**
 12:12;14:12,15
**prepare (1)**
 13:11
**prepared (3)**
 36:13;43:22;44:18
**Preparer (1)**
 44:14
**presence (1)**
 21:17
**present (5)**
 25:23;33:9;71:18;
 84:25;104:16
**president (2)**
 18:16,18
**pretty (2)**
 50:8;64:7
**prevented (1)**
 73:2
**previous (2)**
 41:8;42:21
**price (4)**
 24:20;27:25;30:1;
 71:8
**printed (1)**
 58:3
**prior (7)**
 18:7,23;19:1;24:3;
 51:14,18;79:14
**Probably (6)**

**17:1;18:2;23:2;**
 47:14;74:5;91:5
**problem (6)**
 55:23;76:9,12,17;
 80:15,25
**problems (2)**
 80:11,24
**proceed (1)**
 22:7
**proceedings (1)**
 107:4
**process (1)**
 22:6
**processed (1)**
 21:10
**produce (2)**
 102:4;104:14
**produced (3)**
 9:8;47:4;72:4
**Production (7)**
 69:21;70:4;102:2;
 103:8;104:5,23;105:8
**Profit (42)**
 34:1,17;35:1;36:9,
 15;37:12,17;38:10,14,
 20;39:23;40:4,10;
 41:11,17,18;42:1,22;
 43:7,17;45:20;46:20;
 83:19,25;85:4,22;
 86:17,25;87:3;91:8,15;
 92:16;93:7,10,14;94:3,
 11,16;95:3,18;104:14;
 105:2
**profits (1)**
 83:5
**promote (1)**
 19:19
**proof (1)**
 8:23
**proper (1)**
 98:16
**property (40)**
 23:25;24:17;49:24;
 50:9;51:2;56:4;59:13;
 60:12;63:8,17;64:10;
 68:14;71:16,21;72:15,
 17,24;73:3;75:16;
 76:10,22;77:4;78:14;
 79:13;80:6,8;81:9;
 83:13;92:7;93:2;95:25;
 96:2,3,16;97:11;102:5;
 103:10,14,24;105:16
**proprietor (1)**
 26:7
**proprietorship (1)**
 26:5
**prove (4)**
 9:6;82:10,17;93:4
**provide (8)**
 22:9,23;62:5;66:15,
 18;71:14;101:19;
 102:10
**provided (13)**

 9:22;24:7;27:1;
 30:21;31:4;36:19;
 37:21;39:2;40:16;49:2;
 59:10;61:10;105:1
**Public (1)**
 67:21
**Pulaski (2)**
 17:2,4
**pull (4)**
 21:11;52:2;82:4;
 84:19
**purchase (7)**
 21:4;24:9,20;25:6;
 27:25;71:8;92:20
**purchased (3)**
 24:18;25:2;77:4
**purports (1)**
 49:4
**put (16)**
 30:20;34:19;47:11,
 13,17;54:6;75:5;79:6;
 82:3;85:24;87:6;90:24;
 91:1,2;92:6;103:20
**putting (1)**
 76:24

## Q

**Quality (2)**
 61:12;62:13
**quarterly (2)**
 102:7,13
**quick (1)**
 14:21
**QuickBooks (2)**
 23:11,13
**quickly (1)**
 74:12
**quite (3)**
 60:16;77:22;87:8

## R

**racks (2)**
 103:20,20
**Railroad (12)**
 8:9;14:9;16:8;49:24;
 58:17;65:20;66:21;
 67:14;68:10,17,24;
 80:4
**Railroad's (1)**
 69:20
**rain (10)**
 51:19,24;56:3;64:11;
 74:10;97:8,8,9,15,15
**rained (5)**
 75:12;80:14;98:1,5,
 11
**rainfall (7)**
 96:6,13,14;97:2,5,
 13;106:18
**raining (1)**
 75:10

**rains (3)**
 75:16;96:25;97:1
**raise (1)**
 103:21
**rate (1)**
 91:21
**rather (3)**
 11:6,14;71:11
**Rauls (4)**
 9:7;13:20;70:17;
 107:1
**RE (1)**
 61:19
**read (12)**
 8:20;71:14;72:21;
 73:6;82:14;83:2,2,8,10,
 21;96:8;97:22
**reading (1)**
 29:22
**real (2)**
 35:9;78:20
**realize (2)**
 54:25;67:10
**realizing (1)**
 56:1
**really (8)**
 30:9;50:15,16;51:25;
 59:5;87:21;97:17;
 102:18
**reason (2)**
 12:8;29:6
**recall (11)**
 14:5;15:19;24:20;
 27:6;53:14;54:3;55:20;
 57:3;66:20,22;78:17
**receded (1)**
 74:12
**receipts (1)**
 9:18
**received (3)**
 96:5,12;104:8
**recent (1)**
 75:16
**recognize (3)**
 24:11;51:4;61:24
**recollection (2)**
 55:17;56:22
**record (22)**
 7:3;8:21;11:10,12;
 46:3,5,7,9;71:22,25;
 73:17;74:13;83:10;
 93:4,17,20,22,24;
 101:9,12;106:14;107:3
**records (9)**
 8:22;9:20;10:6;
 61:11;69:12;81:19,24;
 82:9;104:9
**refer (7)**
 57:12,13;66:5;89:15,
 15,15,22
**reference (1)**
 66:1
**referred (1)**

 66:8
**referring (1)**
 14:1
**reflect (6)**
 37:16;38:18;40:9;
 41:25;43:16;46:19
**reflected (1)**
 41:20;46:21
**reflecting (2)**
 24:8;30:20
**reflects (1)**
 96:7
**registered (3)**
 26:8,14,19
**regularly (1)**
 72:23
**related (1)**
 102:4
**relating (1)**
 103:8
**Relations (1)**
 67:21
**relatives (2)**
 16:7;17:2
**relevance (1)**
 103:4
**relying (1)**
 12:11
**remember (12)**
 15:21;50:24;51:2;
 57:5;68:2;69:11;70:1;
 95:16;99:19,21;
 100:20,21
**remove (3)**
 99:23,23;100:11
**removed (3)**
 99:16,25;100:7
**removes (1)**
 46:12
**repair (1)**
 73:6
**repaired (2)**
 72:19,20
**repairing (1)**
 25:18
**repairs (2)**
 72:20;103:9
**repeat (6)**
 12:5,14;16:13;73:21;
 94:13;106:6
**repeatedly (1)**
 99:15
**rephrase (3)**
 12:9,14;106:8
**report (2)**
 32:9;102:20
**reporter (3)**
 7:7;11:20;38:24
**representative (1)**
 100:19
**Request (5)**
 102:1;103:7;104:5,
 23;105:8

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

requested (1)
8:21
**Requests (2)**
69:21;70:4
require (1)
62:2
resale (3)
73:2,15,25
resolved (1)
55:4
respectively (1)
83:17
responded (2)
14:8,10
response (11)
71:20;72:2,16,23;
73:9;83:10;97:24;
102:7;103:11;104:16,
22
**Responses (2)**
69:20;94:1
restricting (1)
98:2
result (1)
72:15
retain (1)
10:12
retire (1)
18:1
retired (6)
17:21,24;29:10;33:5,
6,7
retiring (1)
29:6
retrieval (1)
73:4
return (25)
10:19;31:4;34:25;
35:18;36:21;37:19,22;
38:22;39:3;40:11,14,
18;41:24;42:8;43:1,14,
21,23;44:5,9,10,18;
45:18;46:12;95:10
returns (11)
9:8,15,16;30:20,23;
41:8;42:21;46:22;
82:24;95:1;104:21
revenue (5)
83:11,13,20;84:6,8
review (3)
13:12,14;14:3
reviewed (2)
13:22;14:15
R-i (1)
78:3
right (49)
8:16;10:18;14:14,16;
21:1;27:3,16,21;28:9,
17,24;31:25;34:14,22,
23;35:5,14;36:17;40:2,
13;41:9;42:4,23;43:14;
45:13,25;54:11;59:24;
61:15;63:6;64:17;

66:22;69:13,16;70:20;
75:6;77:17;78:13,15;
84:11,21,25;85:4;87:9;
91:14,15;98:12;
101:14;103:4
**right-hand (4)**
27:15;28:21;60:14,
21
**right-of-way (1)**
68:17
**Rixey (3)**
78:2,2,5
**Road (2)**
78:2,5
**Rock (5)**
16:6,23,25;77:19;
89:8
rocks (1)
103:19
rooted (1)
15:6
**Rose (1)**
7:18
**R-o-s-e (1)**
7:19
rotate (2)
86:21;92:10
rotated (1)
86:1
rotted (2)
76:4;99:5
roughly (2)
18:6;93:10
**Rouse (1)**
44:15
rude (1)
11:11
rules (1)
11:2
**Runoff (2)**
61:19;80:13

**S**

salaries (12)
32:2,9,15;35:22;
37:1;38:2;39:8,12;
40:23;41:1;42:13;
44:22
sale (3)
22:4,7;29:6
sales (34)
9:14,15;17:25;18:10,
21,23;19:21,23;20:1,6,
8;21:2;22:24;25:15,16;
26:13;47:15,16,18;
82:2,2,19;83:15,15,17;
84:10;85:17;90:22;
91:2,24,25;93:15;95:6,
17
salvage (13)
25:19;27:21;34:7;
47:13;76:24;87:12,17,

21;88:7,12;89:6,21;
90:1
same (8)
11:22;23:8;36:10;
41:20;70:23;89:24;
90:2;93:13
sample (1)
62:7
**Sarah (1)**
70:17
saturated (1)
64:8
**Saturday (1)**
20:15
**Saturdays (2)**
20:11,14
savings (1)
19:20
saw (3)
9:16;40:5;100:10
saying (4)
29:1;74:22;88:5;
98:18
scale (3)
90:8,9,9
scales (1)
62:9
**Schedule (8)**
33:20;34:5;38:8;
39:21;41:8;42:22,25;
43:7
school (5)
15:9,12,22,23,24
scrape (1)
100:6
screens (1)
94:15
search (2)
26:16;76:13
second (2)
45:3;93:18
**Secretary (2)**
26:9,16
section (2)
9:17;33:16
**Security (1)**
33:7
seeing (1)
55:17
seek (1)
83:7
seem (1)
43:3
seemed (2)
56:8;65:5
seems (1)
76:8
sees (1)
22:11
sell (9)
21:3,6,11;25:19;
29:25;30:9;86:5;89:17;
105:16

**seller/buyer (1)**
71:9
selling (1)
22:14
send (2)
43:11,12
sent (7)
13:20;14:6,8;31:21;
48:15;104:7,10
served (1)
17:8
service (4)
16:1;19:20;90:15;
103:20
set (12)
23:14;30:17;35:3;
36:17;37:19;38:22;
40:13;42:4;43:20;47:1;
69:20;75:4
seven (2)
18:4;90:23
**Several (6)**
15:10;16:5;21:23,24;
48:19,21
share (2)
87:22;94:21
**Sherwood (1)**
10:17
shipped (1)
22:9
shoe (1)
88:2
shop (2)
25:15,16
show (7)
9:20;28:8;45:19;
51:1,1;81:24;94:15
showed (3)
24:11;50:23;58:3
showing (2)
48:12;57:21
shows (23)
24:23;34:10,11,14;
35:4;37:8,10;38:3,5,
13;39:16;40:4;41:5,14,
15,18;42:19;45:4;61:5,
6,7;91:9,11
side (15)
11:8,8;28:21;30:17;
35:3;36:18;37:20;
38:22;40:14;42:5;
43:21;47:2;53:20;
58:17;100:7
signature (2)
70:7,14
signed (3)
24:23;27:15;29:8
significant (7)
96:5,13,14;97:2,5,6,
10
silt (4)
97:25;98:6,11;
100:11

similar (1)
21:16
single (1)
11:4
sits (1)
24:9
sitting (1)
103:13
situation (2)
66:21;81:2
six (1)
90:23
skip (1)
56:19
small (3)
10:14;88:1,2
smaller (2)
10:11;87:12
snakes (2)
80:16,22
**Social (1)**
33:7
software (2)
9:23;94:18
soil (2)
62:3,14
sold (4)
9:18;10:8,10;28:6
sole (2)
26:5,7
somebody (3)
56:5;89:19;94:12
somehow (1)
95:7
someone (14)
10:3;22:1;30:7;
57:13;58:8;65:23;66:4,
5,8;73:10;86:23;95:8;
99:23;101:21
sometime (3)
18:6;65:16;79:12
sometimes (4)
64:13;87:25;98:17
somewhere (1)
56:7
son (4)
17:3;47:15,18;54:6
soon (1)
43:21
sorry (8)
26:13;28:8;48:24,25;
52:13;63:20;69:9;
106:2
sort (5)
18:15;63:12;76:14;
101:3;103:19
sound (3)
28:23;67:2,21
**Sounds (2)**
92:1,1
sources (6)
34:12;36:7,8;38:13;
40:1;41:14

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

speak (1)
  13:12
special (1)
  83:5
specialize (1)
  21:3
specialty (4)
  88:13,14;90:15,17
specific (5)
  30:16;72:16;95:24;
  97:4,7,12
spell (1)
  17:14
spoke (3)
  66:20;67:4,16
spoken (2)
  43:21;66:16
Spring (1)
  58:15
Springs (1)
  16:5
St (2)
  79:2,2
stakes (1)
  60:16
Stan (16)
  9:3;22:22;26:10,11;
  47:17;54:9,10;57:6;
  62:5;66:15,18;81:22;
  82:5;94:6,21,21
standing (7)
  53:18;58:24;86:18,
  19;87:2;93:1;102:19
start (1)
  52:24
started (15)
  15:16;19:7;55:25;
  56:1,4,11;57:7,8;66:3;
  80:9;81:11;96:24;
  99:11,12;101:1
starts (2)
  52:18;86:22
state (4)
  7:17;26:9,13;83:6
statement (3)
  73:19;98:10;105:11
statements (3)
  104:15,18;105:3
states (3)
  8:8;42:7;44:9
State's (1)
  26:17
statewide (1)
  90:9
steadily (1)
  83:11
sticker (2)
  33:18;58:1
sticks (1)
  68:5
still (12)
  47:22;52:22,25;75:3;
  78:22;88:9,11,11;

104:10,21;105:11;
106:19
Stock (2)
  74:24,24
stockpiled (1)
  25:7
Stockton (1)
  61:13
stop (1)
  106:14
stopped (6)
  56:6;64:13,17;65:1,
  2,2
storage (1)
  73:3
store (2)
  88:2,3
stored (1)
  49:17
stores (2)
  87:12,17
Storm (1)
  61:19
straight (1)
  48:9
strike (1)
  95:9
strong (1)
  92:3
structure (1)
  26:6
stuck (1)
  75:21
stuff (6)
  10:7;82:4;92:8,8;
  99:24;104:2
Subpoena (1)
  8:7
substantial (1)
  50:9
substantiate (3)
  8:23;9:6;82:10
sue (1)
  83:6
Sundays (2)
  20:11,14
support (5)
  8:24;9:6,13;82:11,17
sure (27)
  11:17;19:10;21:24;
  22:20,22;43:10;47:16;
  48:4;53:21;59:23;61:1,
  1;62:8;66:15;73:11,11;
  74:25;79:4;80:14;
  88:14,15,16;89:19;
  90:12;95:7,17;101:9
surrounding (2)
  79:6,16
swampy (1)
  99:9
sworn (1)
  7:10
system (5)

9:24;21:10;23:13,14;
89:10

**T**

talk (5)
  9:4;11:21;29:16;
  67:13;94:10
talked (5)
  67:6,24;101:4,6,15
talking (10)
  21:23;23:6,8;66:11;
  74:3;80:4;84:10;94:2;
  97:12;100:20
taller (1)
  58:16
tax (32)
  9:8,14,16;10:18;
  26:13;30:20,23;31:4;
  34:25;35:17;36:20;
  37:22;39:3;40:11,13,
  14,23;44:8,18;45:18;
  46:12,14,22;82:24;
  95:1,10;104:20
Tecum (1)
  8:7
telephone (2)
  19:16;60:20
Telesphere (4)
  19:4,12,13,15
telling (2)
  12:19;13:9
terminology (1)
  27:3
test (3)
  62:6,14,14
testified (1)
  7:12
testify (1)
  7:11
Texas (1)
  15:10
texts (1)
  104:7
therefore (1)
  86:20
thinking (1)
  64:22
third (3)
  33:25;37:10;70:7
though (4)
  30:4;35:10;48:11;
  70:10
three (5)
  20:3;53:9;69:5;85:7;
  97:1
threefold (1)
  91:14
thumb (1)
  43:1
tie-ins (1)
  68:22

timeline (1)
  66:6
times (6)
  65:18;67:4;68:25;
  72:5;85:7;86:4
tips (9)
  32:2,15;35:23;37:1;
  38:3;39:9;40:23;42:13;
  44:22
title (1)
  69:22
today (12)
  9:2;12:12,21,24;
  13:7,11;14:11,15;
  75:10;87:13;103:4;
  105:23
Today's (1)
  7:3
together (9)
  30:20;47:11,13,17;
  54:6;70:2;89:10,11,13
told (11)
  28:17;71:23;75:22,
  25;76:18;100:19
took (11)
  48:15;49:13,16;52:5;
  53:14,19;55:2;57:14;
  58:7;59:19;100:24
top (5)
  27:20;28:21;31:6;
  34:1;100:17
total (1)
  85:2
totaled (1)
  83:18
totally (1)
  97:16
totals (1)
  83:20
toward (2)
  28:21;59:12
towards (4)
  49:23,24;50:2;59:18
town (3)
  14:24;23:9;88:1
track (1)
  68:21
trackhoe (1)
  100:1
Tracking (1)
  61:20
tracks (3)
  58:17;68:20,20
transmission (1)
  62:16
transpired (1)
  30:16
trash (2)
  79:22,23
traveled (2)
  15:5,10
Tree (1)
  99:3

trees (9)
  50:12;58:16,20,22;
  65:8;99:1,4,4,5
trial (1)
  12:12
tried (2)
  103:17;105:16
tripled (1)
  92:16
true (1)
  88:20
truth (6)
  7:8,11,11,12;13:2,2
truthful (1)
  13:6
Try (13)
  18:13;19:19;25:18;
  29:25;35:13;65:6;66:5;
  89:13;90:15;99:23,23;
  104:4,25
trying (16)
  11:11;21:6;54:24;
  56:5,9,15,16,17;57:1,
  16;66:3;67:11,12;70:2;
  73:23;90:7
TUCKER (7)
  7:14;38:23,25;46:2,
  10;93:17,25
turn (9)
  8:18;32:6;33:25;
  36:6;39:18;52:11;70:6;
  71:3;104:13
two (6)
  20:3;36:6;79:20,20;
  92:17;93:11
type (13)
  9:19;19:15;23:10;
  27:20;51:9;59:25;60:5;
  63:14;73:18;74:15;
  77:1;81:20;88:21
typo (1)
  45:7
typographical (1)
  46:13

**U**

Ultimately (2)
  30:3;90:1
unable (1)
  42:25;73:5;86:1
unclogged (1)
  68:1
under (20)
  13:1;27:23;32:9;
  48:5;49:5;51:20;53:23;
  54:12;57:25;58:4;
  68:12;71:14;74:19;
  75:6,9;76:3;93:9;
  96:17;104:22;106:17
underneath (3)
  78:8;89:3;99:2
understood (2)

Case 4:21-cv-00471-JM   Document 48-7   Filed 09/08/22   Page 39 of 40

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

12:16;33:8;105:22;
106:21
**unfortunately (2)**
26:12;45:6
**Union (10)**
8:8;66:11,14,21;
67:13;98:17;100:10,
18,18;104:8
**United (2)**
42:7;44:9
**unstop (1)**
65:6
**unstopping (1)**
65:9
**up (39)**
9:21;10:5;11:8,9;
14:21;15:3;23:14;
27:20;28:13;53:9;56:6;
58:22;64:5,13,17;65:1,
2,2,4;71:1,3;73:9;75:7,
8;78:20;80:2,11,16,23;
85:7;91:16,22;92:11,
23;94:8;98:22,25;
103:21;104:4
**updated (1)**
103:23
**upon (1)**
12:11
**upper (5)**
27:11;34:4;38:8;
39:20;60:21
**Use (5)**
44:15;64:9;83:12;
87:15;100:1
**used (5)**
10:2;21:3,4;100:3;
104:1
**uses (1)**
23:12
**using (3)**
27:3;83:19,25

---

**V**

---

**vacated (1)**
78:14
**various (7)**
36:7,8;40:1;41:14;
48:3;96:4,12
**vegetation (1)**
60:5
**vehicles (5)**
21:4;25:18;62:15;
63:12;81:21
**verbal (1)**
30:12
**verbatim (1)**
11:21
**verify (1)**
30:24
**versus (1)**
90:23
**video (1)**

7:3
**VIDEOGRAPHER (6)**
7:2;46:4,8;93:19,23;
107:2
**video-recorded (1)**
7:5
**videotaped (1)**
8:9
**view (1)**
50:25
**visibly (1)**
79:18
**visit (2)**
12:20;29:17
**volume (1)**
90:21

---

**W**

---

**wages (24)**
32:2,9,15;33:2;
34:24;35:22;36:14;
37:1,16;38:2,19;39:8,
12;40:10,23;41:1;42:1,
12;43:17;44:22;45:19;
46:20;84:24;85:3
**wake (1)**
87:22
**walk (3)**
68:10,16,19
**walked (1)**
69:1
**walk-in (3)**
22:15;23:1,6
**WalMart (1)**
88:1
**wants (1)**
22:1
**Waste (5)**
59:12;60:11,25;79:7,
10
**water (47)**
51:17,20;53:23;56:3;
58:23,25;59:25;61:19;
62:3,7,14;63:16,17;
64:5,8,14;68:12;72:23;
73:1,14,20,24;74:12;
75:6,7,8,15;76:4;80:14,
19;81:8,18;86:18,19;
87:2;88:18,22;93:1;
96:16;97:10;98:3,25;
99:8;102:19,21,24;
103:3
**waters (1)**
76:9
**way (11)**
26:19;50:13;60:6,24;
67:8;68:11;70:25;
87:25;93:5;99:11,12
**wayside (1)**
87:18
**website (2)**
21:14;22:2

**weeds (1)**
60:5
**week (4)**
20:5,8;75:12,13
**weeks (1)**
64:22
**west (2)**
50:2;59:17
**wet (1)**
64:10
**what's (6)**
26:5;62:3;77:6;78:1;
79:1;103:3
**whenever (1)**
17:21
**wherever (1)**
15:10
**whole (2)**
7:11;13:2
**Whomever (1)**
65:13
**within (3)**
62:8;75:23;77:2
**without (4)**
12:14,19;13:9;50:16
**witness (4)**
7:8;11:4;91:16;
100:4
**wondered (1)**
90:25
**Wood (5)**
10:9,22;35:4;43:24;
44:3
**word (1)**
87:15
**words (1)**
54:22
**work (15)**
15:17;17:20;19:1,8;
20:5;22:21;30:10;
47:22;67:25;68:4;89:9,
11,13;92:2;103:11
**worked (2)**
16:8;18:23
**working (3)**
33:13;70:1;106:19
**works (4)**
20:23;21:2;22:3;
91:20
**worth (1)**
81:20
**wrap (1)**
22:8
**write (2)**
66:9;101:13
**written (5)**
14:7;33:22;67:15;
70:3;101:16
**wrong (1)**
50:5

---

**X**

---

**x-e-y (1)**
78:4

---

**Y**

---

**y'all (4)**
16:3;25:13;31:18;
105:16
**yard (5)**
25:20;47:13;48:20;
88:12;89:21
**yards (1)**
90:2
**year (50)**
16:20;21:21,25;
23:19;32:10,12,17;
36:1;37:5,23;39:4,13;
41:2,25;42:16;45:24;
48:13;51:23;53:9;
54:12,17;55:20,22,22,
24;56:13;58:4;63:22;
65:16;66:1;74:6,13;
75:25;78:17;84:20,21;
85:6;86:4;91:7,8,10,
11;92:3,4;94:24,24;
95:3,11;99:20;101:5
**years (20)**
10:5;11:16;19;18:4;
20:18;21:23;47:6;55:8,
14;69:1;81:12,15;
86:11;87:11;89:2;
90:23,23;92:17;93:11;
98:19
**you-all (10)**
14:8;21:17;23:25;
28:3;29:14;30:1,6,12;
31:23;79:12

---

**Z**

---

**zero (8)**
36:14;37:16;38:3,19;
40:10;41:25;43:16;
45:19
**ZIP (1)**
16:16

---

**0**

---

**0004 (1)**
96:7
**0007 (1)**
96:7
**0008 (2)**
104:17,20
**0260 (1)**
104:17
**041 (1)**
48:4

---

**1**

---

**1 (14)**

8:6,12;32:14;34:20;
38:2;39:8;41:21;42:12;
44:21;45:12;49:3;
57:25;58:4;61:14
**1.5 (1)**
28:10
**10 (4)**
39:2,5;95:22;104:5
**10:00 (1)**
8:15
**10:05 (1)**
7:4
**10:55 (1)**
46:5
**100 (1)**
75:25
**11 (4)**
40:15,19;42:4;44:4
**11/29/56 (1)**
14:19
**11:01 (1)**
46:9
**12 (19)**
8:16;33:17,22;34:20;
36:3,4;37:7;39:15;
41:4;42:6,9,18;43:20;
45:3;71:2,3;77:25;
97:21;99:14
**12,750 (1)**
32:10
**12:04 (1)**
93:20
**12:10 (1)**
93:24
**12:26 (2)**
107:3,5
**12th (1)**
7:4
**13 (4)**
44:8,11;104:14,23
**14 (7)**
16:19;46:11,14,16,
19;84:16;100:16
**15 (6)**
20:18;47:3,8;48:24;
54:7;59:2
**16 (7)**
48:25;49:6,9;51:10;
52:8;74:21;81:5
**161 (2)**
31:13,20
**17 (5)**
52:11,15;53:4,11,22
**18 (2)**
57:20,22
**19 (2)**
59:9,14
**1982 (2)**
24:24;80:9
**1983 (2)**
17:17;25:10
**1985 (10)**
18:24;19:1,21;23:22;

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Annette Adelsberger
February 12, 2020

25:14,23;28:16;33:9;
81:11,14

**2**

**2 (8)**
24:14,15;35:4;45:12;
52:12,21;71:4;72:13
**20 (7)**
17:1;20:18;32:18;
61:9,16;102:14;105:8
**2001 (1)**
46:21
**2003 (2)**
50:20,25
**2004 (1)**
61:14
**2009 (1)**
104:15
**2010 (19)**
27:18;29:8;49:4,5,
11;50:12;51:7,11,14,
18;54:17;56:1,13,20;
66:3;80:12,20;81:4,14
**2011 (14)**
9:10;31:5,23;32:19;
34:24,25;35:3;46:23,
24;56:14,23;84:23;
85:2;101:1
**2012 (15)**
35:17;36:13;56:14,
23;83:15;84:13;85:6,
18,19,23;86:6,11;87:4;
95:10,15
**2013 (15)**
18:6;36:20;37:15,19;
56:14,23;83:12,15;
84:13;85:18,19,23;
86:7,11;87:4
**2014 (8)**
37:23;38:18,22,23;
48:5;54:19;56:13,20
**2015 (12)**
39:4;40:9,13;52:14,
22,25;53:9;54:19;91:7;
92:12;93:2;99:17
**2016 (17)**
40:17;41:24;44:4;
54:23;55:8,14,17,20;
83:13,16,18,20;84:14;
91:11;92:13;93:2,7
**2017 (13)**
42:7;43:1,7,14,20,
23;54:23;55:8,14,18;
84:14;93:8,13
**2018 (17)**
9:10;10:8,18;44:9;
45:1,18;46:21;53:1;
54:13,15,19;83:13,16,
18,20;84:14;93:13
**2019 (6)**
58:4;59:11;61:5;
63:20;65:16;70:12

**2020 (7)**
7:4;8:16;18:5;63:21,
22;64:6;65:15
**21 (2)**
69:19,23
**22 (1)**
74:24
**23 (1)**
74:25
**25 (2)**
81:12,15
**26 (2)**
27:18;29:8
**260 (1)**
104:20

**3**

**3 (10)**
26:15,20;36:7;52:24;
53:7,9;58:5;82:8;94:2;
95:23
**30 (2)**
10:11;24:24
**300% (1)**
85:10
**31 (6)**
34:16;36:9;37:11;
38:15;40:4;41:17
**319 (2)**
16:11,13
**3332 (2)**
16:11,13

**4**

**4 (6)**
27:8,12;38:7;71:6;
77:5;102:2
**40 (3)**
63:15;72:25;73:8
**4249 (2)**
53:5,8
**440 (10)**
77:7,8,10,16,21;
78:10,17;79:6,9,20
**48 (1)**
97:1

**5**

**5 (14)**
30:19;31:1;34:22;
37:15;40:8;43:15;45:6,
17,23;46:13,15;71:13;
100:16;102:1
**5:30 (1)**
20:10
**50.61% (4)**
83:20;84:1,3;94:4

**6**

**6 (4)**
31:5,7;72:12;81:18
**64 (1)**
14:21

**7**

**7 (13)**
32:2,15;35:16,19,22;
36:25;38:2;39:8;40:22;
42:12;83:1;94:2;
104:22
**7% (2)**
28:8,11
**7:30 (1)**
20:10
**72007 (2)**
16:12,17
**799 (1)**
52:19

**8**

**8 (3)**
36:19,22;105:9
**8125 (2)**
31:13,18
**83 (1)**
25:3
**85 (2)**
18:22;80:9

**9**

**9 (6)**
37:21,24;38:23,24;
103:7,8
**95 (1)**
91:5