ADELSBERGER  
SCHEDULE C NET INCOME ADJUSTED FOR FIXED EXPENSES  
TAX YEARS FROM 2011 TO 2020

EXHIBIT 8

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| GROSS SALES | 1,373,889 | 1,419,002 | 1,380,856 | 1,065,125 | 942,378 | 776,386 | 708,317 | 656,063 | 600,080 | 597,384 |
| RETURNS AND ALLOWANCES | (14,473) | (18,794) | (19,233) | (9,097) | (5,164) | (4,774) | (1,703) | 1,384 | (764) | (3,212) |
| COST OF GOODS SOLD | (691,793) | (731,448) | (709,275) | (544,199) | (450,178) | (332,353) | (312,439) | (315,571) | (287,840) | (311,561) |
| **GROSS PROFIT** | 667,623 | 668,760 | 652,348 | 511,829 | 487,036 | 439,259 | 394,175 | 341,876 | 311,476 | 282,611 |
| | | | | | | | | | | |
| OTHER INCOME | 14,336 | 15,873 | 13,601 | 14,000 | 17,250 | 283 | 75 | 7 | - | 13 |
| TOTAL OPERATING EXPENSES | 663,279 | 589,088 | 596,793 | 512,277 | 494,758 | 408,924 | 370,510 | 324,970 | 293,670 | 303,264 |
| | | | | | | | | | | |
| **NET INCOME** | 18,680 | 95,545 | 69,156 | 13,552 | 9,528 | 30,618 | 23,740 | 16,913 | 17,806 | (20,640) |
| | | | | | | | | | | |
| *ADD BACK FIXED OPERATING EXPENSES:* | | | | | | | | | | |
| ADVERTISING | 38,421 | 34,826 | 40,285 | 23,011 | 13,263 | 10,354 | 3,640 | 2,468 | 210 | 756 |
| BANK CHARGES | 490 | 679 | 1,346 | 8,014 | 1,080 | 1,189 | 824 | 2,186 | 456 | 1,656 |
| DUES AND SUBSCRIPTIONS | 3,438 | 5,052 | 2,760 | 688 | 475 | 195 | 934 | 343 | 285 | 255 |
| DEPRECIATION | 23,116 | 21,560 | 25,515 | 11,519 | 10,452 | 8,117 | 5,916 | 5,249 | 5,231 | 23,171 |
| INSURANCE | 49,891 | 28,138 | 51,147 | 49,277 | 49,528 | 37,322 | 17,135 | 24,616 | 29,516 | 33,683 |
| INTEREST | 8,074 | 7,615 | 9,122 | 11,274 | 16,258 | 19,821 | 20,640 | 13,690 | 15,389 | 19,777 |
| LEGAL AND PROFESSIONAL FEES | 6,170 | 8,163 | 6,792 | 6,358 | 3,600 | 16,078 | 14,492 | 2,267 | 9,290 | 1,000 |
| TRAVEL | 5,942 | 3,122 | 1,537 | 2,927 | 405 | 160 | 1,517 | 562 | 605 | 115 |
| MEALS | 693 | 134 | 36 | - | 80 | 230 | 421 | 173 | 19 | 190 |
| OFFICE EXPENSE | 14,011 | 12,099 | 13,091 | 13,175 | 10,876 | 7,274 | 10,799 | 9,277 | 8,073 | 9,311 |
| REPAIRS | 15,623 | 17,369 | 13,654 | 6,999 | 13,240 | 30,253 | 5,246 | 16,729 | 813 | 2,082 |
| TELEPHONE AND INTERNET | 46,146 | 47,636 | 30,864 | 39,542 | 41,028 | 33,573 | 34,373 | 30,805 | 36,624 | 30,146 |
| **ADJUSTED NET INCOME**[1] | 230,695 | 281,938 | 265,305 | 186,336 | 169,813 | 195,184 | 139,677 | 125,278 | 124,317 | 101,502 |

| | | |
|---|---|---|
| | | 259,313 (2016) 259,313 (2017) 259,313 (2018) 259,313 (2019) 259,313 (2020) |
| 2011 - 2013 AVERAGE ADJUSTED NET INCOME | 259,313 | |
| | | (64,129) (119,636) (134,035) (134,996) (157,811) |
| 2016 - 2020 AVERAGE ADJUSTED NET INCOME | 137,192 | |
| | | (610,605) |
| DIFFERENCE | 122,121 | |
| | | |
| 5 YEARS | 610,605 | |

**ADELSBERGER**
**SELECTED FINANCIAL INFORMATION - SCHEDULE C**
**TAX YEARS FROM 2011 TO 2020**

| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---|
| GROSS SALES | 1,373,889 | 1,419,002 | 1,380,856 | 1,065,125 | 942,378 | 776,386 | 708,317 | 656,063 | 600,080 | 597,384 | {A} |
| RETURNS AND ALLOWANCES | (14,473) | (18,794) | (19,233) | (9,097) | (5,164) | (4,774) | (1,703) | 1,384 | (764) | (3,212) | {XX} |
| COST OF GOODS SOLD | (691,793) | (731,448) | (709,275) | (544,199) | (450,178) | (332,353) | (312,439) | (315,571) | (287,840) | (311,561) | |
| GROSS PROFIT | 667,623 | 668,760 | 652,348 | 511,829 | 487,036 | 439,259 | 394,175 | 341,876 | 311,476 | 282,611 | |
| | | | | | | | | | | | |
| OTHER INCOME | 14,336 | 15,873 | 13,601 | 14,000 | 17,250 | 283 | 75 | 7 | - | 13 | |
| | | | | | | | | | | | |
| OPERATING EXPENSES | 663,279 | 589,088 | 596,793 | 512,277 | 494,758 | 408,924 | 370,510 | 324,970 | 293,670 | 303,264 | |
| | | | | | | | | | | | |
| NET INCOME | 18,680 | 95,545 | 69,156 | 13,552 | 9,528 | 30,618 | 23,740 | 16,913 | 17,806 | (20,640) | |
| | | | | | | | | | | | |
| DEPRECIATION | 23,116 | 21,560 | 25,515 | 11,519 | 10,452 | 8,117 | 5,916 | 5,249 | 5,231 | 23,171 | {A} |
| INSURANCE | - | - | - | 49,277 | 49,528 | 37,322 | 17,135 | 24,616 | 29,516 | 33,683 | |
| INTEREST | 8,074 | 7,615 | 9,122 | 11,274 | 16,258 | 19,821 | 20,640 | 13,690 | 15,389 | 19,777 | {D} |
| ADVERTISING | 38,421 | 34,826 | 40,285 | 23,011 | 13,263 | 10,354 | 3,640 | 2,468 | 210 | 756 | {A} |
| SALARIES AND WAGES | 265,509 | 230,914 | 238,402 | 196,470 | 173,108 | 127,000 | 130,640 | 124,058 | 85,329 | 82,291 | {E} |
| LEGAL AND PROFESSIONAL FEES | 6,170 | 8,163 | 6,792 | 6,358 | 3,600 | 16,078 | 14,492 | 2,267 | 9,290 | 1,000 | |
| | | | | | | | | | | | |
| BEGINNING OF YEAR INVENTORY | 69,427 | 61,500 | 49,750 | 49,790 | 45,650 | 43,400 | 42,730 | 41,500 | 37,500 | 34,250 | |
| YEAR END INVENTORY BALANCE | 61,500 | 49,750 | 49,790 | 45,650 | 43,400 | 42,730 | 41,500 | 37,500 | 34,250 | 36,900 | |
| | | | | | | | | | | | |
| **OPERTING STATS** | | | | | | | | | | | |
| | | | | | | | | | | | |
| AVERAGE INVENTORY AS % OF SALES | 4.76% | 3.92% | 3.60% | 4.48% | 4.72% | 5.55% | 5.95% | 6.02% | 5.98% | 5.96% | {C} |
| | | | | | | | | | | | |
| INVENTORY TURNOVER | (10.57) | (13.15) | (14.25) | (11.40) | (10.11) | (7.72) | (7.42) | (7.99) | (8.02) | (8.76) | {C} |
| | | | | | | | | | | | |
| GROSS MARGIN % | 49% | 47% | 47% | 48% | 52% | 57% | 56% | 52% | 52% | 47% | {B} |
| | | | | | | | | | | | |
| DEPRECIATION AS % OF SALES | 1.68% | 1.52% | 1.85% | 1.08% | 1.11% | 1.05% | 0.84% | 0.80% | 0.87% | 3.88% | {A} |
| | | | | | | | | | | | |
| INTEREST AS % OF SALES | 0.59% | 0.54% | 0.66% | 1.06% | 1.73% | 2.55% | 2.91% | 2.09% | 2.56% | 3.31% | {D} |
| | | | | | | | | | | | |
| ADVERTISING AS % OF SALES | 2.80% | 2.45% | 2.92% | 2.16% | 1.41% | 1.33% | 0.51% | 0.38% | 0.03% | 0.13% | {A} |
| | | | | | | | | | | | |
| WAGES AS % OF SALES | 19.33% | 16.27% | 17.26% | 18.45% | 18.37% | 16.36% | 18.44% | 18.91% | 14.22% | 13.78% | {E} |