# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DAREL ADELSBERGER, ET UX**                          **PLAINTIFFS**

**v.**                        **Case No. 4:21-cv-471**

**UNION PACIFIC RAILROAD COMPANY**                    **DEFENDANT**

## PLAINTIFFS' THIRD MOTION IN LIMINE

COMES NOW Plaintiffs, Darel and Annette Adelsberger, and for their Third Motion in Limine, state:

1. In prior filings and discovery depositions, Defendant Union Pacific Railroad Company, by and through its counsel, has alleged that Plaintiff Darel Adelsberger, Plaintiff's expert witness Dr. Jerry Overton, and employees or agents of ATOKA, Inc. trespassed on the Union Pacific right of way while Dr. Overton performed a site inspection to gather information for his report.

2. Whether Darel Adelsberger, Dr. Overton, or any employees or agents of ATOKA, Inc. trespassed on Union Pacific's right-of-way has no bearing on any of the issues to be resolved by the jury. Consequently, any evidence or testimony regarding such an alleged trespass is irrelevant and therefore inadmissible under FRE 402.

3. Moreover, even assuming arguendo that such evidence or testimony may be relevant to some issue, the probative value of such evidence or testimony would be substantially

outweighed by the danger of unfair prejudice and confusing the issues for the jury, and should therefore be excluded from trial pursuant to FRE 403.

4. Furthermore, testimony or evidence concerning such accusations, or any reference related thereto in the jury's presence, would only serve to inflame jurors' emotions and prejudice Plaintiffs' right to a fair and impartial jury.

5. In order to avoid such dangers, the Court should enter an order in limine prohibiting Union Pacific's attorney's and witnesses from referring to Dr. Overton, Darel Adelsberger, or any employee or agent of ATOKA, Inc. as trespassers, or from stating or presenting evidence that Dr. Overton, Darel Adelsberger or any employee or agent of ATOKA, Inc. had trespassed on Union Pacific property.

WHEREFORE, Plaintiffs pray that their Third Motion in Limine be granted in all respects, that the Court enter an Order entitling them to the relief requested, and for all other proper relief to which they may be entitled.

Respectfully Submitted,
LASSITER & CASSINELLI
ATTORNEYS FOR PLAINTIFFS
300 S. Spring St. Ste. 800
Little Rock, AR 72201
T: 501-370-9300
F: 501-370-9306

| | | |
|---|---|---|
| Robert E. Hodge III | Lee D. Curry | Amanda D. Kennedy |
| AR Bar No. 2011097 | AR Bar No. 2014153 | AR Bar No. 2019136 |
| rob@lcarklaw.com | lee@lcarklaw.com | amanda@lcarklaw.com |