EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAREL ADELSBERGER                                              PLAINTIFFS
AND ANNETTE ADELSBERGER

V.                           Case No. 4:21-cv-00471

UNION PACIFIC RAILROAD COMPANY                                  DEFENDANT


## UNION PACIFIC RAILROAD COMPANY'S PROPOSED JURY INSTRUCTIONS.

Defendant Union Pacific Railroad Company submits the proposed jury instructions in addition to the joint instructions submitted. These instructions are submitted subject to Defendant's motion for summary judgment, any motions for directed verdict, motions in limine, and all objections made at trial.

Respectfully submitted,

_____
Scott Tucker, #87176
Jamie Huffman Jones, #2003125
FRIDAY, ELDREDGE & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201
501-370-1430 – phone
501-244-5347 – fax
jjones@fridayfirm.com
tucker@fridayfirm.com

*Attorneys for Union Pacific*

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system which will electronically notify all counsel of record who have appeared in this case on 9th day of September, 2022 as follows:

Rob Hodge
Lee Curry
Amanda Kennedy
rob@hcglawfirm.com
lee@lcarklaw.com
_____

                                              Jamie Huffman Jones

# INSTRUCTION NO. __

Where relevant evidence is within the control of the party in whose interest it would naturally be to produce it, and that party fails to do so without satisfactory explanation, you may draw the inference that such evidence would have been unfavorable to that party.

SOURCE: AMI 106A

DISPOSITION_____

INSTRUCTION NO.

When I use the word "negligence" in these instructions I mean the failure to do something which a reasonably careful person would do, or the doing of something which a reasonably careful person would not do, under circumstances similar to those shown by the evidence in this case.

SOURCE: AMI 302

Disposition _____

INSTRUCTION NO.

Union Pacific contends and has the burden of proving that following any act or omission on its part an event intervened that in itself caused damage completely independent of its conduct. If you so find, then Union Pacific's act or omission was not a proximate cause of any damage resulting from the intervening event.

SOURCE: AMI 503

Disposition _____

9415002.1