# LASSITER & CASSINELLI

## ATTORNEYS AT LAW

1218 WEST SIXTH STREET
LITTLE ROCK, ARKANSAS 72201
TELEPHONE: 501-370-9300
FACSIMILE: 501-370-9306
WWW.LASSITERANDCASSINELLI.COM

November 17, 2022

Hon. James M. Moody Jr.
*Via ECF Filing and email to deborah_bliss@ared.uscourts.gov*

**RE:**   ***Adelsberger v. Union Pacific Railroad***
   ***Case No. 4:21-cv-00471-JM***

Dear Judge Moody:

The Plaintiffs thank the Court for the opportunity to submit additional evidence in response to Defendant's Motion in Limine No. 7. I apologize both to the Court and to the Defense for how long it has taken me to get this letter out, but we have had a very unfortunately timed turnover in staff as Lee Curry is no longer with the firm and we have been attempting to absorb the work he was responsible for prior to his exit, including this case for which he was my right hand.

Attached to this letter, please find pages 51, 55—56, 64—76, 83, 85—88, and 92—96 of Annette Adelsberger's deposition.

Also attached to this letter, please find pages 43—49, 61—64, 75—78, and 81—86 of Darel Adelsberger's deposition.

I respectfully request that the Court review these deposition excerpts for context and weigh them against Defendant's arguments. Motion in Limine 7 has been presented to the Court as if Plaintiffs testified at their depositions that they aren't sure why they have lost profits over the years following the flooding of their property caused by Defendant. While Mr. Tucker was successful in confusing the Plaintiffs at their depositions in a brief series of questions, the record is replete with references to lost profits due to the flooding on Plaintiffs' property.

Mr. Tucker's questions to the Plaintiffs at their depositions invited them to speculate as to all the market forces that may cause income to rise or fall in a given year, eliciting responses about systemic macroeconomic issues affecting huge swaths of the economy. When pressed at different points in their deposition as to why profits would be up or down in any given year, the Plaintiffs clearly stuck to their claims that their profits dropped due to the flooding issues caused by Union Pacific.

ACK T. LASSITER
ack@lcarklaw.com
Of Counsel

ERIN CASSINELLI
erin@lcarklaw.com
Managing Attorney

TIMOTHY GIATTINA
tim@lcarklaw.com
Attorney

ROBERT HODGE
rob@lcarklaw.com
Attorney

MICHAEL KAISER
michael@lcarklaw.com
Attorney

AMANDA KENNEDY
amanda@lcarklaw.com
Associate Attorney

MEGAN WILSON
megan@lcarklaw.com
Associate Attorney

BARRETT SMITH
barrett@lcarklaw.com
Associate Attorney

The attached deposition transcripts demonstrate that the Plaintiffs have never wavered in their accusations that Defendant caused the physical problem that has resulted in economic damages to them in the form of lost profits.

Again, I thank the Court for the opportunity to submit additional evidence and I thank both the Court and the defense for their courtesy and patience with me as our firm has dealt with losing a lawyer who was carrying a heavy workload that we have been attempting to redistribute.

Very Truly Yours,

Robert E. Hodge III

/reh
Enclosures
cc: Jamie Jones, Scott Tucker (via email only)

# In The Matter Of:

*Darel Adelsberger and Annette Adelsberger vs.*
*Union Pacific Railroad Company*

---

*Annette Adelsberger*
*February 12, 2020*

---

*Kelly Hill, CCR*

Original File AAdelsberger.txt

1

1    IN THE UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF ARKANSAS
2                WESTERN DIVISION

3   DAREL ADELSBERGER AND            )
    ANNETTE ADELSBERGER              )
4                PLAINTIFFS,         )
                                     )
5   VS.                              )NO.  4:19-CV-3
                                     )        SWW
6   UNION PACIFIC RAILROAD COMPANY   )
                 DEFENDANT.          )
7

8

9

10

11        VIDEOTAPED ORAL DEPOSITION OF

12           ANNETTE ADELSBERGER

13            FEBRUARY 12, 2020

14

15

16

17

18

19

20           KELLY D. HILL

21      CERTIFIED COURT REPORTER

22        STATE OF ARKANSAS

23          (501) 416-9329

24

25

KELLY D. HILL
CERTIFIED COURT REPORTER
(501) 416-9329

2

1          ANSWERS AND VIDEOTAPED DEPOSITION OF ANNETTE

2     ADELSBERGER, a witness produced at the request of

3     the Defendant, was taken pursuant to Notice of

4     Videotaped Deposition and Subpoena Duces Tecum,

5     in the above-styled and numbered cause on the

6     12th day of February 2020, 10:05 a.m., before

7     Kelly Hill, a Certified Court Reporter, taken at

8     Friday, Eldredge & Clark Law Firm, 400 West

9     Capitol Avenue, Suite 2000, Little Rock, Arkansas

10    72201, in accordance with the Federal Rules of

11    Civil Procedure.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1    APPEARANCES OF COUNSEL:

2

     ON BEHALF OF PLAINTIFFS:
3

4         MR. STANLEY D. RAULS
          ATTORNEY AT LAW
          P.O. BOX 21665
5         LITTLE ROCK, ARKANSAS 72221

6

     ON BEHALF OF DEFENDANT:
7

8         MR. SCOTT H. TUCKER
          FRIDAY, ELDREDGE & CLARK, LLP
          400 WEST CAPITOL AVENUE, SUITE 2000
9         LITTLE ROCK, ARKANSAS 72201

10

     ALSO PRESENT:  BOB DUNN, VIDEOGRAPHER
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1              S T I P U L A T I O N S

2

3        The attorneys for all parties present

4    stipulate and agree as follows:

5

6    Objections:

7        Reserve all objections, except as to the form

8    of the questions and the nonresponsiveness of the

9    answers, until the time of trial, which

10   objections are waived if not made at the taking

11   of the deposition.

12

13   Signature:

14       Waived.

15

16

17

18

19

20

21

22

23

24

25

1    it show any flooding or was it just to show the

2    property, or do you remember?

3    A.   No, sir.  I would have to see the picture.  I

4    might be able to recognize the picture, but I

5    don't know.

6    Q.   Okay.  But at least on the ground, it looks

7    like 2010 are the earliest photos that we have?

8    A.   Yes, sir.

9    Q.   Had AA Auto ever experienced this type of

10   flooding that we see in Exhibit No. 16 before

11   2010?

12   A.   No, sir.  Not -- not like this, no, sir.

13   Q.   Had it ever experienced any flooding at all

14   prior to 2010?

15   A.   No, not flooding like this, no, sir.

16   Q.   Now, you say like this, and I appreciate

17   that, but had it ever experienced any water

18   accumulation or flooding prior to 2010?

19   A.   Normal accumulation from rain.  Not cars

20   under water, no.

21   Q.   And when you say normal accumulation, can

22   you --

23   A.   I don't know what normal would be in any year

24   as far as what kind of rain we have kind of like

25   now, so I really don't know what the exact amount

55

1   have to take pictures all the time to figure out

2   what was going on.  So it appears we took them as

3   we knew, you know, we had an issue and we just

4   couldn't -- we just wanted it resolved so we

5   could continue to operate our business.

6   Q.  Is it fair to say, ma'am, that to the best of

7   your knowledge, no pictures were taken in the

8   years 2016 and 2017?

9   A.  To the best of my knowledge.  I don't know.

10  I don't know.

11  Q.  But at least on our photo log here, there are

12  no pictures --

13  A.  From --

14  Q.   -- from the years 2016, 2017?

15  A.  It doesn't appear so.

16  Q.  And you don't have any independent

17  recollection of seeing pictures from 2016 and

18  2017?

19  A.  No, sir.

20  Q.  Do you recall in the year say 2016 if there

21  was any flooding of AA Auto?

22  A.  There's been flooding every year.  Every year

23  it's a problem.

24  Q.  Going back to what year?

25  A.  Well, as we started taking these pictures

1   here in 2010, that's when we started realizing

2   there must have been something other than just

3   rain, because the water wasn't leaving the

4   property, and so that's when I started calling

5   and trying to get somebody to help, you know,

6   find out maybe something was stopped up, maybe --

7   you know, something was going on somewhere.  And

8   that's -- that just seemed to be the time frame

9   that I was trying to get help from the County and

10  see if they knew anything or -- and that's -- you

11  know, that is what started it.

12  Q.  At least on our photo log, we go from the

13  year 2010 to 2014, we don't have any pictures on

14  the log from 2011, 2012 or 2013?

15  A.  I was just trying to get help.  It wasn't

16  about trying to find out -- we just assumed

17  people were getting on the ball trying to figure

18  out what was going on.

19  Q.  But in answer to my question, we skip from

20  2010 to 2014?

21  A.  Yes, sir.  Yes, sir.

22  Q.  You don't have any independent recollection

23  of there being pictures in 2011, 2012 or 2013, do

24  you?

25  A.  No, sir.

KELLY D. HILL
CERTIFIED COURT REPORTER
(501) 416-9329

64

1   something?

2   A.   I apologize.   You can check with my husband.

3   He may have taken some, but I didn't, I haven't

4   taken any.

5   Q.   Has there been any water come up on the AA

6   Auto facility in 2020?

7   A.   Yes, sir.   It's pretty constant.   It's -- the

8   ground has just been saturated with water so long

9   that -- you can't use the back half of the

10  property at all.   It's just wet all the time.

11  And now, of course, every time there's a rain,

12  it's just -- it's a constant flood.   And if the

13  culvert were not stopped up, you can sometimes

14  see that the water will leave a little bit, but

15  there's so many dead things back there that they

16  just constantly come down.

17  Q.   Is the culvert stopped up right now?

18  A.   I don't -- I don't know.

19  Q.   When is the last time you went and looked at

20  it?

21  A.   It's been some time.   I don't know exactly.

22  Q.   Are we thinking weeks or months?

23  A.   Oh, no.   It's been months.   Yes, it's been

24  months.

25  Q.   The last time you went and looked at the

65

1  culvert, was it open or stopped up or --

2  A.   Stopped up.   Stopped up.

3  Q.   And did you contact anybody about that?

4  A.   No.   I kind of gave -- I gave up, because no

5  one would do anything.   And it seemed that they

6  would try to unstop it at one point, but that one

7  culvert and all those -- all those acres of dead

8  trees, they are constantly falling, and I guess

9  it's just a matter of them unstopping it

10 constantly.   But I don't know.   I don't -- I

11 don't know how often they do that.

12 Q.   When you say they, you mean?

13 A.   Whomever cleans the culvert.   I don't know

14 who that is.

15 Q.   We're in 2020.   Do you think you went and

16 looked at the culvert sometime in the year 2019?

17 A.   Yes, sir.

18 Q.   Do you know how many times?

19 A.   No, sir.

20 Q.   Did you ever call anyone at the railroad

21 about the culvert?

22 A.   At the beginning, yes, sir.

23 Q.   Would that have been you or someone else?

24 A.   No.   I called.

25 Q.   And when you say at the beginning, help me

66

1   with the year reference.

2   A.   Well, I'm assuming it would have been back in

3   2010, because that's when I started trying to

4   document if someone could help me or if they

5   would try to refer me to someone that could, so

6   that's my timeline.   I don't -- I don't have an

7   exact date on it or anything like that.   And then

8   I would be referred to someone, and then I would

9   write their name down, and then I would call

10  them.

11  Q.   And are you talking about at Union Pacific --

12  A.   Yes, sir.

13  Q.   -- or with the County?

14  A.   The County, Union Pacific, a bunch of them.

15  I'm sure Stan can provide you with the exact

16  names of the people that I had spoken to.

17  Q.   Do you have any notes of those conversations?

18  A.   Stan might be able to provide whatever I had

19  handwritten down.

20  Q.   Do you recall who you spoke with, if anyone,

21  at Union Pacific Railroad about this situation?

22  A.   I can't recall his name right now, but I'm

23  positive his name is in the notes.

24  Q.   The information I was given was Brandon

25  Morris --

KELLY D. HILL
CERTIFIED COURT REPORTER
(501) 416-9329

67

1   A.   Yes, sir.

2   Q.   -- does that sound correct?

3   A.   That's correct, yes, sir.

4   Q.   Do you know how many times you spoke with

5   Mr. Morris?

6   A.   A bunch.  A bunch.  I believe I talked to

7   everyone a bunch.

8   Q.   Is there any way for me to know how many a

9   bunch is?

10  A.   No.  I didn't realize I was going to have to

11  document everything.  I was just trying to get

12  assistance is all I was trying to do.

13  Q.   Did you ever talk with anyone at Union

14  Pacific Railroad other than Brandon Morris?

15  A.   If I did, I would have written it down.  He

16  was the one that was more the one that spoke with

17  me more.  I think I had to leave messages, but I

18  don't know exactly who that would have been.  I

19  cannot give you any dates or names.

20  Q.   And I think at the time Mr. Morris' position

21  was Manager of Public Relations.  Does that sound

22  correct to you?

23  A.   Yes, sir, that does.

24  Q.   And at any time after you talked to Mr.

25  Morris, did you ever see anyone perform work on

68

1    the culvert where they got it unclogged?

2    A.  Not that I remember, sir.  I couldn't tell

3    you.  That's been some time ago.

4    Q.  So if they did do work on the culvert and

5    cleared away whatever sticks or debris were in

6    there, you wouldn't know about that?

7    A.  No, sir.  It's hard to get back to the

8    culvert.

9    Q.  How do you get back to it?

10   A.  Well, you have to walk the railroad, because

11   there's no way to get to it from the back because

12   it's completely under water.

13   Q.  You can't get to the culvert from the back of

14   your property?

15   A.  No, sir, you cannot.

16   Q.  So to get to the culvert you have to walk on

17   the railroad right-of-way?

18   A.  Yes, sir.

19   Q.  And would you walk down the middle of the

20   tracks or on the outside of the tracks?

21   A.  No.  On the outside of the track.

22   Q.  On the tie-ins?

23   A.  On the outside as close to the edge away from

24   the railroad that you could get.

25   Q.  How many times do you think you've done that

69

1    over say the past four years where you've walked

2    down to the culvert?

3    A.   I don't know.  I don't have a number on it.

4    I don't know.

5    Q.   Do you think it's more than three or four?

6    A.   I would think so.

7    Q.   Do you think it's more than five?

8    A.   I don't know.  I don't know.  I don't have

9    a -- I'm sorry, I don't have an exact number.

10   Q.   It's okay.  See, I don't know what you can

11   remember and what you can't or what you have

12   records of or what you don't.

13   A.   Right.  I understand.

14   Q.   And that's why I have to ask you all these

15   questions just to find out.

16   A.   Right.

17   Q.   Because I don't know what you know.  Ms.

18   Adelsberger, I'm going to hand you what I've

19   marked as Exhibit No. 21, and these were

20   Responses to the Railroad's First Set of

21   Interrogatories and Requests for Production of

22   Documents.  Do you see that in the title?

23                   (Deposition Exhibit No. 21 was

24   marked.)

25   A.   Yes, sir.

1    Q.   And do you remember working with your husband

2    in trying to get information and things together

3    to answer these written interrogatories and

4    requests for production?

5    A.   Yes, sir.

6    Q.   And if you will, turn to the -- looks like

7    third to last page.  Do you see your signature,

8    Ms. Adelsberger?

9    A.   Yes, sir.

10   Q.   And even though the notary didn't fill in

11   what date it was or the month, it says that it

12   was in May of 2019.  Do you see that?

13   A.   Yes, sir.

14   Q.   And is that your husband's signature to the

15   left of yours?

16   A.   Yes, sir.

17   Q.   Okay.  And it was notarized by a Sarah Rauls;

18   is that correct?

19   A.   Yes, sir.

20   Q.   All right.  Let's look at a few of these, if

21   you don't mind.  Why don't we -- the pages aren't

22   numbered.  Would you take a pen and just number

23   your pages, and I'll do the same.  Just number

24   them at the bottom, yeah, so that I can call out

25   a page number, and that may be the easiest way to

71

1    do it.  How many pages did you come up with?

2    A.  12 I believe.

3    Q.  Okay.  I came up with 12 too.  Good.  Turn to

4    Page 2 if you would, please.

5    A.  Yes, sir.

6    Q.  Interrogatory No. 4, do you see that in bold?

7    A.  Yes, sir.

8    Q.  It asks about the purchase date, price,

9    seller/buyer information.  And I know we looked

10   at the deed earlier, but would I need to get this

11   information from your husband rather than you?

12   A.  Yes, sir.

13   Q.  Will you look at Interrogatory No. 5 just

14   under that, and let me read it.  It says, provide

15   a chronological list of all inspections of the

16   plaintiffs' property and buildings following any

17   and all flooding as described in the complaint to

18   include the date, persons present, their contact

19   information, whether photographs/videos/or other

20   likenesses were taken.  And the response says,

21   the plaintiffs inspected the property each time

22   flooding occurred; no list or other record of

23   inspection was made.  And I think you told me

24   that earlier, that you didn't keep a list or

25   record of inspections, correct?

72

1   A.   Correct.

2   Q.   The response continues on, photographs

3   occasionally were taken; copies have been

4   produced on CD along with a list containing the

5   times taken and a general description of each

6   photograph.  Do you see that?

7   A.   Yes, sir.

8   Q.   Okay.  And we looked at just a very few of

9   the photographs, but the photo log has all of

10  them that you know of?

11  A.   Yes, sir.

12  Q.   Okay.  Let's look at No. 6 down at the bottom

13  of Page 2.  It says, describe the nature and

14  extent of the damage you allege was caused to the

15  plaintiffs' property as a result of any flooding.

16  Include in your response what specific areas of

17  the property or buildings were damaged, the

18  extent of the damage, when the damage occurred,

19  whether the damage has been repaired, who

20  repaired it, and the cost of the repairs.  Did I

21  read that correctly?

22  A.   Yes, sir.

23  Q.   And then the response says, water regularly

24  flooded the north portion of the property and

25  accumulated over approximately 40 percent of the

1  parcel.  The water damaged automobile parts
2  intended for resale and prevented the plaintiffs
3  from fully accessing the property for storage and
4  retrieval of automobiles and parts.  The
5  plaintiffs were unable to contain the flooding or
6  repair the damage.  Did I read that correctly?
7  A.  Yes, sir.
8  Q.  Where we get this approximately 40 percent of
9  the parcel in the response, did you come up with
10  that or did your husband or someone else?
11  A.  No, sir.  I'm not sure.  I'm not sure.
12  Q.  But it wasn't you?
13  A.  No, sir.
14  Q.  It says, the water damaged automobile parts
15  intended for resale.  Do you see that?
16  A.  Yes, sir.
17  Q.  Do we have any kind of record of the parts
18  that were damaged or what type of parts, or is
19  that just a general statement that some
20  automobile parts were damaged by the water?
21  A.  Can you repeat that question?
22  Q.  Yes, ma'am.  That wasn't a very good
23  question.  Thank you.  I'm trying to get in my
24  mind, when it says the water damaged automobile
25  parts intended for resale, it wouldn't be all of

74

1  them?

2  A.   No, sir.

3  Q.   So we're talking about some?

4  A.   Yes, sir.

5  Q.   And I take it it would probably depend on the

6  year?

7  A.   Correct.

8  Q.   Depend on the month?

9  A.   Yes, sir.

10 Q.   Depend on how much rain there was?

11 A.   Yes, sir.

12 Q.   Depend on how quickly the water receded.   Do

13 you have any record to tell me in each year the

14 different automobile parts that were damaged and

15 what type of automobile parts they were and how

16 many?

17 A.   I don't know that I could give you an exact

18 number on that.   As in this picture, all these

19 cars were under.

20 Q.   And when you say this picture, let's -- what

21 exhibit number there, 16?

22 A.   Yes, sir.   And I'm just saying this would be

23 like an example.   It would be hard for me to tell

24 you, okay, this is Stock No. 22 or this is Stock

25 No. 23.   At this point, I'm not sure that I can

75

1    give you an exact -- an exact number.  We know --
2    this carried on for such a long period, and it's
3    still going on now, so we have to isolate or be
4    careful where we move a car or where we set a
5    car, where we can or can't put a car.
6    Q.  Do you have any cars under water right now or
7    where water has come up on them?
8    A.  We have where water has come up on them, but
9    not under completely.
10   Q.  And of course, it's raining today?
11   A.  Yes, sir.
12   Q.  And how many days has it rained this week and
13   the week before?
14   A.  It's a bunch.  It's a bunch.
15   Q.  And has that affected the water on the AA
16   property these recent rains that we've had?
17   A.  Yes, sir.  Yes, sir.
18   Q.  Has anyone ever --
19   A.  You can't take equipment back there.  You
20   can't move a car.  You can't take equipment back
21   there because the equipment will get stuck.
22   Q.  Has anyone told you whether or not the AA
23   Auto facility is located within a floodplain?
24   A.  We know that, or we were aware of that,
25   that's what we've been told, 100 year.  But we've

1    never, ever had floods before ever.  Our

2    neighbor's farm next door, they planted pines

3    next to our fence, and all of that has been under

4    water and everything is rotted.  It's just

5    something has happened.  It's not just once

6    every -- once every so often.

7    Q.  Do you know what that something is?

8    A.  No, sir, I do not.  The culvert seems to be a

9    problem, because the waters aren't getting off of

10   our property anymore.

11   Q.  Have you noticed anything else being a

12   problem?

13   A.  Well, no, sir.  I don't go out and search for

14   the other neighbors and that sort of thing.  I

15   just know about us and how it has affected our

16   business.  We're in business, and that's what

17   caused the problem I feel.

18   Q.  Who told you that your business was in a

19   floodplain?

20   A.  I don't know who did exactly.

21   Q.  Do you know if that was known to you or your

22   husband before the property was bought?

23   A.  I do not know that.

24   Q.  Before putting in AA Auto Salvage, do you

25   know if the company or you or your husband had

83

1    Q.   Okay.  Let's look at Interrogatory No. 7,

2    I'll read it if you'll read along with me.   The

3    interrogatory asks, itemize each element of

4    damage, including any actual damages, loss

5    profits, special damages and/or consequential

6    damages for which you sue, and state that dollar

7    amount you seek for each element, both past and

8    future if applicable.  Did I read that correctly?

9    A.   Yes, sir.

10   Q.   Let me read the response into the record.

11   The plaintiffs' revenue declined steadily after

12   2013 because of the flooding and inability to use

13   their property.  Lost revenue for 2016 to 2018 is

14   calculated as follows:  Average annual gross

15   sales 2012 to 2013 was $1,265,130; gross sales

16   for 2016 to 2018 were $771,612, $724,730 and

17   $618,323, respectively.  The decline in sales

18   during 2016 through 2018 totaled $1,710,725.

19   Using AA Auto's average gross profit margin of

20   50.61%, the 2016 to 2018 loss of revenue totals

21   $865,737.  Ms. Adelsberger, did I read that

22   correctly?

23   A.   Yes, sir.

24   Q.   Okay.  Help me understand something here.  It

25   says, using AA Auto's average gross profit margin

KELLY D. HILL
CERTIFIED COURT REPORTER
(501) 416-9329

85

1  A.  Yes, sir.

2  Q.  In 2011 the total amount was $31,430 when you

3  add the personal wages and the business net

4  profit, right?

5  A.  Yes, sir.

6  Q.  And then the following year 2012, it jumped

7  up three times as much to $95,545.  Do you see

8  that?

9  A.  Yes, sir.

10  Q.  Do you know what caused that 300% increase?

11  A.  No, sir.

12  Q.  It just happened?

13  A.  Well, no, I don't know.  I don't know what

14  was going on at that point in time.  I don't know

15  if we changed anything, or I don't know if a lot

16  of new inventory possibly came in; I don't know.

17  It would have been in the sales.

18  Q.  Okay.  From 2012 to 2013 the business loses

19  money.  It goes in 2012 from $95,545, in 2013 to

20  $69,156.  Do you see that?

21  A.  Yes, sir.

22  Q.  Do you know what caused that drop in profit

23  for the business from 2012 to 2013?

24  A.  I'm assuming we would have put out more than

25  we, you know, were able to take in.  Our

86

1   inventory wasn't being rotated.  We were unable

2   to crush cars.  We couldn't get to the cars which

3   lowered the amount of money when you crush cars

4   that you get at certain times a year.  You can't

5   sell from an empty basket.

6   Q.  Well, if we don't have any pictures from 2012

7   or 2013, at least depicted on our photo log,

8   correct?

9   A.  I believe that's -- correct.

10  Q.  So do you know if there was flooding going on

11  in years 2012 and 2013 at AA Auto?

12  A.  Well, we've had consistent flooding.  To tell

13  you how much flooding, and since we didn't take

14  pictures, I couldn't tell you exactly how deep

15  the floods or all was going on.

16  Q.  And then do you know anything else that you

17  can attribute the loss in business profit to,

18  other than standing water?

19  A.  Well, the standing water affected our

20  inventory and so, therefore, if you can't bring

21  any inventory in and you can't rotate that

22  inventory, then it starts -- you're on a decline.

23  You're either having to buy parts from someone

24  else because you can't bring a car in, and so

25  your profit goes down as opposed to --

1   Q.   And I understand if that's the case with

2   standing water, but is there anything else in

3   your mind that this loss of profit could be due

4   to from 2012 to 2013?

5   A.   That I'm aware of -- not that I'm aware of,

6   no, sir.   I don't know -- I can't put a finger on

7   a certain thing, no, sir.

8   Q.   Now, you've been in this business for quite a

9   while, right?

10   A.   Yes, sir.

11   Q.   Is it fair to say, in years past there were

12   more smaller auto salvage stores than there are

13   today?

14   A.   Yes, sir.

15   Q.   And I hesitate to use the word mom and pop.

16   I don't mean that disparagingly.   But a lot of

17   the mom-and-pop auto salvage stores have gone by

18   the wayside?

19   A.   Yes, sir.

20   Q.   And I would think that that's due in part to

21   some really big auto salvage businesses that come

22   in and in a wake and take a large share of the

23   market?

24   A.   Yes, sir.

25   Q.   I guess one way to analogize, is sometimes in

88

1    a small town, if WalMart moves in, you see a

2    local shoe store go out of business and a small

3    hardware store?

4    A.   Yes, sir.

5    Q.   You know what I'm saying?

6    A.   Yes, sir, I do.

7    Q.   Has that happened some in the auto salvage

8    business?

9    A.   Well, there's a lot of mom and pops still out

10   there in this business, because it's -- there's

11   still a need.  There's still a need.  Not any one

12   salvage yard can have everything for everybody,

13   and so we -- our specialty is imports, and that's

14   what our specialty has always been.  But I'm sure

15   that -- I say I'm sure, I don't know -- but I'm

16   sure different things in our industry have

17   changed and may have an effect on our decline as

18   well as the water.  I could never say that

19   nothing has ever affected our business, because

20   that would not be true.

21   Q.   Have you ever had any type of casualty loss

22   that's affected your business, other than water?

23   I mean like --

24   A.   No, sir.

25   Q.   -- a fire or anything like that?

92

1    Q.   Sounds like -- sounds like there are a lot of

2    market forces at work that determine whether or

3    not AA Auto is going to have a strong year, a low

4    year or come back?

5    A.   Well, inventory affects that a lot.  You have

6    to have inventory, and you have to be able to put

7    it in the property, and you have to be able to

8    move out the old stuff or the older stuff, and

9    especially, you know, when it's not any good

10   anymore, but you have to be able to rotate it in

11   order for your numbers to be up.

12   Q.   Well, let's just say from 2015 where you made

13   less than $10,000 to 2016 where you made over

14   $30,000?

15   A.   Yes, sir.

16   Q.   Why do you think the net profit tripled

17   between those two years?

18   A.   I don't know.  I don't know.  It would only

19   have to be in inventory.  You know, the

20   inventory, we were able to purchase some

21   inventory, maybe we were actually able to crush

22   one time.  When you crush, then you -- you know,

23   you get to boost your inventory up.

24   Q.   Well, do you think --

25   A.   But I don't know.

93

1   Q.  Do you think the standing water on the AA

2   property was less in 2016 than 2015?

3   A.  I don't know that.  I do not know that.

4   Q.  And wouldn't have any record to prove it one

5   way or the other?

6   A.  No, sir.

7   Q.  Then we see from 2016 where the net profit

8   was a little over $30,000, 2017 it's a little

9   under $24,000.  Do you know what the cause was

10  for the net profit to go down roughly $7,000

11  between those two years?

12  A.  No, sir.

13  Q.  Same question with 2017 to 2018, would you

14  know what caused that net profit to go down?

15  A.  No.  Just sales in general and more outgo

16  than income.

17              MR. TUCKER:  Let's go off the record

18  for a second.

19              VIDEOGRAPHER:  We're going off the

20  record.  It's 12:04 p.m.

21                  (A break was taken.)

22                  (Back on the record.)

23              VIDEOGRAPHER:  We're back on the

24  record.  It's 12:10 p.m.

25  Q.  (By Mr. Tucker)  Ms. Adelsberger, we were

94

1  looking at the Responses to Discovery, and we

2  were talking about Interrogatory No. 7 on Page 3.

3  Where it says AA Auto's average gross profit

4  margin 50.61%, you don't know where that comes

5  from, do you?

6  A.   I would say you would have to get with Stan,

7  and he would be able to give you the -- how they

8  came up with that.

9  Q.   Do you have documents at your business or

10  anywhere else that you know of that talk about a

11  gross profit margin for AA Auto?

12  A.   Nowhere else.  Do I know if somebody else --

13  can you repeat that, please?

14  Q.   Yeah.  Do you have any documents or computer

15  screens that show what the AA Auto average gross

16  profit margin is?

17  A.   I would say it would be on the computer

18  software possibly.

19  Q.   And you think --

20  A.   I will check that out, and I would be more

21  than happy to share that with Stan.  Stan might

22  be aware of that already.

23  Q.   Of course, that number would fluctuate from

24  year to year, wouldn't it?

25  A.   I would think so, yes, sir.

95

1   Q.   Could you look at those tax returns that we

2   went through and figure out what AA's average

3   gross profit margin was for any given year, or is

4   that something that you would not be able to do?

5   A.   I would say they would be generated off of

6   the sales.   I personally couldn't do it, but I'm

7   sure that somehow -- I don't know if, you know,

8   we could call in someone to ask them that.

9   Q.   Do you know if AA -- strike that.   Let me go

10  back.   According to that tax return chart, 2012

11  was -- looks like far and away the best year that

12  AA Auto had, at least --

13  A.   Yes, sir.

14  Q.   Okay.   Do you know if AA had ever done that

15  well before 2012?

16  A.   I don't remember, sir.   I mean, we've had

17  better sales months for sure, absolutely.

18  Q.   But you don't know what the net profit --

19  A.   I don't know the exact --

20  Q.    -- was --

21  A.   No, sir, I do not.

22  Q.   Okay.   Let's look at Interrogatory 10 which

23  is at the bottom of Page 3, if you would.   And it

24  says, identify the specific dates for which you

25  allege flooding of your property occurred and

96

1   describe the extent of the flooding on each day,
2   location of flooding on your property and whether
3   any improvements to the property were flooded.
4   And the answer says, flooding occurred to various
5   degrees each time the area received significant
6   rainfall.  The list of photographs, documents
7   0004 - 0007, reflects some of the dates of
8   flooding.  First of all, did I read that
9   correctly?
10  A.   Yes, sir.
11  Q.   And where it says flooding occurred to
12  various degrees each time the area received
13  significant rainfall, do you have in your mind
14  the definition of what significant rainfall is?
15  A.   The only thing I can base that on is how deep
16  the water is on our property.  If you can't get
17  to a car, or if the car is under and you can't
18  get to any of it, that's -- that's what I
19  consider there's a lot of flooding and it hadn't
20  drained off.
21  Q.   But I take it you don't have a number in
22  mind --
23  A.   No, sir.
24  Q.   -- like if it flood -- if it started -- if
25  it rains an inch and a half, that causes

# In The Matter Of:

*Darel Adelsberger and Annette Adelsberger vs.*
*Union Pacific Railroad Company*

---

*Darel Adelsberger*
*February 12, 2020*

---

*Kelly Hill, CCR*

1

1    IN THE UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF ARKANSAS
2              WESTERN DIVISION

3    DAREL ADELSBERGER AND          )
     ANNETTE ADELSBERGER            )
4              PLAINTIFFS,          )
                                    )
5    VS.                            )NO.  4:19-CV-3
                                    )         SWW
6    UNION PACIFIC RAILROAD COMPANY )
               DEFENDANT.           )
7

8

9

10

11          VIDEOTAPED ORAL DEPOSITION OF

12              DAREL ADELSBERGER

13              FEBRUARY 12, 2020

14

15

16

17

18

19

20              KELLY D. HILL

21          CERTIFIED COURT REPORTER

22            STATE OF ARKANSAS

23             (501) 416-9329

24

25

2

1    ANSWERS AND VIDEOTAPED DEPOSITION OF DAREL

2  ADELSBERGER, a witness produced at the request of

3  the Defendant, was taken pursuant to Notice of

4  Videotaped Deposition and Subpoena Duces Tecum,

5  in the above-styled and numbered cause on the

6  12th day of February 2020, 1:23 p.m., before

7  Kelly Hill, a Certified Court Reporter, taken at

8  Friday, Eldredge & Clark Law Firm, 400 West

9  Capitol Avenue, Suite 2000, Little Rock, Arkansas

10  72201, in accordance with the Federal Rules of

11  Civil Procedure.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1  APPEARANCES OF COUNSEL:

2

ON BEHALF OF PLAINTIFFS:

3

    MR. STANLEY D. RAULS
4   ATTORNEY AT LAW
    P.O. BOX 21665
5   LITTLE ROCK, ARKANSAS 72221

6

ON BEHALF OF DEFENDANT:

7

    MR. SCOTT H. TUCKER
8   FRIDAY, ELDREDGE & CLARK, LLP
    400 WEST CAPITOL AVENUE, SUITE 2000
9   LITTLE ROCK, ARKANSAS 72201

10

ALSO PRESENT:   BOB DUNN, VIDEOGRAPHER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1                S T I P U L A T I O N S

2

3       The attorneys for all parties present

4    stipulate and agree as follows:

5

6    Objections:

7       Reserve all objections, except as to the form

8    of the questions and the nonresponsiveness of the

9    answers, until the time of trial, which

10   objections are waived if not made at the taking

11   of the deposition.

12

13   Signature:

14       Waived.

15

16

17

18

19

20

21

22

23

24

25

43

1    to come, and that's got to be processed new.

2    Okay.  Perhaps in that year or any other year, we

3    couldn't get to our hulls.  And when I'm saying

4    hull, after I get a motor and transmission out of

5    a car, the rest of it is a hull.  Do you --

6    Q.  Okay.

7    A.  Couldn't get to them to send them down and be

8    smashed into metal, which turns into money, and I

9    go buy more late model cars, and the process

10   starts another step.  Well, if I can't -- if it

11   rains and there's water standing in my cars, the

12   parts aren't worth anything anymore, so I try to

13   crush them, but I can't get to them with my

14   forklift because my forklift gets stuck.  You

15   can't take a piece of paper and a pencil and draw

16   them out and put them on the freight truck going

17   down to Tenenbaum, so sometimes they will sit --

18   given -- I can't -- I can't say the equation, and

19   I didn't record the dates, and maybe I should

20   have.  Maybe I should have had a diary.  But --

21   Q.  Didn't record the dates of what?

22   A.  When I couldn't get into the back and get my

23   cars out.

24   Q.  Okay.

25   A.  Okay.  Then when the weather gets bad,

44

1   Tenenbaum ups his prices, because nobody else can

2   get out in the plowed field and get that old

3   combine that's left out there in the field that

4   the farmers abandoned to take it down to the

5   Tenenbaum place.  You can't get to it.

6       And then in the summertime when you can get

7   to it, they lower the prices.  You know, the

8   scrap metal places, six out of seven of them in

9   the state are owned by Jews, and five of them by

10  the same Jew, and he kind of sets the prices.

11      And if you hadn't noticed, if you don't drive

12  a diesel truck, fuel prices have escalated, and

13  when you're looking at six to seven miles to a

14  gallon, hauling this metal out of state to sell

15  it to Memphis or in Dallas, cost prohibitive, not

16  to mention the way the Department of

17  Transportation acts when someone is pulling a

18  load of scrap metal down the road.  They make up

19  rules as they go.

20      Okay.  So it's danged if you do and danged if

21  don't.  I can't get it out and rotate my stock.

22  And that metal out there is my seed to buy more

23  late model cars, and so -- like an avalanche, it

24  hits a plateau, it starts slowing down, and the

25  slower it gets the less dollars come in.

45

1   Q.  So when you say I couldn't get out and get my

2   cars, are you saying because there was standing

3   water on your lot?

4   A.  That's correct.  I have an all-terrain

5   forklift, $41,000 forklift, but it -- all right.

6   This thing was a soybean field when I bought the

7   property, and everybody laughed at me for giving

8   the money I give for it because it wasn't nothing

9   but farmland, but I knew farmland would be porous

10  because it's been tilled.  Okay.  And then the

11  tilling -- water would absorb.  Now, I'm talking

12  about rainwater.  But when standing water stands

13  on it, it soaks into the clay base underneath the

14  topsoil, and it doesn't just stay wet for a week,

15  it stays wet for months.

16  Q.  Do you know that you're in a floodplain?

17  A.  I've owned that property -- and it's not a

18  problem being in the floodplain -- that's one

19  time a year in 100 years, but I've been flooded

20  for about the last 20 years.

21  Q.  Well, will you answer my question?

22  A.  Yes, I do.

23  Q.  Okay.  When did you first find out that that

24  property was in a floodplain; was it before you

25  bought it or after you bought it?

46

1    A.   I figured it was in the floodplain before I
2    bought it, because all of the property from
3    Jacksonville to North Little Rock is low ground,
4    and I own property on the other side of 440, and
5    I had lived there since '78, so I knew what the
6    -- the drainage, okay, got a lot of factors on
7    that drainage.  You've got 440 coming through,
8    you've got developers coming in and blocking the
9    ditches, you've got Ink Bayou that Corps of
10   Engineers doesn't keep cleared out and the
11   beavers build dams.  Okay.  There's a lot of
12   factors on that.
13   Q.   What about Waste Management, is that one of
14   the factors in the drainage in this area?
15   A.   Okay.  I'm country boy enough to know that
16   water goes downhill, it does not go uphill.  All
17   right.  I questioned that when I hired the
18   hydrogeologist of Atoka.  We walked down there
19   and we analyzed and looked, and the elevation
20   grades were shot and all.  And Atoka says that
21   the Waste Management people have put a drainage
22   area for their elevated areas.  In other words,
23   if this -- if they got this twin peak right here,
24   they've got a drainage around it, and I assume
25   that they have engineers that shot grades, and

47

1   they make their ditches run to a centralized

2   drainage area.  And he said they -- he said it

3   was all right, except for that they had a culvert

4   in the wrong place.

5   Q.  He being whom?

6   A.  The director of Atoka in --

7   Q.  Would it be Jerry Overton?

8   A.  That's who it is.  I'm sorry.  I just drew a

9   blank on the name.

10  Q.  That's all right.

11  A.  Drew a blank on the name.  Now --

12  Q.  And you hired him?

13  A.  I did.

14  Q.  When was it?

15  A.  Six, seven years ago.

16  Q.  Late 2015, wasn't it, or was it before that?

17  A.  Just somewhere in that area.

18  Q.  Has he been back to your property or to Waste

19  Management's since that time?

20  A.  Now, I can't answer that.

21  Q.  As far as you know?

22  A.  I don't know.  No, I don't know.  Okay.  But

23  in the original analysis of the problem, there is

24  a railroad trestle -- I call it a bridge and they

25  call it a trestle.

48

1   Q.   You mean a culvert?

2   A.   Culvert.  It's a twin stage, and every time I

3   walk down there it's blocked up, stopped up.  I

4   took pictures of it numerous times.  And the

5   water is not a problem on Waste Management, it's

6   all out in that 135 acres of forest that's out

7   there that butts up to my property.  And you can

8   raise a fish farm out there with the water that's

9   out there.  I can't even get -- I can't get there

10  with hip boots, hip waders just like duck

11  hunters.  I've got two pair hanging in my den.  I

12  can't get there to their trestle because there's

13  water backed up.

14  Q.   And I take it you wouldn't be able to tell

15  me, even if the Union Pacific culvert were

16  completely cleaned out, whether that water would

17  still be there or not, could you?

18  A.   When we observed them cleaning the trestle,

19  culvert, bridge out, the water drains off us like

20  it's going into a river.

21  Q.   How many times have you observed Union

22  Pacific clean the culvert out?

23  A.   Twice.

24  Q.   When was it?

25  A.   One time was just before Jerry got there.

49

1   They come in and they had a machine.

2   Q.  Like a trackhoe --

3   A.  Yeah, trackhoe on a flat deck.  And they --

4   and if this was the culvert, they scraped this

5   and extended the arm and put the debris, silt,

6   right up on the edge of the levee, and then they

7   got this one and put it on this levee.  They

8   didn't clean it all the way down to the bottom of

9   the 6 foot receptacle.  They cleaned the top off,

10  and the water started rushing and they stopped,

11  because I was sitting there watching them, and I

12  showed that to Jerry.  And the trees in this 135

13  acres right here were the prettiest hardwoods in

14  the world, but when you throw water on hardwoods,

15  it kills them.  If you drive out there now, it's

16  nothing but a bunch of stumps like Conway

17  sticking up.  Well, when the wind blows it shakes

18  the limbs, and the limbs fall to the ground and

19  rot, and then when the water compounds on it,

20  they float and they scrape the ditch, and they

21  float over there and stop it back up.  They don't

22  get 50 foot down the road -- down the tracks till

23  it stops up again.

24  Q.  You said you saw Union Pacific clean out the

25  culvert twice, and you said the first time was

61

```
 1   take that Equus I talked about that I drive and
 2   his wife drives.  Okay.  In the beginning in
 3   2012, the door was worth $750, they are worth
 4   $200 now.  Okay.  If we get a shot of late model
 5   cars, our numbers are going to go up.  And we
 6   don't buy anything but -- anything that's younger
 7   than five years, and that's --
 8   Q.  You mean older than five years?
 9   A.  Yeah.  Anything -- if 2015 model door fits
10   all the way to 2020, we'll by a '15, but that's
11   our cutoff.
12   Q.  Okay.
13   A.  And that makes -- all right.  In the
14   beginning Altima doors that were bringing $500,
15   now I deliver them across town for 75, same car.
16   And so you buy one or two new ones, all the
17   sudden instead of selling a $75 door, you're
18   selling $500 doors.
19   Q.  Other than this engine work that you say you
20   were doing in 2016, do you have any other idea
21   why the income of the business, the net profit
22   went from less then $10,000 in 2015 to over
23   30,000 in 2016?
24   A.  Well, you know, it's an accumulated effort.
25   If we can get our cars out, we get a shot of
```

62

1    cars, and let me alone and I can build some

2    motors, you know, I'll tie a couple hundred

3    dollars in a motor, and it'll be worth $2,000.

4    Q.   Do you know why in 2016 the net profit of the

5    business went from over $30,000 down to just over

6    $23,000?

7    A.   To answer your question, to give you a

8    positive -- no, I can't give you a positive.   It

9    can be a course of events.   I can have motors

10   built up and not sold.   We never know what the

11   next item is going to be.   We don't know if it's

12   going to come in -- one of the cars I bought in

13   '12, I sold a motor out of it for $5,000, and now

14   it's $1,000 motor.   We bought a Dodge TA with 57

15   hemi in it, sold the motor last week for $5500.

16   I mean, it's -- and it sat there six months.

17       You know, we're not an ABC inventory company.

18   We buy -- we buy and try to look at the market,

19   who has got what.   Our computer tells us what's

20   available in this area.   With shipping like it

21   is -- we used to send a whole half a car to

22   California for $100, and now it'll cost us $700.

23   Well, if you need a motor and they got it in

24   California, I can sell that motor to you $100

25   cheaper and make $500 more than shipping it all

63

1    the way from California.  I mean, there's --
2    there's a lot of things that go into this.  This
3    isn't -- and in our business, it's not like a
4    gasoline.  You know, here you can stop at a
5    Mobile, a Shell, a BP or a Consumers or Big Red,
6    but when I got the only part in town, guess what,
7    I'm going to get you.  Supply and demand.  So it
8    changes.  It's going to change.  We -- our income
9    is up and down like a yo-yo.
10   Q.  And what do you attribute that to is what I'm
11   getting at?  Market forces, what?
12   A.  Well, a great deal of ours is changed because
13   we're not as late a model -- we don't have the
14   selection of late models as we did have.  Okay.
15   We've had -- when you don't have money to buy a
16   late model, you buy what you can buy to fill a
17   need.  In other words, if your daughter's car, a
18   2012 Altima motor blew up, and you called us to
19   get you a motor, we'll buy a 2012.  Now, we might
20   clear the car with the motor, but then the rest
21   of it isn't worth anything either.  I mean, it's
22   not like it used to be, if it had been a 2019
23   Altima, see.  That changes things.  If your money
24   flow -- I don't think there's any salvage yard in
25   the United States they wouldn't tell you that

1   they're -- that they can't determine how their

2   numbers are going to be.

3   Q.  You mean they can tell you?

4   A.  Yeah.  Nobody is constant.  It's an

5   up-and-down progression.

6   Q.  I'm just wondering if you knew what caused

7   that up and down?

8   A.  There's a lot of things that cause it.

9   Q.  Well, can you name some for me?

10  A.  Yeah.  If I can't get -- if I can't get my

11  metal out of the back, I can't put it in more

12  expensive cars.

13  Q.  I understand.  But what are other things that

14  cause the up-and-down progression?

15  A.  Okay.  I buy a car that's got a broke motor

16  and I don't have someone to replace the motor,

17  and I sell it to a dealership and they say, this

18  motor is broke.  I delivered five Civic motors to

19  McLarty Toyota one time, and every one of them

20  was bad.  I had bought them out of -- across the

21  country different dealers.  They didn't know they

22  were bad or they wouldn't have sent them to me.

23  I mean, things --

24  Q.  Yeah.  What are some other things -- that's

25  what I'm getting at.  What are other things that

1  A.   No, no, I don't.  That's theirs -- that's

2  theirs.  No, I don't.

3  Q.   I take it that Mr. Overton with Atoka did not

4  share with you what the grade was on the Waste

5  Management channel, did he?

6  A.   I feel like he measured it because the

7  surveyor laughed about just driving in their

8  property.  I've been a little hesitant about

9  going on Waste Management because it's not my

10  place.  And he said, oh, it ain't no problem,

11  I'll go in there.  They borrowed my hip boots to

12  wade around down there, but they --

13  Q.   Who was the surveyor; do you know?

14  A.   No, sir.  Somebody Jerry hired, Mr. Overton.

15  Q.   I'll hand you what's been marked as Exhibit

16  No. 18.  That shows the culvert in question,

17  correct?

18  A.   That's correct.  This is --

19  Q.   And on Exhibit 18, the number down there at

20  the bottom is?

21  A.   1.

22  Q.   1.  And then if you look at your photo index

23  on Page 3 in the year 2019, do you see that

24  picture there that says No. 1, it says culvert

25  area?

76

1    A.   Yes, sir.

2    Q.   And did you take the picture that you're

3    holding there in Exhibit No. 18?

4    A.   Yes.

5    Q.   And was it in fact taken in 2019?

6    A.   I don't know, but probably.  It could have

7    been taken -- it's obviously during the green

8    season.  These pictures were taken at the same

9    time.  You can judge that by the foliage and the

10   layout, depth of the water against that.

11   Q.   Do you have a rain gauge out there at --

12   A.   No.

13   Q.   Have you ever had one?

14   A.   I've had them.  I forgot about them and let

15   them freeze and bust.

16   Q.   Would a 2 inch rain in 24 hours cause

17   flooding on the AA Auto Salvage property?

18   A.   It causes water, but it recede -- if the

19   water is not up -- in this area here where you

20   see these dead trees, if the water is not up in

21   there, it will run off, it goes off me.

22   Q.   Are those dead trees on your side of the

23   tracks or the opposite side of the tracks?

24   A.   They're on my side.

25   Q.   Okay.

77

1   A.   And this -- this green that you see here.

2   Q.   Which exhibit are you looking at, sir?

3   A.   I'm looking at 18.

4   Q.   Okay.

5   A.   This green that you see here is scrub stuff.

6   It's not a weeping willow, it's just scrub.

7   It's -- I apologize.  I use the word shit trees.

8   They're not any good for anything.  They're soft

9   and they don't grow real big.  If they do they

10  break.  Soft wood.  Soft woods.

11  Q.   Would you inspect your property of AA Auto

12  Salvage each time flooding occurred?

13  A.   No.

14  Q.   The times you would inspect it, did you make

15  a list or any other record of inspection?

16  A.   No.  Just we wore ourselves out talking to

17  engineers and Waste Management.

18  Q.   What did Waste Management say?

19  A.   When Waste Management was addressed -- and I

20  didn't write it down.  I wrote -- scribbled names

21  down and my wife scribbled names down.  They took

22  an interest in that -- in this.

23  Q.   Okay.  Now, when you say this, let's say

24  which exhibit number.

25  A.   Picture 19.

78

1    Q.   Which is the Waste Management channel?

2    A.   Channel.   They took an interest in the

3    channel and cleaned it out.

4    Q.   When was that?

5    A.   Well, sometime within this nine-year period.

6    Q.   From?

7    A.   '11 on -- '11, '12 on.

8    Q.   But can you pinpoint it anywhere closer than

9    the last nine years?

10   A.   No, I really couldn't.   I walked down

11   there -- from the Brushy Island Road, it's a

12   pretty exhausting walk.   The railroad -- you

13   can't walk on the railroad ties because they're

14   out of step -- or I'm out of step.   And then

15   they've got such large rock down the side of it.

16   Q.   The ballast?

17   A.   No.   The bed.

18   Q.   The roadbed?

19   A.   The roadbed has such rock on it, and it's --

20   if you put rock down in your driveway, when you

21   run over it it flattens it.   They can't flatten

22   that because they run on rails.

23   Q.   I can tell you from a railroad perspective,

24   crushed rock that they put on the roadbed is

25   called ballast.

1   Q.   Could do you that?   Could do you those

2   equations?

3   A.   Well, if that's all I had to do, I'm sure I

4   could.   I'm fairly good with numbers.   See --

5   Q.   But I'm not saying just the motors that

6   you're fixing.

7   A.   I couldn't sit and do -- you know, I'm not

8   going to make this my lively -- my -- all I do in

9   my life is figure up percentages, because every

10   one of them is different.   You'd have to be --

11   I'd have to be on two sides of the table.   I'm

12   over in a building with no phones, lights and a

13   heater and an air compressor, and I'm doing my

14   thing, and I don't know what they're doing over

15   there.

16   Q.   Okay.   That's fair.   Would there be a

17   particular month or months that the flooding was

18   worse on the property than other months?

19   A.   Well, I'm sure it would be that way, but I

20   don't know -- I don't have a --

21   Q.   Couldn't tell me which months would be worse

22   than others?

23   A.   No.   Or which weeks would be worse than

24   others, but once it starts we're stifled.

25   Q.   Is there standing water on the property right

1    now?

2    A.   Yes.

3    Q.   How many days in a row has it rained here in

4    Little Rock, North Little Rock area?

5    A.   I don't know.  I took some pictures recently,

6    and I had standing water, but the grass, the

7    grass -- the grass growing, you couldn't see the

8    water except for where there wasn't grass, in

9    other words, in the roadbeds -- excuse me -- in

10   the roadbeds.  And that's created another problem

11   with us on the water, because it dilutes poison

12   when we spray -- spray Roundup to kill the grass

13   off.  All right.  Roundup at 10 percent will kill

14   a tree, 10 percent mix.  Okay.  If you buy

15   Roundup at WalMart it's 2 percent mix.  Farmers

16   fly over their fields and spray 1/2 percent mix

17   and it's called fertilizer.  So when the water

18   gets on my poison and dilutes it down to

19   fertilizer, everything gross real good back

20   there.  It'll grow shoulder high.

21   Q.   Have you ever taken a measurement about how

22   deep the water was on your property at a specific

23   location?

24   A.   Have I ever?

25   Q.   Yes.  With a yardstick or a pole or anything

83

1  else?

2  A.   No.   I went down and took pictures of cars

3  sitting on wheels and it being to the bottom of

4  the steering wheel.

5  Q.   Did you ever talk with anybody at Union

6  Pacific about this issue with the culvert?   Is

7  that a yes?

8  A.   Yes, it is.   Yes.

9  Q.   Who did you talk to?

10  A.   I don't remember his name.   I talked to two

11  different people, and I talked to the man that

12  rides the rails, called a rail bed man.   At

13  first, the train engineers and the rail bed man

14  would call the police, and they would meet me at

15  the road when I'd come out from being on their

16  property, but it got so common, they'd just wave

17  at me and drive on now.

18  Q.   But you don't remember any of the names of

19  people you talked to?

20  A.   I can barely -- I can remember your name,

21  Scott, but that's as far as I can go with that.

22  Q.   Well, I'm asking about any of the railroad

23  people?

24  A.   No.

25  Q.   Do you remember anything they said to you?

84

1   A.   Well, mainly it was me talking to them, so,

2   no, they didn't say anything.

3   Q.   Do you have a beaver problem out there in

4   this area where there's standing water?

5   A.   I never saw any beaver -- any beaver cuttings

6   around the trees till the water went down one of

7   the times they cleaned it out, and then there was

8   a few in the ditches along the rail bed, but not

9   -- not many.

10  Q.   Did you go out with Dr. Jerry Overton when he

11  came --

12  A.   I did.

13  Q.    -- and did the site inspection?  And I know

14  he took a picture of a tree that's got a -- looks

15  like --

16  A.   Okay.

17  Q.    -- beaver cutting all the way around it?

18  A.   (Witness nodding head up and down.)

19  Q.   Did you see that when he was there?

20  A.   I did.  And once again, I told you that they

21  had cleaned the top -- this culvert is 6 foot,

22  and they cleaned --

23  Q.   Who is they?  Are you talking about the

24  railroad?

25  A.   Railroad.  Cleaned the top, and the water

85

1  started rushing, and that's what allowed it to

2  drop, and we could see that -- and I told you it

3  was before Jerry got there, and then Jerry took

4  the picture of it, so that's my time elements in

5  it.

6  Q.   Okay.   I asked your wife this question, but

7  let me ask you too.   I think I know the answer.

8  These HavCom inspection reports, they don't have

9  anything relevant to this lawsuit, do they?   They

10  are just some documents that were produced to us

11  about quarterly inspections performed for the

12  EPA.   But do you know if they've got anything to

13  do with this lawsuit?

14  A.   Not to my knowledge.   These ADEQ are

15  quarterly inspections to keep my salvage yard in

16  line for OSHA, OSHA and -- and other than the

17  fact that he has been there and seen the water,

18  okay, because he goes all over the -- and there's

19  times he can't get there, okay, that's what --

20  that's what these reports are about.

21  Q.   Okay.

22  A.   These are independent, and they are just to

23  keep us straight for the EPA regulations that

24  have come down on salvage yards.

25  Q.   About what might be in the water, what might

1   be in the ground, things of that nature?

2   A.   Yes.   That's what these are about.

3   Q.   And I think you told me this earlier, and I

4   apologize if you did, but you don't get involved

5   in handling the books for AA Auto Salvage?

6   A.   No, sir.

7   Q.   And you don't look over profit and loss

8   statements or anything like that?

9   A.   I've never written a check out of the

10  company.   Wouldn't know if the bank balance is 10

11  or $20.

12  Q.   Okay.   Have you had to do any work, like

13  rebuilding anything because of water standing on

14  the AA Salvage yard?   I mean, did it ever get

15  into any office buildings or anything like that?

16  A.   No.   No.   Our salvage yard is set off in A,

17  B, C, D sections.

18  Q.   Okay.

19  A.   And graduated 1, 2, 3, 4, 5, and the water

20  took away 3, 4, 5 sections.   I have sold you a

21  part, and when the man found the part and brought

22  it up there, it had been under water, and if it

23  was repairable I took it apart and cleaned the

24  rust off of it and still sold it.   Since they

25  don't pay me anything, they let me do all the