# In The Matter Of:

*Darel Adelsberger and Annette Adelsberger vs.*
*Union Pacific Railroad Company*

*Darel Adelsberger*
*February 12, 2020*

*Kelly Hill, CCR*

Original File DAdelsberger.txt
**Min-U-Script® with Word Index**

**EXHIBIT 2**

Case 4:21-cv-00471-JM   Document 88-2   Filed 02/16/23   Page 2 of 2

Darel Adelsberger and Annette Adelsberger vs.
Union Pacific Railroad Company

Darel Adelsberger
February 12, 2020

Page 5

```
 1                I N D E X
 2
 3  STYLE AND NUMBER . . . . . . . . . . . . . . .  1
 4  APPEARANCES. . . . . . . . . . . . . . . . . .  3
 5  STIPULATIONS . . . . . . . . . . . . . . . . .  4
 6  DEPOSITION EXHIBIT INDEX . . . . . . . . . .   5
 7
    WITNESS:    DAREL ADELSBERGER
 8
         Examination by Mr. Tucker. . . . . . . .  6
 9       Deposition Concluded . . . . . . . . . . 87
10  COURT REPORTER'S CERTIFICATE . . . . . . . . 88
11
               DEPOSITION EXHIBIT INDEX
12
    No.  1   Notice of Deposition             Page   7
13
14
```

Page 6

```
 1            P R O C E E D I N G S
 2         VIDEOGRAPHER:  We're on the audio
 3  and video record.  Today's date is February the
 4  12th, 2020.  The approximate time is 1:23 p.m.
 5  This is the videorecorded deposition of Mr. Darel
 6  Adelsberger.
 7     Would the court reporter please administer
 8  the oath of truth to the witness?
 9             DAREL ADELSBERGER,
10  having been first duly cautioned and sworn to
11  testify the truth, the whole truth and nothing
12  but the truth, testified on his oath as follows:
13                  EXAMINATION
14  BY MR. TUCKER:
15  Q. Will you please state your full name, sir?
16  A. Darel Lee Adelsberger.
17  Q. Mr. Adelsberger, what name do you go by?
18  A. Darel.
19  Q. Have you ever been known by a different name?
20  A. Nickname?
21  Q. Yes, sir.
22  A. Booger.
23  Q. Mr. Adelsberger, let me hand you what I've
24    marked as Exhibit No. 1 to your deposition.  It's
25    a Notice which directed you to be here today on
```

Page 7

```
 1  February 12, 2020, and you are here, correct?
 2           (Deposition Exhibit No. 1 was
 3  marked.)
 4  A. I am.
 5  Q. If you'll turn -- have you seen this before
 6    by the way, this notice that's in your hand?
 7  A. I've -- no, I don't think so.
 8  Q. Okay.  Turn to the last page, if you would,
 9    please.  Do you see it's titled Exhibit A on the
10    last page at the top?
11  A. Yes.
12  Q. This was a request that you bring these
13    things.  I'll read it into the record.  It says,
14    copies of all financial records and other
15    documents which substantiate, prove or otherwise
16    support plaintiffs' claim for damages in this
17    case.  Did I read that correctly?
18  A. You did.
19  Q. Did you have any such documentation?
20  A. All my copies went to Mr. Rauls.
21  Q. And when you say copies, tell me copies of
22    what, please?
23  A. Financial records.
24  Q. And what would those be, other than tax
25    returns, if anything, because Mr. Rauls sent me
```

Page 8

```
 1  your tax return from 2011 all the way up to 2018?
 2    Would there by anything other than tax returns
 3    when you say my financial records?
 4  A. No.
 5  Q. You can set that -- go ahead.
 6  A. I didn't understand the need of that on the
 7    case.  I don't know what other documents would
 8    be.
 9  Q. Other than tax returns?
10  A. Uh-huh.
11  Q. That's fine.  And you don't keep the books at
12    AA Auto, right?
13  A. No, I don't.  We have a CPA firm, which we
14    let go of and hired another one.
15  Q. Mr. Adelsberger, have you ever given a
16    deposition before?
17  A. No.
18  Q. Let me go over some ground rules with you if
19    you don't mind.  You're doing a good job.  Please
20    answer out loud rather than nodding your head up
21    and down or side to side.  If you do that, I'll
22    have to ask you if that's a yes or a no.
23  A. Okay.
24  Q. And please say yes or no rather than uh-huh
25    and huh-uh, and I say that all the time, but if
```