# In The Matter Of:
*Darel Adelsberger and Annette Adelsberger vs.*
*Union Pacific Railroad Company*

*Annette Adelsberger*
*February 12, 2020*

*Kelly Hill, CCR*

Original File AAdelsberger.txt
**Min-U-Script® with Word Index**

**EXHIBIT 3**

8

1  A.  Annette.
2  Q.  And have you ever been known by a different
3  name?
4  A.  No, sir.
5  Q.  I'm going to hand you what I've marked as
6  Exhibit No. 1 which is a Notice of Deposition and
7  Subpoena Duces Tecum.  And do you see that it
8  states take notice that Defendant Union Pacific
9  Railroad Company will take the videotaped
10  deposition of Annette Adelsberger?  Do you see
11  that?
12            (Deposition Exhibit No. 1 was
13  marked.)
14  A.  Yes, sir.
15  Q.  And it says the time will be 10:00 a.m. on
16  February 12, 2020, and you're here, right?
17  A.  Yes, sir.
18  Q.  Okay.  If you'll turn to the last page,
19  please.  This was Exhibit A to the notice.  You
20  may have these or you may not, but I want to read
21  it into the record.  You were requested to bring
22  copies of all financial records and other
23  documents which substantiate proof or otherwise
24  support plaintiffs' claim for damages in this
25  case.  Do you see that?

KELLY D. HILL
CERTIFIED COURT REPORTER
(501) 416-9329

9

1   A.   Yes.
2   Q.   Do you have anything with you here today?
3   A.   No, sir.  Everything Stan has.
4   Q.   Okay.  Well, let's talk about that for just a
5   moment.  As far as documents which would
6   substantiate, prove or support your claim for
7   damages in this case, I know that Mr. Rauls has
8   produced tax returns?
9   A.   Yes, sir.
10  Q.   From 2011 through 2018?
11  A.   Yes, sir.
12  Q.   Would you have any other documents that would
13  support your claim for damages in this case?
14  A.   Just the sales, which is basically on the tax
15  returns, a decline in our sales.
16  Q.   And I saw in your tax returns -- which we'll
17  go over in a moment -- there was a section that
18  said like gross receipts, cost goods sold, things
19  of that nature.  Do you have any type of
20  financial records which show those numbers and
21  back those up?
22  A.   That would be provided by the CPA.  The CPA
23  does all the information through the software for
24  our system.
25  Q.   And who is your CPA?