IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAREL ADELSBERGER
AND ANNETTE ADELSBERGER                                         PLAINTIFFS

v.                              CASE NO. 4:21-CV-471

UNION PACIFIC RAILROAD COMPANY                                  DEFENDANT

## PLAINTIFFS' PRE-TRIAL DISCLOSURE SHEET

**(1) The identity of the party submitting information.**

Darel Adelsburger and Annette Adelsberger.

**(2) The names, addresses, and telephone numbers of all counsel for the party.**

ROBERT E. HODGE (2011097)
LEE D. CURRY (2014153)
AMANDA D. KENNEDY (2019136)
TIMOTHY J. GIATTINA (2011271)
LASSITER & CASSINELLI
300 S. Spring Street
Suite 800
Little Rock, AR 72201
T: (501) 370-9300
F: (501) 370-9306
*Attorneys for Plaintiff*

**(3) A brief summary of claims and relief sough.**

Plaintiffs allege that Union Pacific negligently failed to properly maintain a culvert that is adjacent to Plaintiffs' property and caused flooding to their property. Plaintiffs seek money damages for lost business income resulting from the damage to the property, which serves as an auto salvage yard. The water seepage has resulted in automobile inventory

1

**EXHIBIT 4**

being flooded or stuck in mud to the point where the salvage parts could no longer be used. The seepage has steadily advanced from the rear of the property toward the front, resulting in significantly decreased land area on which to store automobile inventory to be used for salvage parts, which has caused a dramatic decrease in Plaintiffs' ability to earn money.

### (4) Prospects for settlement.

The parties have only briefly conferred regarding settlement at this time. However, Plaintiffs are willing to attempt good faith settlement negotiations.

### (5) The basis for jurisdiction or objections to jurisdiction.

Diversity jurisdiction. This matter was filed in the Pulaski County Circuit Court and Defendant removed the case to the Eastern District of Arkansas.

### (6) A list of pending motions.

The Court has ruled on all pending motions.

### (7) A concise summary of the facts.

Plaintiffs own real property in Pulaski County, Arkansas where they own and operate an automobile salvage and used car parts business, namely AA Auto. A section of Defendant's railroad tracks pass through an area directly to the north of Plaintiff's land. When that track was built, the track permanently altered the natural flow of surface water so that draining of the adjacent land (including the plaintiffs') was dependent upon various draining facilities to be maintained by Defendant. One of these draining facilities is a double culvert. Plaintiffs' properties have regularly flooded since at least 1973-present. Plaintiffs sued Union Pacific alleging that negligence maintenance of the double culvert, as well as other draining facilities is the cause of their flooding.