**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DAREL ADELSBERGER and**
**ANNETTE ADELSBERGER**                                                **PLAINTIFFS**

**Vs.**                                        **CASE NO. 4:21-CV-471**

**UNION PACIFIC RAILROAD COMPANY**                              **DEFENDANT**

---

**DAREL ADELSBERGER and ANNETTE ADESLBERGER'S**
**RULE 26(a)(1) INITIAL DISCLOSURES**

---

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiffs, Darel Adelsberger and Annette Adelsberger submit the following Initial Disclosures:

(i)      The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

Darel and Annette Adelsberger – Plaintiffs
c/o Robert E. Hodge III
711 W. 3rd St.
Little Rock, AR 72201
(501) 404-4874

Plaintiffs have knowledge of the relevant facts regarding the water/flooding issues that have occurred on their property and the causation of the flooding issues.

Darel and Annette Adelsberger, also identify and and all persons named by Defendant in its Initial Disclosures and reserves the right to call any person identified by the Defendant in discovery, deposed in this matter, or listed as a witness on any party's witness list.

**EXHIBIT 5**

(ii)     A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

The following documents are located at the office of Hodge Calhoun Giattina, PLLC at 711 W. 3rd St., Little Rock, AR 72201 and can be made available for viewing at Defendant's request:

• Historic ariel photography of Plaintiffs' property prior to flooding occurring on the property.

(iii)    Damages Computation:

• Plaintiffs are currently working on a damages computation.

(iv)    Insurance Agreement:

• No such insurance agreements exist to Plaintiffs' knowledge.

Respectfully Submitted,

**DAREL ADELSBERGER**
**ANNETTE ADELSBERGER**

By:     ***/s/Robert E. Hodge III***
Robert E. Hodge III
AR Bar No. 2011097
Attorney for Plaintiffs
Hodge Calhoun Giattina, PLLC
711 W. 3rd St.
Little Rock, AR 72201
T: (501) 404-4874
F: (501) 404-4865
rob@hcglawoffice.com

**CERTIFICATE OF SERVICE**

I, Robert E. Hodge III, hereby certify that a true and correct copy of the document was served on the following individual by electronic mail on the 24th day of September 2021.

Jamie Huffman Jones
jjones@fridayfirm.com

*/s/Robert E. Hodge III*
Robert E. Hodge III