IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DAREL ADELSBERGER                                                                PLAINTIFFS
AND ANNETTE ADELSBERGER

V.                                          Case No. 4:21-cv-00471

UNION PACIFIC RAILROAD COMPANY                                        DEFENDANT

## JUDGMENT

For the reasons stated in the order entered this day, judgment is entered in favor of Defendant. Plaintiffs' complaint is dismissed with prejudice.

IT IS SO ORDERED this 13th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE